AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | )  Case: 1:21-mj-00186 |
| | )  Assigned to: Judge Faruqui, Zia M |
| Peter Schwartz | )  Assign Date: 2/2/2021 |
| DOB: XXXXXX | )  Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| | ) |

*Defendant(s)*

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. § 111(a)(1) - Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Emily Eckert, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 02/02/2021 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*