AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
PETER SCHWARTZ

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00186
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/29/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Peter Schwartz                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a) - Forcibly Assaulting, Resisting, or Impeding Certain Officers or Employees;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 01/29/2021

2021.01.29
17:26:18 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 02/01/2021, and the person was arrested on *(date)* 02/04/2021
at *(city and state)* Uniontown, PA

Date: 02/05/2021

*Arresting officer's signature*

MATThew B. Solomon - Special Agent - FBI
*Printed name and title*