# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No. 21-cr-00178-APM** |
| | * | |
| **PETER J. SCHWARTZ** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER OF THE COURT

Upon consideration of Defendant Motion to Set Bond and Conditions of Release, it is this _____ day of _____, 2021, hereby:

**ORDERED**, that the Motion be, and the same is hereby, **GRANTED** and it is further,

**ORDERED,** that a hearing in this matter be set on a date that is convenient for the Court and all parties.

_____
UNITED STATES DISTRICT COURT JUDGE