# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | Case No. 21-cr-00178-APM |
| | * | |
| **PETER J. SCHWARTZ** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO CONTINUE BOND HEARING

COMES NOW, the Defendant, Peter J. Schwartz, by and through counsel Michael E. Lawlor and Nicholas G. Madiou and Brennan, McKenna & Lawlor, Chtd., and hereby moves this Honorable Court to continue the bond hearing currently scheduled for Wednesday, June 16, 2021. In support of this Motion counsel state the following:

1. The defendant is scheduled to appear before this Honorable Court on Wednesday, June 16, 2021 at 2:00 p.m. for a bond hearing.

2. The Defendant respectfully asks this Court to continue the current bond hearing for the following reason:

    a. Undersigned counsel Michael E. Lawlor is ill and awaiting test results.

    b. Additionally, undersigned counsel Nicholas G. Madiou has a scheduling conflict on June 16, 2021.

3. This motion is unopposed. Undersigned counsel contacted Assistant United States Attorney Jocelyn Bond, and is authorized to state that the United States does not oppose this request.

4. The parties are available the morning of June 24, 2021 to reschedule this hearing. Should that date and time not work for the Court, the undersigned respectfully ask this Court to reschedule this matter to a date and time agreeable to all parties.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current bond hearing of Wednesday, June 16, 2021 to the morning of June 24, 2021 or a date that is convenient to the Court and all parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor, Esquire
Bar Number 459767
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2021, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor, Esquire