# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | * |
| | * |
| v. | *   Case No. 21-cr-00178-APM |
| | * |
| **PETER J. SCHWARTZ** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON** consideration of Defendant's Consent Motion to Continue Bond Hearing, it is on this _____ day of _____, 2021 hereby:

**ORDERED,** that the motion is **GRANTED**; and it is further

**ORDERED,** that the bond hearing now scheduled for Wednesday, June 16, 2021 is hereby continued to the morning of June 24, 2021 or a date convenient to the Court and all parties.

_____
Judge, United States District Court