# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 21-00178-APM** |
| : | |
| **PETER SCHWARTZ** : | |
| : | |
| **Defendant.** : | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, the Defendant, Peter Schwartz, by and through appointed counsel, Michael E. Lawlor, and Nicholas G. Madiou, Brennan, McKenna & Lawlor, Chtd., and hereby respectfully files this Motion to withdraw as counsel for Mr. Schwartz. In support of this Motion, counsel states the following.

1. Mr. Schwartz is charged in a fourteen-count criminal Indictment for alleged offenses related to the incidents at the U.S. Capitol on January 6, 2021.

2. Undersigned counsel was appointed to represent Mr. Schwartz pursuant to the Criminal Justice Act.

3. On July 26, 2021, Mr. John M. Pierce, Esq. entered his appearance as newly retained counsel on behalf of Mr. Schwartz.

4. For this reason, undersigned counsel respectfully asks this Court

to permit undersigned counsel to withdraw from the representation of Mr. Schwartz.

WHEREFORE, for the reasons stated, undersigned counsel respectfully asks this Honorable Court to grant this Motion, and strike the appearance of Michael E. Lawlor and Nicholas G. Madiou.

                                  Respectfully submitted,

                                  /s/
                                _____
                                Michael E. Lawlor
                                Nicholas G. Madiou
                                Brennan, McKenna & Lawlor, Chtd.
                                6305 Ivy Lane, Suite 700
                                Greenbelt, Maryland 20770
                                301.474.0044
                                mlawlor@verizon.net
                                nmadiou@brennanmckenna.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2021, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Nicholas G. Madiou