## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-00178-APM |
| | : | |
| **PETER SCHWARTZ** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter is before the Court on the defendant's Motion to Withdraw as Counsel. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2021;

**ORDERED**, that the motion be, and hereby is, granted, and it is further:

**ORDERED,** that the appearance of Michael E. Lawlor, Nicholas G. Madiou and the Law Firm of Brennan, McKenna & Lawlor, be withdrawn as counsels for the defendant.

_____
U.S. District Court Judge