**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **v.** | **)** | **No. 1:21-cr-00178-AMP** |
| | **)** | |
| **PETER SCHWARTZ,** | **)** | |
| **Defendant.** | **)** | |

### NOTICE OF FILING

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully requests that the attached discovery letter be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

ANDREW FLOYD
Deputy Chief, General Crimes Section

__*/s/ Jocelyn Bond*_____
JOCELYN BOND
Assistant United States Attorney
D.C. Bar Number 1008904
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 809-0793
Jocelyn.Bond@usdoj.gov