

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

August 24, 2021

John M. Pierce
Pierce Bainbridge P.C.
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071

     Re:    *United States v. Peter Schwartz*
           Case No. 21-cr-178-AMP

Counsel:

     I am writing to follow up on my email inquiries to Pierce Bainbridge dated August 16th, August 19th, and August 20th, 2021, and to memorialize the discovery that has been provided to prior counsel in the above-captioned case to date.

     **Preliminary discovery** has been provided on a rolling basis beginning on May 24, 2021 and is available via a shared USAfx folder titled **"Schwartz, Peter – Discovery."**  Please note that in an effort to provide these preliminary materials expeditiously, they were not Bates-stamped prior to providing them.  Bates-stamped materials will be provided to you at a later date through USAO-DC's formalized discovery process.

     On May 24, 2021, non-sensitive materials were provided in a USAfx subfolder labeled **"Non-Sensitive,"** including 167 files as listed in **<u>Addendum A</u>**.

     On May 24, 2021, sensitive materials were also provided in a USAfx subfolder labeled **"Sensitive,"** including 26 files as listed in **<u>Addendum B</u>**.  Please note that all materials designated as "sensitive" are subject to the protective order issued in this case on April 1, 2021.

     On May 24, 2021, highly-sensitive materials were additionally provided in a USAfx subfolder labeled **"Highly-Sensitive,"** including 15 files as listed in **<u>Addendum C</u>**.  Please note that all materials designated as "sensitive" are subject to the protective order issued in this case on April 1, 2021.

On May 25, 2021, Grand Jury materials were provided in a USAfx subfolder labeled **"GJ Materials,"** including 14 files as listed in **Addendum D**. Please note that all Grand Jury materials are deemed to be sensitive and subject to the protective order issued in this case on April 1, 2021.

On June 25, 2021, additional non-sensitive materials were provided in a USAfx subfolder labeled **"6.25.21 Production"** including 12 files as listed in **Addendum E**.

Also on June 25, 2021, prior counsel was provided with **two separate links from Evidence.com** allowing counsel to access and download **Body Worn Camera video files** recorded by Metropolitan Police Department Officers on January 6, 2021 on the Lower West Terrace in and around the time that defendant Schwartz is believed to have been present. The first link provided access to **176 video files** as listed in **Addendum F.** The second link provided access to **111 video files** as listed in **Addendum G**.

The above-listed items summarize the materials provided to prior counsel as part of the preliminary discovery process. If these items were not transferred when you received the file from prior counsel, please let me know and I will be happy to re-upload the materials for you to access directly. There are also additional discovery materials that USAO-DC intends to provide with respect to Mr. Shwartz's case. However, in order to receive those materials, Pierce Bainbridge will have to provide a point-of-contact within the firm to access materials via USAfx. Please let me know who in your firm will be the designee for discovery in this case.

As noted previously, the materials provided thus far are not Bates-stamped at this time. In the future you will be receiving duplicate copies of the above-described materials that have been Bates-stamped as part of our formalized discovery process.

**Voluminous Materials.** Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, body worn camera footage, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know of any specific information that you believe is particularly relevant to your client.

**Protective Order.** This material is subject to the terms of the Protective Order issued in this case on April 1, 2021.

**Timing of Disclosures.** I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

**Reciprocal Discovery.** I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

**Notice of Defenses.** Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

The above information summarizes the discovery that has been provided to-date with respect to Mr. Schwartz; I will continue to provide you with discovery as it becomes available. Please do not hesitate to reach out if you have questions.

Sincerely,

*/s/ Jocelyn Bond*
Jocelyn Bond
Assistant United States Attorney

Enclosure(s): Addenda A-G
cc:\

**Addendum A - May 24, 2021**

| Serial | Title | File Name |
|---|---|---|
| 1 | | 0176-WF-3366759-SCHWARTZ_0000001.pdf |
| 2 | | 0176-WF-3366759-SCHWARTZ_0000002.pdf |
| 4 | | 0176-WF-3366759-SCHWARTZ_0000004.pdf |
| 4 | | 0176-WF-3366759-SCHWARTZ_0000004_1A0000002_0000001.pdf |
| 4 | | 0176-WF-3366759-SCHWARTZ_0000004_1A0000004_0000001.JPG |
| 4 | | 0176-WF-3366759-SCHWARTZ_0000004_1A0000003_0000001.mp4 |
| 4 | | 0176-WF-3366759-SCHWARTZ_0000004_1A0000003_0000002.JPG |
| 5 | | 0176-WF-3366759-SCHWARTZ_0000005.pdf |
| 5 | | 0176-WF-3366759-SCHWARTZ_0000005_1A0000005_0000001.pdf |
| 5 | | 0176-WF-3366759-SCHWARTZ_0000005_1A0000006_0000001.mp4 |
| 5 | | 0176-WF-3366759-SCHWARTZ_0000005_1A0000007_0000001.PNG |
| 5 | | 0176-WF-3366759-SCHWARTZ_0000005_1A0000006_0000002.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006.pdf |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000001.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000002.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000003.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000004.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000005.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000006.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000007.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000008.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000009.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000010.JPG |
| 6 | | 0176-WF-3366759-SCHWARTZ_0000006_1A0000008_0000011.JPG |
| 7 | | 0176-WF-3366759-SCHWARTZ_0000007.pdf |
| 8 | | 0176-WF-3366759-SCHWARTZ_0000008.pdf |
| 9 | | 0176-WF-3366759-SCHWARTZ_0000009.pdf |
| 10 | | 0176-WF-3366759-SCHWARTZ_0000010.pdf |
| 11 | | 0176-WF-3366759-SCHWARTZ_0000011.pdf |
| 12 | | 0176-WF-3366759-SCHWARTZ_0000012.pdf |
| 12 | | 0176-WF-3366759-SCHWARTZ_0000012_1A0000001_0000001.pdf |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013.pdf |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_Import.pdf |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000004.png |

| | |
|---|---|
| 13 | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000011.jpg |
| 14 | 0176-WF-3366759-SCHWARTZ_0000014.pdf |
| 15 | 0176-WF-3366759-SCHWARTZ_0000015.pdf |
| 16 | 0176-WF-3366759-SCHWARTZ_0000016.pdf |
| 18 | 0176-WF-3366759-SCHWARTZ_0000018.pdf |
| 18 | 0176-WF-3366759-SCHWARTZ_0000018_1A0005227_0000001.PNG |
| 18 | 0176-WF-3366759-SCHWARTZ_0000018_1A0005225_0000001.pdf |
| 18 | 0176-WF-3366759-SCHWARTZ_0000018_1A0005227_0000002.pdf |
| 21 | 0176-WF-3366759-SCHWARTZ_0000021.pdf |
| 21 | 0176-WF-3366759-SCHWARTZ_0000021_Import.pdf |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023.pdf |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000001.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000002.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000003.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000004.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000005.PNG |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000006.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000007.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000008.pdf |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000009.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000010.pdf |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000011.pdf |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000012.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000013.jpeg |
| 23 | 0176-WF-3366759-SCHWARTZ_0000023_1A0005203_0000014.jpeg |
| 24 | 0176-WF-3366759-SCHWARTZ_0000024_1A0000005_0000001.png |
| 26 | 0176-WF-3366759-SCHWARTZ_0000026_1A0000001_0000001.jpeg |
| 26 | 0176-WF-3366759-SCHWARTZ_0000026_1A0000001_0000002.pdf |
| 27 | 0176-WF-3366759-SCHWARTZ_0000027.pdf |
| 28 | 0176-WF-3366759-SCHWARTZ_0000028.pdf |
| 30 | 0176-WF-3366759-SCHWARTZ_0000030.pdf |
| 30 | 0176-WF-3366759-SCHWARTZ_0000030_1A0007787_0000001.pdf |
| 32 | 0176-WF-3366759-SCHWARTZ_0000032.pdf |
| 32 | 0176-WF-3366759-SCHWARTZ_0000032_Import.pdf |
| 32 | 0176-WF-3366759-SCHWARTZ_0000032_1A0000005_0000001.pdf |
| 32 | 0176-WF-3366759-SCHWARTZ_0000032_1A0000005_0000002.pdf |

| | |
|---|---|
| 32 | 0176-WF-3366759-SCHWARTZ_0000032_1A0000005_0000003.pdf |
| 34 | 0176-WF-3366759-SCHWARTZ_0000034_1A0000002_0000001.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036_Import.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036_1A0000004_0000001.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036_1A0000004_0000002.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036_1A0000004_0000003.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036_1A0000004_0000004.pdf |
| 36 | 0176-WF-3366759-SCHWARTZ_0000036_1A0000004_0000005.pdf |
| 37 | 0176-WF-3366759-SCHWARTZ_0000037.pdf |
| 37 | 0176-WF-3366759-SCHWARTZ_0000037_1A0007088_0000001.JPG |
| 37 | 0176-WF-3366759-SCHWARTZ_0000037_1A0007088_0000002.JPG |
| 37 | 0176-WF-3366759-SCHWARTZ_0000037_1A0007088_0000003.JPG |
| 38 | 0176-WF-3366759-SCHWARTZ_0000038.pdf |
| 38 | 0176-WF-3366759-SCHWARTZ_0000038_Import.pdf |
| 38 | 0176-WF-3366759-SCHWARTZ_0000038_1A0000006_0000001.pdf |
| 38 | 0176-WF-3366759-SCHWARTZ_0000038_1A0000006_0000002.pdf |
| 38 | 0176-WF-3366759-SCHWARTZ_0000038_1A0000006_0000003.pdf |
| 38 | 0176-WF-3366759-SCHWARTZ_0000038_1A0000006_0000004.pdf |
| 40 | 0176-WF-3366759-SCHWARTZ_0000040.pdf |
| 40 | 0176-WF-3366759-SCHWARTZ_0000040_1A0000007_0000001_PHYSICAL.pdf |
| 41 | 0176-WF-3366759-SCHWARTZ_0000041.pdf |
| 41 | 0176-WF-3366759-SCHWARTZ_0000041_1A0000009_0000001.pdf |
| 41 | 0176-WF-3366759-SCHWARTZ_0000041_1A0000009_0000002.pdf |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042.pdf |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042_1A0000010_0000002.pdf |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042_1A0000010_0000003.jpg |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042_1A0000011_0000002.msg |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042_1A0000012_0000001.pdf |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042_1A0000012_0000002.pdf |
| 42 | 0176-WF-3366759-SCHWARTZ_0000042_1A0000013_0000001_PHYSICAL.pdf |
| 45 | 0176-WF-3366759-SCHWARTZ_0000045.pdf |
| 45 | 0176-WF-3366759-SCHWARTZ_0000045_1A0000016_0000001.pdf |
| 45 | 0176-WF-3366759-SCHWARTZ_0000045_1A0000016_0000002_PHYSICAL.pdf |
| 45 | 0176-WF-3366759-SCHWARTZ_0000045_1A0000017_0000001.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046.pdf |

| | |
|---|---|
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000018_0000001.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000018_0000002.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000018_0000003.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000019_0000001.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000019_0000002.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000019_0000003.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000018_0000004.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000020_0000001_PHYSICAL.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000020_0000002.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000022_0000001.pdf |
| 46 | 0176-WF-3366759-SCHWARTZ_0000046_1A0000021_0000001.pdf |
| 47 | 0176-WF-3366759-SCHWARTZ_0000047.pdf |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048.pdf |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_Import.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000001.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000002.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000003.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000004_PHYSICAL.pdf |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000005.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000006.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000007.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000008.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000009.JPG |
| 48 | 0176-WF-3366759-SCHWARTZ_0000048_1A0000023_0000010.JPG |
| 52 | 0176-WF-3366759-SCHWARTZ_0000052.pdf |
| 55 | 0176-WF-3366759-SCHWARTZ_0000055.pdf |
| 56 | 0176-WF-3366759-SCHWARTZ_0000056.pdf |
| 56 | 0176-WF-3366759-SCHWARTZ_0000056_1A0000027_0000001.zip |
| 57 | 0176-WF-3366759-SCHWARTZ_0000057_1A0009841_0000001.pdf |
| 59 | 0176-WF-3366759-SCHWARTZ_0000059.pdf |
| 60 | 0176-WF-3366759-SCHWARTZ_0000060.pdf |
| 60 | 0176-WF-3366759-SCHWARTZ_0000060_Import.pdf |
| 62 | 0176-WF-3366759-SCHWARTZ_0000062.pdf |
| 62 | 0176-WF-3366759-SCHWARTZ_0000062_Import.pdf |
| 62 | 0176-WF-3366759-SCHWARTZ_0000062_1A0000030_0000001.txt |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063.pdf |

| | |
|---|---|
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_Import.pdf |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_1A0000029_0000001.png |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_1A0000029_0000002.txt |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_1A0000029_0000003.json |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_1A0000029_0000004.png |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_1A0000029_0000005.png |
| 63 | 0176-WF-3366759-SCHWARTZ_0000063_1A0000029_0000006.png |
| 65 | 0176-WF-3366759-SCHWARTZ_0000065.pdf |
| 65 | 0176-WF-3366759-SCHWARTZ_0000065_Import.msg |
| 66 | 0176-WF-3366759-SCHWARTZ_0000066.pdf |
| 67 | 0176-WF-3366759-SCHWARTZ_0000067.pdf |
| 67 | 0176-WF-3366759-SCHWARTZ_0000067_1A0000026_0000001_PHYSICAL.pdf |
| 68 | 0176-WF-3366759-SCHWARTZ_0000068.pdf |
| 68 | 0176-WF-3366759-SCHWARTZ_0000068_Import.pdf |
| 70 | 0176-WF-3366759-SCHWARTZ_0000070.pdf |
| 70 | 0176-WF-3366759-SCHWARTZ_0000070_Import.mp4 |
| 70 | 0176-WF-3366759-SCHWARTZ_0000070_1A0000009_0000001_PHYSICAL.pdf |
| 71 | 0176-WF-3366759-SCHWARTZ_0000071.pdf |
| 71 | 0176-WF-3366759-SCHWARTZ_0000071_Import.rtf |
| 72 | 0176-WF-3366759-SCHWARTZ_0000072.pdf |
| 72 | 0176-WF-3366759-SCHWARTZ_0000072_1A0000001_0000001.pdf |
| 72 | 0176-WF-3366759-SCHWARTZ_0000072_1A0000001_0000002.PNG |
| 74 | 0176-WF-3366759-SCHWARTZ_0000074.pdf |
| 76 | 0176-WF-3366759-SCHWARTZ_0000076.pdf |
| 76 | 0176-WF-3366759-SCHWARTZ_0000076_1A0000004_0000001.csv |

**Addendum B - May 24, 2021**

| Serial | Title | File Name |
|---|---|---|
| 3 | | 0176-WF-3366759-SCHWARTZ_0000003.pdf |
| 3 | | 0176-WF-3366759-SCHWARTZ_0000003_Import.pdf |
| 3 | | 0176-WF-3366759-SCHWARTZ_0000003_1A0015263_0000001.pdf |
| 10 | | 0176-WF-3366759-SCHWARTZ_0000010_1A0003185_0000001.pdf |
| 17 | | 0176-WF-3366759-SCHWARTZ_0000017.pdf |
| 18 | | 0176-WF-3366759-SCHWARTZ_0000018_1A0005226_0000001.pdf |
| 19 | | 0176-WF-3366759-SCHWARTZ_0000019.pdf |
| 19 | | 0176-WF-3366759-SCHWARTZ_0000019_1A0008154_0000001.pdf |
| 20 | | 0176-WF-3366759-SCHWARTZ_0000020.pdf |
| 20 | | 0176-WF-3366759-SCHWARTZ_0000020_1A0008203_0000001.pdf |
| 37 | | 0176-WF-3366759-SCHWARTZ_0000037_1A0007088_0000004.pdf |
| 43 | | 0176-WF-3366759-SCHWARTZ_0000043.pdf |
| 43 | | 0176-WF-3366759-SCHWARTZ_0000043_1A0000014_0000001_PHYSICAL.pdf |
| 44 | | 0176-WF-3366759-SCHWARTZ_0000044.pdf |
| 44 | | 0176-WF-3366759-SCHWARTZ_0000044_1A0000015_0000001_PHYSICAL.pdf |
| 50 | | 0176-WF-3366759-SCHWARTZ_0000050.pdf |
| 50 | | 0176-WF-3366759-SCHWARTZ_0000050_1A0000007_0000001.pdf |
| 50 | | 0176-WF-3366759-SCHWARTZ_0000050_1A0000007_0000002.pdf |
| 51 | | 0176-WF-3366759-SCHWARTZ_0000051.pdf |
| 51 | | 0176-WF-3366759-SCHWARTZ_0000051_1A0000008_0000001.pdf |
| 51 | | 0176-WF-3366759-SCHWARTZ_0000051_1A0000008_0000002.pdf |
| 64 | | 0176-WF-3366759-SCHWARTZ_0000064.pdf |
| 64 | | 0176-WF-3366759-SCHWARTZ_0000064_1A0000010_0000001.pdf |
| 64 | | 0176-WF-3366759-SCHWARTZ_0000064_1A0000010_0000002.pdf |
| 75 | | 0176-WF-3366759-SCHWARTZ_0000075.pdf |
| 75 | | 0176-WF-3366759-SCHWARTZ_0000075_1A0007937_0000001.pdf |

**Addendum C - May 24, 2021**

| Serial | Title | File Name |
|---|---|---|
| 15 | | 0176-WF-3366759-SCHWARTZ_0000015_1A0000003_0000001.pdf |
| 22 | | 0176-WF-3366759-SCHWARTZ_0000022.pdf |
| 24 | | 0176-WF-3366759-SCHWARTZ_0000024.pdf |
| 25 | | 0176-WF-3366759-SCHWARTZ_0000025.pdf |
| 26 | | 0176-WF-3366759-SCHWARTZ_0000026.pdf |
| 26 | | 0176-WF-3366759-SCHWARTZ_0000026_1A0000001_0000003.pdf |
| 29 | | 0176-WF-3366759-SCHWARTZ_0000029.pdf |
| 31 | | 0176-WF-3366759-SCHWARTZ_0000031.pdf |
| 33 | | 0176-WF-3366759-SCHWARTZ_0000033.pdf |
| 49 | | 0176-WF-3366759-SCHWARTZ_0000049.pdf |
| 49 | | 0176-WF-3366759-SCHWARTZ_0000049_Import.JPG |
| 49 | | 0176-WF-3366759-SCHWARTZ_0000049_1A0000024_0000001_PHYSICAL.pdf |
| 57 | | 0176-WF-3366759-SCHWARTZ_0000031.pdf |
| 74 | | 0176-WF-3366759-SCHWARTZ_0000074_1A0000006_0000001.pdf |
| 74 | | 0176-WF-3366759-SCHWARTZ_0000074_1A0000006_0000002.msg |

### Addendum D - May 25, 2021

Grand Jury Transcript - [redacted] 3.3.2021
GJ Ex. 1 - BOLO.png
GJ Ex. 1 - [redacted] BWC.mp4
GJ Ex. 2A - Screenshot.JPG
GJ Ex. 2B - Screenshot.JPG
GJ Ex. 2C - Screenshot.JPG
GJ Ex. 3 - [redacted] BWC.mp4
GJ Ex. 4 - LWT Arch.mp4
GJ Ex. 5 - Farina Video Clip.mp4
GJ Ex. 6 - Baton Photo.JPG
GJ Ex. 7 - Text Message.JPG
GJ Ex. 8 - Tex Message 2.JPG
GJ Ex. 9 - Text Message 3.JPG
GJ Ex. 10 - Text Message 4.JPG

**Addendum E - June 25, 2021**

| Serial | Title | File Name |
|---|---|---|
| 13 |  | 0176-WF-3366759-SCHWARTZ_0000013.pdf |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000001.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000002.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000003.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000004.pr X |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000005.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000006.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000007.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000008.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000009.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000010.jfif |
| 13 | | 0176-WF-3366759-SCHWARTZ_0000013_1A0000002_0000011.jpg |

| Title | Uploaded by | Recorded on | Duration |
|---|---|---|---|
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:29:18 | 30m 2s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:06:55 | 14m 13s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 17:01:40 | 17m 46s |
| 20210107- CDU 54 | | 06 Jan 2021 16:58:17 | 2m 7s |
| 2021-01-06 1ST AMENDMENT PROTEST-RIOT US CAPITOL | | 06 Jan 2021 16:55:03 | 3m 14s |
| 01062021 - CDU - CAPITOL | | 06 Jan 2021 16:49:01 | 30m 28s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:48:23 | 29m 10s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:48:00 | 30m 16s |
| 20210106-FELONYRIOT-FIRSTSTSE | | 06 Jan 2021 16:44:45 | 23m 2s |
| 20210106-RIOT-FIRST ST SE | | 06 Jan 2021 16:40:53 | 8m 59s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:35:08 | 13m 40s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:30:28 | 18m 52s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:29:04 | 56m 36s |
| 2021-01-06 1ST AMENDMENT PROTEST-RIOT US CAPITOL | | 06 Jan 2021 16:27:37 | 24m 42s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:26:29 | 2m 28s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | | 06 Jan 2021 16:26:27 | 14m 13s |
| (Clip Assault.1) 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:54 | 37s |
| (Clip Assault.2) 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:54 | 36s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:54 | 51m 52s |
|     16:27:10-16:28:10 | | 06 Jan 2021 16:24:54 | 59s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:47 | 34m 15s |
|     ssault | | 06 Jan 2021 16:24:47 | 56s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX. | | 06 Jan 2021 16:24:33 | 54m 56s |
| 20210106 - CDU - 1D | | 06 Jan 2021 16:24:27 | 1h 4m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:09 | 23m 17s |
| Axon Body 3 Video 2021-01-06 1624 | | 06 Jan 2021 16:24:09 | 1h 22m |
|     16:27:28-16:28:10 | | 06 Jan 2021 16:24:07 | 44s |
| 20210106-FELONY APO/RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:24:07 | 1h 44m |
| FBI APO investigation-Agent    -BWC of     | | 06 Jan 2021 16:24:07 | 7m 4s |
| FBI investigation-Agent    -BWC of     | | 06 Jan 2021 16:24:07 | 21m 8s |
|     16:30:31-16:32:56 | | 06 Jan 2021 16:24:07 | 2m 27s |

| | | |
|---|---|---|
| 20210106- Riotous Act- US Capital Complex | 06 Jan 2021 16:24:00 | 13m 31s |
| ▓▓▓ 16:32:08-16:32:20 | 06 Jan 2021 16:22:27 | 14s |
| FBI APO investigation-Agent ▓▓▓▓▓ | 06 Jan 2021 16:22:27 | 1m 26s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | 06 Jan 2021 16:22:27 | 18m 3s |
| 20210106 - FELONY RIOTS - US CAPITAL BUILDING | 06 Jan 2021 16:21:45 | 16m 0s |
| 20210106 - FELONY RIOTING ASSIST | 06 Jan 2021 16:14:58 | 1h 1m |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 16:12:42 | 21m 26s |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 16:10:38 | 1h 55m |
| 20210106-RIOT-FIRST ST SE | 06 Jan 2021 16:09:47 | 13m 7s |
| 20210107- CDU 54- CAPITOL | 06 Jan 2021 16:00:57 | 9m 8s |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 16:00:22 | 17m 55s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 15:59:45 | 1h 16m |
| 20210106 - FELONY RIOTS - US CAPITAL BUILDING | 06 Jan 2021 15:58:09 | 21m 40s |
| 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 15:56:06 | 12m 23s |
| 20210106 - Riot - US CAPITOL | 06 Jan 2021 15:55:45 | 30m 36s |
| desk top thrown | 06 Jan 2021 15:55:04 | 5m 1s |
| attack with baton | 06 Jan 2021 15:55:04 | 5m 2s |
| 20210106-FELONY RIOTS-US CAPITOL | 06 Jan 2021 15:55:04 | 1h 19m |
| FBI investigation-Agent ▓▓▓▓▓ | 06 Jan 2021 15:55:04 | 20m 28s |
| 20200106 - Felony Riot - US Capitol | 06 Jan 2021 15:54:31 | 49m 44s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:54:22 | 24m 2s |
| Axon Body 3 Video 2021-01-06 1553 | 06 Jan 2021 15:53:34 | 26m 29s |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 15:53:15 | 2m 48s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:52:52 | 1h 27m |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 15:52:21 | 2m 56s |
| 20210106 - RIOTING -US CAPITOL | 06 Jan 2021 15:51:04 | 1h 46m |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 15:51:01 | 24m 35s |
| 20210107- CDU 54 CAPITOL | 06 Jan 2021 15:50:12 | 6m 20s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:49:09 | 7m 8s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 15:37:46 | 39m 11s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 15:26:13 | 33m 40s |
| 20210106 - FIRST AMENDMENT - US CAPITOL | 06 Jan 2021 15:24:51 | 12m 23s |

| | | |
|---|---|---|
| 20210106-ROBBERY/APO-U.S. CAPITOL GROUNDS- | 06 Jan 2021 15:18:41 | 21m 15s |
| (Clip 2.1) 20210106-ROBBERY/APO-U.S. CAPITOL GROUNDS- | 06 Jan 2021 15:18:41 | 3m 12s |
| 20210106 - FELONY RIOT - US CAPITOL | 06 Jan 2021 15:17:59 | 59m 30s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:17:20 | 20m 10s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 15:16:02 | 20m 52s |
| (Clip 2.1) 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 15:15:08 | 5m 16s |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 15:15:08 | 6m 41s |
| 01062021 - CDU - CAPITOL | 06 Jan 2021 15:13:22 | 1h 34m |
| 20210107- CDU 54- CAPITOL | 06 Jan 2021 15:10:28 | 35m 20s |
| (Clip 1.1) 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 15:10:13 | 2m 41s |
| (Clip 1.2) 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 15:10:13 | 2m 41s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 15:10:13 | 46m 49s |
| 20210106 - Riot - US Capitol | 06 Jan 2021 15:09:44 | 30m 31s |
| 20210106 - Rioting - US Capitol Building | 06 Jan 2021 15:07:50 | 7m 6s |
| 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 15:07:50 | 4m 21s |
| 20210106-FELONY RIOTS-US CAPITOL | 06 Jan 2021 15:05:16 | 23m 47s |
| 20210106-ROBBERY/APO-U.S. CAPITOL GROUNDS- | 06 Jan 2021 15:04:43 | 15m 54s |
| FBI Investigation- | 06 Jan 2021 15:02:54 | 4m 3s |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 15:02:54 | 16m 15s |
| FBI Investigation | 06 Jan 2021 15:00:39 | 6m 39s |
| 20210106 - Rioting - US Capitol Building | 06 Jan 2021 15:00:39 | 6m 40s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 14:48:45 | 4m 54s |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 14:46:56 | 43m 38s |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | 06 Jan 2021 14:46:15 | 1h 30m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:44:50 | 1h 36m |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 14:43:54 | 30m 54s |
| 20210106- FELONY RIOT/APO- FIRST ST SE | 06 Jan 2021 14:43:07 | 21m 26s |
| 20210106-FELONY RIOTS-US CAPITOL | 06 Jan 2021 14:42:55 | 4m 14s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:41:08 | 23m 20s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:37:54 | 1h 40m |
| 20210106- RIOTOUS ACTS- US CAPITAL COMPLEX | 06 Jan 2021 14:35:20 | 10m 14s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 14:34:23 | 1h 47m |

| | | |
|---|---|---|
| FBI APO investigation- | 06 Jan 2021 14:34:23 | 11m 13s |
| FBI APO investigation- | 06 Jan 2021 14:34:23 | 11m 13s |
| 20210106-RIOTOUS ACTS-US CAPTIOLC COMPLEX | 06 Jan 2021 14:33:50 | 1h 43m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:33:41 | 1h 50m |
| | 06 Jan 2021 14:33:41 | 9s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 14:30:09 | 11m 49s |
| 20210106-RIOT-FIRST ST SE | 06 Jan 2021 14:28:37 | 1h 40m |
| 20210106- RIOTOUS ACT- US CAPITAL COMPLEX | 06 Jan 2021 14:27:58 | 2h 29m |
| FBI investigation | 06 Jan 2021 14:27:58 | 10m 45s |
| (Clip 4.1) Axon Body 3 Video 2021-01-06 1413 | 06 Jan 2021 14:13:09 | 30m 43s |
| FBI investigation | 06 Jan 2021 14:13:09 | 18m 45s |
| Axon Body 3 Video 2021-01-06 1413 | 06 Jan 2021 14:13:09 | 1h 42m |
| 20210106- FELONY RIOT- FIRST ST SE | 06 Jan 2021 14:06:47 | 38m 19s |
| 20210106 - FELONY RIOT - US CAPITOL | 06 Jan 2021 14:04:19 | 1h 15m |
| 20210106-FELONY RIOTS-US CAPITOL | 06 Jan 2021 14:04:11 | 36m 41s |
| (Clip 2.1) 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:57:51 | 5m 1s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:57:51 | 1h 21m |
| 36:56 - 38:50 01/06/2020 - Felony Riot - US Capitol | 06 Jan 2021 13:57:41 | 1m 55s |
| 01/06/2020 - Felony Riot - US Capitol | 06 Jan 2021 13:57:41 | 48m 34s |
| FBI investigation | 06 Jan 2021 13:56:32 | 1m 39s |
| 20210106-US Capitol-APO | 06 Jan 2021 13:56:32 | 1h 22m |
| (Clip 6.1) 20210106 - Riot - US CAPITOL | 06 Jan 2021 13:55:42 | 5m 2s |
| | 06 Jan 2021 13:55:42 | 1m 39s |
| FBI investigation- | 06 Jan 2021 13:55:42 | 19m 3s |
| (Clip 6.1) 20210106 - Riot - US CAPITOL | 06 Jan 2021 13:55:42 | 5m 1s |
| 20210106 - Riot - US CAPITOL | 06 Jan 2021 13:55:42 | 1h 14m |
| (Clip 2.1) 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 13:55:41 | 42s |
| FBI APO investigation | 06 Jan 2021 13:55:41 | 60s |
| 20210106 - FELONY RIOTS - US CAPITAL BUILDING | 06 Jan 2021 13:55:41 | 53m 37s |
| 20210106-FELONY RIOT-US CAPITOL BUILDING | 06 Jan 2021 13:55:41 | 1h 9m |
| 20210106- Felony Riots- First St SE | 06 Jan 2021 13:55:41 | 2h 31m |
| 20210106- FELONY RIOT- FIRST ST SE | 06 Jan 2021 13:55:41 | 8m 13s |

| | | |
|---|---|---|
| 39:10 - 40:50 | 06 Jan 2021 13:55:40 | 1m 41s |
| 20210106 - FIRST AMENDMENT - FIRST ST SE | 06 Jan 2021 13:55:40 | 51m 59s |
| FBI investigation- | 06 Jan 2021 13:55:38 | 2m 7s |
| 20210106 - Felony Riot - US Capitol | 06 Jan 2021 13:55:38 | 1h 48m |
| FBI Investigation | 06 Jan 2021 13:52:04 | 8m 7s |
| 20210106 - Rioting - United States Capitol Building | 06 Jan 2021 13:52:04 | 1h 7m |
| (Clip 7.1) 20210106 - RIOT - US CAPITOL | 06 Jan 2021 13:49:16 | 8m 54s |
| | 06 Jan 2021 13:49:16 | 5m 1s |
| FBI investigation | 06 Jan 2021 13:49:16 | 19m 11s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 13:49:16 | 1h 20m |
| Dispersal Audio | 06 Jan 2021 13:49:16 | 31s |
| 3:56:45 - 13:57:22 | 06 Jan 2021 13:46:30 | 38s |
| FBI APO investigation | 06 Jan 2021 13:46:30 | 1m 14s |
| FBI APO investigation | 06 Jan 2021 13:46:30 | 59s |
| FBI APO investigation | 06 Jan 2021 13:46:30 | 1m 14s |
| (Clip 1.1) 14:040:23-14:04:45 | 06 Jan 2021 13:46:30 | 23s |
| 14:33:47-14:33:58 | 06 Jan 2021 13:46:30 | 12s |
| 14:40:10-14:04:45 | 06 Jan 2021 13:46:30 | 35s |
| 2021-01-06-First Amendment | 06 Jan 2021 13:46:30 | 1h 51m |
| FBI investigation- | 06 Jan 2021 13:38:49 | 17m 34s |
| 14:35:03 - 14:35:31 | 06 Jan 2021 13:38:49 | 39s |
| 14:35:03 - 14:35:31 | 06 Jan 2021 13:38:49 | 39s |
| 14:35:03 - 14:35:31 | 06 Jan 2021 13:38:49 | 39s |
| 01062021 - CDU - CAPITOL | 06 Jan 2021 13:38:49 | 1h 35m |
| 14:35:03 - 14:35:31 | 06 Jan 2021 13:38:49 | 39s |
| 20210106 - RIOT - US CAPITOL | 06 Jan 2021 13:32:10 | 1h 8m |
| Foulds 14:27:45-14:27:56 | 06 Jan 2021 13:29:49 | 12s |
| Foulds 14:33:45-14:33:55 | 06 Jan 2021 13:29:49 | 12s |
| FBI APO investigation- | 06 Jan 2021 13:29:49 | 54s |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 13:29:49 | 1h 13m |
| 20210106 - RIOT - CAPITAL BUILDING | 06 Jan 2021 13:29:49 | 1h 25m |
| (Clip 1.1) 20210106 - RIOTING - US CAPITOL | 06 Jan 2021 13:24:37 | 10m 1s |

| | | |
|---|---|---|
| (Clip 1.2) 20210106 - RIOTING - US CAPITOL | 6 Jan 2021 13:24:37 | 10m 1s |
| 20210106 - RIOTING - US CAPITOL | 6 Jan 2021 13:24:37 | 2h 23m |
| FBI APO investigation | 6 Jan 2021 13:21:41 | 25s |
| Rioter swings at police officers | 6 Jan 2021 13:21:41 | 1m 2s |
| 20210106-First Amendment Assembly-unit Capital Pl Se | 6 Jan 2021 13:21:41 | 2h 51m |
| FBI APO investigation-Suspect | 6 Jan 2021 13:20:40 | 1m 58s |
| | 6 Jan 2021 13:20:40 | 10m 27s |
| | 6 Jan 2021 13:20:40 | 3m 27s |
| 20210106 - FIRST AMENDMENT ASSEMBLY  - US CAPITAL | 6 Jan 2021 13:20:40 | 1h 52m |
| FBI investigation | 6 Jan 2021 13:20:29 | 7m 53s |
| 20210106 - FIRST AMENDMENT - US CAPITOL | 6 Jan 2021 13:20:29 | 1h 42m |
| FBI investigation | 6 Jan 2021 13:12:27 | 1m 44s |
| FBI investigation | 6 Jan 2021 13:12:27 | 6m 48s |
| FBI Investigation | 6 Jan 2021 13:12:27 | 33s |
| 20210106- CDU 54- CAPITOL | 6 Jan 2021 13:12:27 | 1h 35m |
| 20210106 - Riot - First St SE | 6 Jan 2021 13:12:20 | 2h 18m |
| 20210106 - FELONY RIOTING | 6 Jan 2021 13:12:16 | 2h 0m |

Addendum G

| Title | Owner | Recorded on | Duration |
|-------|-------|-------------|----------|
| 20210106 1827 US Capital | | 06 Jan 2021 18:27:35 | 4m 59s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:53:05 | 3m 56s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:52:47 | 4m 17s |
| 210106 - FELONY RIOTS - US CAPTIOL | | 06 Jan 2021 17:41:37 | 22m 4s |
| 20210106-First St SE-US CAPITOL | | 06 Jan 2021 17:41:20 | 25m 0s |
| 20210106-First St SE-US CAPITOL | | 06 Jan 2021 17:31:17 | 8m 19s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 17:31:16 | 33m 26s |
| Axon Body 3 Video 2021-01-06 1728 | | 06 Jan 2021 17:28:24 | 40m 9s |
| Axon Body 3 Video 2021-01-06 1726 | | 06 Jan 2021 17:26:57 | 23m 1s |
| 20210106- RIOT- US CAPITOL | | 06 Jan 2021 17:23:16 | 37m 34s |
| Axon Body 3 Video 2021-01-06 1722 | | 06 Jan 2021 17:22:22 | 4m 18s |
| 20210106 1720 US Capital | | 06 Jan 2021 17:20:50 | 2m 7s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:08:55 | 5m 49s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 17:05:29 | 21m 41s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 17:05:05 | 39m 28s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:59:37 | 47m 41s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | | 06 Jan 2021 16:58:25 | 11m 17s |
| 20210106- RIOT- US CAPITOL | | 06 Jan 2021 16:55:33 | 24m 42s |
| Axon Body 3 Video 2021-01-06 1652 | | 06 Jan 2021 16:52:58 | 15m 34s |
| 20210106  Riot  US  Capitol Grounds | | 06 Jan 2021 16:52:38 | 5m 6s |
| 20210106 - FELONY RIOT - US CAPITOL | | 06 Jan 2021 16:48:15 | 32m 59s |
| 210106 - FELONY RIOTS - US CAPITOL | | 06 Jan 2021 16:46:47 | 37m 29s |
| Axon Body 3 Video 2021-01-06 1645 | | 06 Jan 2021 16:45:12 | 30m 48s |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | | 06 Jan 2021 16:43:49 | 31m 48s |
| 20210106  Riot  US  Capitol Grounds | | 06 Jan 2021 16:40:14 | 11m 48s |
| Axon Body 3 Video 2021-01-06 1638 | | 06 Jan 2021 16:38:01 | 12m 18s |
|  2021-01-06us CAPITOL | | 06 Jan 2021 16:28:33 | 45m 26s |
| 20210106 -RIOTOUS ACTS- US CAPITOL COMPLEX | | 06 Jan 2021 16:27:19 | 24m 58s |
| 210106 - FELONY RIOTS - US CAPTIOL | | 06 Jan 2021 16:26:34 | 2m 9s |
| 20210106 -RIOTOUS ACTS- US CAPITOL COMPLEX | | 06 Jan 2021 16:26:30 | 2m 28s |
| 20210106 - FELONY RIOT - US CAPITOL | | 06 Jan 2021 16:25:07 | 25m 5s |

| | | |
|---|---|---|
| Axon Body 3 Video 2021-01-06 1623 | 06 Jan 2021 16:23:55 | 59m 9s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 16:22:40 | 13m 44s |
| Axon Body 3 Video 2021-01-06 1621 | 06 Jan 2021 16:21:53 | 7m 51s |
| 20200106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 16:11:48 | 9m 60s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 16:11:15 | 1h 30m |
| 2021-01-06  US CAPITOL | 06 Jan 2021 16:04:12 | 23m 28s |
| 20210106-RIOT-US CAPITOL | 06 Jan 2021 16:01:12 | 4m 23s |
| Felony Riots Capital Building | 06 Jan 2021 15:58:23 | 21m 21s |
| 2021-01-06 US CAPITOL | 06 Jan 2021 15:57:48 | 4m 9s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 15:56:57 | 1h 2m |
| Axon Body 3 Video 2021-01-06 1556 | 06 Jan 2021 15:56:50 | 33m 30s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:55:44 | 1m 30s |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 15:54:15 | 53m 49s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 15:53:55 | 59m 27s |
| 20210106- FIRST AMENDMENT ACTIVITY- WASHING | 06 Jan 2021 15:51:02 | 31m 55s |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 15:51:01 | 24m 35s |
| Axon Body 3 Video 2021-01-06 1524 | 06 Jan 2021 15:24:53 | 34m 52s |
| 20210106 - FIRST AMENDMENT ACTIVITY- WASHING | 06 Jan 2021 15:23:50 | 20m 12s |
| 2021-01-06 cAPITIOL | 06 Jan 2021 15:19:43 | 4m 29s |
| Felony Riots Capital Building | 06 Jan 2021 15:17:22 | 19m 51s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 15:16:56 | 4m 50s |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 15:12:55 | 11m 27s |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 15:10:09 | 30s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 15:04:28 | 31m 18s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 14:56:24 | 55m 44s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:50:57 | 2h 34m |
| 20210106 - 1ST AMMENDMENT - CAPITAL BUILDING | 06 Jan 2021 14:47:05 | 1h 1m |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 14:46:56 | 43m 38s |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 14:46:27 | 4m 21s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 14:45:14 | 12m 12s |
| 20210106 - CAPITOL SIEGE - UNITED STATES CAPITOL | 06 Jan 2021 14:44:54 | 3h 24m |
| 20210106-FIRST AMENDMENT ASSEMBLY-300 MARY | 06 Jan 2021 14:44:14 | 18m 42s |

| | | |
|---|---|---|
| 20210106-Firts St SE-US CAPITOL | 06 Jan 2021 14:39:54 | 2h 41m |
| 20210106 - FELONY RIOT - US CAPITOL | 06 Jan 2021 14:39:53 | 1h 39m |
| 20210106 -RIOTOUS ACTS- US CAPITOL COMPLEX | 06 Jan 2021 14:39:44 | 1h 16m |
| 210106 - FELOMY RIOTS - US CAPITOL | 06 Jan 2021 14:39:41 | 1h 39m |
| 20210106 - 1ST AMMENDMENT - US CAPITAL | 06 Jan 2021 14:38:29 | 2m 52s |
| 20210106  Riot  US  Capitol Grounds | 06 Jan 2021 14:38:21 | 3m 53s |
| 20210106- RIOT- US CAPITOL | 06 Jan 2021 14:24:38 | 2h 4m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 14:13:52 | 1h 27m |
| 20210106-FIRST AMENDMENT ASSEMBLY-US CAPITO | 06 Jan 2021 14:13:09 | 3h 16m |
| Video with Injury Seen - Scene of APO | 06 Jan 2021 14:12:37 | 35m 1s |
| FBI investigation | 06 Jan 2021 13:58:54 | 15m 7s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:58:54 | 1h 40m |
| 20210106 - FIRST AMENDMENT ASSEMBLY- WASHIN | 06 Jan 2021 13:57:53 | 1h 17m |
| FBI Investigation | 06 Jan 2021 13:55:41 | 60s |
| (Clip 3.1) 0210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:55:41 | 1m 46s |
| 0210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:55:41 | 2h 8m |
| 20210106-FELONYRIOT-FIRSTSTSE | 06 Jan 2021 13:55:39 | 8m 17s |
| Axon Body 3 Video 2021-01-06 1342 | 06 Jan 2021 13:42:54 | 2h 2m |
| 2021006-FIRST AMENDMENT ASSEMBLY-300 MARYLA | 06 Jan 2021 13:42:50 | 57m 13s |
| 14:12:17 - 14:12:39 | 06 Jan 2021 13:36:23 | 25s |
| 20210106-US CAPITOL RIOT-FIRST STREET NE | 06 Jan 2021 13:36:23 | 51m 4s |
| FBI APO investigation | 06 Jan 2021 13:36:23 | 39s |
| 2021-01-06 US CAPITOL | 06 Jan 2021 13:33:43 | 3m 49s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:32:43 | 29m 34s |
| Felony riots Capital Building | 06 Jan 2021 13:30:56 | 1h 48m |
| 20210106- OTHER- US CAPITOL | 06 Jan 2021 13:29:49 | 1h 13m |
| 20210106 - felony rioting - US Capitol | 06 Jan 2021 13:29:44 | 2h 52m |
| 20210106-RIOT-US CAPITOL | 06 Jan 2021 13:24:07 | 2h 33m |
| 20210106 - CAPITOL SEIGE - UNITED STATES CAPITOL | 06 Jan 2021 13:24:00 | 1h 16m |
| 20210106 1321 US Capital | 06 Jan 2021 13:21:02 | 2h 14m |
| 20210106 - ASSEMBLY - US CAPITOL GROUNDS | 06 Jan 2021 13:20:57 | 1h 49m |
| Axon Body 3 Video 2021-01-06 1320 | 06 Jan 2021 13:20:54 | 2h 47m |

| | | |
|---|---|---|
| 20210106 - PROTEST - US CAPITAL | 06 Jan 2021 13:20:50 | 4h 39m |
| 4:31:31-14:32:29 | 06 Jan 2021 13:20:15 | 59s |
| Axon Body 3 Video 2021-01-06 1320 | 06 Jan 2021 13:20:15 | 1h 39m |
| 20210106 - PROTEST - US CAPITAL | 06 Jan 2021 13:19:24 | 2m 30s |
| Axon Body 3 Video 2021-01-06 1319 | 06 Jan 2021 13:19:12 | 1h 32m |
| 20210106-DEMO-CAPITOL GROUNDS | 06 Jan 2021 13:17:08 | 1h 5m |
| Axon Body 3 Video 2021-01-06 1315 | 06 Jan 2021 13:15:50 | 6m 6s |
| 20210106-FELONY RIOT-THE CAPITOL | 06 Jan 2021 13:15:46 | 4h 45m |
| 20210106 - RIOTOUS ACTS - US CAPITOL COMPLEX | 06 Jan 2021 13:03:06 | 3h 37m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:01 | 25m 0s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:01 | 1h 42m |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:01 | 54m 23s |
| (Clip 6.1) 20210106-RIOTOUS ACTS-US CAPITOL COM | 06 Jan 2021 13:03:00 | 5m 1s |
| (Clip 6.2) 20210106-RIOTOUS ACTS-US CAPITOL COM | 06 Jan 2021 13:03:00 | 58s |
| 20210106-RIOTOUS ACTS-US CAPITOL COMPLEX | 06 Jan 2021 13:03:00 | 1h 39m |
| Axon Body 3 Video 2021-01-06 1230 | 06 Jan 2021 12:30:31 | 3m 27s |