

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 26, 2021

John M. Pierce
Pierce Bainbridge P.C.
355 South Grand Avenue, 44th Floor
Los Angeles, CA 90071

Re:     *United States v. Peter Schwartz*
         Case No. 21-cr-178-AMP

Counsel:

I am writing to memorialize the discovery that the United States has made available to your firm, Pierce Bainbridge P.C., in the above-captioned case.  Although preliminary discovery was previously provided to prior counsel, as detailed in my letter of August 24, 2021, the United States has duplicated that discovery for you as a courtesy.

On August 24, 2021, I provided an employee of Pierce Bainbridge, P.C. with access to the **USAfx folder titled "Schwartz, Peter – Discovery."**  That folder contains the contents of discovery as listed in **Addendum A through Addendum E** of my August 24, 2021, discovery letter.

In addition, on August 24, 2021, I provided an employee of Peirce Bainbridge, P.C. with **two separate links from Evidence.com** containing Body Worn Camera footage recorded by Metropolitan Police Department Officers on January 6, 2021 on the Lower West Terrace in and around the time that defendant Schwartz is believed to have been present.  The first link provided access to 176 video files as listed in **Addendum F** of my August 24, 2021 discovery letter.  The second link provided access to 111 video files as listed in **Addendum G** of my August 24, 2021 discovery letter.

The above-listed items summarize the materials provided to both Pierce Bainbridge P.C., as well as to prior counsel, as part of the preliminary discovery process.  As noted previously, the materials provided thus far are not Bates-stamped.  In the future you will be receiving duplicate copies of the above-described materials that have been Bates-stamped as part of our formalized

discovery process.  I will continue to provide you with discovery as it becomes available.  Please do not hesitate to reach out if you have questions.

Sincerely,

_____*/s/ Jocelyn Bond*_____
Jocelyn Bond
Assistant United States Attorney

Enclosure(s):  None
cc:\