UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )  No. 1:21-cr-00178-AMP |
| | ) |
| PETER SCHWARTZ, | ) |
| Defendant. | ) |

## NOTICE OF FILING

The United States, by and through its attorney, the Acting United States Attorney for the District of Columbia, respectfully requests that the attached discovery letter be made part of the record in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

ANDREW FLOYD
Deputy Chief, General Crimes Section

  */s/ Elizabeth Kelley*
ELIZABETH C. KELLEY
Assistant United States Attorney
D.C. Bar Number 1005031
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7238
Elizabeth.Kelley@usdoj.gov