

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

September 14, 2021

John Pierce, Esq.
**Via Email**

      Re:    *United States v. Peter Schwartz*
               Case No. 21-cr-178

Dear Counsel:

      On September 14, 2021, we uploaded additional discovery materials related to the above-referenced case to a folder in USAFx. The link to the materials is here: https://usafx.box.com/s/vwgvx4k8i1ldex3glln9jpxdjrbhugjo The title of the subfolder is: "DOJCB_001 2021.09.10 Capitol Breach Discovery."

      As part of our ongoing discovery production in this case, we are producing reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021. Officer names, witness names, and complainant names have been redacted. We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted. When that process is complete, we will reproduce the documents with the unique identifiers. Additional exhibits from these investigations are forthcoming. At this time, we understand that a small number of investigations are still on-going, and we will provide reports of those investigations on a rolling basis as they are concluded.

      The production includes an index in Excel and .pdf formats. The filenames reflect the USCP OPR case number.

      This material is subject to the terms of the Protective Order issued in this case. We will forward additional discovery as it becomes available.

If you have any questions, please feel free to contact me.

                                        Sincerely,

                                        *Elizabeth Kelley*

                                        Elizabeth Kelley
                                        Assistant United States Attorney