UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :  Case No.: 21-CR-178 |
| PETER SCHWARTZ, and | : |
| JEFFREY BROWN, | : |
| | : |
| Defendants. | : |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the Acting United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Mitra Jafary-Hariri hereby enters her appearance in the above referenced matter.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ Mitra Jafary-Hariri
MITRA JAFARY-HARIRI
Assistant United States Attorney
Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov
(313) 226-9632

## **CERTIFICATE OF SERVICE**

On this 29th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney