IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )
                                 )    CR No. 21-178
                                 )    Washington, D.C.
          vs.                    )    September 2, 2021
                                 )    11:18 a.m.
PETER SCHWARTZ,                  )
                                 )
          Defendant.             )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Jocelyn Patricia Bond
                            Elizabeth C. Kelley
                            U.S. ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            555 Fourth Street, NW
                            Washington, D.C. 20001
                            (202) 252-2571
                            Email: jocelyn.bond@usdoj.gov
                            Email:
                            elizabeth.kelley@usdoj.gov


For the Defendant:          Ryan Marshall
                            PIERCE BAINBRIDGE P.C.
                            355 South Grand Ave.,
                            44th Floor
                            Los Angeles, CA 90071
                            (213) 400-7125
                            Email:
                            jpierce@piercebainbridge.com

APPEARANCES CONTINUED:

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good morning, Your Honor.
 3   This is Criminal Case No. 21-178, United States of America
 4   versus Peter Schwartz.
 5          Jocelyn Bond and Elizabeth Kelley for the
 6   government.
 7          Ryan Marshall standing in for John Pierce on
 8   behalf of Mr. Schwartz.
 9          The defendant's appearing via videoconference for
10   this matter.
11          Defense counsel -- Mr. Marshall also wanted me to
12   say that the defense is requesting a bench conference.
13          THE COURT:  Okay.
14          Good morning, everyone.
15          Mr. Schwartz, can you hear me, sir?
16          THE DEFENDANT:  Yes, I can.
17          THE COURT:  Okay.
18          All right.  So we were together last week.
19   Mr. Schwartz, I'll just ask you to mute your line again,
20   please.
21          We were together last week and were notified for
22   the first time that there may be some health issues
23   regarding Mr. Pierce.  Mr. Marshall was present for that
24   hearing and I'd asked him, one -- to do several things; one
25   is to determine what Mr. Pierce's health status is and
```

1   whether he will be able to continue as counsel in this case

2   and any others; two, I asked him to have a lawyer present

3   here.  Mr. Pierce, as I understand it, has a law partner.

4   Mr. Marshall's not barred, and I asked him to have a lawyer

5   present who was barred to provide the information I was

6   seeking; and then, thirdly, to confer with Mr. Schwartz

7   about how he would like to proceed in light of whatever the

8   circumstances are with Mr. Pierce.

9           So, Mr. Marshall, I see that you're here today.

10  There is no other counsel here on behalf of Mr. Pierce

11  [sic].  So can you just update me as to your efforts to try

12  and get a lawyer, actually a barred lawyer here to

13  represent -- or provide representations to the Court?

14          MR. MARSHALL:  Yes, Your Honor.

15          And regarding that matter is why we had requested

16  the bench conference.

17          Is that okay to talk to you about?

18          THE COURT:  No.

19          So, Mr. Marshall, you know, I'm going to be

20  sensitive to Mr. Pierce's health concerns.  But, you know,

21  Mr. Pierce has entered his appearance on behalf of 17

22  different defendants --

23          MR. MARSHALL:  Yes, Your Honor.

24          THE COURT:  -- across more than a dozen cases.

25          There is press interest in the January 6th cases,

1    and there's now been press interest in Mr. Pierce's ability

2    to continue to represent these defendants.

3            So I'm not going to go into a bench conference

4    right now.  And the basic question right now before me is

5    why there isn't -- why Mr. Pierce's law partner, at least as

6    I understood you told me, he had a law partner and why he's

7    not available for this hearing?

8            MR. MARSHALL:  Yes, Your Honor.

9            We had been working with an outside attorney that

10   we were contracting to work on this matter.  We were trying

11   to finish getting the contract together and working with

12   him; however, he has been preparing for a trial and that has

13   not finalized.  I received word from him this morning that

14   he would not be able to make the appearances today.

15           THE COURT:  All right.

16           Well, I don't understand.  I mean, I understood

17   from you, and maybe I misunderstood, but I understood from

18   you that Mr. Pierce's law firm, which is Pierce Bainbridge,

19   has more than one --

20           MR. MARSHALL:  Yes, Your Honor.

21           THE COURT:  -- law partner.  And Mr. Pierce isn't

22   either -- and so maybe it's Mr. Bainbridge or maybe there's

23   more partners.

24           Are there additional law partners in Pierce

25   Bainbridge other than Mr. Pierce?

1          MR. MARSHALL:  There is, I believe -- excuse me,

2   Your Honor.  There is.  Mr. Bainbridge; however, I have

3   never met him or had any dealings with him.

4          THE COURT:  And the person you are referring to

5   last week was not Mr. Bainbridge?

6          MR. MARSHALL:  It was not, Your Honor.

7          THE COURT:  All right.

8          So there's no lawyer, barred lawyer, who is able

9   to appear before me today; is that what you're saying?

10          MR. MARSHALL:  Yes, Your Honor.

11          THE COURT:  And this contract lawyer, is that

12   person under contract to work on this case?

13          MR. MARSHALL:  He agreed to, but the contract has

14   not been drafted or signed, Your Honor.

15          THE COURT:  Okay.

16          All right.  Well, that's disappointing.

17          Let's at least figure out where things stand with

18   Mr. Pierce.

19          What can you tell us about where things are with

20   Mr. Pierce?

21          MR. MARSHALL:  Yes, Your Honor.

22          I have spoke with Mr. Pierce.  He is in the

23   hospital sick.

24          From what he has said to me, I believe him to be

25   back out of the hospital in roughly a week.  He has

1   expressed to me his interest and ability to still continue

2   with these cases and wanted me to alert the Court just of

3   his apologies and his illness is very serious right now.

4           THE COURT:  Okay.

5           Well, as I said last week, I'm sorry to hear that

6   and I certainly -- my prayers go out to Mr. Pierce, and

7   I hope -- I wish him a speedy recovery.

8           Look, the issue here is, I've got not just

9   Mr. Schwartz, who has -- you all recall during the last

10  hearing -- would like to have his case move forward, but

11  I know Mr. Pierce is counsel in other cases.

12          So, Mr. Marshall, I take it from -- you've spoken

13  to Mr. Pierce.  And when did you last speak with him?

14          MR. MARSHALL:  Tuesday evening, Your Honor.

15          THE COURT:  So two days ago?

16          MR. MARSHALL:  Yes, Your Honor.

17          THE COURT:  And no contact since then with him or

18  a family member or somebody who might --

19          MR. MARSHALL:  I spoke with one of his friends

20  yesterday --

21          COURT REPORTER:  I'm sorry, Mr. Marshall, can you

22  start over?

23          MR. MARSHALL:  I'm sorry, yes.

24          I spoke to one of his friends yesterday, but not

25  to Mr. Pierce himself.

1          THE COURT:  Okay.

2          And did you learn anything else from his friend

3    that would be helpful to understanding what his condition

4    is?

5          MR. MARSHALL:  No.

6          The status was just still the same; that he was

7    very sick and he spent most of yesterday sleeping.

8          THE COURT:  I think I heard you say earlier that

9    it's Mr. Pierce's expectation that he will be released

10   within a week?

11         MR. MARSHALL:  Yes, Your Honor.

12         THE COURT:  And did he give you any sense of

13   his -- the basis for that expectation?

14         MR. MARSHALL:  He is beginning to feel better,

15   though he is still very -- though he is still down, he is

16   beginning to feel better.  But that's all he has said to me,

17   Your Honor.

18         THE COURT:  Okay.

19         Before we figure out exactly what to do, let me

20   sort of touch on the third subject, and that's really,

21   frankly, the most important, which is what Mr. Schwartz

22   would like to do.

23         I presume he has retained Mr. Pierce, meaning he's

24   paid a retainer of some kind for Mr. Pierce's

25   representation.

1          Mr. Marshall, have you had a chance to talk to

2    Mr. Schwartz about how he wants to proceed?

3          MR. MARSHALL:  The only thing I have alerted him

4    to --

5          COURT REPORTER:  One second.

6          THE COURT:  Hang on.

7          Mr. Schwartz, can I ask you to mute your line for

8    a moment.  If you want to address me in a second, I'll give

9    you the opportunity.  It's just that the background noise

10   there is drowning out Mr. Marshall.

11         Mr. Marshall, I don't know if you're far away from

12   a mic, but you need to get closer, it's very hard to hear

13   you.

14         MR. MARSHALL:  I apologize, Your Honor.  I'm just

15   very nervous after last week.

16         Mr. Schwartz and I spoke a little bit.  I informed

17   him that we were trying to bring another attorney on board.

18   And that we do believe, you know, John was to make a

19   recovery and be coming back, and that John wanted him to

20   know that it should not pose a problem to represent him.

21   That's to the extent of what I was able to relay.

22         THE COURT:  Okay.

23         And do you have any representations to make about

24   whether Mr. Schwartz wants to have Mr. Pierce continue as

25   counsel?

1          MR. MARSHALL:  I do not, Your Honor.

2          THE COURT:  Okay.

3          Mr. Schwartz, let me turn to you.  And I'm not

4     asking you to share with me any communications that you've

5     had with Mr. Marshall, but I am -- I will ask you what your

6     thoughts are currently about proceeding without Mr. Pierce

7     or with Mr. Pierce.

8          You know, you have retained him, you have a right

9     to a lawyer, and if you select a lawyer, as you have, you

10    have a right to have that lawyer represent you.  But if he's

11    not able to continue, and it's not clear to me yet that

12    that's so, we need to figure out exactly how we're going to

13    proceed for you.

14         So, Mr. Schwartz, what's your current thinking

15    about counsel?

16         THE DEFENDANT:  You know, I'm sympathetic to

17    what's going on, of course, you know, and I wish the best

18    for him, but I also, under no circumstances, am willing to

19    give up my constitutional rights, they have already been

20    violated.  I'm pretty frustrated with it.

21         You know, I mean, I haven't seen one ounce of

22    discovery.  I know that the discovery was judged to not be

23    authorized, sent off to a vendor, that was a non-government

24    employee, which is Deloitte, which is what I'm referring to.

25    So I already know my evidence, and my exculpatory evidence,

1    I'm not going to have access to that.

2            I feel like my due-process rights are violated to

3    the max.  I'm tired of being held under false pretenses,

4    really.

5            And I'm not willing, under any circumstances, no

6    matter what I work out with a lawyer, to have any more of my

7    rights violated.

8            I want my speedy trial right, I wanted that from

9    day one, I will continue to want that, there is absolutely

10   zero circumstances that's going to change my mind on that.

11           THE COURT:  Okay.  Well --

12           THE DEFENDANT:  And as far as communicating

13   with -- I'm sorry.  Go ahead.

14           THE COURT:  Go ahead.

15           Why don't you finish your last thought, and then

16   I have a follow-up question, Mr. Schwartz.

17           THE DEFENDANT:  As far as communicating with

18   Mr. Marshall, I have attempted to on the -- I think we have

19   a learning tablet -- here in the DOC, there's a learning

20   tablet, which I am able to communicate with him sometimes.

21   I haven't communicated with him since this week.  I do a

22   have a couple concerns.  I have a spider bite on my wrist,

23   which is not getting medical attention.  I've been wearing

24   the same contact lenses since January 7th and no medical

25   help.

1          I do have some concerns, but I haven't been able

2   to contact him in the past week now.

3          THE COURT:  Okay.

4          THE DEFENDANT:  So we haven't really discussed any

5   other options.

6          So this is kind of the first I'm hearing from it,

7   because I thought you delayed it against my will last week,

8   and I was unhappy with that.  And I expected to hear a

9   little bit from Mr. Marshall or Mr. Pierce between then and

10  now, but I haven't.  I've attempted to reach out.

11         I know that I'm tired of -- I don't know about any

12  of the other things about it, but I am not, under any

13  circumstances, willing to give up my constitutional rights,

14  and that includes my right to a speedy trial.

15         THE COURT:  All right.

16         Well, Mr. Schwartz, let me just ask the following,

17  because we're in a difficult position here.  You're entitled

18  to counsel and you have retained Mr. Pierce.  Mr. Pierce

19  clearly is not available today, and it's not clear to me

20  when he's going to be available.

21         And the question that I need to address, if not

22  today but in short order, is whether you wish to continue to

23  wait and see whether Mr. Pierce is going to regain his

24  health and continue to have him as your lawyer, or you want

25  to either hire a new lawyer or have the Court appoint one

1   for you if you qualify for a court-appointed lawyer.

2           So that's the decision point I'm at right now.

3   And that's a decision that only you and -- you can make.  So

4   I don't know whether you've had enough time to think about

5   that, but that's the question before me right now.

6           THE DEFENDANT:  I'm going to repeat myself here:

7   This isn't the first I've heard of it, because last week

8   when you laid it over for a week against my wishes, I had no

9   idea that he wasn't going to be here today.  I've tried to

10  communicate with Mr. Marshall and Mr. Pierce unsuccessfully.

11          So this is the first I'm hearing of it.  I don't

12  know what you consider a sufficient amount of time to

13  consider that, but I heard it less than 15 minutes ago.

14          THE COURT:  Well, that's fair.

15          That's certainly fair, Mr. Schwartz, because

16  I know one of the things that I did ask Mr. Marshall to do

17  between last week and this week was to communicate with you.

18  That obviously hasn't happened.

19          So I think, you know, look, Mr. Marshall, I need

20  you to make arrangements to contact Mr. Schwartz and have a

21  conversation with him about his options and -- so we can

22  figure out what he even wants to do it.  It's his case, it's

23  his right to determine how he wants to proceed, either with

24  Mr. Pierce or without Mr. Pierce, and I think he needs to be

25  fully informed about what the facts are and what his options

1   are.

2          So, Mr. Schwartz, I don't -- you know, I'm

3   sympathetic.  I understand you haven't had enough time, and,

4   perhaps, more importantly, enough information to figure out

5   how you want to proceed.

6          And I think the best I can do right now, and this

7   isn't satisfactory, is to carry this over so you have a

8   chance to talk to Mr. Marshall, and maybe even Mr. Pierce, I

9   don't know whether he's available to speak with you by

10  phone, to figure out how you want to proceed.

11         THE DEFENDANT:  Well, one thing I'd like to

12  address, and I could be mistaken, but my understanding of

13  the speedy trial right is that the clock is running unless I

14  make a delay or unless the delay comes from my end and that

15  it doesn't matter that -- the prosecution's delay doesn't

16  stop the clock.

17         So regardless of whether the issue is going on on

18  my end, I do not want the clock to stop on the speedy trial.

19         THE COURT:  I understand.

20         THE DEFENDANT:  I didn't want that last week;

21  I don't want that this week.

22         THE COURT:  I understand.

23         THE DEFENDANT:  So if I get up to trial and I

24  decide that I want more time, then I am aware that I do have

25  the right to stop the speedy clock at that point.  But

```
 1    I'm not willing to do that now, nor have I ever been, up
 2    until this point.
 3              THE COURT:  Okay.
 4              MS. BOND:  Your Honor, may the government be heard
 5    briefly?
 6              Your Honor?
 7              THE COURT:  Yes.  Go ahead.
 8              MS. BOND:  Thank you.
 9              Our request --
10              THE COURT:  Go ahead, Ms. Bond.
11              MS. BOND:  Our request at this point is --
12              THE COURT:  Hang on.
13              MS. BOND:  Can you hear me, Your Honor?
14              THE COURT:  You're cutting in and out.
15              MS. BOND:  Can you hear me now, Your Honor?
16              THE COURT:  Yes.
17              MS. BOND:  Thank you.
18              Our request at this point is for the Court to
19    appoint advisory counsel to Mr. Schwartz.  He is certainly
20    very frustrated, and understandably so.  But our concern is
21    that Mr. Marshall is not an attorney and can't fully advise
22    Mr. Schwartz on what his rights are here.
23              Advisory counsel can get to the bottom of when
24    Mr. Pierce might be available and what Mr. Schwartz's
25    options are.
```

```
1              THE COURT:  Look, I think that makes sense.
2    I think that's a sensible approach.
3              You know, I was hoping, I mean -- I think -- I
4    came into this hearing -- and I think you're right, the fact
5    that Mr. Schwartz was retained in that law firm, but he
6    doesn't have to speak to another lawyer who's actually --
7              THE DEFENDANT:  Your Honor, you're breaking up.
8              COURT REPORTER:  Yeah, you're frozen.
9              THE COURT:  Is that better?
10             COURT REPORTER:  It seems to be for the moment.
11             THE DEFENDANT:  So far, so good.
12             THE COURT:  I'm now off WiFi and connected into
13   the network.
14             Okay.  So, look, the facts have changed and
15   I think what Ms. Bond says makes some sense.  I was under
16   the understanding -- under the impression, when we began
17   this hearing, that there, in fact, was another law partner
18   associated with Mr. Pierce and his law firm.  Evidently,
19   that may not be the case.
20             So I think, you know, having an advisory counsel
21   makes some sense.  I think the question is how quickly we
22   can get this done.
23             Hang on for a second, everyone.
24             So, look, I think the best we can do is set this
25   down for another week, time.
```

1      I'll talk to the Public Defender and see if I can

2   identify -- see if we can identify an advisory counsel who

3   can talk to Mr. Schwartz about Mr. Pierce and what's going

4   on and communicate with Mr. Pierce, hopefully -- and figure

5   out how Mr. Schwartz wants to proceed.

6      So is everybody available next Thursday, the 9th?

7      JC, do we have the line at 10:30?

8      COURT REPORTER:  Can't hear you, JC.

9      THE COURT:  Type me a message.

10      Are government counsel available at 9:30?

11      MS. BOND:  Yes, Your Honor.

12      THE COURT:  Okay.

13      So, Mr. Schwartz, here's how we're going to

14   proceed.  I am going to appoint a lawyer as an advisory

15   lawyer for you.  I will reach out to the Public Defender

16   today to try and accomplish that, and hopefully that person

17   will be in a position to speak with you between now and next

18   Thursday.  It's my hope and expectation that that person

19   will be able to collect the information about Mr. Pierce's

20   condition.

21      So, Mr. Marshall, I'm going to ask to make sure

22   that we have your contact information to give to the

23   advisory counsel so that that person can reach you, if

24   necessary, if he can't talk to Mr. Pierce or she can't talk

25   to Mr. Pierce, and then hopefully we'll have an opportunity

 1   to talk to Mr. Schwartz by next Thursday.

 2           But we've got to resolve, Mr.Schwartz, what we're

 3   going to do with this so far as a lawyer goes here, and I'm

 4   trying to do that as quickly as we can, based upon what our

 5   seemingly challenging circumstances are, okay?

 6           THE DEFENDANT:  Yeah, that's fine.

 7           Do you understand that my desires are to not stop

 8   the clock on the speedy trial regardless?  This is my issue

 9   and I'm not willing to give up my constitutional rights over

10   it.

11           THE COURT:  All right.

12           Well, I understand that, Mr. Schwartz.

13           And I guess, government counsel, I mean, I think

14   it's appropriate to exclude time through next Thursday.

15           MS. BOND:  And we are, of course, requesting that,

16   Your Honor, in light of all of these issues with his

17   attorney not being available at this time.

18           THE COURT:  Yeah.

19           Look, Mr. Schwartz, the Speedy Trial Act permits a

20   defendant to seek to exclude time, and also permits the

21   government to seek to exclude time.  And in certain

22   circumstances, I believe, even the Court can exclude time on

23   its own motion.

24           So, you know, I am going to exclude time through

25   next Thursday, and I do think that exclusion of time is

1    warranted to ensure potentially the continuation of counsel
2    to determine whether it is --
3            THE DEFENDANT:  I object to excluding time.
4            I don't see what it has to do with the
5    prosecution.  This is my issue on my end of it.  It has
6    nothing to do with them or their case.
7            THE COURT:  Well, I understand that, Mr. Schwartz.
8            But the Speedy Trial Act, you know, it reflects
9    considerations and concerns, certainly with respect to the
10   defendant, but also with respect to the government and the
11   public, and so --
12           THE DEFENDANT:  Very little respect to the
13   defendant, it seems.
14           THE COURT:  Well, you know, the bottom line is, I
15   do think exclusion of that additional week's time until next
16   Thursday, the 9th, is warranted -- the -- warranted in order
17   to determine what Mr. Pierce's status is and to ensure -- to
18   determine whether Mr. Pierce can remain as counsel.
19           The interests of justice outweigh the interests of
20   the public and the defendant in a speedy trial for that
21   reason as well; in other words, to take the time we need
22   here, or try and do it as quickly as possible, to get
23   Mr. Schwartz the information he needs in order to make a
24   determination about how he wishes to proceed going forward,
25   whether it be with Mr. Pierce or someone else.

1          So that's what we'll do.  And so we'll get back to

2    everybody.  Hopefully we'll have better answers and more

3    clarity in a week's time, okay?

4          Anything else anybody wants to raise at this

5    juncture?

6          MR. MARSHALL:  Your Honor, there was still one

7    more concern I wanted to bring up in a bench conference

8    without the media present, if that is possible.

9          THE COURT:  Mr. Marshall, you're going to have to

10   tell me what it is that you think requires a bench

11   conference.

12         MR. MARSHALL:  Regarding me and your approval of

13   me appearing last week.

14         THE COURT:  Well, to the extent that there's a

15   concern, I've approved it, I've authorized it.  I recognize

16   that you are not barred, and -- but for these limited

17   purposes, I've allowed you to appear to make

18   representations, okay?

19         MR. MARSHALL:  Thank you, Your Honor.  That was

20   all I wanted the record to reflect.

21         THE COURT:  Anything else, Ms. Bond, Ms. Kelley?

22         MS. BOND:  Nothing from the government,

23   Your Honor.

24         THE COURT:  We'll see everybody next week.

25         (Proceedings concluded at 11:42 a.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.


Date:__November 3, 2021_____   /S/__William P. Zaremba_____

                               William P. Zaremba, RMR, CRR

COURT REPORTER:
**[5]**  7/21 9/5 16/8 16/10
17/8
**COURTROOM
DEPUTY: [1]**  3/2
**MR. MARSHALL: [22]**
15/8 15/11 15/13 15/15
15/17 17/11 18/15
20/22
**MS. BOND: [9]**  15/4
**THE COURT: [46]**
**THE DEFENDANT:
[14]**  3/16 10/16 11/12
11/17 12/4 13/6 14/11
14/20 14/23 16/7 16/11
18/6 19/3 19/12

**/**
**/S [1]**  21/10

**1**
**10:30 [1]**  17/7
**11:18 [1]**  1/6
**11:42 [1]**  20/25
**15 [1]**  13/13
**17 [1]**  4/21
**178 [2]**  1/4 3/3
**19 [1]**  21/6

**2**
**20001 [2]**  1/15 2/5
**202 [2]**  1/16 2/5
**2021 [2]**  1/5 21/10
**21-178 [2]**  1/4 3/3
**213 [1]**  1/21
**252-2571 [1]**  1/16
**2571 [1]**  1/16

**3**
**3249 [1]**  2/5
**333 [1]**  2/4
**354-3249 [1]**  2/5
**355 [1]**  1/19

**4**
**400-7125 [1]**  1/21
**44th [1]**  1/20

**5**
**555 [1]**  1/15

**6**
**6th [1]**  4/25

**7**
**7125 [1]**  1/21
**7th [1]**  11/24

**9**
**90071 [1]**  1/20
**9:30 [1]**  17/10
**9th [2]**  17/6 19/16

**A**
**a.m [1]**  1/6 20/25
**ability [2]**  5/1 7/1
**able [8]**  4/1 5/14 6/8
9/21 10/11 11/20 12/1

**about [15]**  4/7 4/17
6/19 9/2 9/23 10/6
10/15 12/11 12/12 13/4
13/21 13/25 17/3 17/19
19/24
**above [1]**  21/4
**above-titled [1]**  21/4
**absolutely [1]**  11/9
**access [1]**  11/1
**accomplish [1]**  17/16
**across [1]**  4/24
**Act [2]**  18/19 19/8
**actually [2]**  4/12 16/6
**additional [2]**  5/24
15/15
**address [3]**  9/8 12/21
14/12
**advise [1]**  15/21
**advisory [6]**  15/19
15/23 16/20 17/2 17/14
17/23
**after [1]**  9/15
**again [1]**  3/19
**against [2]**  12/7 13/8
**ago [2]**  7/15 13/13
**agreed [1]**  6/13
**ahead [4]**  11/13 11/14
15/7 15/10
**aided [1]**  2/7
**alert [1]**  7/2
**alerted [1]**  9/3
**all [10]**  3/18 5/15 6/7
6/16 7/9 8/16 12/15
18/11 18/16 20/20
**All right [1]**  12/15
**allowed [1]**  20/17
**already [2]**  10/19 10/25
**also [4]**  3/11 10/18
18/20 19/10
**am [7]**  10/5 10/18
11/20 12/12 14/24
17/14 18/24
**AMERICA [2]**  1/3 3/3
**AMIT [1]**  1/10
**amount [1]**  13/12
**Angeles [1]**  1/20
**another [4]**  9/17 16/6
16/17 16/25
**answers [1]**  20/2
**any [10]**  4/2 6/3 8/12
9/23 10/4 11/5 11/6
12/4 12/11 12/12
**anybody [1]**  20/4
**anything [3]**  8/2 20/4
20/21
**apologies [1]**  7/3
**apologize [1]**  9/14
**appear [2]**  6/9 20/17
**appearance [1]**  4/21
**appearances [3]**  1/12
2/1 5/14
**appearing [2]**  3/9
20/13
**appoint [3]**  12/25
15/19 17/14
**appointed [1]**  13/1
**approach [1]**  16/2

**appropriate [1]**  15/20
**approval [1]**  20/12
**approved [1]**  20/15
**are [15]**  4/8 5/24 6/4
6/19 10/6 11/2 13/25
14/1 15/22 15/25 17/10
18/5 18/7 18/15 20/16
**arrangements [1]**
13/20
**as [20]**  4/1 4/3 4/11 5/5
7/5 9/24 10/9 11/12
11/12 11/17 11/17
12/24 17/14 18/3 18/4
18/4 19/18 19/21 19/22
19/22
**ask [6]**  3/19 9/7 10/5
12/16 13/16 17/21
**asked [3]**  3/24 4/2 4/4
**asking [1]**  10/4
**associated [1]**  16/18
**attempted [2]**  11/18
12/10
**attention [1]**  11/23
**attorney [4]**  5/9 9/17
15/21 18/17
**ATTORNEY'S [1]**  1/14
**authorized [1]**  10/23
20/15
**available [8]**  5/7 12/19
12/20 14/9 15/24 17/6
17/10 18/17
**Ave [1]**  1/19
**Avenue [1]**  2/4
**aware [1]**  14/24
**away [1]**  9/11

**B**
**back [3]**  6/25 9/19 20/1
**background [1]**  9/9
**BAINBRIDGE [6]**  1/19
5/18 5/22 5/25 6/2 6/5
**barred [5]**  4/4 4/5 4/12
6/8 20/16
**Barrett [1]**  2/4
**based [1]**  18/4
**basic [1]**  5/4
**basis [1]**  8/13
**be [20]**  3/22 4/1 4/19
5/14 6/24 8/3 8/9 9/19
10/22 12/20 13/9 13/24
14/12 15/4 15/24 16/10
16/19 17/17 17/19
19/25
**because [4]**  12/7 12/17
13/7 13/15
**been [8]**  5/1 5/9 5/12
6/14 10/19 11/23 12/1
15/1
**before [5]**  1/10 5/4 6/9
8/19 13/5
**began [1]**  16/16
**beginning [1]**  8/14
8/16
**behalf [3]**  3/8 4/10 4/21
**being [2]**  11/3 18/17
**believe [4]**  6/1 6/24
9/18 18/22
**bench [5]**  3/12 4/16 5/3

**best [3]**  10/17 14/6
16/24
**better [4]**  8/14 8/16
16/9 20/2
**between [2]**  12/9 13/17
17/17
**bit [2]**  9/16 12/9
**bite [1]**  11/22
**board [1]**  9/17
**Bond [5]**  1/13 3/5
15/10 16/15 20/21
**bottom [2]**  15/23 19/14
**breaking [1]**  16/7
**briefly [1]**  15/5
**bring [2]**  9/17 20/7

**C**
**CA [1]**  1/20
**came [1]**  16/4
**can [21]**  3/15 3/16 4/11
6/19 7/21 9/7 13/3
13/21 14/6 15/13 15/15
15/23 16/22 16/24 17/1
17/2 17/3 17/23 18/4
18/22 19/18
**can't [4]**  15/21 17/8
17/24 17/24
**carry [1]**  14/7
**case [7]**  3/3 4/1 6/12
7/10 13/22 16/19 19/6
**cases [4]**  4/24 4/25 7/2
7/11
**certain [1]**  18/21
**certainly [4]**  7/6 13/15
15/19 19/9
**Certified [1]**  2/3
**certify [1]**  21/2
**CH [1]**  2/4
**challenging [1]**  18/5
**chance [2]**  9/1 14/8
**change [1]**  11/10
**changed [1]**  16/14
**circumstances [7]**  4/8
10/18 11/5 11/10 12/13
18/5 18/22
**clarity [1]**  20/3
**clear [2]**  10/11 12/19
**clearly [1]**  12/19
**clock [5]**  14/13 14/16
14/18 14/25 18/8
**closer [1]**  9/12
**collect [1]**  17/19
**COLUMBIA [2]**  1/1
1/14
**comes [1]**  14/14
**coming [1]**  9/19
**communicate [4]**
11/20 13/10 13/17 17/4
**communicated [1]**
11/21
**communicating [2]**
11/12 11/17
**communications [1]**
10/4
**computer [1]**  2/7
**computer-aided [1]**
2/7

**concern [3]**  15/20 20/7
20/15
**concerns [4]**  4/20
11/22 12/1 19/9
**concluded [1]**  20/25
**condition [2]**  8/3 17/20
**confer [1]**  4/6
**conference [1]**  1/9
3/12 4/16 5/3 20/7
20/11
**connected [1]**  16/12
**consider [2]**  13/12
13/13
**considerations [1]**
19/9
**Constitution [1]**  2/4
**constitutional [3]**
10/19 12/13 18/19
**contact [5]**  7/17 11/24
12/2 13/20 17/22
**continuation [1]**  19/1
**continue [8]**  4/1 5/2
7/1 9/24 10/11 11/9
12/22 12/24
**CONTINUED [1]**  2/1
**contract [4]**  5/11 6/11
6/12 6/13
**contracting [1]**  5/10
**conversation [1]**  13/21
**correct [1]**  21/3
**could [1]**  14/12
**counsel [16]**  3/11 4/1
4/10 7/11 9/25 10/15
12/18 15/19 15/23
16/20 17/2 17/10 17/23
18/13 19/1 19/18
**couple [1]**  11/22
**course [2]**  10/17 18/15
**court [10]**  1/1 2/2 2/3
4/13 7/2 12/25 13/1
15/18 18/22 21/7
**court-appointed [1]**
13/1
**COVID [1]**  21/6
**COVID-19 [1]**  21/6
**CR [1]**  1/4
**Criminal [1]**  3/3
**CRR [2]**  21/2 21/11
**current [1]**  10/14
**currently [1]**  10/6
**cutting [1]**  15/14

**D**
**D.C [3]**  1/5 1/15 2/5
**Date [1]**  21/10
**day [1]**  11/9
**days [1]**  7/15
**dealings [1]**  6/3
**decide [1]**  14/24
**decision [2]**  13/2 13/3
**defendant [6]**  1/7 1/18
18/20 19/10 19/13
19/20
**defendant's [1]**  3/9
**defendants [2]**  4/22
5/2
**Defender [2]**  17/1
17/15

**D**

defense [2]  3/11 3/12
delay [3]  14/14 14/14 14/15
delayed [1]  12/7
Deloitte [1]  10/24
desires [1]  18/7
determination [1]  19/24
determine [5]  3/25 13/23 19/2 19/17 19/18
did [4]  7/13 8/2 8/12 13/16
did you [2]  7/13 8/2
didn't [1]  14/20
different [1]  4/22
difficult [1]  12/17
disappointing [1]  6/16
discovery [2]  10/22 10/22
discussed [1]  12/4
DISTRICT [4]  1/1 1/1 1/10 1/14
do [25]
Do you [1]  18/7
do you have [1]  9/23
DOC [1]  11/19
doesn't [3]  14/15 14/15 16/6
don't [10]  5/16 9/11 11/15 12/11 13/4 13/11 14/2 14/9 14/21 19/4
done [1]  16/22
down [2]  8/15 16/25
dozen [1]  4/24
drafted [1]  6/14
drowning [1]  9/10
due [1]  11/2
due-process [1]  11/2
during [2]  7/9 21/5

**E**

earlier [1]  8/8
efforts [1]  4/11
either [3]  5/22 12/25 13/23
Elizabeth [2]  1/13 3/5
elizabeth.kelley [1]  1/17
else [4]  8/2 19/25 20/4 20/21
Email [1]  1/16 1/17 1/21
employee [1]  10/24
end [3]  14/14 14/18 19/5
enough [3]  13/4 14/3 14/4
ensure [2]  19/1 19/17
entered [1]  4/21
entitled [1]  12/17
even [3]  13/22 14/8 18/22
evening [1]  7/14
ever [1]  15/1
everybody [3]  17/6 20/2 20/24
everyone [2]  3/14

evidence [2]  10/25 10/25
Evidently [1]  16/18
exactly [1]  8/19 10/12
exclude [5]  18/14 18/20 18/21 18/22 18/24
excluding [1]  19/3
exclusion [2]  18/25 19/15
exculpatory [1]  10/25
excuse [1]  6/1
expectation [2]  8/9 8/13 17/18
expected [1]  12/8
expressed [1]  7/1
extent [2]  9/21 20/14

**F**

fact [2]  16/4 16/17
facts [2]  13/25 16/14
fair [2]  13/14 13/15
false [1]  11/3
family [1]  7/18
far [5]  9/11 11/12 11/17 16/11 18/3
feel [3]  8/14 8/16 11/2
figure [2]  6/17 8/19 10/12 13/22 14/4 14/10 17/4
finalized [1]  5/13
fine [1]  18/6
finish [2]  5/11 11/15
firm [3]  5/18 16/5 16/18
first [4]  3/22 12/6 13/7 13/11
Floor [1]  1/20
follow [1]  11/16
follow-up [1]  11/16
following [1]  12/16
foregoing [1]  21/3
forward [2]  7/10 19/24
Fourth [1]  1/15
frankly [1]  8/21
friend [1]  8/2
friends [2]  7/19 7/24
frozen [1]  16/8
frustrated [2]  10/20 15/20
fully [2]  13/25 15/21

**G**

get [7]  4/12 9/12 14/23 15/23 16/22 19/22 20/1
getting [2]  5/11 11/23
give [6]  8/12 9/8 10/19 12/13 17/22 18/9
go [6]  5/3 7/6 11/13 11/14 15/7 15/10
Go ahead [3]  11/13 11/14 15/7
goes [1]  18/3
going [19]  4/19 5/3 10/12 10/17 11/1 11/10 12/20 12/23 13/6 13/9 14/17 17/3 17/13 17/14 17/21 18/3 18/24 19/24

good [3]  3/2 3/14 16/11
Good morning [2]  3/2 3/14
got [2]  7/8 18/2
government [9]  1/13 3/6 10/23 15/4 17/10 18/13 18/21 19/10 20/22
Grand [1]  1/19
guess [1]  18/13

**H**

had [9]  4/15 5/6 5/9 6/3 9/1 10/5 13/4 13/8 14/3
Hang [3]  9/6 15/12 16/23
happened [1]  13/18
hard [1]  9/12
has [13]  4/3 4/21 5/12 5/12 5/19 6/13 6/24 6/25 7/9 8/16 8/23 19/4 19/5
hasn't [1]  13/18
have [37]
haven't [6]  10/21 11/21 12/1 12/4 12/10 14/3
having [1]  16/20
he [29]
he's [5]  5/6 8/23 10/10 12/20 14/9
health [4]  3/22 3/25 4/20 12/24
hear [7]  3/15 7/5 9/12 12/8 15/13 15/15 17/8
heard [4]  8/8 13/7 13/13 15/4
hearing [8]  3/24 5/7 7/10 12/6 13/11 16/4 16/17 21/5
held [1]  11/3
help [1]  11/25
helpful [1]  8/3
here [12]  4/3 4/9 4/10 4/12 7/8 11/19 12/17 13/6 13/9 15/22 18/3 19/22
here's [1]  17/13
him [22]
himself [1]  7/25
hire [1]  12/25
his [18]  4/21 7/1 7/3 7/3 7/10 7/19 7/24 8/2 8/3 8/13 12/23 13/21 13/22 13/23 13/25 15/22 16/18 18/16
Honor [26]
HONORABLE [1]  1/10
hope [1]  7/7 17/18
hopefully [4]  17/4 17/16 17/25 20/2
hoping [1]  16/3
hospital [2]  6/23 6/25
how [10]  4/7 9/2 10/12 13/23 14/5 14/10 16/21 17/5 17/13 19/24
however [2]  5/12 6/2

**I**

I also [1]  10/18
I am [6]  10/5 11/20 12/12 14/24 17/14 18/24
I apologize [1]  9/14
I believe [3]  6/1 6/24 18/22
I can [1]  14/6
I did [1]  13/16
I don't [3]  14/2 14/21 19/4
I have [5]  6/2 6/22 11/16 11/18 11/22
I haven't [2]  11/21 12/10
I hope [1]  7/7
I know [4]  7/11 10/22 12/11 13/16
I mean [3]  5/16 10/21 18/13
I think [10]  8/8 11/18 16/1 16/2 16/3 16/4 16/15 16/21 16/24 18/13
I thought [1]  12/7
I understand [6]  4/3 14/3 14/19 14/22 18/12 19/7
I want [2]  11/8 14/24
I wanted [2]  11/8 20/20
I was [4]  4/5 9/21 16/3 16/15
I will [3]  10/5 11/9 17/15
I work [1]  11/6
I'd [2]  3/24 14/11
I'll [3]  3/19 9/8 17/1
I'm [25]
I'm going [2]  4/19 13/6 17/21
I'm just [1]  9/14
I'm not [6]  5/3 10/3 11/1 11/5 15/1 18/9
I'm sorry [2]  7/5 11/13
I've [8]  7/8 11/23 12/10 13/7 13/9 20/15 20/15 20/17
idea [1]  13/9
identify [2]  17/2 17/2
illness [1]  7/3
important [1]  8/21
importantly [1]  14/4
impression [1]  16/16
includes [1]  12/14
information [5]  4/5 14/4 17/19 17/22 19/23
informed [2]  9/16 13/25
interest [3]  4/25 5/1 7/1
interests [2]  19/19 19/19
is [59]
isn't [4]  5/5 5/21 13/7 14/7
issue [4]  7/8 14/17 18/8 19/5

issues [2]  3/22 18/16
it [27]
it's [10]  5/22 8/9 9/9 9/12 10/11 12/19 13/22 13/22 17/18 18/14
its [1]  18/23

**J**

January [2]  4/25 11/24
JC [2]  17/7 17/8
Jocelyn [2]  1/13 3/5
jocelyn.bond [1]  1/16
John [3]  3/7 9/18 9/19
jpierce [1]  1/22
JUDGE [1]  1/10
judged [1]  10/22
juncture [1]  20/5
just [8]  3/19 4/11 7/2 7/8 8/6 9/9 9/14 9/14
justice [1]  19/19

**K**

Kelley [3]  1/13 3/5 20/21
kind [2]  8/24 12/6
know [25]

**L**

laid [1]  13/8
last [13]  3/18 3/21 6/5 7/5 7/9 7/13 9/15 11/15 12/7 13/7 13/17 14/20 20/13
law [9]  4/3 5/5 5/6 5/18 5/21 5/24 16/5 16/17 16/18
lawyer [18]  4/2 4/4 4/12 4/12 6/8 6/8 6/11 10/9 10/9 10/10 11/6 12/24 12/25 13/1 16/6 17/14 17/15 18/3
learn [1]  8/2
learning [2]  11/19 11/19
least [2]  5/5 6/17
lenses [1]  11/24
less [1]  13/13
let [3]  8/19 10/3 12/16
Let's [1]  6/17
light [2]  4/7 18/16
like [5]  4/7 7/10 8/22 11/2 14/11
limitations [1]  21/7
limited [1]  20/16
line [4]  3/19 9/7 17/7 19/14
little [3]  9/16 12/9 19/12
look [6]  7/8 13/19 16/1 16/14 16/24 18/19
Los [1]  1/20

**M**

make [9]  5/14 9/16 9/23 13/3 13/20 14/14 17/21 19/23 20/17
makes [3]  16/1 16/15 16/21
Marshall [21]  1/18 1/7

**M**

Marshall... **[19]** 3/11
3/23 4/9 4/19 7/12 7/21
9/1 9/10 9/11 10/5
11/18 12/9 13/10 13/16
13/19 14/8 15/21 17/21
20/9
Marshall's **[1]** 4/4
matter **[6]** 3/10 4/15
5/10 11/6 14/15 21/4
max **[1]** 11/3
may **[3]** 3/22 15/4
16/19
maybe **[4]** 5/17 5/22
5/22 14/8
me **[25]**
mean **[4]** 5/16 10/21
16/3 18/13
meaning **[1]** 8/23
mechanical **[1]** 2/6
media **[1]** 20/8
medical **[2]** 11/23
11/24
MEHTA **[1]** 1/10
member **[1]** 7/18
Merit **[1]** 2/2
message **[1]** 17/9
met **[1]** 6/3
mic **[1]** 9/12
might **[2]** 7/18 15/24
mind **[1]** 11/10
minutes **[1]** 13/13
mistaken **[1]** 14/12
misunderstood **[1]**
5/17
moment **[2]** 9/8 16/10
more **[8]** 4/24 5/19 5/23
11/6 14/4 14/24 20/2
20/7
morning **[3]** 3/2 3/14
5/13
most **[2]** 8/7 8/21
motion **[1]** 18/23
move **[1]** 7/10
Mr **[1]** 7/21
Mr. **[94]**
Mr. Bainbridge **[3]**
5/22 6/2 6/5
Mr. Marshall **[18]** 3/11
3/23 4/9 4/19 7/12 9/1
9/10 9/11 10/5 11/18
12/9 13/10 13/16 13/19
14/8 15/21 17/21 20/9
Mr. Marshall's **[1]** 4/4
Mr. Pierce **[34]**
Mr. Pierce's **[9]** 3/25
4/20 5/1 5/5 5/18 8/9
8/24 17/19 19/17
Mr. Schwartz **[28]**
Mr. Schwartz's **[1]**
15/24
Mr.Schwartz **[1]** 18/2
Ms. **[4]** 15/10 16/15
20/21 20/21
Ms. Bond **[3]** 15/10
16/15 20/21
Ms. Kelley **[1]** 20/21
mute **[2]** 3/19 9/7

myself **[1]** 13/6

**N**

necessary **[1]** 17/24
need **[5]** 9/12 10/12
12/21 13/19 19/21
needs **[2]** 13/24 19/23
nervous **[1]** 9/15
network **[1]** 16/13
never **[1]** 6/3
new **[1]** 12/25
next **[7]** 17/6 17/17
18/1 18/14 18/25 19/15
20/24
no **[11]** 1/4 3/3 4/10
4/18 6/8 7/17 8/5 10/18
11/5 11/24 13/8
noise **[1]** 9/9
non **[1]** 10/23
non-government **[1]**
10/23
not **[31]**
note **[1]** 21/5
nothing **[2]** 19/6 20/22
notified **[1]** 3/21
November **[1]** 21/10
now **[13]** 5/1 5/4 5/4
7/3 12/2 12/10 13/2
13/5 14/6 15/1 15/15
16/12 17/17
NW **[2]** 1/15 2/4

**O**

object **[1]** 19/3
obviously **[1]** 13/18
occurred **[1]** 21/5
off **[2]** 10/23 16/12
OFFICE **[1]** 1/14
Official **[1]** 2/3
okay **[17]** 3/13 3/17
4/17 6/15 7/4 8/1 8/18
9/22 10/2 11/11 12/3
15/3 16/14 17/12 18/5
20/3 20/18
one **[12]** 3/24 3/24 5/19
7/19 7/24 9/5 10/21
11/9 12/25 13/16 14/11
20/6
only **[2]** 9/3 13/3
opportunity **[2]** 9/9
17/25
options **[4]** 12/5 13/21
13/25 15/25
order **[3]** 12/22 19/16
19/23
other **[6]** 4/10 5/25
7/11 12/5 12/12 19/21
others **[1]** 4/2
ounce **[1]** 10/21
our **[5]** 15/9 15/11
15/18 15/20 18/4
out **[14]** 6/17 6/25 7/6
8/19 9/10 10/12 11/6
12/10 13/22 14/4 14/10
15/14 17/5 17/15
outside **[1]** 5/9
outweigh **[1]** 19/19

18/9
own **[1]** 18/23

**P**

P.C **[1]** 1/19
paid **[1]** 8/24
pandemic **[1]** 21/6
partner **[5]** 4/3 5/5 5/6
5/21 16/17
partners **[2]** 5/23 5/24
past **[1]** 12/2
Patricia **[1]** 1/13
perhaps **[1]** 14/4
permits **[2]** 18/19
18/20
person **[5]** 6/4 6/12
17/16 17/16 17/18 17/23
PETER **[2]** 1/6 3/4
phone **[1]** 14/10
PIERCE **[38]**
Pierce's **[9]** 3/25 4/20
5/1 5/5 5/18 8/9 8/24
17/19 19/17
piercebainbridge.com
**[1]** 1/22
Plaintiff **[1]** 1/4
please **[2]** 3/20 21/5
point **[5]** 13/2 14/25
15/2 15/11 15/18
pose **[1]** 9/20
position **[2]** 12/17
17/17
possible **[2]** 19/22 20/8
potentially **[1]** 19/1
prayers **[1]** 7/6
preparing **[1]** 5/12
present **[4]** 3/23 4/2
4/5 20/8
press **[2]** 4/25 5/1
presume **[1]** 8/23
pretenses **[1]** 11/3
pretty **[1]** 10/20
Prettyman **[1]** 2/4
problem **[1]** 9/20
proceed **[9]** 4/7 9/2
10/13 13/23 14/5 14/10
17/5 17/14 19/24
proceeding **[1]** 10/6
proceedings **[4]** 1/9
2/6 20/25 21/4
process **[1]** 11/2
produced **[1]** 2/7
prosecution **[1]** 19/5
prosecution's **[1]**
14/15
provide **[2]** 4/5 4/13
public **[4]** 17/1 17/15
19/11 19/20
purposes **[1]** 20/17

**Q**

qualify **[1]** 13/1
question **[5]** 5/4 11/16
12/21 13/5 16/21
quickly **[3]** 16/21 18/4
19/22

raise **[1]** 20/4
reach **[3]** 12/10 17/15
17/23
really **[3]** 8/20 11/4
12/4
Realtime **[1]** 2/3
reason **[1]** 19/21
recall **[1]** 7/9
received **[1]** 5/13
recognize **[2]** 20/15
record **[2]** 20/20 21/3
recorded **[1]** 2/6
recovery **[2]** 7/7 9/19
referring **[2]** 6/4 10/24
reflect **[1]** 20/20
reflects **[1]** 19/8
regain **[1]** 12/23
regarding **[3]** 3/23 4/15
20/12
regardless **[2]** 14/17
18/8
Registered **[1]** 2/2
relay **[1]** 9/21
released **[1]** 8/9
remain **[1]** 19/18
remotely **[1]** 21/7
repeat **[1]** 13/6
Reporter **[4]** 2/2 2/2
2/3 2/3
reporting **[1]** 21/7
represent **[4]** 4/13 5/2
9/20 10/10
representation **[1]**
8/25
representations **[3]**
4/13 9/23 20/18
request **[2]** 15/9 15/11
15/18
requested **[1]** 4/15
requesting **[2]** 3/12
18/15
requires **[1]** 20/10
resolve **[1]** 18/2
respect **[3]** 19/9 19/10
19/12
retained **[4]** 8/23 10/8
12/18 16/5
retainer **[1]** 8/24
right **[20]** 3/18 5/4 5/4
5/15 6/7 6/16 7/3 10/8
10/10 11/8 12/14 12/15
13/2 13/5 13/23 14/6
14/13 14/25 16/4 18/11
rights **[6]** 10/19 11/2
11/7 12/13 15/22 18/9
RMR **[2]** 21/2 21/11
roughly **[1]** 6/25
running **[1]** 14/13
Ryan **[2]** 1/18 3/7

**S**

said **[3]** 6/24 7/5 8/16
same **[2]** 8/6 11/24
satisfactory **[1]** 14/7
say **[2]** 3/12 8/8
saying **[1]** 6/9
says **[1]** 16/15

SCHWARTZ **[30]**
Schwartz's **[1]** 15/24
second **[3]** 9/5 9/8
16/23
see **[6]** 4/9 12/23 17/1
17/2 19/4 20/24
seek **[2]** 18/20 18/21
seeking **[1]** 4/6
seemingly **[1]** 18/5
seems **[2]** 16/10 19/13
seen **[1]** 10/21
select **[1]** 10/9
sense **[4]** 8/12 16/1
16/15 16/21
sensible **[1]** 16/2
sensitive **[1]** 4/20
sent **[1]** 10/23
September **[1]** 1/5
serious **[1]** 7/3
set **[1]** 16/24
several **[1]** 3/24
share **[1]** 10/4
she **[1]** 17/24
short **[1]** 12/22
should **[1]** 9/20
sic **[1]** 4/11
sick **[2]** 6/23 8/7
signed **[1]** 6/14
since **[2]** 7/17 11/21
11/24
sir **[1]** 3/15
sleeping **[1]** 8/7
so **[38]**
So I think **[2]** 13/19
16/20
So this is **[2]** 12/6
13/11
some **[5]** 3/22 8/24
12/1 16/15 16/21
somebody **[1]** 7/18
someone **[1]** 19/25
sometimes **[1]** 11/20
sorry **[4]** 7/5 7/21 7/23
11/13
sort **[1]** 8/20
South **[1]** 1/19
speak **[4]** 7/13 14/9
16/6 17/17
speedy **[10]** 7/7 11/8
12/14 14/13 14/18
14/25 18/8 18/19 19/8
19/20
Speedy Trial Act **[2]**
18/19 19/8
spent **[1]** 8/7
spider **[1]** 11/22
spoke **[4]** 6/22 7/19
7/24 9/16
spoken **[1]** 7/12
stand **[1]** 6/17
standing **[1]** 3/7
start **[1]** 7/22
STATES **[4]** 1/1 1/3
1/10 3/3
status **[4]** 1/9 3/25 8/6
19/17
stenography **[1]** 2/6
still **[5]** 7/1 8/6 8/15

25

**S**

**still...** [2] 8/15 20/6
**stop** [4] 14/16 14/18
14/25 18/7
**Street** [1] 1/15
**subject** [2] 8/20 21/6
**sufficient** [1] 13/12
**sure** [1] 17/21
**sympathetic** [2] 10/16
14/3

**T**

**tablet** [2] 11/19 11/20
**take** [2] 7/12 19/21
**talk** [8] 4/17 9/1 14/8
17/1 17/3 17/24 17/24
18/1
**technological** [1] 21/7
**tell** [2] 6/19 20/10
**than** [4] 4/24 5/19 5/25
13/13
**Thank** [3] 15/8 15/17
20/19
**Thank you** [3] 15/8
15/17 20/19
**that** [79]
**that's** [14] 6/16 8/16
8/20 9/21 10/12 11/10
13/2 13/3 13/5 13/14
13/15 16/2 18/6 20/1
**their** [1] 19/6
**them** [1] 19/6
**then** [6] 4/6 7/17 11/15
12/9 14/24 17/25
**there** [11] 3/22 4/10
4/25 5/5 5/24 6/1 6/2
9/10 11/9 16/17 20/6
**there's** [5] 5/1 5/22 6/8
11/19 20/14
**therefore** [1] 21/6
**these** [4] 5/2 7/2 18/16
20/16
**they** [1] 10/19
**thing** [2] 9/3 14/11
**things** [5] 3/24 6/17
6/19 12/12 13/16
**think** [18] 8/8 11/18
13/4 13/19 13/24 14/6
16/1 16/2 16/3 16/4
16/15 16/20 16/21
16/24 18/13 18/25
19/15 20/10
**thinking** [1] 10/14
**third** [1] 8/20
**thirdly** [1] 4/6
**this** [29]
**This is** [1] 3/3
**though** [2] 8/15 8/15
**thought** [2] 11/15 12/7
**thoughts** [1] 10/6
**through** [2] 18/14
18/24
**Thursday** [6] 17/6
17/18 18/1 18/14 18/25
19/16
**time** [17] 3/22 13/4
13/12 14/3 14/24 16/25
18/14 18/17 18/20

18/25 19/3 19/15 19/21
20/3
**tired** [2] 11/3 12/11
**titled** [1] 21/4
**today** [7] 4/9 5/14 6/9
12/19 12/22 13/9 17/16
**together** [3] 3/18 3/21
5/11
**told** [1] 5/6
**touch** [1] 8/20
**transcript** [3] 1/9 2/6
21/3
**transcription** [1] 2/7
**trial** [10] 5/12 11/8
12/14 14/13 14/18
14/23 18/8 18/19 19/8
19/20
**tried** [1] 13/9
**try** [3] 4/11 17/16 19/22
**trying** [3] 5/10 9/17
18/4
**Tuesday** [1] 7/14
**turn** [1] 10/3
**two** [2] 4/2 7/15
**Type** [1] 17/9

**U**

**U.S** [1] 1/14
**under** [7] 6/12 10/18
11/3 11/5 12/12 16/15
16/16
**understand** [8] 4/3
5/16 14/3 14/19 14/22
18/7 18/12 19/7
**understandably** [1]
15/20
**understanding** [3] 8/3
14/12 16/16
**understood** [3] 5/6
5/16 5/17
**unhappy** [1] 12/8
**UNITED** [4] 1/1 1/3
1/10 3/3
**United States of** [1]
3/3
**unless** [2] 14/13 14/14
**unsuccessfully** [1]
13/10
**until** [2] 15/2 19/15
**up** [8] 10/19 11/16
12/13 14/23 15/1 16/7
18/9 20/7
**update** [1] 4/11
**upon** [1] 18/4
**us** [1] 6/19
**usdoj.gov** [2] 1/16
1/17

**V**

**vendor** [1] 10/23
**versus** [1] 3/4
**very** [7] 7/3 8/7 8/15
9/12 9/15 15/20 19/12
**via** [2] 1/9 3/9
**videoconference** [1]
3/9
**violated** [3] 10/20 11/2

**vs** [1] 1/5

**W**

**wait** [1] 12/23
**want** [10] 9/8 11/8 11/9
12/24 14/5 14/10 14/18
14/20 14/21 14/24
**wanted** [6] 3/11 7/2
9/19 11/8 20/7 20/20
**wants** [6] 9/2 9/24
13/22 13/23 17/5 20/4
**warranted** [3] 19/1
19/16 19/16
**was** [19] 3/23 4/5 4/5
6/5 6/6 8/6 8/6 9/18
9/21 10/22 10/23 12/8
13/17 16/3 16/5 16/15
16/17 20/6 20/19
**Washington** [3] 1/5
1/15 2/5
**wasn't** [1] 13/9
**we** [22]
**we'll** [5] 17/25 20/1
20/1 20/2 20/24
**we're** [4] 10/12 12/17
17/13 18/2
**we've** [1] 18/2
**wearing** [1] 11/23
**week** [19] 3/18 3/21
6/5 6/25 7/5 8/10 9/15
11/21 12/2 12/7 13/7
13/8 13/17 13/17 14/20
14/21 16/25 20/13
20/24
**week's** [2] 19/15 20/3
**well** [12] 5/16 6/16 7/5
11/11 12/16 13/14
14/11 18/12 19/7 19/14
19/21 20/14
**were** [6] 3/18 3/21 3/21
5/10 5/10 9/17
**what** [24]
**what's** [3] 10/14 10/17
17/3
**whatever** [1] 4/7
**when** [5] 7/13 12/20
13/8 15/23 16/16
**where** [2] 6/17 6/19
**whether** [10] 4/1 9/24
12/22 12/23 13/4 14/9
14/17 19/2 19/18 19/25
**which** [6] 5/18 8/21
10/24 10/24 11/20
11/23
**who** [5] 4/5 6/8 7/9
7/18 17/2
**who's** [1] 16/6
**why** [5] 4/15 5/5 5/5
5/6 11/15
**WiFi** [1] 16/12
**will** [8] 4/1 8/9 10/5
11/9 12/7 17/15 17/17
17/19
**William** [4] 2/2 21/2
21/10 21/11
**willing** [5] 10/18 11/5
12/13 15/1 18/9

12/22
**wishes** [2] 13/8 19/24
**within** [1] 8/10
**without** [3] 10/6 13/24
20/8
**word** [1] 5/13
**words** [1] 19/21
**work** [3] 5/10 6/12 11/6
**working** [2] 5/9 5/11
**would** [5] 4/7 5/14 7/10
8/3 8/22
**wrist** [1] 11/22

**Y**

**Yeah** [3] 16/8 18/6
18/18
**yes** [13] 3/16 4/14 4/23
5/8 5/20 6/10 6/21 7/16
7/23 8/11 15/7 15/16
17/11
**yesterday** [3] 7/20 7/24
8/7
**yet** [1] 10/11
**you** [77]
**you know** [3] 4/19
10/17 19/14
**you're** [9] 4/9 6/9 9/11
12/17 15/14 16/4 16/7
16/8 20/9
**you've** [3] 7/12 10/4
13/4
**your** [35]
**Your Honor** [24]

**Z**

**Zaremba** [4] 2/2 21/2
21/10 21/11
**zero** [1] 11/10
**ZOOM** [1] 1/9