UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00178-APM |
| ) | |
| PETER SCHWARTZ, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

Comes now John N. Pierce, counsel of record for Defendant Peter Schwartz, pursuant to Local Rule of Criminal Procedure 44.5(d), and moves this Honorable Court for an Order granting Defense Counsel Pierce leave to withdraw as counsel of record in this matter.

This motion is based upon the Affidavit of John M. Pierce, and all exhibits thereto, which accompanies this Motion.

The basis for this Motion is that the attorney-client relationship between Defense Counsel Pierce and Defendant Schwartz has developed conflicts that are irreconcilable and have led to an irreparable breakdown in the relationship between Counsel Pierce and Defendant Schwartz.

There are no circumstances that would enable Counsel Pierce effectively, competently, and zealously represent Defendant Schwartz in his upcoming trial.

Date: November 22, 2021         Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

**CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, November 22, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

        /s/ John M. Pierce
        John M. Pierce