1

```
                    BEFORE THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF COLUMBIA


   UNITED STATES OF AMERICA,         .
                                     .   Case Number 21-cr-178
              Plaintiff,             .
                                     .
         vs.                         .
                                     .
   PETER SCHWARTZ,                   .   August 26, 2021
                                     .   12:40 p.m.
              Defendant.             .
   - - - - - - - - - - - - - - - - -


                   TRANSCRIPT OF STATUS CONFERENCE
                 BEFORE THE HONORABLE AMIT P. MEHTA
                     UNITED STATES DISTRICT JUDGE



   APPEARANCES:

   For the United States:        JOCELYN BOND, AUSA
                                 United States Attorney's Office
                                 555 Fourth Street Northwest
                                 Washington, D.C. 20530




   Also Present:  Ryan Marshall



   Official Court Reporter:      SARA A. WICK, RPR, CRR
                                 United States District Court
                                    for the District of Columbia
                                 333 Constitution Avenue Northwest
                                 Room 4704-B
                                 Washington, D.C. 20001
                                 202-354-3284


   Proceedings recorded by stenotype shorthand.
   Transcript produced by computer-aided transcription.
```

P R O C E E D I N G S

THE COURT: This is United States versus Schwartz, 21-cr-178.

Counsel, good morning to everyone. Mr. Schwartz, good morning to you.

So Mr. Schwartz's counsel is not available this afternoon and is having some medical issues. So I think what we need to do, unfortunately, is simply just reschedule this matter.

Mr. Marshall, I think what I will ask you to do is have the same conversation we talked about yesterday with Mr. Schwartz in the next week or so and try and figure out how we're going to proceed.

Mr. Schwartz, can you hear us okay?

THE DEFENDANT: I can hear you fine.

I've expressed my interest in a speedy trial all the way back to February, and I'm not interested in making anymore delays. I've expressly stated numerous times that I do not want to give up my right to a speedy trial.

I have a couple other issues, too. I haven't had any access to my discovery. I don't have a copy of my indictment papers. From what I understand from the *Deloitte* decision, that evidence -- my exculpatory evidence is tainted, as I understand it, anyhow, and I don't have any access to it. The government, by its own admissions, say that it would fall through the cracks even if they didn't put it to an outside vendor that the

1    government didn't allow.
2            THE COURT:  Well, let me respond to a few things,
3    Mr. Schwartz.
4     First of all, your lawyer is not here today; Mr. Pierce is
5    not here.  He's had some health issues come up.  And so it's
6    difficult for me to proceed and address these issues.
7    Mr. Marshall, who is a colleague of his, is not a lawyer, is
8    standing in for him today just to have somebody here, but he's
9    not a lawyer.  He's not -- and so it's hard to really do
10   anything substantive today, which is why I'm suggesting that we
11   just set this off for a week.
12           THE DEFENDANT:  Well, here's what I'm asking, I guess.
13   I mean, if he's capable of sitting in, I'm not sure what type of
14   legal training it requires to set a date for trial.  I mean, is
15   that something within his scope?  I mean, if he's able to sit in
16   for me, I would think setting a date for trial seems reasonably
17   within his ability.
18           THE COURT:  Well, it's not, because, one, we don't --
19   we need to figure out what's going on with your lawyer,
20   Mr. Schwartz.  I'm going to leave it to Mr. Marshall, and we can
21   put you in a breakout room after this hearing so he can explain
22   what's going on.  And until we figure out what's going on with
23   him, it's difficult to set a trial date.  So that's why I'm
24   proposing that we take this kind of a step at a time.
25           THE DEFENDANT:  I understand that I'm not actually in

1   control of this.  I'm just simply saying that I am not accepting
2   a delay.  I am not authorizing a delay.  There's nothing you can
3   say to me.  I've had my due process violated enough.  I'm tired
4   of it.
5       So that's my stance on it, and there's no amount of talking
6   to me that is going to change my mind on giving up my due
7   process or my constitutional rights.  I've given up enough
8   already.
9           THE COURT:  Okay.  I understand.  Mr. Schwartz, nobody
10  is asking you to give up any rights.
11          THE DEFENDANT:  I believe you are, because I've asked
12  for a speedy trial since February the 2nd, and we are well past
13  February the 2nd.
14          THE COURT:  Well, I think the record will reflect that
15  we've excluded time, or at least I've excluded time.  I can't
16  recall whether that was with the consent of your lawyer or not,
17  but let's leave that aside for a moment.
18      The issue right now, Mr. Schwartz, is I don't know -- the
19  circumstances of your counsel's health are in doubt right now,
20  and we need to figure out what his condition is and whether he
21  is going to be able to continue to represent you.
22          THE DEFENDANT:  I've been incarcerated for seven
23  months, and the prosecution has not been able to give me the
24  discovery in that amount of time.  How is it now the burden on
25  my defense when there's been seven months to get discovery to

```
 1   me?  Let's get it to me.
 2             THE COURT:  Well, I agree with that.  Nobody's
 3   disputing that.  But my issue right now is a different one.  You
 4   don't have a healthy lawyer right now, and in order to be
 5   represented by that lawyer, I need to figure out what his
 6   availability is going to be going forward.  Okay?  So that's the
 7   issue right now, and that's why it's difficult to really address
 8   anything more substantive than what I'm talking about right now.
 9             THE DEFENDANT:  Okay.  I just want to be absolutely
10   100 percent clear.  I am in no way, never will I, never ever
11   again, never have I accepted a delay.
12       So that's my stance on it.  I mean, I think that's about as
13   clear as I can say it, and that's for the record, please.
14             THE COURT:  Okay.  We hear you, and everything you
15   say, Mr. Schwartz, is being recorded.
16       Mr. Douyon, let's just give Mr. Marshall and Mr. Schwartz a
17   couple of minutes, put them in a breakout room so Mr. Marshall
18   can update Mr. Schwartz about what's going on.
19       Mr. Marshall, I ask you to advise your client of the status
20   of Mr. Pierce's health and then come back on the screen.
21             MR. MARSHALL:  Yes, Your Honor.  And when we return,
22   if I may request a bench conference with you and opposing
23   counsel for a moment as well?
24             THE COURT:  Why don't you go ahead and talk to your
25   client, and then we will figure out how to do the bench
```

```
 1       conference.
 2              MR. MARSHALL:  Okay.  Thank you.
 3          (Mr. Marshall and defendant conferred.)
 4              THE COURT:  Okay.  It looks like we have Mr. Schwartz
 5       back.
 6          Mr. Marshall, you've had an opportunity to discuss the
 7       circumstances with Mr. Schwartz?
 8              MR. MARSHALL:  Yes, I have, Your Honor.
 9              THE COURT:  And you've asked for a bench conference;
10       is that right?
11              MR. MARSHALL:  Yes, Your Honor.
12              THE COURT:  Why don't we disconnect the public line at
13       this time, and I will hear from Mr. Marshall.
14              MR. MARSHALL:  Thank you, Your Honor.
15          (Bench conference.)
16              THE COURT:  Okay.  The public line has been
17       disconnected.
18          Mr. Marshall?
19              MR. MARSHALL:  Your Honor, I wanted to address a
20       concern I've seen in the media since my comments to the Court
21       yesterday.
22          Whenever I gave a report to the Court yesterday that
23       Mr. Pierce -- that we were informed and believed that he had
24       COVID and was currently unresponsive to us and was on a
25       ventilator, I was informed by one of Mr. Pierce's friends.
```

1      Since then, there's apparently been another statement to
2 come out by another friend of Mr. Pierce that says he is still
3 hospitalized, he is sick.  There was the belief of COVID.  But
4 that was the extent of what was said.
5      So I know that there is a lot of questioning going on of
6 what -- of the matter and if Mr. Pierce -- you know, what was
7 going on.  But I do want to reiterate, he is in the hospital.  I
8 have not been able to speak with him.  I do know he is very
9 sick.  But I'm just informing the Court of what I have been
10 informed regarding his health.
11           THE COURT:  Okay.  Well, I appreciate the
12 clarification.  I think most importantly, we're all focused on
13 his health, and hopefully -- we wish him a speedy recovery.
14      Is there anything else you want to add, Mr. Marshall,
15 before we go back on the public record?
16           MR. MARSHALL:  No, I believe that was all.
17           THE COURT:  Let's go back on the public record, and
18 then we'll figure out next steps.
19           MR. MARSHALL:  Thank you, Your Honor.
20      (End of bench conference.)
21           THE COURT:  Okay.  So we're back on the public record.
22      So let's do the following:  Let's set this down for another
23 status hearing in a week.  We will come back September 2nd, if
24 everybody is available.
25           MR. MARSHALL:  Your Honor, if I may, before that, our

1    client wanted me to reiterate to the Court that even though
2    given the circumstances that are going on, he would like a trial
3    date set.  In the alternative, he requests that if you would
4    consider the --
5             THE COURT:  Mr. Schwartz, can you mute your line
6    because of the background noise?
7         Okay.  Go ahead, Mr. Marshall.
8             MR. MARSHALL:  My apologies, Your Honor.
9         Our client would also ask that in the alternative, if you
10   do not set a trial date, would you consider a release of bail
11   today or, as an alternative of that, set a date for a new bond
12   hearing?
13            THE COURT:  So I'm not going to set a trial date
14   today, because I don't know what your lawyer's condition is.
15   And so I simply cannot set a trial date without knowing whether
16   Mr. Pierce is going to be able to continue as your counsel and,
17   if so, at what point he will be able to do that.
18        The fact that Mr. Pierce is unavailable today doesn't
19   change any of the conditions that led to the bond determination.
20   And so I'm not going to agree to release you on bond.
21        As far as a future bond date goes, reconsideration of that,
22   I'm happy to do that, but we ought to probably talk about that
23   next week.
24        What I'm going to direct Mr. Marshall to do is what I
25   directed him to do yesterday in a different case, which is, at

1   the next hearing, I need an update on Mr. Pierce's status and
2   his condition.  I want Mr. Pierce's co-counsel or colleague who
3   is barred and a lawyer present for that hearing.  And I want a
4   better sense of how we're going to proceed, and that may include
5   a conversation with Mr. Schwartz about how he wants to.
6        Let's put this off for a week and come back next Thursday.
7             THE DEFENDANT:  I still do not accept that, but okay.
8             THE COURT:  Okay.
9             THE DEFENDANT:  I still am not accepting a delay,
10  period.
11            THE COURT:  I understand.
12       J.C., can you tell us what times are available next week?
13  Do we have 10:00 or 10:30 available?  It looks like 11:00 a.m.
14  is available.  So let's set 11:00 a.m.
15       Ms. Bond, are you available then?
16            MS. BOND:  Yes, that works.
17            THE COURT:  Ms. Bond, do you want to add anything or
18  do you want to say anything at this juncture?
19            MS. BOND:  Your Honor, I don't think I need to address
20  any of the issues involving Mr. Pierce at this point, but I am
21  going to ask that the Court toll the clock until the next date,
22  which is a week from now, and I think Mr. Pierce's medical
23  situation is grounds under the interests of justice to toll it
24  for a week.
25            THE DEFENDANT:  I object.

1  THE COURT: Understood. And I will do that. I will
2  toll time between now and September the 2nd, one, in the
3  interest of continuity of counsel and Mr. Pierce is not present
4  today due to health circumstances. Exclusion of that time is
5  warranted.
6  And in addition, I do think the interests of justice
7  outweigh the interests of the public and the defendant in a
8  speedy trial to exclude through next Thursday to determine
9  Mr. Pierce's health circumstances and whether he will be able to
10  continue as counsel and, importantly, whether Mr. Schwartz will
11  be able to -- what that means for Mr. Schwartz's defense and
12  potential trial in this case.
13  So for all those reasons, I do think the exclusion of time
14  is warranted under the Speedy Trial Act.
15  All right. So we will be back next Thursday,
16  September 2nd, 11:00, and we will see where things stand at that
17  point.
18  THE DEFENDANT: Can I speak with my lawyer?
19  THE COURT: I will put you into another breakout room.
20  Otherwise, we will adjourn at this point.
21  Thank you, everyone.
22  (Proceedings adjourned at 12:57 p.m.)

```
 1            CERTIFICATE OF OFFICIAL COURT REPORTER

 2

 3            I, Sara A. Wick, certify that the foregoing is a

 4   correct transcript from the record of proceedings in the

 5   above-entitled matter.

 6

 7            Please Note:  This hearing occurred during the

 8   COVID-19 pandemic and is, therefore, subject to the

 9   technological limitations of court reporting remotely.

10

11

12   /s/ Sara A. Wick                 November 3, 2021

13   SIGNATURE OF COURT REPORTER      DATE
```