# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-178 (APM) |
| v. | : |
| | : |
| **PETER J. SCHWARTZ,** | : |
| | : |
| **Defendant.** | : |
| | : |

### DEFENDANT PETER J. SCHWARTZ' MOTION TO
### VACATE TRIAL AND PRE-TRIAL DEADLINES

Defendant Peter J. Schwartz ("Mr. Schwartz"), by and through undersigned counsel, respectfully moves this Court to vacate the trial and pre-trial deadlines, and respectfully requests that a Status Conference be held in 30 to 60 days. In support thereof, Mr. Schwartz states the following:

In a Superseding Indictment, Mr. Schwartz has been charged with three counts of Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b), and one count of Aiding and Abetting, in violation of 18 U.S.C. § 111(a)(2); one count of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); one count of Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2); one count of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A); one count of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); one count of Engaging in Physical Violence in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(4) and (b)(1)(A); one count of Disorderly Conduct in the

Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(D); and one count of Act of Physical Violence in the Capitol Grounds or Buildings, in violation of 40 U.S.C. § 5104(e)(2)(F).

Trial is set to commence in this matter on February 1, 2022 [ECF 46]. The Court further set deadlines which shall govern pre-trial proceedings. *Ibid.*

Mr. Schwartz has recently retained undersigned counsel to represent him in this matter. Undersigned counsel has entered his appearance in this case on December 6, 2021 [ECF 54]. Undersigned counsel requires more time to review the discovery and issues in this case and to investigate potential defenses. Furthermore, there is a plea offer from the government which needs to be reviewed with Mr. Schwartz and fully evaluated by undersigned counsel.

At the time Mr. Swartz made his speedy trial demand, he had lost confidence in his defense counsel and the advice he was being given. Mr. Schwartz now understands that it is in his best interest to give defense counsel time to fully investigate any defense he may have, to negotiate with the government and to research and file appropriate motions. At this time, Mr. Schwartz has not seen any discovery, nor has he been provided with the plea offer from the government. Undersigned counsel has discussed Mr. Schwartz' rights under the Speedy Trial Act, and Mr. Schwartz waives all time under the Speedy Trial Act until the next court conference.

Undersigned counsel has conferred with counsel for the Government and counsel for co-defendant, Jeffrey S. Brown ("Mr. Brown"), regarding this motion. Counsel for the Government and counsel for Mr. Brown stated that they concur in this motion.

I.  **CONCLUSION**

For the foregoing reasons, Defendant Peter J. Schwartz, respectfully requests that this Honorable Court grant his motion to vacate the trial and pre-trial deadlines, and that a Status

Conference be held in 30 to 60 days.  In addition, undersigned counsel requests that any motions currently pending be deemed withdrawn or denied without prejudice and that a new motions deadline be established by subsequent Order of Court.

                              Respectfully Submitted,

                              */s/ Dennis E. Boyle*
                              Dennis E. Boyle, Esquire
                              Blerina Jasari, Esquire
                              Boyle & Jasari
                              1050 Connecticut Ave, Suite 500
                              Washington, D.C., 20036
                              Email: dboyle@dennisboylelegal.com
                                                  bjasari@dennisboylelegal.com
                              Phone: (202) 430-1900

                              *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2021, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM/ECF system, which will send an electronic notification of such filing to all counsel of record.

*/s/ Dennis E. Boyle*
Dennis E. Boyle, Esquire