IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-178 (APM) |
| v. | : |
| | : |
| **PETER J. SCHWARTZ,** | : |
| | : |
| **Defendant.** | : |
| | : |

### [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz' Motion to vacate the trial and pre-trial deadlines, it is

**ORDERED**, that the Motion is **GRANTED**. It is further

**ORDERED**, that a Status Conference be held in 30 to 60 days.


Date: _____                    _____
                                        Amit P. Mehta
                                        United States Judge