**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 21-CR-178 (APM)** |
| | : | |
| **JEFFREY BROWN,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

This matter having come before the Court pursuant to a Motion to Vacate, it is therefore

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to vacate the currently scheduled pre-trial and trial dates and set a status date on January __, 2022; it is

FURTHER ORDERED that the period from December 10, 2021, to January ___, 2022, be excluded from computing the date for speedy trial in this matter.

It Is So Ordered.

_____
Amit P. Mehta
United States District Court Judge

Entered: _____