## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

| | |
|---|---|
| 01/13/2022 | /s/ Dennis E. Boyle on behalf of |
| Date | Peter Schwartz |
| | Defendant |

Acknowledgement

Counsel for Defendant Peter Schwartz has reviewed the Protective Order with Mr. Schwartz and Mr. Schwartz has authorized Counsel to sign Attachment A on his behalf.