# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 21-CR-178 (APM) |
| v. | : |
| PETER J. SCHWARTZ, | : |
| JEFFREY SCOTT BROWN, | : |
| MARKUS MALY, and | : VIOLATIONS: |
| SHELLY STALLINGS | : 18 U.S.C. §§ 111(a)(1) and (b) |
| | : (Assaulting, Resisting, or Impeding |
| Defendants | : Certain Officers Using a Dangerous |
| | : Weapon) |
| | : 18 U.S.C. § 231(a)(3) |
| | : (Civil Disorder) |
| | : 18 U.S.C. §§ 1512(c)(2), and 2 |
| | : (Obstruction of an Official Proceeding |
| | : and Aiding and Abetting) |
| | : 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) |
| | : (Entering and Remaining in a Restricted |
| | : Building or Grounds with a Deadly or |
| | : Dangerous Weapon) |
| | : 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : (Disorderly and Disruptive Conduct in a |
| | : Restricted Building or Grounds with a |
| | : Deadly or Dangerous Weapon) |
| | : 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | : (Engaging in Physical Violence in a |
| | : Restricted Building or Grounds with a |
| | : Deadly or Dangerous Weapon) |
| | : 40 U.S.C. § 5104(e)(2)(D) |
| | : (Disorderly Conduct in the Capitol |
| | : Grounds or Buildings) |
| | : 40 U.S.C. § 5104(e)(2)(F) |
| | : (Act of Physical Violence in the Capitol |
| | : Grounds or Buildings) |
| | : **FILED UNDER SEAL** |

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment and Arrest Warrant for Shelly Stallings, it is hereby

4

**ORDERED** that the Indictment, Arrest Warrant for Shelly Stallings, and the Government's Motion to Seal, and this Order be sealed until the defendant is arrested.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal indictment and arrest warrant for Shelly Stallings in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant for Shelly Stallings in this case, the charging documents shall be unsealed.

Date: February 9, 2022

                                                ROBIN M. MERIWEATHER
                                                UNITED STATES MAGISTRATE JUDGE
                                                DISTRICT OF COLUMBIA