UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:21-cr-000178 |
| | : | Assigned to: Judge Mehta, Amit P. |
| **v.** | : | Assign Date: 2/9/2022 |
| | : | Description: SUPERSEDING INDICTMENT (B) |
| **PETER J. SCHWARTZ,** | : | Related Case No: 21-cr-00178 (APM) |
| **JEFFREY SCOTT BROWN,** | : | |
| **MARKUS MALY, and** | : | |
| **SHELLY STALLINGS** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. §§ 111(a)(1) and (b)** |
| **Defendants** | : | **(Assaulting, Resisting, or Impeding** |
| | : | **Certain Officers Using a Dangerous** |
| | : | **Weapon)** |
| | : | **18 U.S.C. § 231(a)(3)** |
| | : | **(Civil Disorder)** |
| | : | **18 U.S.C. §§ 1512(c)(2), and 2** |
| | : | **(Obstruction of an Official Proceeding** |
| | : | **and Aiding and Abetting)** |
| | : | **18 U.S.C. §§ 1752(a)(1) and (b)(1)(A)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds with a Deadly or** |
| | : | **Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(2) and (b)(1)(A)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **18 U.S.C. § 1752(a)(4) and (b)(1)(A)** |
| | : | **(Engaging in Physical Violence in a** |
| | : | **Restricted Building or Grounds with a** |
| | : | **Deadly or Dangerous Weapon)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **40 U.S.C. § 5104(e)(2)(F)** |
| | : | **(Act of Physical Violence in the Capitol** |
| | : | **Grounds or Buildings)** |
| | : | **FILED UNDER SEAL** |
| | : | |

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment and Arrest

Warrant for Shelly Stallings, it is hereby

**ORDERED** that the Indictment, Arrest Warrant for Shelly Stallings, and the Government's Motion to Seal, and this Order be sealed until the defendant is arrested.

**ORDERED** that notwithstanding the sealing, the government may disclose the criminal indictment and arrest warrant for Shelly Stallings in furtherance of its law enforcement and prosecution needs and discovery obligations.

**ORDERED** that upon execution of the arrest warrant for Shelly Stallings in this case, the charging documents shall be unsealed.

Date: February 9, 2022

Robin M.
Meriweather
2022.02.09
14:23:51 -05'00'

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLUMBIA