# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 21-CR-178 (APM) |
| | : |
| JEFFREY BROWN, | : |
| Defendant. | : |
| | : |

## **ORDER**

This matter having come before the Court on Defendant Jeffrey Brown's Motion to reconsider his bond status and order his release pending trial, it is therefore,

ORDERED that Jeffrey Brown is released pending trial subject to the accompanying order setting conditions of release.

_____
Amit P. Mehta
United States District Court Judge