## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : Case No. 21-CR-178 (APM) |
| v. | : |
| | : |
| **PETER J. SCHWARTZ,** | : |
| | : |
| **Defendant.** | : |
| | : |

### [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz's Motion to Reconsider Bond Status and Release Pending Trial, it is

**ORDERED**, that the Motion is **GRANTED**.

Date: _____    _____
                            Amit P. Mehta
                            United States Judge