UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>**PETER SCHWARTZ,** )<br> )<br>**Defendant.** )<br> ) | Criminal No. 21-cr-00178-01 (APM) |

### ORDER

Defendant Peter J. Schwartz's Motion to Reconsider Bond Status and Release Pending Trial, ECF No. 76 [hereinafter Def.'s Mot.], is hereby denied.

The sole basis for Defendant's motion is his lack of access to discovery to date. *Id.* at 4–5. Defendant seeks release under two code provisions: (1) 18 U.S.C. § 3142(f) and (2) 18 U.S.C. § 3142(i). Def.'s Mot. at 4. Defendant's inability to access discovery, however, is not information that is "material" to the "issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Moreover, Defendant has not identified any "appropriate person" to whom he could be released under 18 U.S.C. § 3142(i). *See United States v. Lee*, 451 F. Supp. 3d 1, 10 (D.D.C. 2020) (denying motion for release for failure to establish proposed custodian as an "appropriate person").

Additionally, the basis for Defendant's motion is arguably moot. The court understands from information it recently received from the Department of Corrections that, on March 16, 2022, Mr. Schwartz obtained access to a laptop computer to review discovery provided to him by counsel

on a flash drive, and that as of this date, he continues to have access to that laptop to review discovery.  Accordingly, for the reasons stated, Defendant's motion is denied.

Date:  April 1, 2022

_____
Amit P. Mehta
United States District Court Judge