# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-178 (APM) |
| | : | |
| **PETER SCHWARTZ, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Cindy Cho, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Mitra Jafary-Hariri no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/
Cindy J. Cho
Assistant United States Attorney
Member of NY Bar
555 4th Street, N.W.
Washington, D.C. 20530
(317) 246-0107
Cindy.Cho@usdoj.gov