**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 21-CR-178 (APM) |
| | : |
| JEFFREY BROWN, | : |
|    Defendant. | : |
| | : |

# **ORDER**

This matter having come before the Court on Defendant Jeffrey Brown's Motion for Temporary Pretrial Release and for the compelling reasons shown, it is therefore,

ORDERED that Jeffrey Brown is released pending trial subject to the accompanying order setting conditions of release.

_____
Amit P. Mehta
United States District Court Judge