# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-178 (APM)** |
| | : | |
| **PETER SCHWARTZ, et. al.** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Elizabeth C. Kelley as counsel for the United States, is terminating her appearance as counsel of record in this matter.  All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. BAR NO. 481052

_____*/s/ Elizabeth C. Kelley*_____
Elizabeth C. Kelley
Assistant United States Attorney
D.C. Bar No. 1005031
601 D St., N.W.
Washington, DC 20530
Elizabeth.Kelley@usdoj.gov
(202) 252-7238

**<u>CERTIFICATE OF SERVICE</u>**

On this 11th day of August 2022, a copy of the foregoing was served upon all parties

listed on the Electronic Case Filing (ECF) System.

_____/s/ Elizabeth C. Kelley___<br>
Elizabeth C. Kelley<br>
Assistant United States Attorney