IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )       CR No. 21-178
                                    )       Washington, D.C.
        vs.                         )       June 24, 2021
                                    )       2:09 p.m.
PETER SCHWARTZ (1),                 )
                                    )
            Defendant.              )
_____)


TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Jocelyn Patricia Bond
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             555 Fourth Street, NW
                             Washington, D.C. 20001
                             (202) 252-2571
                             Email: jocelyn.bond@usdoj.gov


For the Defendant:           Michael E. Lawlor
                             BRENNAN MCKENNA & LAWLOR
                             6305 Ivy Lane
                             Suite 700
                             Greenbelt, MD 20770
                             (301) 474-0044
                             Email: mlawlor@verizon.net

APPEARANCES CONTINUED:

Pretrial Services Officer:    DéShanté Valentine-Lewis

Court Reporter:              William P. Zaremba
                             Registered Merit Reporter
                             Certified Realtime Reporter
                             Official Court Reporter
                             E. Barrett Prettyman CH
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2          COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case No. 21-178, United States of America
 4   versus Peter Schwartz.
 5              Jocelyn Bond for the government.
 6              Michael Lawlor for the defense.
 7              DéShanté Valentine-Lewis on behalf of Pretrial
 8   Services.
 9              The defendant is appearing via videoconference for
10   this hearing.
11              THE COURT:  All right, Counsel, good afternoon.
12              Mr. Schwartz, good afternoon.  Sir, can you hear
13   me okay?
14              THE DEFENDANT:  I think you asked me if I can hear
15   you okay?
16              THE COURT:  Yes.
17              THE DEFENDANT:  I heard it well enough, yeah.
18              THE COURT:  Okay.  Very good.
19              All right.  So, counsel, we're here on the motion
20   that Mr. Schwartz has filed for review of his bond.  He is
21   presently detained and was ordered detained by the
22   magistrate judge before whom he appeared, and so we're here
23   on the defendant's motion.
24              I've read the parties' papers.  I've also reviewed
25   the videos that the government has submitted.
```

1          Ms. Bond, I don't know if it's been posted yet,

2   but I'll ask you to file a notice indicating that you've

3   filed the videos as evidence and then conforming with the

4   Local Rule, and that'll be spelled out in the Minute Order,

5   as there may be media requests for the videos.

6          All right.  So I've reviewed what's been filed,

7   and I'm happy to hear anything further, if either side wants

8   to be heard.

9          I'll start with Mr. Lawlor.

10          MR. LAWLOR:  Yes, Your Honor.  Thank you.

11          So, Your Honor, I'm not going to belabor my

12   comments about the events of January 6th, either

13   individually as it applies to Mr. Schwartz or globally as it

14   applies to sort of the mass of people that entered into the

15   Capitol that day.  I know the Court is well-aware of the

16   events of the day, like I said, sort of individually in this

17   case and on a larger scale as well.

18          The issue here, though, Your Honor, is not just

19   about that, it's about whether or not this Court can and

20   should fashion release conditions in this case to both

21   ensure that Mr. Schwartz will appear at all future court

22   appearances and whether or not the Court can set conditions

23   to ensure the safety of the community, and I believe that

24   the Court can and should do that.

25          And, you know, Your Honor, a lot has been said

1   about the events that day and certainly I am not going to

2   take a deep dive into those facts, but I just will say that,

3   you know, I've talked to Mr. Schwartz.  He did not come to

4   Washington, D.C. that day with the intention of engaging in

5   criminal activity.  He came here, having been called here,

6   to protest.  And obviously I think the Court knows that

7   there was this swell, people were instigated, and

8   Mr. Schwartz, if you take the government's evidence at face

9   value, certainly made some poor decisions that day, but

10  I don't think those decisions were sort of premeditated, if

11  you will.

12          Where we are now, Your Honor, is that, you know,

13  Mr. Schwartz has been detained for some time.  It's led to

14  some marital discord.  His wife is actually ill and I'm

15  afraid that, according to Mr. Schwartz, that their

16  relationship has hit several bumps in the road as a result

17  of his incarceration.

18          But the other issue here, Your Honor, is that

19  Mr. Schwartz is at the D.C. jail.  I don't know if it's

20  because of these charges, I assume it is.  He's in

21  essentially solitary confinement.  And when I say D.C. jail,

22  I should say the complex.  I'm not sure if he's at CTF or

23  the CDF, but he's at the complex near the stadium,

24  Your Honor.

25          And as the Court knows, the discovery in this case

1    is massive.  And so it's going to be important to

2    Mr. Schwartz's preparation and representation that he and I

3    have the ability to spend a really considerable amount of

4    time together.  And given the pandemic and given his

5    incarceration, that's a very -- that's going to be very,

6    very challenging for us to do that, particularly, too,

7    because a lot of the evidence is video evidence, so it's not

8    a type of situation where I can print something out, leave

9    it with Mr. Schwartz for him to review it.

10           So, Your Honor, I do recognize, as the government

11   argued, forcefully, that there are certainly a lot of marks

12   against Mr. Schwartz, if you will.  He does have several

13   contacts with the criminal justice system.  And there is

14   obviously video of him at and in the Capitol that day.

15           But I do believe, Your Honor, again, recognizing

16   that we're not at a trial here, we're not at sentencing, the

17   stage we are now is, the issue is whether or not this Court

18   can set conditions to assure his appearance and the safety

19   of the community.

20           One of the things the Court has at its disposal

21   is, you know, 24/7 home electronic monitoring.  And I do

22   believe release under those conditions is appropriate here,

23   because I do believe that that condition alone, aside from

24   any other conditions, would serve both to assure

25   Mr. Schwartz's appearances in the future and to protect the

1   safety of the community.

2           So, Your Honor, I do believe, again, you know,

3   based on the volume of evidence -- and I was just talking to

4   Mr. Schwartz, I will address later his desire to have a

5   speedy trial in this matter.  But given the volume of

6   evidence and the nature of the evidence and Mr. Schwartz's

7   right to effective assistance of counsel, I do believe this

8   Court and should set conditions releasing him from

9   confinement pending trial in this matter, Your Honor.  Thank

10  you.

11          THE COURT:  All right.  Mr. Lawlor, thank you.

12          Ms. Bond, I'll hear from you.

13          MS. BOND:  Thank you, Your Honor.

14          We laid out our argument in your pleading.  But to

15  just hit on the highlights, we strongly believe that

16  Mr. Schwartz should remain detained, we believe that he is a

17  danger to the community, and also is unlikely to reappear in

18  court, and our position is that all of the 3142(g) factors

19  favor detention here.

20          With respect to the nature and the circumstances

21  of the charges, he is charged here with multiple felonies,

22  including a crime of violence, that being the 111(b),

23  assault on the officers with a dangerous weapon.  And, in

24  fact, the Court of Appeals in a judgment without opinion

25  just this morning in *United States versus Quaglin* confirmed

1   that 111(b) is, in fact, a crime of violence.

2          He was very active, engaging --

3          THE COURT:  Let me interrupt you, Ms. Bond,

4   because no one has addressed that issue in their papers.

5   I looked at it -- and this is the discrete issue of whether

6   he's been charged with a detainable offense under Subsection

7   (f).

8          And I did look and did find Judge Bates' decision

9   in *United States versus Klein* in which the defendant there

10   was similarly charged with 18 -- in violation of 18 U.S.C.

11   111(b).  And Judge Bates did determine that it did

12   constitute a crime of violence, and, in fact, he cited a

13   number of cases from different Circuits that stand for that

14   proposition.

15          But you've now said that the Circuit has also so

16   held?

17          MS. BOND:  So, yes, Your Honor.  Just this morning

18   in *United States versus Quaglin*, it is a judgment without

19   opinion.  They specifically say that "Appellant is charged

20   with violating 18 U.S.C. 111(b), an offense which is

21   categorically a crime of violence," and that is from today.

22          THE COURT:  Why don't you go ahead -- you know, we

23   don't get -- we get the decisions for publication routinely

24   emailed to us, but we don't get the unpublished

25   dispositions.  So I'll have to see if I can find that on the

1    Court's website, but go ahead.

2              MS. BOND:  And if Your Honor believes it's

3    appropriate, I'd be happy to forward it to the Court and

4    defense counsel this afternoon as well.

5              THE COURT:  Okay.  Why don't you go ahead.

6              MS. BOND:  Thank you.

7              So our position is, he's charged with a crime of

8    violence, which also touches on the *Chrestman* factors

9    here -- I mentioned it in my pleading that the *Chrestman*

10   factors support detention; one, because he is charged with

11   these multiple felonies, including crime of violence; two,

12   because he had a weapon, which we have charged as the bear

13   spray or the pepper spray that he was using throughout that

14   afternoon against multiple officers.

15             Additionally, his coordination with other

16   individuals throughout that day, specifically in the tunnel.

17   Mr. Schwartz not only entered that tunnel, but we provided

18   the video where he is using his body weight in conjunction

19   with multiple other rioters to push against the line of

20   officers.

21             So he coordinated in that sense, but he also

22   coordinated in a sense that he's assisting another rioter

23   who is trying to use bear spray to spray at that line of

24   officers.

25             So if Your Honor recalls the video, Mr. Schwartz

1    enters that tunnel, he hands off a canister to another

2    rioter.  The rioter seems to hold it, not know what to do

3    with it, how to open it, hands it back to Mr. Schwartz.

4    Mr. Schwartz fixes it and hands it forward to the other

5    rioter to go back and attack that police line.  So he was

6    coordinating his efforts with other rioters.

7            And also his words and movements after the

8    January 6th attack.  We referenced multiple text messages

9    that he sent that were found in his phone, as well as

10   social-media posts, I think the most interesting being his

11   statement that he was at war, essentially against the

12   United States, and that his actions there were a

13   demonstration of war.

14           He also sent text messages to his friends where he

15   admitted stealing duffel bags full of mace that he then used

16   against the officers.

17           And he also bragged that he threw a chair at

18   officers.  In fact, his text messages says that he threw the

19   first chair.  And the United States has not charged him with

20   throwing a chair, but there is video evidence that supports

21   somebody in a shirt that resembles Mr. Schwartz's shirt

22   threw a chair at officers that day.

23           THE COURT:  And when you say "throw a chair,"

24   where does the government, to the extent -- you've said that

25   there's video that may be Mr. Schwartz.  Where did that

1   occur?

2          MS. BOND:  Your Honor, my recollection of that

3   video is out on the lower west terrace, but I would have to

4   re-watch it to confirm.

5          THE COURT:  Okay.

6          MS. BOND:  Again, we haven't charged with him with

7   that, but we went looking for such a situation after his

8   text message was found.

9          So here, not only was the nature and circumstance

10  of this crime very violent, but we believe the *Chrestman*

11  factors support his detention under the nature and

12  circumstances here.

13         And also, the decision in *Munchel* supports his

14  detention here.  The D.C. Court of Appeals -- I'm sorry, the

15  Circuit Court there carved out a group of defendants who

16  were in just a different standard of dangerousness.

17         And we believe that Mr. Schwartz is in that

18  different category of dangerousness, because he was one of

19  those people who was actually assaulting officers, he was

20  actually using violence.  He wasn't just a bystander who

21  cheered things on or who entered the Capitol without taking

22  any action.  So for all of those reasons, we think that the

23  nature and circumstances here support detention.

24         The weight of the evidence also favors detention.

25  And we believe that this is a very strong case.  We have

1    multiple incidents of Mr. Schwartz assaulting officers on

2    video.  Those videos are provided to the Court.

3              He is --

4              THE COURT:  I'm sorry to interrupt you.

5              You'll forgive me if I didn't see this, but are

6    there -- is there video evidence of him actually using the

7    pepper spray himself?

8              MS. BOND:  Yes.

9              THE COURT:  Because what I -- I was unable to

10   discern that in the videos that were presented to me.

11             I did see, I think it's in Exhibit 3 in what you

12   described earlier, of him receiving a pepper spray can and

13   then handing it back up to somebody who does use it.

14             But I didn't quite see him actually using the can

15   himself.

16             MS. BOND:  So, Your Honor, yes, Exhibits 1 and 2

17   both show Mr. Schwartz using the canister himself.  And

18   there's a lot of mayhem going on, so sometimes it's hard to

19   follow the particular person you're looking for.

20             But you can see in Exhibit 1 him holding a larger

21   canister and coming and -- he is walking around on the

22   terrace, spraying it at officers on the terrace.

23             In the second exhibit, you can see his arm

24   reaching out through the crowd of people and spraying toward

25   the officers, and that video is captured from the

1    perspective of the officer who's wearing the body cam.

2              THE COURT:  So can I just ask, because you may

3    want to check this, but the photograph that's been submitted

4    on page 6 of your opposition, I have a still photo of a time

5    stamp at about 2:30 in the afternoon.  The video we

6    received, I don't think contains that time period.  I think,

7    if memory serves, it's about four or five minutes

8    afterwards.

9              MS. BOND:  Your Honor, I have Exhibit 1 open on my

10   screen.  Let me check.  It's the same body cam.  And it

11   starts -- so there should be two, you're correct.  Exhibit 1

12   should be the body cam that starts at 14:30.  I have it

13   starting at exactly 14:30:12.  And then the second exhibit

14   starts about five minutes later.

15             I can attempt to play them for the Court, I know

16   technology is always finicky, if that would be useful.

17             THE COURT:  Yeah, let's see what you can do,

18   because it might be helpful for you to point out.

19             MS. BOND:  Okay.

20             THE COURT:  Because like I said, when I looked,

21   particularly at Exhibit 2, it didn't overlap with the time

22   frame that's in that photograph above.

23             MS. BOND:  Let me see if I can make this work,

24   Your Honor.  Pardon me.

25             Can Your Honor see the screen clip there?

```
 1              THE COURT:  I can.

 2              And this is Exhibit 1?

 3              MS. BOND:  This is Exhibit 1.  As you can see the

 4   time stamp there, it starts at 14:30:12.

 5              And I don't know if you can see my mouse.

 6              THE COURT:  Yeah, I can.

 7              MS. BOND:  But if you can, I'm circling

 8   Mr. Schwartz right there.

 9              THE COURT:  Yep, I see him.

10              MS. BOND:  Now, I will play it and see if this is

11   accessible.

12              (Video played)

13              MS. BOND:  As you can see in that first portion of

14   the clip, Mr. Schwartz was walking around the terrace

15   holding the very large canister and using it to spray.

16              THE COURT:  Okay.

17              MS. BOND:  Should I go on to Exhibit 2?

18              THE COURT:  Yes, please, yes.

19              (Video played)

20              MS. BOND:  Hold on, Your Honor.  I wonder if this

21   one quit just too early.

22              (Video played)

23              MS. BOND:  There it is, Your Honor.

24              At 14:35:03, just prior to that, you can see

25   Mr. Schwartz stick his arm out.
```

1          If you can see here where my mouse is, I'm
2    circling the canister.
3          THE COURT:  Okay.
4          MS. BOND:  And that was Mr. Schwartz's arm.
5          THE COURT:  I see.  Okay.
6          Can you back that up so I can look out for it a
7    little bit more closely.
8          MS. BOND:  Yes.
9          (Video played)
10         MS. BOND:  If you can see there, you can see the
11   portion of his face just as he moved into that spot with his
12   arm extended.
13         THE COURT:  Okay.
14         I see.  Okay.
15         MS. BOND:  Would you like me to show either of the
16   other exhibits?
17         THE COURT:  No.  That's okay.  Thank you.
18         MS. BOND:  So as I mentioned, this is captured on
19   video.
20         From my perspective, I can see his face, I can see
21   the clothing.  This is corroborated by that shirt, the
22   jacket that was recovered from his home during a search
23   warrant.  It's also corroborated by his text messages, where
24   he makes these admissions, where he admits to being there,
25   where he admits to taking duffel bags full of mace.

1        And multiple individuals who know Mr. Schwartz,

2   two individuals specifically, who have interacted with

3   Mr. Schwartz, know him by name and by face, have identified

4   photographs from the Capitol as being Mr. Schwartz.  So

5   we believe that favors detention as well.

6        His history and characteristics here are a huge

7   concern for the government, because we believe that this is

8   one of the things that makes him a particular danger,

9   whereas many of the Capitol riot defendants don't have a

10  criminal history.  That is not Mr. Schwartz's situation.

11       He has, according to the Pretrial Services Report,

12  16 prior convictions, many of them include assaultive

13  conduct.  At least one of them includes firearms.  We have

14  threats, domestic violence, things of that nature.

15       Of course, some of the biggest issues for us are

16  the fact that he committed these acts while on probation in

17  four different cases, and he also has four different

18  warrants out for his arrest.

19       The one warrant that is not included in the

20  Pretrial Services Report out of Kentucky for a probation

21  violation, the FBI was able to confirm that for us, so we do

22  believe it is four warrants and not just three.

23       He does not appear to have strong ties to any

24  particular community.  As Your Honor can see from his

25  Pretrial Services Report, he has committed crimes in

1    multiple different jurisdictions and has not always returned

2    to those jurisdictions to resolve outstanding warrants, that

3    sort of thing, and certainly isn't always compliant with his

4    probation.

5           And then finally, as far as the nature and

6    seriousness of his danger, we believe that it is very

7    serious.  Mr. Schwartz has demonstrated himself to be a

8    violent man, to be willing to carry weapons, not just the

9    pepper spray in this particular case, but he has a prior

10   conviction for being a felon in possession of a firearm, he

11   has convictions for prior assaultive conduct, and he

12   demonstrated that he is willing to use violence to achieve

13   his ends, political ends here, and would certainly be

14   willing to use violence in the future.  So we are asking for

15   all of those reasons to maintain the detention here.

16          THE COURT:  Thank you, Ms. Bond.

17          Okay.  Mr. Lawlor, do you have anything you want

18   to add since the motion is yours?

19          MR. LAWLOR:  Sorry, I was on mute.

20          No, Your Honor.  Thank you.  I do not.

21          THE COURT:  Okay.

22          All right.  If we could just pause for a moment,

23   because I do want to take a second look to see if I can find

24   the decision that Ms. Bond just mentioned.  And so if

25   everybody would just give me a minute, I'm going to go off

1    video for a moment.  I'll be right back.

2             THE DEFENDANT:  May I speak, Your Honor?

3             MR. LAWLOR:  No, Peter, you can't.  I'm going to

4    do the speaking, okay?

5             THE COURT:  Yeah.  If you'd like, Mr. Lawlor,

6    I can put you into a breakout room, but that's up to you.

7    I'm going to go off camera.

8             MR. LAWLOR:  Please do.  Thank you, Judge.

9             THE COURT:  And if you'd like to, just ask

10   Mr. Douyon to do that for you.

11            MR. LAWLOR:  All right.  Very good.

12            (Recess from 2:31 p.m. to 2:36 p.m.)

13            (Pause)

14            THE COURT:  All right.  So we're back.

15            Mr. Lawlor, did you want to add anything based on

16   your conference with your client?

17            MR. LAWLOR:  Yeah, I guess just a couple things,

18   Your Honor.

19            You know, I'm looking at the bond situation here.

20   And I don't dispute what the government says about -- excuse

21   me, not the bond situation, forgive me, the FTAs and the

22   warrants, I don't see four.

23            But I would note that one of them appears to be

24   for a traffic case.  Another one looks like it's a violation

25   of probation, and a warrant was issued because he's in

1    custody here.  So I don't think that these are necessarily

2    situations where he's evading either process or appearance.

3            And obviously, you know, the government points to

4    the fact that he has no ties to this community, which is --

5    while true, number one, Mr. Schwartz's career is sort of a

6    traveling welder, if you will; he goes where the work is.

7    But he does have family that he can stay with in Kentucky.

8    So there is a stable residence where he can stay.

9            And as I said, Your Honor, for purposes of

10   preparation, I do believe that to put him on HEM would both

11   assist our ability to prepare for this case, number one;

12   and, number two, ensure the safety of the community.

13           THE COURT:  All right.  Thank you, Mr. Lawlor.

14           So let me turn to what I'm supposed to consider

15   with respect to this bond request.  It is a de novo review.

16   I'll start there.

17           Secondly, Mr. Schwartz is eligible for detention,

18   because he is charged with a crime of violence.  As Ms. Bond

19   and I discussed, he is charged under 18 U.S.C. 111(b).  And

20   as Ms. Bond helpfully pointed out, the Circuit did issue

21   today a judgment, a per curium decision in *United States*

22   *versus Quaglin*.  That's Q-u-a-g-l-i-n.  It's circuit Case

23   No. 21-3028, in which the Court wrote, "The appellant is

24   charged with violating 18 U.S.C. 111(b), an offense which is

25   categorically a crime of violence."  And the Circuit there

cites a number of other Circuit decisions, including most recently, *Gray versus United States*, 980 F.3d 262, from the Second Circuit from 2020.

And as I said, Judge Bates came to the same conclusion in *United States versus Klein*, 2021 Westlaw 1377128, in which he held that a charge under 11 -- 111(b) also constitutes a categorical crime of violence that makes somebody detainable based upon -- makes them detainable and, therefore, eligible for a detention hearing.  So Mr. Schwartz is eligible for detention.

The question then becomes what danger Mr. Schwartz presents, at least the government's offered two grounds, I should say, one is dangerous, and the other is risk of flight.

Let me stay with dangerousness.  Mr. Schwartz in this case is accused of -- has been charged by a grand jury on a 14-count indictment.  Was charged with three counts of assaulting, resisting, or impeding certain officers using a dangerous weapon, three counts of civil disorder, obstruction of an official proceeding, as well as seven misdemeanors.

COURTROOM DEPUTY:  I'm supposed to consider four factors; of course, the nature and circumstances of the offense, the weight of the evidence, the history and characteristics of the defendant, and any particular

1    dangerousness that the defendant poses to the community or

2    any individual.

3          Let me start with the question of what danger

4    Mr. Schwartz poses as is posited by the government, and that

5    is that he will continue to engage in acts of violence in

6    furtherance of his political views.

7          Frankly, I think that's a little narrow.  I think

8    the danger that Mr. Schwartz poses is actually broader than

9    that and is, frankly, based upon his substantive criminal

10   history.  And, frankly, engaging in acts of violence,

11   period, that involve assaultive behavior and potential use

12   of a dangerous weapon.

13         So my view is that the danger here, the specific

14   danger that I'm supposed to determine whether Mr. Schwartz

15   poses is not simply danger that's connected to political

16   action, but, rather, assaultive behavior in general and

17   possession of weapons that he's not permitted to be in

18   possession of and using those weapons for violent purposes.

19         So with that in mind, let me turn to the factors

20   I'm supposed to consider.  The first, as I said, is the

21   nature and circumstances of the offense.  They are,

22   obviously, quite dangerous and serious in this case.

23         You know, the Circuit has, in *Munchel*,

24   distinguished between folks who were essentially bystanders

25   or supporters or passive supporters of people who were

1   participating in the events of January the 6th.

2           Mr. Schwartz certainly does not fit that bill.

3   The video evidence that the government has presented shows

4   him in possession of something that resembles a chemical

5   spray can of some kind.  The government believes that is

6   pepper spray or bear spray of some kind.  He's seen in the

7   video evidence actually spraying it towards officers on the

8   west side of the Capitol building, clearly intending to harm

9   those officers or at least use that bear spray as a way of

10  causing the officers to get out of his path.

11          The video evidence further shows that Mr. Schwartz

12  actually enters the tunnel leading into the Capitol building

13  with a very large group of people.  While he's in there with

14  that very large group of people that are all together and

15  collectively, there are dozens of them pushing forward

16  against a line of officers who are trying to hold them back.

17          Mr. Schwartz can be seen receiving a can of bear

18  spray or some kind of spray from some other person, and then

19  handing that spray back to that person who then clearly

20  moves to the front of the line and starts spraying officers.

21  So he's, at a minimum, aiding another individual in spraying

22  officers with that same chemical that he claims -- or he

23  appears to have when he is outside.

24          That's not the only evidence of that.

25  Mr. Schwartz's own words suggest that he, in fact, is

1    engaging in that conduct.  There are text messages or

2    communications in the aftermath which he claims to have

3    stolen pepper spray canisters or canisters from police and

4    then used it.

5            He also, as we've discussed, discusses or at least

6    brags of having thrown a potential chair at a police

7    officer.

8            So the bottom line is there's both video evidence

9    of his actions and activities that day, and then also his

10   own words corroborate that.

11           I will note that it appears to me in the video,

12   Exhibit 3 in the hall, in the tunnel that leads into the

13   Capitol, Mr. Schwartz is not only in possession of a

14   canister of some kind, but also it looks like he has a

15   wooden -- a baton of some kind that he's holding while he's

16   in that mass of people.

17           So, Mr. Schwartz, unlike many others, I've had a

18   number of these detention hearings, I will say sets himself

19   apart from a number of people who've appeared before me who

20   may have entered the Capitol building and then did so but

21   didn't engage -- didn't actually possess a weapon and didn't

22   actually engage with police officers.

23           Mr. Schwartz did both.  He did have a dangerous

24   weapon and he did directly engage with police officers.  So

25   the nature and circumstances of the offense conduct here are

1    quite serious and they're among the most serious that I've

2    seen, and I think it favors detention.

3            In terms of the weight of the evidence which I've

4    just described, much of it is video evidence that shows

5    Mr. Schwartz engaging in the conduct that I've just

6    described.  Furthermore, his own words corroborate the

7    conduct that appears on the video, and so the strength of

8    the evidence is, again, in favor of detention.

9            Excuse me, the history and characteristics of the

10   defendant.  Mr. Lawlor has pointed out that Mr. Schwartz is

11   employed and that he's married, and certainly those two

12   things count in his favor.

13           But I simply can't ignore Mr. Schwartz's criminal

14   history.  It is the most substantial criminal history that

15   I've seen of any defendant that has appeared before me, and

16   I've had dozens.

17           As the Pretrial Services Report indicates, he has

18   16 prior convictions, those are both felonies and

19   misdemeanors.  Some of those felonies involve both

20   possession of dangerous weapons and assaultive conduct.

21           Most recently in 2015, he was arrested and

22   convicted of being a felon in possession and engaging in

23   terroristic threats.  He also has prior convictions for

24   assault with a deadly weapon, albeit 15 years ago; assault

25   on a government official, and that was 15 years ago; battery

1   20 some-odd years ago, but, nevertheless, the point is

2   Mr. Schwartz has a number of prior convictions involving

3   violent behavior and possessing weapons, which are the exact

4   same offenses that he is accused of engaging in here.

5          And so his past history, at least in

6   Mr. Schwartz's case, appears to have some prologue, and also

7   portends some substantial risk, certainly a greater risk

8   than I've seen with other defendants, and re-offending

9   either in the context of political violence or just violence

10   in general.

11          I will note that Mr. Schwartz, in the aftermath of

12   this, certainly has not -- well, let's put it this way --

13   viewed what he was doing on January the 6th in the larger

14   context in the battle against others, he doesn't specify who

15   that is, but he says on Facebook on January 7th that

16   "What happened yesterday was the opening of a war.  I was

17   there, and whether people will acknowledge it or not, we are

18   now at war."

19          So Mr. Schwartz, in the aftermath of this, is

20   projecting into the future, and at least as of January 7th,

21   and I have no reason to believe otherwise, still thinks of

22   himself as potentially a soldier in a war against, it isn't

23   clear what, but, nevertheless, he thinks of himself as a

24   combatant in some war against, perhaps, democracy, perhaps

25   against valid elections, perhaps against the public

1  officials who've been duly elected.  He doesn't say, but,

2  nevertheless, that seems to be his sentiment, and it's not

3  one that is contradicted by any other evidence.

4          Finally, in terms of the danger that he presents

5  to any particular person in the community, as I've described

6  in detail, his prior criminal history makes him a danger to

7  the community, both in terms of violence and engaging in

8  assaultive conduct with dangerous weapons.

9          And certainly from his statement and the nature of

10 his conduct that he engaged in on that day, he certainly

11 seems to pose a danger to the community in terms of

12 continued violent behavior.

13         I will note that not only does *Quaglin* stand for

14 the proposition that we talked about earlier, that being

15 charged with 18 U.S.C. 111(b) constitutes a crime of

16 violence.  I'll also note that the facts of that case are

17 actually not too dissimilar to the case here.

18         And in that case, Mr. Quaglin was held by

19 Judge McFadden, and the Circuit affirmed that decision.

20 Defendant Quaglin had, among other things, shoved and struck

21 multiple police officers outside the Capitol, and he

22 discharged MK-09 spray at officers, including directly into

23 the unprotected face of one officer.

24         We have similar conduct here.  The appellant was

25 also on the front line of a group of individuals attempting

1  to violently force their way inside the Capitol by

2  physically overcoming a defensive line of police.  Again,

3  Mr. Schwartz, the evidence suggests that he was involved in

4  similar conduct.

5         In the aftermath of the incident, appellant --

6  this is *Quaglin* -- posted videos to social media accounts,

7  celebrating his role in the violence.  In this case, we

8  similarly have Mr. Schwartz doing the same thing on

9  Facebook, and then there's other factors there.

10        And I'll note the one thing that's absent in

11  *Quaglin* that is quite prevalent here, and that is, you know,

12  the nature -- the history and characteristics of this

13  defendant involve a sizable quantity of prior convictions,

14  including convictions for assaultive and violent behavior

15  and possessing dangerous weapons.  And so, if anything, the

16  case for detention here is stronger -- even stronger than it

17  is in *Quaglin*.

18        I don't think any combination of conditions would

19  ensure the safety of the unit of community.  As I said,

20  Mr. Schwartz has shown that he has engaged in violence in

21  the past, assaultive behavior in the past.

22        And I will note that in this very case,

23  Mr. Schwartz was on probation, he was under supervision of

24  the Court at multiple courts while he engaged in this

25  conduct.

1          And so he's shown that certainly as a condition of

2     probation, he was required not to break any law, but yet he

3     traveled to the District of Columbia in order -- and did so.

4          His lawyer has argued that -- counsel's argued

5     that there's no evidence that Mr. Schwartz came to D.C. with

6     that plan in mind.  That very well may be, but,

7     nevertheless, given the opportunity to engage in violent

8     behavior, he did so on January 6th.  So I do find that there

9     are no combination of conditions that would ensure the

10    safety of the community from Mr. Schwartz.

11         And so for those reasons, I will deny the motion

12    to set bond and release Mr. Schwartz and he'll remain

13    detained pending trial in this matter.

14         So with that, Mr. Lawlor, you had said something

15    earlier that you wanted to discuss about speedy trial and

16    setting a trial date in this case?

17         MR. LAWLOR:  Yeah.

18         So, Your Honor, the government has been producing

19    discovery; it is substantial.

20         So left to my own desire, you know, I would not

21    necessarily be pushing for a trial date anytime too soon

22    because of my concern about my ability to get through all

23    that, but my client has instructed me to preserve his speedy

24    trial right.

25         I don't believe we have another status hearing, so

```
 1    I guess I would ask for -- I think all the time is tolled up
 2    until this point, but I would ask for a trial date within
 3    the speedy-trial window as of today.
 4              THE COURT:  So let me just take a look at
 5    something here.
 6              He was arraigned on April the 7th, correct?  And
 7    did we not set another date on April the 7th after his
 8    arraignment?
 9              COURTROOM DEPUTY:  Your Honor, we set it as a
10    status date for June 7th.
11              THE COURT:  Okay.  So we have June the 7th.
12              And I'm sure we tolled through June the 7th,
13    correct?
14              MS. BOND:  Yes, Your Honor.
15              COURTROOM DEPUTY:  That's correct.
16              THE COURT:  Okay.
17              Well, here's what I would suggest, which is, we're
18    tolled -- oh, we're tolled through June the 7th.  Okay.  And
19    then the motion was set -- excuse me, the motion was filed
20    on June the 7th which also tolled, and so we are tolled
21    through today.
22              All right.  Well, let me ask you something,
23    Mr. Lawlor.
24              Well, let me put it differently.
25              Ms. Bond, let me turn to you.  What's left in
```

1    terms of disclosure of discovery to Mr. Schwartz?

2            MS. BOND:  So, Your Honor, at this point, there's

3    a very small amount of discovery that's specific to

4    Mr. Schwartz.

5            What is considerably larger is the large-scale big

6    data discovery that -- I have mentioned to this Court and

7    multiple courts and I know many of my colleagues have

8    discussed as well, that is all of the body-worn-camera

9    footage, all of the various CCTV videos, all of that kind of

10   stuff that my office, on a large scale, intends to provide

11   to all of the defense attorneys who are representing Capitol

12   riot cases.

13           And the government is charged with turning over

14   any *Brady* material, any exculpatory material whether

15   individual AUSAs know about that material or not.

16           And that's where I get in a really difficult

17   position, because I've turned over almost everything that

18   I am aware of related to Mr. Schwartz.  But because of the

19   breadth of discovery here, there is so much that I, as an

20   individual human being, will never be able to look at.  But

21   we're still charged with knowing about it and having to

22   provide it to Mr. Schwartz.

23           That is not going to happen in the next 30 days.

24   But my office is working expeditiously, they're moving as

25   quickly as possible, to provide that to all the defense

1    attorneys.

2            I am asking at this point for another status

3    hearing to be set out in roughly 45 days to make significant

4    strides providing that discovery, to engage in plea

5    negotiations.  Until just a moment ago, I was under the

6    impression that counsel was interested in engaging in plea

7    negotiations, so I'm taken a bit by surprise by this.

8            If Mr. Lawlor's position is that he is not willing

9    to toll the time, then we will not be engaging in plea

10   negotiations.

11           But I'm asking for additional time to provide that

12   big discovery.  And if there's interest in pleading, then to

13   have time to talk.

14           THE COURT:  Okay.

15           Well, Mr. Lawlor, I don't -- I mean, you all --

16   I don't know how much you've discussed the posture of the

17   case and what Mr. Schwartz understands about it, but...

18           MR. LAWLOR:  Yeah.

19           Your Honor, here's what I'd like to do.  I'm

20   actually going to be seeing Mr. Schwartz in person this

21   weekend.

22           So what I would ask the Court to do is let me have

23   that meeting with him, because our conversation about his

24   Speedy Trial rights was just in a breakout room, wasn't very

25   fulsome.

1          So what I would ask the Court to do is have

2   another status early next week.  And that way, given the

3   government's indication about tolling versus plea

4   negotiations, I'd prefer to have a heartier conversation

5   with Mr. Schwartz about that dynamic.

6          So I can be available next week if the Court can

7   bring us back pretty rapidly to either set a trial date or a

8   status, another status date.

9          THE COURT:  How about Tuesday, the 29th?

10          MR. LAWLOR:  In the afternoon, Judge?

11          THE COURT:  How about 3:30?

12          MS. BOND:  I can make that work, Your Honor.

13          MR. LAWLOR:  Likewise.

14          THE COURT:  Okay.

15          COURTROOM DEPUTY:  Your Honor, this is the

16   Courtroom Deputy.

17          The only available time slot with the D.C. jail is

18   4:30 on the 29th.

19          THE COURT:  Okay.  4:30?

20          MS. BOND:  Yes, Your Honor.

21          MR. LAWLOR:  That's fine with me.

22          THE COURT:  4:30 it is.

23          All right.  So, Mr. Lawlor, will you exclude time

24   through the 29th; will your client consent to that?

25          MR. LAWLOR:  Your Honor, I prefer that the Court

```
 1   make a good-cause finding.
 2              THE COURT:  Okay.
 3              So I do think that there is good cause or I do
 4   think that the interests of justice outweigh the interests
 5   of the defendant and the public in a speedy trial for this
 6   interim brief period for defense counsel and Mr. Schwartz to
 7   discuss how they'd like to proceed, and determine whether
 8   it's possible to engage Mr. Schwartz's interest in possibly
 9   trying to revolve this matter and engage in plea discussion
10   or move forward with trial.
11              Additionally, additional time -- and it's a short
12   amount of time, but, nevertheless, the exclusion of that
13   time is warranted to allow the government to continue to
14   produce discovery.
15              And, Ms. Bond, I would ask you, if possible,
16   particularly, do you think that a limited amount of
17   discovery you have that is particular to Mr. Schwartz, that
18   you can get that to Mr. Lawlor in short order?
19              MS. BOND:  I believe so, yes.
20              THE COURT:  Okay.
21              And can you do that -- how soon can you do that?
22              MS. BOND:  I believe that I've already given him
23   almost everything, but I will review the files by Monday to
24   make sure that he is not missing anything.
25
```

1             THE COURT:  Okay.

2             What I would ask you to do, Counsel, is if you can

3    review that file by tomorrow.  I know that's putting a lot

4    on you, but, nevertheless, Mr. Lawlor has indicated he's

5    going to see his client this weekend.  And so if there's any

6    additional discovery that's specific to Mr. Schwartz that

7    you can identify and produce to Mr. Lawlor by tomorrow that

8    would aid him, I think, in having a more fulsome

9    conversation with his client about how to proceed, okay?

10            MS. BOND:  Certainly, Your Honor.

11            THE COURT:  And I think, you know, the exclusion

12   of time -- that justifies the exclusion of time, to give you

13   that additional time to produce that material.

14            So we'll exclude time through the 29th.  And we'll

15   return at 4:30 p.m. on the 29th to discuss whether we are

16   going to move forward to trial or not.

17            Mr. Lawlor, I think the one thing I would ask you

18   to think about before we come back next Tuesday, and that is

19   if your client intends to ask for a trial date and move

20   forward, is whether you intend to file any motions; I'll ask

21   Ms. Bond the same question next Tuesday, if you intend to

22   file any motions, because that'll obviously play into

23   whatever schedule we set, okay?

24            MR. LAWLOR:  Yes, Your Honor.

25

```
 1              THE COURT:  All right.

 2              Anything else, Counsel?

 3              MS. BOND:  No, Your Honor.

 4              MR. LAWLOR:  No, Judge.

 5              THE COURT:  All right.  Thank you, all.  We'll see

 6    you next Tuesday.  Have a good weekend, everybody.

 7              MR. LAWLOR:  Thank you.  You as well.

 8              (Proceedings concluded at 3:00 p.m.)

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Please note:  This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of court reporting remotely.



Date:__August 8, 2022_____

William P. Zaremba, RMR, CRR

**COURTROOM DEPUTY: [5]** 3/2 20/22 29/9 29/15 32/15
**MR. LAWLOR: [15]** 4/10 17/19 18/3 18/8 18/11 18/17 28/17 31/18 32/10 32/13 32/21 32/25 34/24 35/4 35/7
**MS. BOND: [31]** 7/13 8/17 9/2 9/6 11/2 11/6 12/8 12/16 13/9 13/19 13/23 14/3 14/7 14/10 14/13 14/17 14/20 14/23 15/4 15/8 15/10 15/15 15/18 29/14 30/2 32/12 32/20 33/19 33/22 34/10 35/3
**THE COURT: [44]**
**THE DEFENDANT: [3]** 3/14 3/17 18/2

**0**
**0044 [1]** 1/20
**09 [1]** 26/22

**1**
**11 [1]** 20/6
**111 [8]** 7/22 8/1 8/11 8/20 19/19 19/24 20/6 26/15
**1377128 [1]** 20/6
**14-count [1]** 20/17
**14:30 [1]** 13/12
**14:30:12 [2]** 13/13 14/4
**14:35:03 [1]** 14/24
**15 [2]** 24/24 24/25
**16 [2]** 16/12 24/18
**178 [2]** 1/4 3/3
**18 [1]** 8/10
**18 U.S.C [5]** 8/10 8/20 19/19 19/24 26/15
**19 [1]** 36/6

**2**
**20 [1]** 25/1
**20001 [2]** 1/15 2/6
**2015 [1]** 24/21
**202 [2]** 1/15 2/6
**2020 [1]** 20/3
**2021 [2]** 1/5 20/5
**2022 [1]** 36/10
**20770 [1]** 1/19
**21-178 [2]** 1/4 3/3
**21-3028 [1]** 19/23
**24 [1]** 1/5
**24/7 [1]** 6/21
**252-2571 [1]** 1/15
**2571 [1]** 1/15
**262 [1]** 20/2
**29th [5]** 3/2 9/2 32/18 32/24 34/14 34/15
**2:09 [1]** 1/6
**2:30 [1]** 13/5
**2:31 [1]** 18/12
**2:36 [1]** 18/12

**30 days [1]** 30/23
**301 [1]** 1/20
**3028 [1]** 19/23
**3142 [1]** 7/18
**3249 [1]** 2/6
**333 [1]** 2/5
**354-3249 [1]** 2/6
**3:00 [1]** 35/8
**3:30 [1]** 32/11

**4**
**45 [1]** 31/3
**474-0044 [1]** 1/20
**4:30 [2]** 32/18 32/19 32/22 34/15

**5**
**555 [1]** 1/14

**6**
**6305 [1]** 1/18
**6th [5]** 4/12 10/8 22/1 25/13 28/8

**7**
**700 [1]** 1/19
**7th [9]** 25/15 25/20 29/6 29/7 29/10 29/11 29/12 29/18 29/20

**9**
**980 [1]** 20/2

**A**
**ability [3]** 6/3 19/11 28/22
**able [2]** 16/21 30/20
**about [21]** 4/12 4/19 4/19 5/1 13/5 13/7 13/14 18/20 26/14 28/15 28/22 30/15 30/21 31/17 31/23 32/3 32/5 32/9 32/11 34/9 34/18
**above [2]** 13/22 36/4
**above-titled [1]** 36/4
**absent [1]** 27/10
**accessible [1]** 14/11
**according [2]** 5/15 16/11
**accounts [1]** 27/6
**accused [2]** 20/16 25/4
**achieve [1]** 17/12
**acknowledge [1]** 25/17
**action [2]** 11/22 21/16
**actions [2]** 10/12 23/9
**active [1]** 8/2
**activities [1]** 23/9
**activity [1]** 5/5
**acts [3]** 16/16 21/5 21/10
**actually [12]** 5/14 11/19 11/20 12/6 12/14 21/8 22/7 22/12 23/21 23/22 26/17 31/20
**add [2]** 17/18 18/15
**additional [4]** 31/11

**Additionally [2]** 9/15 33/11
**address [1]** 7/4
**addressed [1]** 8/4
**admissions [1]** 15/24
**admits [2]** 15/24 15/25
**admitted [1]** 10/15
**affirmed [1]** 26/19
**afraid [1]** 5/15
**after [3]** 10/7 11/7 29/7
**aftermath [4]** 23/2 25/11 25/19 27/5
**afternoon [7]** 3/2 3/11 3/12 9/4 9/14 13/5 32/10
**afterwards [1]** 13/8
**again [6]** 6/15 7/2 11/6 24/8 27/2
**against [11]** 6/12 9/14 9/19 10/11 10/16 22/16 25/14 25/22 25/24 25/25 25/25
**ago [4]** 24/24 24/25 25/1 31/5
**ahead [3]** 8/22 9/1 9/5
**aid [1]** 34/8
**aided [1]** 2/8
**aiding [1]** 22/21
**albeit [1]** 24/24
**all [26]** 3/11 3/19 4/6 4/21 7/11 7/18 11/22 17/15 17/22 18/11 18/14 19/13 22/14 28/22 29/1 29/22 30/8 30/9 30/9 30/11 30/25 31/15 32/23 34/25 35/5 35/5
**All right [1]** 18/14
**allow [1]** 33/13
**almost [2]** 30/17 33/23
**alone [1]** 6/23
**already [1]** 33/22
**also [21]** 3/24 7/17 8/15 9/8 9/21 10/7 10/14 10/17 11/13 11/24 15/24 16/17 20/7 23/5 23/9 23/14 24/23 25/6 26/16 26/25 29/20 34/22
**always [3]** 13/16 17/1 17/3
**am [3]** 5/1 30/18 31/2
**AMERICA [2]** 1/3 3/3
**AMIT [1]** 1/10
**among [2]** 24/1 26/20
**amount [6]** 6/3 30/3 33/12 33/16
**another [9]** 9/22 10/1 18/24 22/21 28/25 29/7 31/2 32/2 32/8
**any [15]** 6/24 11/22 16/23 20/25 21/2 24/15 26/3 26/5 27/18 28/2 30/14 30/14 34/5 34/20 34/22
**anything [6]** 4/7 17/17 18/15 27/15 33/24 35/2
**anytime [1]** 28/21

**Appeals [2]** 7/24 11/14
**appear [2]** 4/21 16/23
**appearance [2]** 6/18 19/2
**appearances [4]** 1/12 2/1 4/22 6/25
**appeared [3]** 3/22 23/19 24/15
**appearing [1]** 3/9
**appears [5]** 18/23 22/23 23/11 24/7 25/6
**appellant [4]** 8/19 19/23 26/24 27/5
**applies [2]** 4/13 4/14
**appropriate [2]** 6/22 9/3
**April [2]** 29/6 29/7
**are [23]** 5/12 6/11 6/17 12/2 12/5 16/6 16/15 17/14 19/1 21/21 22/14 22/15 22/16 23/1 23/25 24/18 25/3 25/17 26/16 28/9 29/20 30/11 34/15 31/20 32/6
**argued [3]** 6/11 28/4 28/4
**argument [1]** 7/14
**arm [4]** 12/23 14/25 15/4 15/12
**around [2]** 12/21 14/14
**arraigned [1]** 29/6
**arraignment [1]** 29/8
**arrest [1]** 16/18
**arrested [1]** 24/21
**as [45]**
**aside [1]** 6/23
**ask [13]** 4/2 13/2 18/9 29/1 29/2 29/22 31/22 32/1 33/15 34/2 34/17 34/19 34/20
**asked [1]** 3/14
**asking [3]** 17/14 31/2 31/11
**assault [3]** 7/23 24/24 24/24
**assaulting [3]** 11/19 12/1 20/18
**assaultive [8]** 16/12 17/11 21/11 21/16 24/20 26/8 27/14 27/21
**assist [1]** 19/11
**assistance [1]** 7/7
**assisting [1]** 9/22
**assume [1]** 5/2
**assure [2]** 6/18 6/24
**attack [2]** 10/5 10/8
**attempt [1]** 13/15
**attempting [1]** 26/25
**ATTORNEY'S [1]** 1/13
**attorneys [2]** 30/11 31/1
**August [1]** 36/10
**AUSAs [1]** 30/15
**available [2]** 32/6 32/17
**Avenue [1]** 2/5
**aware [2]** 4/15 30/18

**back [10]** 10/3 10/5 12/13 15/6 18/1 18/14 22/16 22/19 32/7 34/18
**bags [2]** 10/15 15/25
**Barrett [1]** 2/5
**based [4]** 7/3 18/15 20/8 21/9
**Bates [2]** 8/11 20/4
**Bates' [1]** 8/8
**baton [1]** 23/15
**battery [1]** 24/25
**battle [1]** 25/14
**be [26]** 4/4 4/5 4/8 6/1 6/5 9/3 10/25 13/11 13/12 13/16 13/18 17/7 17/8 17/13 18/1 18/23 21/17 22/17 26/2 28/6 28/21 30/20 31/3 31/9 31/20 32/6
**bear [5]** 9/12 9/23 22/6 22/9 22/17
**because [20]** 5/20 6/7 6/23 8/4 9/10 9/12 11/18 12/9 13/2 13/18 13/20 16/7 17/23 18/25 19/18 28/22 30/17 30/18 31/23 34/22
**becomes [1]** 20/11
**been [10]** 4/1 4/6 4/25 5/5 5/13 8/6 13/3 20/16 26/1 28/18
**before [5]** 1/10 3/22 23/19 24/15 34/18
**behalf [1]** 3/7
**behavior [7]** 21/11 21/16 25/3 26/12 27/14 27/21 28/8
**being [8]** 7/22 10/10 15/24 16/4 17/10 24/22 26/14 30/20
**belabor [1]** 4/11
**believe [20]** 4/23 6/15 6/22 6/23 7/2 7/7 7/15 7/16 11/11 11/17 11/25 16/5 16/7 16/22 17/6 19/10 25/21 28/25 33/19 33/22
**believes [2]** 9/2 22/5
**between [1]** 21/24
**big [2]** 30/5 31/12
**biggest [1]** 16/15
**bill [1]** 22/2
**bit [2]** 15/7 31/7
**body [5]** 9/18 13/1 13/10 13/12 30/8
**body-worn-camera [1]** 30/8
**bond [18]** 1/9 1/13 3/5 3/20 4/1 7/12 8/3 17/16 17/24 18/19 18/21 19/15 19/18 19/20 28/12 29/25 33/15 34/21
**both [9]** 4/20 6/24 12/17 19/10 23/8 23/23 24/18 24/19 26/7
**bottom [1]** 23/8

**B**

Brady [1] 30/14
bragged [1] 10/17
brags [1] 23/6
breadth [1] 30/19
break [1] 28/2
breakout [2] 18/6
31/24
BRENNAN [1] 1/18
brief [1] 33/6
bring [1] 32/7
broader [1] 21/8
building [3] 22/8 22/12
23/20
bumps [1] 5/16
bystander [1] 11/20
bystanders [1] 21/24

**C**

called [1] 5/5
cam [3] 13/1 13/10
13/12
came [3] 5/5 20/4 28/5
camera [2] 18/7 30/8
can [47]
can't [2] 18/3 24/13
canister [6] 10/1 12/17
12/21 14/15 15/2 23/14
canisters [2] 23/3 23/3
Capitol [12] 4/15 6/14
11/21 16/4 16/9 22/8
22/12 23/13 23/20
26/21 27/1 30/11
captured [2] 12/25
15/18
career [1] 19/5
carry [1] 17/8
carved [1] 11/15
case [20] 3/3 4/17 4/20
5/25 11/25 17/9 18/24
19/11 19/22 20/16
21/22 25/6 26/16 26/17
26/18 27/7 27/16 27/22
28/16 31/17
cases [3] 8/13 16/17
30/12
categorical [1] 20/7
categorically [2] 8/21
19/25
category [1] 11/18
cause [2] 33/1 33/3
causing [1] 22/10
CCTV [1] 30/9
CDF [1] 5/23
celebrating [1] 27/7
certain [1] 20/18
certainly [13] 5/1 5/9
6/11 17/3 17/13 22/2
24/11 25/7 25/12 26/9
26/10 28/1 34/10
Certified [1] 2/4
certify [1] 36/2
CH [1] 2/5
chair [6] 10/17 10/19
10/20 10/22 10/23 23/6
challenging [1] 6/6
characteristics [4]
16/6 20/25 24/9 27/12

changes [1] 4/20
charged [17] 7/21 8/6
8/10 8/19 9/7 9/10 9/12
10/19 11/6 19/18 19/19
19/24 20/16 20/17
26/15 30/13 30/21
charges [2] 5/20 7/21
check [2] 13/3 13/10
cheered [1] 11/21
chemical [2] 22/4
22/22
Chrestman [3] 9/8 9/9
11/10
circling [2] 14/7 15/2
circuit [9] 8/15 11/15
19/20 19/22 19/25 20/1
20/3 21/23 26/19
Circuits [1] 8/13
circumstance [1] 11/9
circumstances [6]
7/20 11/12 11/23 20/23
21/21 23/25
cited [1] 8/12
cites [1] 20/1
civil [1] 20/19
claims [2] 22/22 23/2
clear [1] 25/23
clearly [2] 22/8 22/19
client [6] 18/16 28/23
32/24 34/5 34/9 34/19
clip [2] 13/25 14/14
closely [1] 15/7
clothing [1] 15/21
colleagues [1] 30/7
collectively [1] 22/15
COLUMBIA [3] 1/1
1/14 28/3
combatant [1] 25/24
combination [2] 27/18
28/9
come [2] 5/3 34/18
coming [1] 12/21
comments [1] 4/12
committed [2] 16/16
16/25
communications [1]
23/2
community [13] 4/23
6/19 7/1 7/17 16/24
19/4 19/12 21/1 26/5
26/7 26/11 27/19 28/10
complex [2] 5/22 5/23
compliant [1] 17/3
computer [1] 2/8
computer-aided [1]
2/8
concern [2] 16/7 28/22
concluded [1] 35/8
conclusion [1] 20/5
condition [2] 6/23 28/1
conditions [8] 4/20
4/22 6/18 6/22 6/24 7/8
27/18 28/9
conduct [12] 16/13
17/11 23/1 23/25 24/5
24/7 24/20 26/8 26/10
26/24 27/4 27/25
conference [1] 18/16

containment [2] 5/25
7/9
confirm [1] 11/4 16/21
confirmed [1] 7/25
conforming [1] 4/3
conjunction [1] 9/18
connected [1] 21/15
consent [1] 32/24
consider [3] 19/14
20/22 21/20
considerable [1] 6/3
considerably [1] 30/5
constitute [1] 8/12
constitutes [2] 20/7
26/15
Constitution [1] 2/5
contacts [1] 6/13
contains [1] 13/6
context [2] 25/9 25/14
continue [2] 21/5
33/13
continued [2] 2/1
26/12
contradicted [1] 26/3
conversation [3] 31/23
32/4 34/9
convicted [1] 24/22
conviction [1] 17/10
convictions [7] 16/12
17/11 24/18 24/23 25/2
27/13 27/14
coordinated [2] 9/21
9/22
coordinating [1] 10/6
coordination [1] 9/15
correct [5] 13/11 29/6
29/13 29/15 36/3
corroborate [1] 23/10
24/6
corroborated [2] 15/21
15/23
could [1] 17/22
counsel [8] 3/11 3/19
7/7 9/4 31/6 33/6 34/2
35/2
counsel's [1] 28/4
count [2] 20/17 24/12
counts [2] 20/17 20/19
couple [1] 18/17
course [2] 16/15 20/23
court [28] 1/1 2/3 2/4
4/15 4/19 4/21 4/22
4/24 5/6 5/25 6/17 6/20
7/8 7/18 7/24 9/3 11/14
11/15 12/2 13/15 19/23
27/24 30/6 31/22 32/1
32/6 32/25 36/7
Court's [1] 9/1
Courtroom [1] 32/16
courts [2] 27/24 30/7
COVID [1] 36/6
COVID-19 [1] 36/6
CR [1] 1/4
crime [11] 7/22 8/1
8/12 8/21 9/7 9/11
11/10 19/18 19/25 20/7
26/15
crimes [1] 16/25

criminal [2] 5/20 6/3
6/13 16/10 21/9 24/13
24/14 26/6
crowd [1] 12/24
CRR [2] 36/2 36/11
CTF [1] 5/22
curium [1] 19/21
custody [1] 19/1

**D**

D.C [8] 1/5 1/15 2/6 5/4
5/19 5/21 28/5 32/17
D.C. [1] 11/14
danger [12] 7/17 16/8
17/6 20/11 21/3 21/8
21/13 21/14 21/15 26/4
26/6 26/11
dangerous [9] 7/23
20/13 20/19 21/12
21/22 23/23 24/20 26/8
27/15
dangerousness [4]
11/16 11/18 20/15 21/1
data [1] 30/6
date [9] 28/16 28/21
29/2 29/7 29/10 32/7
32/8 34/19 36/10
day [10] 4/15 4/16 5/1
5/4 5/9 6/14 9/16 10/22
23/9 26/10
days [2] 30/23 31/3
de [1] 19/15
deadly [1] 24/24
decision [5] 8/8 11/13
17/24 19/21 26/19
decisions [4] 5/9 5/10
8/23 20/1
deep [1] 5/2
defendant [11] 1/7
1/17 3/9 8/9 20/25 21/1
24/10 24/15 26/20
27/13 33/5
defendant's [1] 3/23
defendants [3] 11/15
16/9 25/8
defense [3] 3/6 9/4
30/11 30/25 33/6
defensive [1] 27/2
democracy [1] 25/24
demonstrated [2] 17/7
17/12
demonstration [1]
10/13
deny [1] 28/11
Deputy [1] 32/16
described [4] 12/12
24/4 24/6 26/5
desire [2] 7/4 28/20
detail [1] 26/6
detainable [3] 8/6 20/8
20/8
detained [5] 3/21 3/21
5/13 7/16 28/13
detention [5] 7/19
9/10 11/11 11/14 11/23
11/24 16/5 17/15 19/17
20/9 20/10 23/18 24/2
24/8 27/16

determine [3] 8/11
21/14 33/7
did [16] 5/3 8/8 8/8
8/11 8/11 10/25 12/11
18/15 19/20 23/20
23/23 23/23 23/24 28/3
28/8 29/7
didn't [6] 12/5 12/14
13/21 23/21 23/21
23/21
different [6] 8/13 11/16
11/18 16/17 16/17 17/1
differently [1] 29/24
difficult [1] 30/16
directly [2] 23/24 26/22
discern [1] 12/10
discharged [1] 26/22
disclosure [1] 30/1
discord [1] 5/14
discovery [11] 5/25
28/19 30/1 30/3 30/6
30/19 31/4 31/12 33/14
33/17 34/6
discrete [1] 8/5
discuss [3] 28/15 33/7
34/15
discussed [4] 19/19
23/5 30/8 31/16
discusses [1] 23/5
discussion [1] 33/9
disorder [1] 20/19
disposal [1] 6/20
dispositions [1] 8/25
dispute [1] 18/20
dissimilar [1] 26/17
distinguished [1]
21/24
DISTRICT [5] 1/1 1/1
1/10 1/14 28/3
dive [1] 5/2
do [28] 4/24 6/6 6/10
6/15 6/21 6/23 7/2 7/7
10/2 13/17 16/21 17/17
17/20 17/23 18/4 18/8
18/10 19/10 28/8 31/19
31/22 32/1 33/3 33/3
33/16 33/21 33/21 34/2
do you have [1] 17/17
does [7] 6/12 10/24
12/13 16/23 19/7 22/2
26/13
doesn't [2] 25/14 26/1
doing [2] 25/13 27/8
domestic [1] 16/14
don't [17] 4/1 5/10 5/19
8/22 8/23 8/24 9/5 13/6
14/5 16/9 18/20 18/22
19/1 27/18 28/25 31/15
31/16
Douyon [1] 18/10
dozens [2] 22/15 24/16
duffel [2] 11/15 15/25
duly [1] 26/1
during [2] 15/22 36/5
dynamic [1] 32/5
DéShanté [2] 2/2 3/7

**E**

early [2]  14/21 32/2
effective [1]  7/7
efforts [1]  10/6
either [6]  4/7 4/12
 15/15 19/2 25/9 32/7
elected [1]  26/1
elections [1]  25/25
electronic [1]  6/21
eligible [3]  19/17 20/9
 20/10
else [1]  35/2
Email [2]  1/16 1/20
emailed [1]  8/24
employed [1]  24/11
ends [2]  17/13 17/13
engage [8]  21/5 23/21
 23/22 23/24 28/7 31/4
 33/8 33/9
engaged [3]  26/10
 27/20 27/24
engaging [10]  5/4 8/2
 21/10 23/1 24/5 24/22
 25/4 26/7 31/6 31/9
enough [1]  3/17
ensure [5]  4/21 4/23
 19/12 27/19 28/9
entered [4]  4/14 9/17
 11/21 23/20
enters [2]  10/1 22/12
essentially [3]  5/21
 10/11 21/24
evading [1]  19/2
even [1]  27/16
events [4]  4/12 4/16
 5/1 22/1
everybody [2]  17/25
 35/6
everything [1]  30/17
 33/23
evidence [22]  4/3 5/8
 6/7 6/7 7/3 7/6 7/6
 10/20 11/24 12/6 20/24
 22/3 22/7 22/11 22/24
 23/8 24/3 24/4 24/8
 26/3 27/3 28/5
exact [1]  25/3
exactly [1]  13/13
exclude [2]  32/23
 34/14
exclusion [3]  33/12
 34/11 34/12
exculpatory [1]  30/14
excuse [3]  18/20 24/9
 29/19
exhibit [11]  12/11
 12/20 12/23 13/9 13/11
 13/13 13/21 14/2 14/3
 14/17 23/12
exhibits [2]  12/16
 15/16
expeditiously [1]
 30/24
extended [1]  15/12
extent [1]  10/24

**F**

F.3d [1]  20/2

Facebook [2]  25/15
 27/9
fact [7]  7/24 8/1 8/12
 10/18 16/16 19/4 22/25
factors [7]  7/18 9/8
 9/10 11/11 20/23 21/19
 27/9
facts [2]  5/2 26/16
family [1]  19/7
far [1]  17/5
fashion [1]  4/20
favor [3]  7/19 24/8
 24/12
favors [3]  11/24 16/5
 24/2
FBI [1]  16/21
felon [2]  17/10 24/22
felonies [4]  7/21 9/11
 24/18 24/19
file [4]  4/2 34/3 34/20
 34/22
filed [4]  3/20 4/3 4/6
 29/19
files [1]  33/23
finally [2]  17/5 26/4
find [4]  8/8 8/25 17/23
 28/8
finding [1]  33/1
fine [1]  32/21
finicky [1]  13/16
firearm [1]  17/10
firearms [1]  16/13
first [3]  10/19 14/13
 21/20
fit [1]  22/2
five [2]  13/7 13/14
fixes [1]  10/4
flight [1]  20/14
folks [1]  21/24
follow [1]  12/19
footage [1]  30/9
force [1]  27/1
forcefully [1]  6/11
foregoing [1]  36/3
forgive [2]  12/5 18/21
forward [6]  9/3 10/4
 22/15 33/10 34/16
 34/20
found [2]  10/9 11/8
four [6]  13/7 16/17
 16/17 16/22 18/22
 20/22
Fourth [1]  1/14
frame [1]  13/22
frankly [3]  21/7 21/9
 21/10
friends [1]  10/14
front [2]  22/20 26/25
FTAs [1]  18/21
full [2]  10/15 15/25
fulsome [2]  31/25 34/8
further [2]  4/7 22/11
furtherance [1]  21/6
Furthermore [1]  24/6
future [4]  4/21 6/25
 17/14 25/20

**G**

general [2]  21/16 25/10
get [7]  8/23 8/23 8/24
 22/10 22/20 30/16
 33/18
give [2]  17/25 34/12
given [6]  6/4 6/4 7/5
 28/7 32/2 33/22
globally [1]  4/13
go [7]  8/22 9/1 9/5 10/5
 14/17 17/25 18/1
go ahead [1]  9/1
goes [1]  19/6
going [12]  4/11 5/1 6/1
 6/5 12/18 17/25 18/3
 18/7 30/23 31/20 34/5
 34/16
good [8]  3/2 3/11 3/12
 3/18 18/11 33/1 33/3
 35/6
good-cause [1]  33/1
government [15]  1/13
 3/5 3/25 6/10 10/24
 16/7 18/20 19/3 21/4
 22/3 22/5 24/25 28/18
 30/13 33/13
government's [3]  5/8
 20/12 32/3
grand [1]  20/16
Gray [1]  20/2
greater [1]  25/7
Greenbelt [1]  1/19
grounds [1]  20/12
group [4]  11/15 22/13
 22/14 26/25
guess [2]  18/17 29/1

**H**

had [5]  9/12 23/17
 24/16 26/20 28/14
hall [1]  23/12
handing [2]  12/13
 22/19
hands [3]  10/1 10/3
 10/4
happen [1]  30/23
happened [1]  25/16
happy [2]  4/7 9/3
hard [1]  12/4
harm [1]  22/8
has [33]  3/20 3/25 4/25
 5/13 5/16 6/20 8/4 8/15
 10/19 16/11 16/17
 16/25 17/1 17/7 17/9
 17/11 19/4 20/16 21/23
 22/3 23/14 24/10 24/15
 24/17 24/23 25/2 25/12
 27/20 27/20 28/4 28/18
 28/23 34/4
have [35]  6/3 6/12 7/4
 8/25 9/12 11/3 11/25
 13/4 13/9 13/12 16/2
 16/3 16/9 16/13 16/23
 17/17 19/7 22/23 23/2
 23/20 23/23 25/6 25/21
 26/24 27/8 28/25 29/11
 30/6 30/7 31/13 31/22
 32/1 32/4 33/17 35/6

having [4]  5/5 23/6
 30/21 34/8
he [85]
he'll [1]  28/12
he's [57]  5/20 5/22
 5/23 8/6 9/7 9/22 18/25
 19/2 21/17 22/6 22/13
 22/21 23/15 23/15
 24/11 28/1 34/4
hear [4]  3/12 3/14 4/7
 7/12
heard [2]  3/17 4/8
hearing [6]  1/9 3/10
 20/9 28/25 31/3 36/5
hearings [1]  23/18
heartier [1]  32/4
held [3]  8/16 20/6
 26/18
helpful [1]  13/18
helpfully [1]  19/20
HEM [1]  19/10
here [30]  3/19 3/22
 4/18 5/5 5/5 5/18 6/16
 6/22 7/19 7/21 9/9 11/9
 11/12 11/14 11/23 15/1
 16/6 17/13 17/15 18/19
 19/1 21/13 23/25 25/4
 26/17 26/24 27/11
 27/16 29/5 30/19
here's [2]  29/17 31/19
highlights [1]  7/15
him [18]  6/9 6/14 7/8
 10/19 11/6 12/6 12/12
 12/14 12/20 14/9 16/3
 16/8 19/10 22/4 26/6
 31/23 33/22 34/8
himself [7]  12/7 12/15
 12/17 17/7 23/18 25/22
 25/23
his [50]
history [10]  16/6 16/10
 20/24 21/10 24/9 24/14
 24/14 25/5 26/6 27/12
hit [2]  5/16 7/15
hold [3]  10/2 14/20
 22/16
holding [3]  12/20
 14/15 23/15
home [2]  6/21 15/22
Honor [40]
HONORABLE [1]  1/10
how [7]  10/3 31/16
 32/9 32/11 33/7 33/21
 34/9
huge [1]  16/6
human [1]  30/20

**I**

I am [3]  5/1 30/18 31/2
I assume [1]  5/20
I believe [2]  4/23 33/22
I can [9]  13/15 14/1
 14/6 15/6 15/20 15/20
 18/6 32/6 32/12
I did [2]  8/8 12/11
I didn't [1]  12/14
I don't [8]  5/10 13/6

8/20 19/1 27/18 28/25
 31/15 31/16
I guess [2]  18/17 29/1
I have [5]  13/4 13/9
 13/12 25/21 30/6
I know [3]  4/15 13/15
 30/7
I looked [1]  8/5
I mean [1]  31/15
I should [1]  9/7
I think [12]  3/14 5/6
 10/10 12/11 13/8 21/7
 21/7 24/2 29/1 34/8
 34/11 34/17
I was [4]  12/9 17/19
 25/16 31/5
I will [8]  7/4 14/10
 23/11 23/18 25/11
 26/13 28/11 33/23
I'd [3]  9/3 31/19 32/4
I'll [9]  4/9 7/12 8/25
 18/1 19/16 26/16 27/10
 34/20
I'm [20]  4/7 4/11 5/14
 5/22 11/14 12/4 14/7
 15/1 17/25 18/3 18/7
 18/19 19/14 20/22
 21/14 21/20 29/12 31/7
 31/11 31/19
I'm going [3]  17/25
 18/3 18/7
I'm not [1]  4/11
I'm sorry [1]  11/14
I'm sure [1]  29/12
I've [14]  3/24 3/24 4/6
 5/5 23/17 24/1 24/3
 24/5 24/15 24/16 25/8
 26/5 30/17 33/22
identified [1]  16/3
identify [1]  34/7
ignore [1]  24/13
ill [1]  5/14
impeding [1]  20/18
important [1]  6/1
impression [1]  31/6
incarceration [2]  5/17
 6/5
incident [1]  27/5
incidents [1]  12/1
include [1]  16/12
included [1]  16/19
includes [1]  16/13
including [5]  7/22 9/11
 12/1 26/22 27/14
indicated [1]  34/4
indicates [1]  24/17
indicating [1]  4/2
indication [1]  32/3
indictment [1]  20/17
individual [4]  21/2
 22/21 30/15 30/20
individually [2]  4/13
 4/16
individuals [4]  9/16
 16/1 16/2 26/25
inside [1]  27/1
instigated [1]  5/7

**I**

instructed [1] 28/23
intend [2] 34/20 34/21
intending [2] 22/8
intends [2] 30/10 34/19
intention [1] 5/4
interacted [1] 16/2
interest [2] 31/12 33/8
interested [1] 31/6
interesting [1] 10/10
interests [2] 33/4 33/4
interim [1] 33/6
interrupt [2] 8/3 12/4
involve [3] 21/11 24/19 27/13
involved [1] 27/3
involving [1] 25/2
is [120]
is there [1] 12/6
isn't [2] 17/3 25/22
issue [6] 4/18 5/18 6/17 8/4 8/5 19/20
issued [1] 18/25
issues [1] 16/15
it [51]
it's [17] 4/1 4/19 5/13 5/19 6/1 6/7 9/2 12/11 12/18 13/7 13/10 15/23 18/24 19/22 26/2 33/8 33/11
its [1] 6/20
Ivy [1] 1/18

**J**

jacket [1] 15/22
jail [3] 5/19 5/21 32/17
January [7] 4/12 10/8 22/1 25/13 25/15 25/20 28/8
January 6th [3] 4/12 10/8 28/8
Jocelyn [2] 1/13 3/5
jocelyn.bond [1] 1/16
judge [9] 1/10 3/22 8/8 8/11 18/8 20/4 26/19 32/10 35/4
Judge Bates [2] 8/11 20/4
Judge Bates' [1] 8/8
Judge McFadden [1] 26/19
judgment [3] 7/24 8/18 19/21
June [6] 1/5 29/10 29/11 29/12 29/18 29/20
jurisdictions [2] 17/1 17/2
jury [1] 20/16
just [25] 4/18 5/2 7/3 7/15 7/25 8/17 11/16 11/20 13/2 14/21 14/24 15/11 16/22 17/8 17/22 17/24 17/25 18/9 18/17 24/4 24/5 25/9 29/4 31/5 31/24
justice [2] 6/13 33/4
justifies [1] 34/12

**K**

Kentucky [2] 16/20 19/7
kind [6] 22/5 22/6 22/18 23/14 23/15 30/9
Klein [2] 8/9 20/5
know [24] 4/1 4/15 4/25 5/3 5/12 5/19 6/21 7/2 8/22 10/2 13/15 14/5 16/1 16/3 18/19 19/3 21/23 27/11 28/20 30/7 30/15 31/16 34/3 34/11
knowing [1] 30/21
knows [2] 5/6 5/25

**L**

laid [1] 7/14
Lane [1] 1/18
large [5] 14/15 22/13 22/14 30/5 30/10
large-scale [1] 30/5
larger [4] 4/17 12/20 25/13 30/5
later [2] 7/4 13/14
law [1] 28/2
Lawlor [18] 1/17 1/18 3/6 4/9 7/11 17/17 18/5 18/15 19/13 24/10 28/14 29/23 31/15 32/23 33/18 34/4 34/7 34/17
Lawlor's [1] 31/8
lawyer [1] 28/4
leading [1] 22/12
leads [1] 23/12
least [6] 16/13 20/12 22/9 23/5 25/5 25/20
leave [1] 6/8
led [1] 5/13
left [2] 28/20 29/25
let [12] 8/3 13/10 13/23 19/14 20/15 21/3 21/19 29/4 29/22 29/24 29/25 31/22
let's [2] 13/17 25/12
let's see [1] 13/17
Lewis [2] 2/2 3/7
like [5] 4/16 13/20 15/15 18/5 18/9 18/24 23/14 31/19 33/7
Likewise [1] 32/13
limitations [1] 36/7
limited [1] 33/16
line [8] 9/19 9/23 10/5 22/16 22/20 23/8 26/25 27/2
little [1] 15/7 21/7
Local [1] 4/4
look [5] 8/8 15/6 17/23 29/4 30/20
looked [2] 8/5 13/20
looking [3] 11/7 12/19 18/19
looks [2] 18/24 23/14
lot [5] 4/25 6/7 6/11 12/18 34/3
lower [1] 11/3

**M**

mace [2] 10/15 15/25
made [1] 5/9
magistrate [1] 3/22
magistrate judge [1] 3/22
maintain [1] 17/15
make [5] 13/23 31/3 32/12 33/1 33/24
makes [5] 15/24 16/8 20/7 20/8 26/6
man [1] 17/8
many [4] 16/9 16/12 23/17 30/7
marital [1] 5/14
marks [1] 6/11
married [1] 24/11
mass [2] 4/14 23/16
massive [1] 6/1
material [4] 30/14 30/14 30/15 34/13
matter [5] 7/5 7/9 28/13 33/9 36/4
may [6] 4/5 10/25 13/2 18/2 23/20 28/6
mayhem [1] 12/18
McFadden [1] 26/19
MCKENNA [1] 1/18
MD [1] 1/19
me [28] 3/13 3/14 8/3 12/5 12/10 13/10 13/23 13/24 15/15 17/25 18/21 18/21 19/14 20/15 21/3 21/19 23/11 23/19 24/9 24/15 28/23 29/4 29/19 29/22 29/24 29/25 31/22 32/21
mean [1] 31/15
mechanical [1] 2/8
media [3] 4/5 10/10 27/6
meeting [1] 31/23
MEHTA [1] 1/10
memory [1] 13/7
mentioned [4] 9/9 15/18 17/24 30/6
Merit [1] 2/3
message [1] 11/8
messages [5] 10/8 10/14 10/19 12/25 23/1
Michael [2] 1/17 3/6
might [1] 13/18
mind [2] 21/19 28/6
minimum [1] 22/21
minute [2] 4/4 17/25
minutes [2] 13/7 13/14
misdemeanors [2] 20/21 24/19
missing [1] 33/24
MK [1] 26/22
MK-09 [1] 26/22
mlawlor [1] 1/19
moment [3] 17/22 18/1 31/5
Monday [1] 33/23
monitoring [1] 6/21
more [2] 15/7 34/8
morning [2] 7/25 8/17

index [25] 24/22 24/1 24/14 24/21
motion [6] 3/19 3/23 17/18 28/11 29/19 29/19
motions [2] 34/20 34/22
mouse [2] 14/5 15/1
move [3] 33/10 34/16 34/19
moved [1] 15/11
movements [1] 10/7
moves [1] 22/20
moving [1] 30/24
Mr [1] 10/21
Mr. [91]
Mr. Douyon [1] 18/10
Mr. Lawlor [15] 4/9 7/11 17/17 18/5 18/15 19/13 24/10 28/14 29/23 31/15 32/23 33/18 34/4 34/7 34/17
Mr. Lawlor's [1] 31/8
Mr. Quaglin [1] 26/18
Mr. Schwartz [63]
Mr. Schwartz's [10] 6/2 6/25 7/6 15/4 16/10 19/5 22/25 24/13 25/6 33/8
Ms. [10] 4/1 7/12 8/3 17/16 17/24 19/18 19/20 29/25 33/15 34/21
Ms. Bond [10] 4/1 7/12 8/3 17/16 17/24 19/18 19/20 29/25 33/15 34/21
much [3] 24/4 30/19 31/16
multiple [11] 7/21 9/11 9/14 9/19 10/8 12/1 16/1 17/1 26/21 27/24 30/7
Munchel [2] 11/13 21/23
mute [1] 17/19
my [15] 4/11 9/9 11/2 13/9 14/5 15/1 15/20 21/13 28/20 28/22 28/22 28/23 30/7 30/24

**N**

name [1] 16/3
narrow [1] 21/7
nature [2] 7/6 7/20
N 11/9 11/11 11/23 16/14 17/5 20/23 21/21 23/25 26/9 27/12
near [1] 5/23
necessarily [2] 19/1 28/21
negotiations [4] 31/5 31/7 31/10 32/4
never [1] 30/20
nevertheless [6] 25/1 25/23 26/2 28/7 33/12 34/4

next [6] 30/23 32/2 32/6 34/18 34/21 35/6
no [13] 1/4 3/3 8/4 15/17 17/20 18/3 19/4 19/23 25/21 28/5 28/9 35/3 35/4
not [42]
note [8] 18/23 23/11 25/11 26/13 26/16 27/10 27/22 36/5
notice [1] 4/2
novo [1] 19/15
now [5] 5/12 6/17 8/15 14/10 25/18
number [8] 8/13 19/5 19/11 19/12 20/1 23/18 23/19 25/2
NW [2] 1/14 2/5

**O**

obstruction [1] 20/20
obviously [5] 5/6 6/14 19/3 21/22 34/22
occur [1] 11/1
occurred [1] 36/5
odd [1] 25/1
off [3] 10/1 17/25 18/7
offending [1] 25/8
offense [6] 8/6 8/20 19/24 20/24 21/21 23/25
offenses [1] 25/4
offered [1] 20/12
office [1] 1/13 30/10 30/24
officer [4] 2/2 13/1 23/7 26/23
officers [22] 7/23 9/14 9/20 9/24 10/14 10/16 10/18 10/22 11/19 12/1 12/22 12/25 20/18 22/7 22/9 22/10 22/16 22/20 22/22 23/22 23/24 26/21 26/22
official [3] 2/4 20/20 24/25
officials [1] 26/1
oh [1] 29/18
okay [26] 3/13 3/15 3/18 9/5 11/5 13/19 14/16 15/3 15/5 15/13 15/14 15/17 17/17 17/21 18/4 29/11 29/16 29/18 31/14 32/14 32/19 33/2 33/20 33/25 34/9 34/23
one [17] 6/20 8/4 9/10 11/18 14/21 16/8 16/13 16/19 18/23 18/24 19/5 19/11 20/13 26/3 26/23 27/10 34/17
only [6] 9/17 11/9 22/24 23/13 26/13 32/17
open [2] 10/3 13/9
opening [1] 25/16
opinion [2] 7/24 8/19
opportunity [1] 28/7

**O**

opposition [1] 3/4
order [3] 4/4 28/3 33/18
ordered [1] 3/21
other [14] 5/18 6/24 9/15 9/19 10/4 10/6 15/16 20/1 20/13 22/18 25/8 26/3 26/20 27/9
others [2] 23/17 25/14
otherwise [1] 25/21
our [5] 7/14 7/18 9/7 19/11 31/23
out [15] 4/4 6/8 7/14 11/3 11/15 12/24 13/18 14/25 15/6 16/18 16/20 19/20 22/10 24/10 31/3
outside [2] 22/23 26/21
outstanding [1] 17/2
outweigh [1] 33/4
over [2] 30/13 30/17
overcoming [1] 27/2
overlap [1] 13/21
own [4] 22/25 23/10 24/6 28/20

**P**

p.m [5] 1/6 18/12 18/12 34/15 35/8
page [1] 13/4
pandemic [2] 6/4 36/6
papers [2] 3/24 8/4
Pardon [1] 13/24
participating [1] 22/1
particular [7] 12/19 16/8 16/24 17/9 20/25 26/5 33/17
particularly [3] 6/6 13/21 33/16
parties' [1] 3/24
passive [1] 21/25
past [3] 25/5 27/21 27/21
path [1] 22/10
Patricia [1] 1/13
pause [2] 17/22 18/13
pending [2] 7/9 28/13
people [10] 4/14 5/7 11/19 12/24 21/25 22/13 22/14 23/16 23/19 25/17
pepper [6] 9/13 12/7 12/12 17/9 22/6 23/3
per [1] 19/21
perhaps [3] 25/24 25/24 25/25
period [3] 13/6 21/11 33/6
permitted [1] 21/17
person [5] 12/19 22/18 22/19 26/5 31/20
perspective [2] 13/1 15/20
PETER [3] 1/6 3/4 18/3
phone [1] 10/9
photo [1] 13/4
photograph [2] 13/3 13/22

physically [1] 27/2
Plaintiff [1] 1/4
plan [1] 28/6
play [3] 13/15 14/10 34/22
played [4] 14/12 14/19 14/22 15/9
plea [5] 31/4 31/6 31/9 32/3 33/9
pleading [3] 7/14 9/9 31/12
please [3] 14/18 18/8 36/5
point [5] 13/18 25/1 29/2 30/2 31/2
pointed [1] 19/20 24/10
points [1] 19/3
police [7] 10/5 23/3 23/6 23/22 23/24 26/21 27/2
political [4] 17/13 21/6 21/15 25/9
poor [1] 5/9
portends [1] 25/7
portion [2] 14/13 15/11
pose [1] 26/11
poses [4] 21/1 21/4 21/8 21/15
posited [1] 21/4
position [4] 7/18 9/7 30/17 31/8
possess [1] 23/21
possessing [2] 25/3 27/15
possession [7] 17/10 21/17 21/18 22/4 23/13 24/20 24/22
possible [3] 30/25 33/8 33/15
possibly [1] 33/8
posted [2] 4/1 27/6
posts [1] 10/10
posture [1] 31/16
potential [2] 21/11 23/6
potentially [1] 25/22
prefer [2] 32/4 32/25
premeditated [1] 5/10
preparation [2] 6/2 19/10
prepare [1] 19/11
presented [2] 12/10 22/3
presently [1] 3/21
presents [2] 20/12 26/4
preserve [1] 28/23
Pretrial [6] 2/2 3/7 16/11 16/20 16/25 24/17
pretty [1] 32/7
Prettyman [1] 2/5
prevalent [1] 27/11
print [1] 6/8
prior [9] 14/24 16/12 17/9 17/11 24/18 24/23

probation [6] 16/16 16/20 17/4 18/25 27/23 28/2
proceed [2] 33/7 34/9
proceeding [1] 20/20
proceedings [4] 1/9 2/8 35/8 36/4
process [1] 19/2
produce [2] 33/14 34/7 34/13
produced [1] 2/8
producing [1] 28/18
projecting [1] 25/20
prologue [1] 25/6
proposition [2] 8/14 26/14
protect [1] 6/25
protest [1] 5/6
provide [4] 30/10 30/22 30/25 31/11
provided [2] 9/17 12/2
providing [1] 31/4
public [2] 25/25 33/5
publication [1] 8/23
purposes [2] 19/9 21/18
push [1] 9/19
pushing [2] 22/15 28/21
put [4] 18/6 19/10 25/12 29/24
putting [1] 34/3

**Q**

Q-u-a-g-l-i-n [1] 19/22
Quaglin [9] 7/25 8/18 19/22 26/13 26/18 26/20 27/6 27/11 27/17
quantity [1] 27/13
question [3] 20/11 21/3 34/21
quickly [1] 30/25
quit [1] 14/21
quite [4] 12/14 21/22 24/1 27/11

**R**

rapidly [1] 32/7
rather [1] 21/16
re [2] 11/4 25/8
re-offending [1] 25/8
re-watch [1] 11/4
reaching [1] 12/24
read [1] 3/24
really [2] 6/3 30/16
Realtime [1] 2/4
reappear [1] 7/7
reason [1] 25/21
reasons [3] 11/22 17/15 28/11
recalls [1] 9/25
received [1] 13/6
receiving [2] 12/12 22/17
recently [2] 20/2 24/21
Recess [1] 18/12
recognize [1] 6/10

recollection [1] 11/2
record [1] 36/3
recorded [1] 2/8
recovered [1] 15/22
referenced [1] 10/8
Registered [1] 2/3
related [1] 30/18
relationship [1] 5/16
release [3] 4/20 6/22 28/12
releasing [1] 7/8
remain [2] 7/16 28/12
remotely [1] 36/7
Report [4] 16/11 16/20 16/25 24/17
Reporter [4] 2/3 2/3 2/4 2/4
reporting [1] 36/7
representation [1] 6/2
representing [1] 30/11
request [1] 19/15
requests [1] 4/5
required [1] 28/2
resembles [2] 10/21 22/4
residence [1] 19/8
resisting [1] 20/18
resolve [1] 17/2
respect [2] 7/20 19/15
result [1] 5/16
return [1] 34/15
returned [1] 17/1
review [5] 3/20 6/9 19/15 33/23 34/3
reviewed [2] 3/24 4/6
revolve [1] 33/9
right [16] 3/11 3/19 4/6 7/7 7/11 14/8 17/22 18/1 18/11 18/14 19/13 28/24 29/22 32/23 35/1 35/5
rights [1] 31/24
riot [2] 16/9 30/12
rioter [4] 9/22 10/2 10/2 10/5
rioters [2] 9/19 10/6
risk [3] 20/13 25/7 25/7
RMR [2] 36/2 36/11
road [1] 5/16
role [1] 27/7
room [2] 18/6 31/24
roughly [1] 31/3
routinely [1] 8/23
Rule [1] 4/4

**S**

safety [6] 4/23 6/18 7/1 19/12 27/19 28/10
said [10] 4/16 4/25 8/15 10/24 13/20 19/9 20/4 21/20 27/19 28/14
same [6] 13/10 20/4 22/22 25/4 27/8 34/2
say [8] 5/2 5/21 5/22 8/19 10/23 20/13 23/18 26/1
says [3] 10/18 18/20

scale [3] 4/17 30/5 30/10
schedule [1] 34/23
SCHWARTZ [65]
Schwartz's [11] 6/2 6/25 7/6 10/21 15/4 16/10 19/5 22/25 24/13 25/6 33/8
screen [2] 13/10 13/25
search [1] 15/22
second [4] 12/23 13/13 17/23 20/3
Second Circuit [1] 20/3
Secondly [1] 19/17
see [27] 8/25 12/5 12/11 12/14 12/20 12/23 13/17 13/23 13/25 14/3 14/5 14/9 14/10 14/13 14/24 15/1 15/5 15/10 15/10 15/14 15/20 15/20 16/24 17/23 18/22 34/5 35/5
seeing [1] 31/20
seems [3] 10/2 26/2 26/11
seen [5] 22/6 22/17 24/2 24/15 25/8
sense [2] 9/21 9/22
sent [2] 10/9 10/14
sentencing [1] 6/16
sentiment [1] 26/2
serious [4] 17/7 21/22 24/1 24/1
seriousness [1] 17/6
serve [1] 6/24
serves [1] 13/7
Services [6] 2/2 3/8 16/11 16/20 16/25 24/17
set [10] 4/22 6/18 7/8 28/12 29/7 29/9 29/19 31/3 32/7 34/23
sets [1] 23/18
setting [1] 28/16
seven [1] 20/20
several [2] 5/16 6/12
shirt [3] 10/21 10/21 15/21
short [2] 33/11 33/18
should [9] 4/20 4/24 5/22 7/8 7/16 13/11 13/12 14/17 20/13
shoved [1] 26/20
show [2] 12/17 15/15
shown [2] 27/20 28/1
shows [3] 22/3 22/11 24/4
side [2] 4/7 22/8
significant [1] 31/3
similar [2] 26/24 27/4
similarly [2] 8/10 27/8
simply [2] 21/15 24/13
since [2] 17/18
Sir [1] 3/12
situation [5] 6/8 11/7 16/10 18/19 18/21

**S**

**situations** [1]  19/2
**sizable** [1]  27/13
**slot** [1]  32/17
**small** [1]  30/3
**so [66]**
**so it's** [1]  6/1
**social** [2]  10/10 27/6
**social-media** [1]  10/10
**soldier** [1]  25/22
**solitary** [1]  5/21
**some** [15]  5/9 5/13
5/14 16/15 22/5 22/6
22/18 22/18 23/14
23/15 24/19 25/1 25/6
25/7 25/24
**some-odd** [1]  25/1
**somebody** [3]  10/21
12/13 20/8
**something** [5]  6/8 22/4
28/14 29/5 29/22
**sometimes** [1]  12/18
**soon** [2]  28/21 33/21
**sorry** [3]  11/14 12/4
17/19
**sort** [5]  4/14 4/16 5/10
17/3 19/5
**speak** [1]  18/2
**speaking** [1]  18/4
**specific** [3]  21/13 30/3
34/6
**specifically** [3]  8/19
9/16 16/2
**specify** [1]  25/14
**speedy** [6]  7/5 28/15
28/23 29/3 31/24 33/5
**speedy-trial** [1]  29/3
**spelled** [1]  4/4
**spend** [1]  6/3
**spot** [1]  15/11
**spray** [17]  9/13 9/13
9/23 9/23 12/7 12/12
14/15 17/9 22/5 22/6
22/6 22/9 22/18 22/18
22/19 23/3 26/22
**spraying** [5]  12/22
12/24 22/7 22/20 22/21
**stable** [1]  19/8
**stadium** [1]  5/23
**stage** [1]  6/17
**stamp** [2]  13/5 14/4
**stand** [2]  8/13 26/13
**standard** [1]  11/16
**start** [3]  4/9 19/16 21/3
**starting** [1]  12/8
**starts** [5]  13/11 13/12
13/14 14/4 22/20
**statement** [2]  10/11
26/9
**STATES** [12]  1/1 1/3
1/10 3/3 7/25 8/9 8/18
10/12 10/19 19/21 20/2
20/5
**status** [6]  28/25 29/10
31/2 32/2 32/8 32/8
**stay** [3]  19/7 19/8
20/15
**stealing** [1]  10/15

**stick** [1]  14/25
**still** [3]  13/4 25/21
30/21
**stolen** [1]  23/3
**Street** [1]  1/14
**strength** [1]  24/7
**strides** [1]  31/4
**strong** [2]  11/25 16/23
**stronger** [2]  27/16
27/16
**strongly** [1]  7/15
**struck** [1]  26/20
**stuff** [1]  30/10
**subject** [1]  36/6
**submitted** [2]  3/25
13/3
**Subsection** [1]
**substantial** [3]  24/14
25/7 28/19
**substantive** [1]  21/9
**such** [1]  11/7
**suggest** [2]  22/25
29/17
**suggests** [1]  27/3
**Suite** [1]  1/19
**supervision** [1]  27/23
**support** [3]  9/10 11/11
11/23
**supporters** [1]  21/25
21/25
**supports** [2]  10/20
11/13
**supposed** [4]  19/14
20/22 21/14 21/20
**sure** [5]  5/22 29/12
33/24
**surprise** [1]  31/7
**swell** [1]  5/7
**system** [1]  6/13

**T**

**take** [4]  5/2 5/8 17/23
29/4
**taken** [1]  31/7
**taking** [2]  11/21 15/25
**talk** [1]  31/13
**talked** [2]  5/3 26/14
**talking** [1]  7/3
**technological** [1]  36/7
**technology** [1]  13/16
**terms** [5]  24/3 26/4
26/7 26/11 30/1
**terrace** [1]  11/3 12/22
12/22 14/14
**terroristic** [1]  24/23
**text** [6]  10/8 10/14
10/18 11/8 15/23 23/1
**than** [3]  21/8 25/8
27/16
**thank** [12]  4/10 7/9
7/11 7/13 9/6 15/17
17/16 17/20 18/8 19/13
35/5 35/7
**thank you** [8]  4/10
7/11 7/13 9/6 15/17
17/16 19/13 35/5
**that [211]**

**that's** [17]  6/5 6/5 13/3
13/22 15/17 18/6 19/4
21/7 21/15 22/24 27/10
29/15 30/3 30/16 32/21
34/3 34/6
**their** [5]  5/15 8/4 27/1
**them** [7]  13/15 16/12
16/13 18/23 20/8 22/15
22/16
**then** [15]  4/3 10/15
12/13 13/13 17/5 20/11
22/18 22/19 23/4 23/9
23/20 27/9 29/19 31/9
31/12
**there** [28]  4/5 5/7 6/11
6/13 8/9 10/12 10/20
11/15 12/6 12/6 13/11
13/25 14/4 14/8 14/23
15/10 15/24 19/8 19/16
19/25 22/13 22/15 23/1
25/17 27/9 28/8 30/19
33/3
**there's** [8]  10/25 12/18
23/8 27/9 28/5 30/2
31/12 34/5
**therefore** [2]  20/9 36/6
**these** [6]  5/20 9/11
15/24 16/16 19/1 23/18
**They** [8]  8/19 21/21
**they'd** [1]  33/7
**they're** [2]  24/1 30/24
**thing** [4]  17/3 27/8
27/10 34/17
**things** [7]  6/20 11/21
16/8 16/14 18/17 24/12
26/20
**think** [21]  3/14 5/6 5/10
10/10 11/22 12/11 13/6
13/6 19/1 21/7 21/7
24/2 27/18 29/1 33/3
33/4 33/16 34/8 34/11
34/17 34/18
**thinks** [2]  25/21 25/23
**this [54]**
**those** [14]  5/2 5/10
6/22 11/19 11/22 12/2
17/2 17/15 21/18 22/9
24/11 24/18 24/19
28/11
**though** [1]  4/18
**threats** [2]  16/14 24/23
**three** [3]  16/22 20/17
20/19
**threw** [3]  10/17 10/18
10/22
**through** [7]  12/24
28/22 29/12 29/18
29/21 32/24 34/14
**throughout** [2]  9/13
9/16
**throw** [1]  10/23
**throwing** [1]  10/20
**thrown** [1]  23/3
**ties** [2]  16/23 19/4
**time** [19]  5/13 6/4 13/4
13/6 13/21 14/4 29/1
31/9 31/11 31/13 32/17

33/13 34/12 34/12
34/13 34/14
**titled** [1]  36/4
**today** [4]  8/21 19/21
29/3 29/21
**together** [2]  6/4 22/14
**toll** [1]  31/9
**tolled** [5]  29/1 29/12
29/18 29/18 29/20
29/20
**tolling** [1]  32/3
**tomorrow** [2]  34/3 34/7
**too** [4]  6/6 14/21 26/17
28/21
**touches** [1]  9/8
**toward** [1]  12/24
**towards** [1]  12/7
**traffic** [1]  18/24
**transcript** [3]  1/9 2/8
36/3
**transcription** [1]  2/8
**traveled** [1]  28/3
**traveling** [1]  19/6
**trial** [16]  6/16 7/5 7/9
28/13 28/15 28/16
28/21 28/24 29/2 29/3
31/24 32/7 33/5 33/10
34/16 34/19
**true** [1]  19/5
**trying** [5]  9/23 22/16
33/9
**Tuesday** [4]  32/9 34/18
34/21 35/6
**tunnel** [5]  9/16 9/17
10/1 22/12 23/12
**turn** [3]  19/14 21/19
29/25
**turned** [1]  30/17
**turning** [1]  30/13
**two** [6]  9/11 13/11 16/2
19/12 20/12 24/11
**type** [1]  6/8

**U**

**U.S** [1]  1/13
**U.S.C** [5]  8/10 8/20
19/19 19/24 26/15
**unable** [1]  12/9
**under** [7]  6/22 8/6
11/11 19/19 20/6 27/23
31/5
**understands** [1]  31/17
**unit** [1]  27/19
**UNITED** [12]  1/1 1/3
1/10 3/3 7/25 8/9 8/18
10/12 10/19 19/21 20/2
20/5
**United States** [7]  7/25
8/9 8/18 10/12 19/21
20/2 20/5
**United States of** [1]
3/3
**unlike** [1]  23/17
**unlikely** [1]  7/17
**unprotected** [1]  26/23
**unpublished** [1]  8/24
**until** [2]  29/2 31/5

**[4]**  12/13 15/6 18/6
29/1
**upon** [2]  20/8 21/9
**us** [5]  6/6 8/24 16/15
16/21 32/7
**usdoj.gov** [1]  1/16
**use** [9]  9/23 12/13
17/12 17/14 21/11 22/9
**used** [2]  10/15 23/4
**useful** [1]  13/16
**using** [9]  9/13 9/18
11/20 12/6 12/14 12/7
14/15 20/18 21/18

**V**

**Valentine** [2]  2/2 3/7
**Valentine-Lewis** [2]
2/2 3/7
**valid** [1]  25/25
**value** [1]  5/9
**various** [1]  30/9
**verizon.net** [1]  1/20
**versus** [8]  3/4 7/25 8/9
8/18 19/22 20/2 20/5
32/3
**very** [16]  3/18 6/5 6/5
6/6 8/2 11/10 11/25
14/15 17/6 18/11 22/13
22/14 27/22 28/6 30/3
31/24
**via** [2]  1/9 3/9
**video** [24]  6/7 6/14
9/18 9/25 10/20 10/25
11/3 12/2 12/10 12/25
13/5 14/12 14/19 14/22
15/9 15/19 18/1 22/3
22/7 22/11 23/8 23/11
24/4 24/7
**videoconference** [1]
3/9
**videos** [7]  3/25 4/3 4/5
12/2 12/10 27/6 30/9
**view** [1]  21/13
**viewed** [1]  25/13
**views** [1]  21/6
**violating** [2]  8/20 19/24
**violation** [3]  8/10 16/21
18/24
**violence** [21]  7/22 8/1
8/12 8/21 9/8 9/11
11/20 16/14 17/12
17/14 19/18 19/25 20/7
21/5 21/10 25/9 25/9
26/7 26/16 27/7 27/20
**violent** [7]  11/10 17/8
21/18 25/3 26/12 27/14
28/7
**violently** [1]  27/1
**volume** [2]  7/3 7/5
**vs** [1]  1/5

**W**

**walking** [2]  12/21
14/14
**want** [4]  13/3 17/17
17/23 18/15
**wanted** [1]  28/15
**wants** [1]  4/7

**W**

**war [6]** 10/11 10/13 25/16 25/18 25/22 25/24
**warrant [3]** 15/23 16/19 18/25
**warranted [1]** 33/13
**warrants [4]** 16/18 16/22 17/2 18/22
**was [38]**
**Washington [4]** 1/5 1/15 2/6 5/4
**wasn't [2]** 11/20 31/24
**watch [1]** 11/4
**way [4]** 22/9 25/12 27/1 32/2
**we [40]**
**we believe [5]** 11/10 11/17 11/25 16/5 17/6
**we will [1]** 31/9
**we'll [3]** 34/14 34/14 35/5
**we're [8]** 3/19 3/22 6/16 6/16 18/14 29/17 29/18 30/21
**we've [1]** 23/5
**weapon [7]** 7/23 9/12 20/19 21/12 23/21 23/24 24/24
**weapons [7]** 17/8 21/17 21/18 24/20 25/3 26/8 27/15
**wearing [1]** 13/1
**website [1]** 9/1
**week [2]** 32/2 32/6
**weekend [3]** 31/21 34/5 35/6
**weight [4]** 9/18 11/24 20/24 24/3
**welder [1]** 19/6
**well [15]** 3/17 4/15 4/17 9/4 10/9 16/5 20/20 25/12 28/6 29/17 29/22 29/24 30/8 31/15 35/7
**well-aware [1]** 4/15
**went [1]** 11/7
**were [8]** 5/7 5/10 10/9 10/12 11/16 12/10 21/24 21/25
**west [2]** 11/3 22/8
**Westlaw [1]** 20/5
**what [18]** 10/2 12/9 12/11 13/17 18/20 19/14 20/11 21/3 25/13 25/16 25/23 29/17 30/5 31/17 31/19 31/22 32/1 34/2
**What happened [1]** 25/16
**what's [2]** 4/6 29/25
**whatever [1]** 34/23
**when [4]** 5/21 10/23 13/20 22/23
**where [14]** 5/12 6/8 9/18 10/14 10/24 10/25 15/1 15/23 15/24 15/25 19/2 19/6 19/8 30/16

**whether [10]** 4/19 4/22 6/17 8/5 21/14 25/17 30/14 33/7 34/15 34/20
**which [13]** 8/9 8/20 9/8 9/12 19/4 19/23 19/24 20/6 23/2 24/3 25/3 29/17 29/20
**while [5]** 16/16 19/5 22/13 23/15 27/24
**who [15]** 9/23 11/15 11/19 11/20 11/21 12/13 16/1 16/2 21/24 21/25 22/16 22/19 23/19 25/14 30/11
**who's [1]** 13/1
**who've [2]** 23/19 26/1
**whom [1]** 3/22
**Why [2]** 8/22 9/5
**wife [1]** 5/14
**will [20]** 4/21 5/2 5/11 6/12 7/4 14/10 19/6 21/5 23/11 23/18 25/11 25/17 26/13 27/22 28/11 30/20 31/9 32/23 32/24 33/23
**William [3]** 2/3 36/2 36/11
**willing [4]** 17/8 17/12 17/14 31/8
**window [1]** 29/3
**within [1]** 29/2
**without [3]** 7/24 8/18 11/21
**wonder [1]** 14/20
**wooden [1]** 23/15
**words [4]** 10/7 22/25 23/10 24/6
**work [3]** 13/23 19/6 32/12
**working [1]** 30/24
**worn [1]** 30/8
**would [20]** 6/24 11/3 13/16 15/15 17/13 17/25 18/23 19/10 27/18 28/9 28/20 29/1 29/2 29/17 31/22 32/1 33/15 34/2 34/8 34/17
**wrote [1]** 19/23

**Y**

**yeah [7]** 3/17 13/17 14/6 18/5 18/17 28/17 31/18
**years [3]** 24/24 24/25 25/1
**Yep [1]** 14/9
**yes [12]** 3/16 4/10 8/17 12/8 12/16 14/18 14/18 15/8 29/14 32/20 33/19 34/24
**yesterday [1]** 25/16
**yet [2]** 4/1 28/2
**you [83]**
**you'd [2]** 18/5 18/9
**You'll [1]** 12/5
**you're [2]** 12/19 13/11
**you've [4]** 4/2 8/15

**your [46]**
**Your Honor [40]**
**yours [1]** 17/18

**Z**

**Zaremba [3]** 2/3 36/2 36/11
**ZOOM [1]** 1/9