IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : <br> : <br> : Case No. 21-CR-178 (APM) |
| v. | : <br> : |
| **PETER J. SCHWARTZ,** | : <br> : |
| Defendant. | : <br> : |

## [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz's Motion to Continue, it is

**ORDERED**, that the Motion is **GRANTED**.  It is further

**ORDERED** that Defendants shall file motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)–(D) on or before **August 30, 2022**; oppositions shall be filed on or before **September 13, 2022**; and replies shall be filed on or before **September 20, 2022**.  It is further

**ORDERED** that Counsel shall appear on the _____ day of _____, 2022, at _____, for a hearing on Rule 12 pretrial motions, if necessary.

Date: _____                    _____
                                       Amit P. Mehta
                                       United States District Court Judge