**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|                                    |   |                              |
|------------------------------------|---|------------------------------|
| **UNITED STATES OF AMERICA**       | **:** |                          |
|                                    | **:** |                          |
|                                    | **:** |                          |
| **v.**                             | **: Case No. 21-CR-178 (APM)** |             |
|                                    | **:** |                          |
| **PETER J. SCHWARTZ,**             | **:** |                          |
|                                    | **:** |                          |
| **Defendant.**                     | **:** |                          |

## [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz's Motion to Change Venue, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____          _____

                               Amit P. Mehta
                               United States Judge