# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 21-CR-178 (APM) |
| **PETER J. SCHWARTZ,** | : |
| **Defendant.** | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz's Motion to Dismiss Counts, it is

**ORDERED**, that the Motion is **GRANTED**.

Date: _____    _____
                        Amit P. Mehta
                        United States Judge