# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-CR-178 (APM) |
| | : |
| **PETER J. SCHWARTZ,** | : |
| | : |
| **Defendant.** | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz's Motion to Sever Defendants, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____        _____
                             Amit P. Mehta
                             United States Judge