**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  | : |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : **Case No. 21-CR-178 (APM)** | |
| | : | |
| **PETER J. SCHWARTZ,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Peter J. Schwartz's Motion to Suppress, it is

**ORDERED**, that the Motion is **GRANTED**.


Date: _____          _____

                              Amit P. Mehta
                              United States Judge