UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 21-CR-178 (APM) |
| | : |
| JEFFREY BROWN, | : |
|     Defendant. | : |
| | : |

**<u>ORDER</u>**

This matter having come before the Court on Defendant Jeffrey Brown's Motion to Sever and for the compelling reasons shown, it is therefore,

ORDERED that the Motion is GRANTED.

_____
Amit P. Mehta
United States District Court Judge