# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 21-CR-178 (APM) |
| | : |
| JEFFREY BROWN, | : |
| Defendant. | : |
| | : |

## **ORDER**

This matter having come before the Court on Defendant Jeffrey Brown's Motion for Transfer of Venue and for the compelling reasons shown, it is therefore,

ORDERED that the Motion is GRANTED.

_____
Amit P. Mehta
United States District Court Judge