UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 21-CR-178 (APM) |
| | : |
| JEFFREY BROWN, | : |
| Defendant. | : |
| | : |

**ORDER**

This matter having come before the Court on Defendant Jeffrey Brown's Motion to Modify a Condition of Release and for the compelling reasons shown, it is therefore,

ORDERED that the Motion is GRANTED, and the Court's Order Setting Conditions of Release (ECF No. 108) is hereby modified to permit Mr. Brown to access casetext.com for the purpose of legal research related to this case only. All other terms of the Order Setting Conditions of Release remain in effect.

_____
Amit P. Mehta
United States District Court Judge