# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 21-CR-178 (APM) |
| **PETER J. SCHWARTZ,** | : |
| **Defendant.** | : |

## [PROPOSED] ORDER

Upon consideration of Defendant Peter J. Schwartz's Motion *in Limine*, it is

**ORDERED**, that the Motion is **GRANTED**.

Date: _____                      _____
                                                                Amit P. Mehta
                                                                United States Judge