# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : **Case No. 21-CR-178 (APM)** |
| v. | : |
| | : |
| **PETER J. SCHWARTZ,** | : |
| | : |
| Defendant. | : |
| | : |

## [PROPOSED] ORDER

Upon consideration of the Government's Motion in Limine to preclude a claim of self-defense, it is

**ORDERED**, that the Motion is **DENIED**.


Date: _____          _____
                                Amit P. Mehta
                                United States Judge