UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
UNITED STATES OF AMERICA            :
                                    :
          v.                        :   Criminal No. 21-CR-178 (APM)
                                    :
JEFFREY BROWN,                      :
          Defendant.                :
_____ :

# ORDER

This matter having come before the Court on Defendant Jeffrey Brown's Motion to Modify a Condition of Release and for the compelling reasons shown, it is therefore,

ORDERED that the Motion is GRANTED, and the Court's Order Setting Conditions of Release (ECF No. 108) is hereby modified to permit Mr. Brown to travel to and from the Department of Motor Vehicle so that he can renew his driver's license prior to trial.

_____
Amit P. Mehta
United States District Court Judge