UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-cr-178 (APM) |
| | : | |
| v. | : | |
| | : | |
| PETER SCHWARTZ, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINT PRETRIAL STATEMENT**

As directed in the Court's March 16, 2022 Amended Pretrial Order, the parties, by and through the United States Attorney for the District of Columbia, and counsel for defendants Peter Schwartz, Jeffrey Brown, and Markus Maly, submit this Joint Pretrial Statement in advance of the trial currently set for November 1, 2022.

This statement contains the following items:

1. Neutral statement of the case, attached as Exhibit 1: agreed to by all parties

2. Proposed voir dire questions, attached as Exhibit 2: agreed to by all parties

3. Proposed jury instructions, attached as Exhibit 3: agreed to by all parties

4. Government's witness list, attached as Exhibit 4: submitted only by the government, and subject to change.

5. Government's exhibit list, attached as Exhibit 5: submitted only by the government, and subject to change.

6. Stipulations, attached as Exhibit 6: agreed to by all parties. The parties will introduce signed versions of the stipulations as exhibits during the course of trial.

7. Proposed verdict form for defendant Peter Schwartz, attached as Exhibit 7: agreed to by both parties.

8. Proposed verdict form for defendant Jeffrey Brown, attached as Exhibit 8: agreed to by both parties.

9. Proposed verdict form for defendant Markus Maly, attached as Exhibit 9: agreed to by both parties.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ Cindy J. Cho
CINDY J. CHO
Assistant United States Attorney
NY Bar Member
601 D Street, NW
Washington, DC 20530
Phone: (317) 246-0107
Email: Cindy.Cho@usdoj.gov

JOCELYN BOND
Assistant United States Attorney
D.C. Bar No. 1008904
Email: Jocelyn.Bond@usdoj.gov

STEPHEN J. RANCOURT
Assistant United States Attorney
Texas Bar No. 24079181
Email: Stephen.Rancourt@usdoj.gov


/s/ Blerina Jasari
BLERINA JASARI
Counsel for defendant Peter Schwartz


/s/Sam Moore
SAM MOORE
Counsel for defendant Jeffrey Brown


/s/Benjamin Schiffelbein
BENJAMIN SCHIFFELBEIN
Counsel for defendant Markus Maly