UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-cr-178 (APM) |
| | : | |
| v. | : | |
| | : | |
| PETER SCHWARTZ, et al., | : | |
| | : | |
| Defendants. | : | |

**JOINT STATEMENT OF THE CASE**

The government has charged three defendants, Peter Schwartz, Jeffrey Brown, and Markus Maly, with various crimes relating to events occurring in and around the U.S. Capitol on January 6, 2021. Peter Schwartz is charged individually with three counts of assaulting, resisting, opposing, impeding, or interfering with an officer and employee of the United States using a deadly or dangerous weapon, and he is also charged individually with obstructing an official proceeding before Congress. Markus Maly is charged individually with one count of assaulting, resisting, opposing, impeding, or interfering with an officer and employee of the United States using a deadly or dangerous weapon. Jeffrey Brown is charged together with Peter Schwartz and Markus Maly with the following counts: committing an act to obstruct, impede, or interfere with a law enforcement officer incident to a civil disorder; assaulting, resisting, opposing, impeding, or interfering with an officer and employee of the United States using a deadly or dangerous weapon; entering and remaining in a restricted building or grounds with a deadly or dangerous weapon; disorderly or disruptive conduct in a restricted building or grounds both with and without a deadly or dangerous weapon; engaging in physical violence in a restricted building or grounds both with and without a deadly or dangerous weapon.

All three defendants deny all charges against them.