UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-178 (APM) |
| | : | |
| **PETER SCHWARTZ, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S WITNESS LIST

The United States proffers the following list of witnesses it may call at trial in this matter. This list is subject to change.

- Jeffrey Geer
- Morgan Taylor Ferber
- Michael Robi
- USCP Captain Ronald Ortega
- Dan Schwager
- USSS SA Paul Wade
- FBI SA Emily Eckert
- FBI SA Jessica Salo
- FBI SA Shawn Cox
- FBI SA Ryan Kennedy
- FBI SA Chad Potter
- FBI SA Megan Effing
- FBI SA Lindsey Rossan
- FBI SA Tom Ryan
- FBI SA Matthew Solomon
- FBI SA Tim Swanson
- FBI SA Michael Nealon
- FBI SA Anthony Rodriguez
- FBI SA Chris Brannan
- FBI SA Michael ("James") Brown
- FBI SA Mike Punzo
- Karla Kennedy
- MPD Officer Kimball
- MPD Officer David Pitt
- MPD Officer Christopher Boyle

- MPD Officer Lary Hale, Jr.
- MPD Sgt. Brian Peake
- MPD Officer Jason Mastony
- MPD Officer Phuson Nguyen
- MPD Officer Alexander Farley