|  |  |  |
|---|---|---|
| Government | ✔ | United States |
| Plaintiff | ☐ | VS.  Criminal No. <u>21-CR-178 (APM)</u> |
| Defendant | ☐ | Peter Schwartz, et al. |
| Joint | ☐ | |
| Court | ☐ | |

## GOVERNMENT'S EXHIBIT LIST

| Ex. No. | Type | Description |
|---|---|---|
| | | **000 SERIES: ITEMS RECOVERED FROM RESIDENTIAL SEARCHES** |
| | | Brown residence: Black North Face jacket |
| | | Brown residence: Photo of plaid bedside |
| | | Brown residence: Photo of truck |
| | | Brown residence: Photo of back of truck |
| | | Brown residence: Photo of cell phone case with name and phone number |
| | | Brown residence: Photo of INFOWARS.COM case |
| | | Brown residence: Photo of Trump items from truck* |
| | | Brown residence: Photo of Tire Striker |
| | | Brown residence: Photo of arrow set |
| | | Brown residence: Photo of pepper spray and taser |
| | | Brown residence: Photo of taser |
| | | Brown residence: Photo of pepper spray #1 |
| | | Brown residence: Photo of pepper spray #2 |
| | | Maly residence: Photo of backpack |
| | | Schwartz Residential Search Photos (All photos) |
| | | Schwartz Vehicle Search Photos (All photos) |
| | | Schwartz Residence:  Plaid/check jacket |
| | | Schwartz Residene:  Black Hoodies (2) |
| | | Schwartz Vehicle:  Tire Knocker |
| | | Schwartz Residence:  Bandanas (5) |
| | | Schwartz Residence: Boots (2 pair) |
| | | |
| | | **100 SERIES: VIDEOS AND PHOTOS** |
| | | USCP Camera 0074 Video Clip |
| | | Open Source Video from Jon Farina |
| | | Open Source Video from John Harrington |
| | | Open Source Video Action 8 News |
| | | Video from Just Another Channel |
| | | Video of Jeff from California on The Alex Jones Show |

|   |   |   |
|---|---|---|
|   |   | Screenshot of Jeff from California on The Alex Jones Show |
|   |   | Photo of "JB" on Telegram App Conversation Thread |
|   |   | Photo of MPD Sgt. Brian Peake Injury |
|   |   | Video of Christopher Boyle BWC |
|   |   | Photo of Boyle BWC re Maly Spray |
|   |   | Photo of Maly Spray from Side - Upper Stage |
|   |   | Photo of Maly Spray Holding Can - Upper Stage |
|   |   | Photo of Maly Can Handoff |
|   |   | Photo of Maly Pre Tunnel 1 |
|   |   | Photo of Maly Pre Tunnel 2 |
|   |   | Video from Parler - JCP |
|   |   | Video from Parler - Kegger |
|   |   | Video from Parler - Savanah Hernandez |
|   |   | Video from Youtube - Laura Ramirez |
|   |   | Video from Youtube - Simon |
|   |   | Photo of Maly Persons of Interest |
|   |   | Body Worn Camera Footage:  MPD Officer Jason Mastony |
|   |   | Body Worn Camera Footage:  MPD Officer Larrry Hale |
|   |   | Body Worn Camera Footage:  MPD Officer Christopher Boyle |
|   |   | Body Worn Camera Footage:  MPD Officer Brian Peake |
|   |   | Body Worn Camera Footage:  MPD Officer David Pitt |
|   |   | Body Worn Camera Footage:  MPD Officer Christopher Whickham |
|   |   | Body Worn Camera Footage:  MPD Officer Alexander Farley |
|   |   | Body Worn Camera Footage:  MPD Officer Carlton Wilhoit |
|   |   | Body Worn Camera Footage:  MPD Officer Daniel Hodges |
|   |   | Body Worn Camera Footage:  MPD Officer Tyrone Harris |
|   |   | U.S. Capitol Police Overview Video |
|   |   | Official Proceedings Video |
| 200 SERIES: MAPS AND DOCUMENTS | | |
|   |   | Map of restricted perimeter |
|   |   | View of U.S. Capitol from west stage |
|   |   | 12th Amendment to the U.S. Constitution |
|   |   | United States Code, Title 3, Section 15 |
|   |   | United States Code, Title 3, Section 16 |
|   |   | United States Code, Title 3, Section 17 |
|   |   | United States Code, Title 3, Section 18 |
|   |   | House Cong. Rcd |
|   |   | Senate Cong. Rcd |

|  |  |  |
|---|---|---|
|  |  | Safeway Email re DC Closure |
|  |  | Safeway interstate shipment record |
|  |  | Safeway DC store sales |
|  |  | 302 of Maly Interview |
|  |  | Maly NCIC |
|  |  | Maly Advice of Rights Form |
|  |  | 302 of Christopher Boyle Interview |
|  |  | Flight Records for Jeffrey Brown |
|  |  | Personnel record from System Pavers for Jeffrey Brown |
|  |  | Orange County Sheriff's Department Information Report for Jeffrey Brown at Costco |
|  |  |  |
|  |  |  |
| 300 SERIES: ITEMS RECOVERED CELL PHONES AND SOCIAL MEDIA | | |
|  |  | Archived Parler Record for User "November Hots: Liberal Tears" |
|  |  | Video of Maly - Selfie on the Scaffolding |
|  |  | Screenshots of Maly Facebook Posts |
|  |  | Photos from Maly Google Warrant |
|  |  | Screenshots of Schwartz Facebook Posts |
|  |  | Schwartz Facebook Return |
|  |  | Schwartz Screen Shots from Phone on 2/4/21 |
|  |  | Schwartz Scoped Phone Contents |
|  |  | Schwartz Phone |