UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Case No. 21-CR-178 (APM) |
| | : | |
| **PETER SCHWARTZ, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |

**STIPULATION OF THE PARTIES**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Peter J. Schwartz, Jeffrey Scott Brown, and Markus Maly, and with the concurrence of their attorneys, agree and stipulate to the following:

## *The Certification of the Electoral College Vote*

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber.

The joint session was suspended.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when it completed the certification of the Electoral College vote.

Case 1:21-cr-00178-APM   Document 147-6   Filed 10/14/22   Page 3 of 9

### *Officers from the United States Capitol Police and Washington, D.C., Metropolitan Police Department*

On January 6, 2021, officers from the United States Capitol Police (USCP) on the U.S. Capitol Grounds and in the U.S. Capitol building were engaged in their official duties as officers or employees of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

On January 6, 2021, officers from the Washington, D.C., Metropolitan Police Department (MPD) on the U.S. Capitol Grounds and in the U.S. Capitol building were assisting officers from the USCP who were engaged in their official duties as officers or employee of the United States or of any agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

## *Social Media*

The records from Meta Platforms, Inc. (Facebook) are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, chats, comments, reactions, and other communication to and from the following Facebook accounts:

1. Account with user name pete.schwartz.581, which the parties stipulate was created and continuously operated by Defendant Peter Schwartz from December 27, 2020 through January 25, 2021.

2. Account with user name Mark Maly, email address malymaly666@gmail.com, phone number 727-623-6777, which the parties stipulate was created and continuously operated by Defendant Markus Maly from November 5, 2020, through March 9, 2021.

The records from Google LLC (Google) are true and accurate copies of the subscriber records, account information, and correspondence such as posts, messages, chats, comments, photos, videos, reactions, and other communication to and from the following Google accounts:

1. Account for Mark Maly, email address malymaly666@gmail.com, which the parties stipulate was created and continuously operated by Defendant Markus Maly from November 5, 2020, through March 9, 2021.  The parties further stipulate that the photos and video from January 6, 2021, are true and accurate copies and were created by Maly.

## *Peter Schwartz Identification*

The below photograph, which is also contained in Government's Exhibit ____, is a fair and accurate depiction of Peter Schwartz on January 6, 2021.



### *Chain of Custody: Jeffrey Brown*

As part of this case, the FBI executed an arrest warrant and search warrant with respect to Defendant Jeffrey Brown. The United States and Defendant Jeffrey Brown agree and stipulate to the following:

1. The FBI lawfully seized Government's Exhibit ___, a black North Face jacket, in the course of the arrest and search in this case.

2. FBI maintained proper chain of custody for Government's Exhibit ___ .

3. Government's Exhibit ___ is the item seized by the FBI, and is in the same or substantially same condition as the date of its seizure.

### *Jeffrey Brown Identification*

The below photograph, which is also contained in Government's Exhibit ____, is a fair and accurate depiction of Jeffrey Brown on January 6, 2021.



### *Chain of Custody: Markus Maly*

As part of this case, the FBI executed an arrest warrant and search warrant with respect to Defendant Markus Maly. The United States and Defendant Markus Maly agree and stipulate to the following:

1. The FBI lawfully seized Government's Exhibit ___, a Walls Work Wear XL jacket; Government's Exhibit ___, a black backpack; and Government's Exhibit ___, a black cellphone, in the course of the arrest and search in this case.
2. FBI maintained proper chain of custody for Government's Exhibits ___ and ___.
3. Government's Exhibits ___ and ____ are the items seized by the FBI, and are in the same or substantially same condition as the date of their seizure.

### *Standard Protocols for Device Extraction: Markus Maly*

As part of this case, the FBI performed a digital forensic extraction of Defendant Markus Maly's cell phone.  The United States and Defendant Markus Maly agree and stipulate to the following:

1. Markus Maly's cell phone number was (727) 623-6777 from January 1, 2020, through at least January 26, 2022.
2. On or about January 26, 2022, FBI lawfully obtained Markus Maly's cell phone and retained it as evidence in this case.
3. FBI maintained proper chain of custody for Markus Maly's cell phone throughout the pendency of this case.
4. FBI employed proper and reliable techniques to extract the data from Markus Maly's cell phone.

5. Government Exhibit ___ is an accurate and authentic copy of digital content extracted from Markus Maly's cell phone.

### *Markus Maly Identification*

The below photograph, which is also contained in Government's Exhibit ____, is a fair and accurate depiction of Markus Maly on January 6, 2021.

