UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-178-APM** |
| v. : | |
| : | |
| **PETER J. SCHWARTZ,** : | |
| : | |
| **Defendant.** : | |

## VERDICT FORM

**Count 1:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____          _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 1 above, proceed to Count 2.  If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                                              Not Guilty

**Count 2:**     **Obstructing Officers During a Civil Disorder**

_____          _____
Guilty                                              Not Guilty

**Count 3:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____          _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 3 above, proceed to Count 4. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                                              Not Guilty

**Count 4:**   **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____          _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 4 above, proceed to Count 7. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                                              Not Guilty

**Count 7:**   **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____          _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                                              Not Guilty

**Count 8:**   **Obstructing an official proceeding**

_____          _____
Guilty                                                  Not Guilty


**Count 9:**   **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          _____
Guilty                                                  Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10.  If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____          _____
Guilty                                                  Not Guilty


**Count 10:**   **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____          _____
Guilty                                                  Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11.  If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____          _____
Guilty                                                  Not Guilty

**Count 11:** **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____     _____
Guilty                                                  Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____     _____
Guilty                                                  Not Guilty


**Count 12:** **Disorderly Conduct in a Capitol Building**

_____     _____
Guilty                                                  Not Guilty


**Count 13:** **Act of Physical Violence in a Capitol Building**

_____     _____
Guilty                                                  Not Guilty



Dated this _____ day of _____, 2022


                                                                        _____
                                                                        FOREPERSON