UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-178-APM |
| v. : | |
| : | |
| JEFFREY SCOTT BROWN, : | |
| : | |
| Defendant. : | |

## VERDICT FORM

**Count 2:**     **Obstructing Officers During a Civil Disorder**

_____                               _____
Guilty                                                      Not Guilty

**Count 7:**     **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____                               _____
Guilty                                                      Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____                               _____
Guilty                                                      Not Guilty

**Count 9:** **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                               Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10.  If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____                    _____
Guilty                                               Not Guilty

**Count 10:** **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                    _____
Guilty                                               Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11.  If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                    _____
Guilty                                               Not Guilty

**Count 11:** **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                         _____
Guilty                                  Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____                         _____
Guilty                                  Not Guilty

**Count 12:** **Disorderly Conduct in a Capitol Building**

_____                         _____
Guilty                                  Not Guilty

**Count 13:** **Act of Physical Violence in a Capitol Building**

_____                         _____
Guilty                                  Not Guilty

Dated this _____ day of _____, 2022

_____
FOREPERSON