UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-178-APM** |
| v. : | |
| : | |
| **MARKUS MALY,** : | |
| : | |
| **Defendant.** : | |

## VERDICT FORM

**Count 2:** **Obstructing Officers During a Civil Disorder**

_____          _____
Guilty                                              Not Guilty

**Count 5:** **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____          _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____          _____
Guilty                                              Not Guilty

**Count 7:** **Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**

_____          _____
Guilty                                              Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8. If not, you must consider the lesser included offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____           _____
Guilty                                                          Not Guilty

**Count 9:**   **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____           _____
Guilty                                                          Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

_____           _____
Guilty                                                          Not Guilty

**Count 10:**   **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____           _____
Guilty                                                          Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____           _____
Guilty                                                          Not Guilty

**Count 11:**   **Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

_____                                    _____
Guilty                                                                    Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12.  If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____                                    _____
Guilty                                                                    Not Guilty


**Count 12:**   **Disorderly Conduct in a Capitol Building**

_____                                            _____
Guilty                                                                    Not Guilty


**Count 13:**   **Act of Physical Violence in a Capitol Building**

_____                                            _____
Guilty                                                                    Not Guilty



Dated this _____ day of _____, 2022


_____
FOREPERSON