UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-178-APM |
| | : | |
| **PETER SCHWARTZ, et al.** | : | |
| | : | |
| Defendant. | : | Jury Selection:  November 22, 2022 |

## ORDER

The United States of America has filed a motion seeking a brief enlargement of time, until November 11, 2022, to respond to defendant Peter Schwartz's "Supplemental memorandum of Law in Support of His Motion to Suppress." [ECF No. 149]. The defendant does not oppose the extension and the extension will not delay the trial date. It is hereby,

**ORDERED** that the United States' Unopposed Motion for Enlargement of Time to File is **GRANTED** and the United States may file a response to defendant Schwartz's supplement by November 11, 2022.

**SO ORDERED**

_____
The Honorable Amit P. Mehta
United States District Judge