# EXHIBIT A

| | |
|---|---|
| **From:** | Rancourt, Stephen (USADC) |
| **To:** | Dennis Boyle; Blerina Jasari; Sam Moore; Farheena Siddiqui; Benjamin Schiffelbein |
| **Cc:** | Bond, Jocelyn (USADC); Cho, Cindy (USADC) |
| **Subject:** | Anticipated Testimony of MPD Sgt. William Bogner |
| **Date:** | Monday, November 7, 2022 9:26:37 AM |

Good Morning:

Last week, we met virtually with MPD Sgt. William Bogner.  Sgt. Bogner responded to the Lower West Terrace on 1/6 and was also inside the tunnel at the same time as the defendants in this case.

Among his other duties, Sgt. Bogner has training and experience in how MPD recruits are exposed to the use of OC spray, and is familiar with the types of sprays MPD had as part of their equipment on January 6.  Bogner was shown still shots of open source video and BWC from the terrace and tunnel, and asked if he could identify the canisters of spray alleged to be used by your clients.  Regarding Mr. Schwartz's possession and use of a larger canister that he held under his armpit outside on the LWT, Sgt. Bogner is prepared to say that item was a canister of MK-46 pepper spray and that it was possessed by MPD on 1/6.  Regarding both the spray alleged to be used by Mr. Maly outside on the LWT and by all three defendants inside the tunnel, we expect Sgt. Bogner to testify that he does not believe those items were canisters that MPD had in their cache of MPD equipment on 1/6.

Sincerely,
Stephen


----
**Stephen J. Rancourt**
Assistant United States Attorney
Detailed to the District of Columbia
Desk: 806.4727398
Cell: 469.623.4957
stephen.rancourt@usdoj.gov