CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.                                     )          Civil/Criminal No.: __21-cr-178 (APM)__
)
PETER SCHWARTZ, Markus Maly )
and Jeffrey Scott Brown        )

### NOTE FROM JURY

If the jury finds a defendant guilty of aiding and abetting should we notate that any differently on our verdict form, or do we simply mark "guilty"?

Date: 12/6/22  3:20 pm

Time: _____

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

PETER SCHWARTZ

Civil/Criminal No.: 21-cr-178 (APM)

### NOTE FROM JURY

The jury has reached a verdict on all points

Date: 8 12/6/22

Time: 3 30 pm