UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-178-APM** |
| v. | : | |
| | : | |
| **PETER J. SCHWARTZ,** | : | |
| | : | |
| **Defendant.** | : | |

## VERDICT FORM

**Count 1:** Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

\_\_\_\_X\_\_\_\_  _____
Guilty            Not Guilty

If you have marked Guilty as to Count 1 above, proceed to Count 2. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____  _____
Guilty            Not Guilty

**Count 2:** Obstructing Officers During a Civil Disorder

\_\_\_\_X\_\_\_\_  _____
Guilty            Not Guilty

**Count 3:** Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

\_\_\_\_X\_\_\_\_  _____
Guilty            Not Guilty

If you have marked Guilty as to Count 3 above, proceed to Count 4. If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____  _____
Guilty            Not Guilty

**Count 4:**     Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

____✗____                            _____
Guilty                                     Not Guilty

If you have marked Guilty as to Count 4 above, proceed to Count 7.  If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____                            _____
Guilty                                     Not Guilty

**Count 7:**     Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

____✗____                            _____
Guilty                                     Not Guilty

If you have marked Guilty as to Count 7 above, proceed to Count 8.  If not, you must consider the lesser offense:

**Assaulting, Resisting, or Impeding Certain Officers**

_____                            _____
Guilty                                     Not Guilty

**Count 8:**     **Obstructing an official proceeding**

__✗__                                    _____
Guilty                                   Not Guilty

**Count 9:**     **Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__✗__                                    _____
Guilty                                   Not Guilty

If you have marked Guilty as to Count 9 above, proceed to Count 10. If not, you must consider the lesser included offense:

**Entering or Remaining in a Restricted Building or Grounds**

__~~≠~~ off__                            _____
Guilty                                   Not Guilty

**Count 10:**    **Disorderly or Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon**

__✗__                                    _____
Guilty                                   Not Guilty

If you have marked Guilty as to Count 10 above, proceed to Count 11. If not, you must consider the lesser included offense:

**Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____                                 _____
Guilty                                   Not Guilty

**Count 11:** Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon

__X__ Guilty                        _____ Not Guilty

If you have marked Guilty as to Count 11 above, proceed to Count 12. If not, you must consider the lesser included offense:

**Engaging in Physical Violence in a Restricted Building or Grounds**

_____ Guilty                        _____ Not Guilty

**Count 12:** Disorderly Conduct in a Capitol Building

__X__ Guilty                        _____ Not Guilty

**Count 13:** Act of Physical Violence in a Capitol Building

__X__ Guilty                        _____ Not Guilty

Dated this __6__ day of __December__, 2022