# EXHIBIT A

Ronald Schwartz
1620 Maple Avenue
Owensboro, Kentucky
March 31, 2023

Honorable Amit Mehta

Judge of United States District Court

District of Columbia

Re: Peter J Schwartz, Case Number 21-CR-178 APM

Dear Judge Mehta:

My name is Ronald Schwartz, and I am a retiree, having worked for over forty years for Caterpillar, Inc. Peter's mother and I will soon be celebrating our fifty-forth year of marriage. I am writing you on behalf of our son, Peter Schwartz, to request that the court exercise compassion when sentencing Peter, and render a lenient sentence for his actions taken on January 6, 2021, in Washington DC.

Peter is a deeply reflective person and would not be considered shallow by anyone who knows him. He never fails to send cards in recognition of family events or holidays. He also is an excellent welder, and because of his work ethic and skill, has never experienced a problem securing employment. Though he has had many employers, each new employment was for better pay or benefits. His work often has him traveling, but this does not keep him from staying in touch with his mother and me. We have a very close relationship.

Respectfully,

Ronald Schwartz

From,
Sue Schwartz
1620 Maple Ave
Owensboro, KY
42301

Date: 03/31/2023

To:
The Honorable Amit Mehta
Judge of the United States District Court
District of Columbia

Re: Peter J. Schwartz, Case Number 21-CR-178 APM

Dear Judge Mehta:

I am Peter Schwartz's mother. I have not worked since my marriage to Peter's father 53 years ago; I've been a full-time mother and housewife. We lived in a rural setting while raising our family. Consequently, I probably spent quite a bit more time with my children than an average family does.

Naturally, during Peter's teenage years and his early young-adult life, less time was spent with him. During this period of time, Peter tried numerous jobs and careers. However, since finally settling on a career as a traveling welder, he has had many periods of time, between welding projects, to stay with us. We always welcome him and enjoy being together.

When he is staying with us, or sometimes living close by, we do many things together, as a family (bowling, cornhole, board games, movies, church, etc.). He also is very willing to help us since we are not able to do all we used to be able to do.

Of course I am biased, but as to his character traits, I would describe him as intensely loyal, intelligent, creative, and thoughtful. Over the years, the many, many cards, letters, and gifts he has given me have brought so much love and joy to this mother's heart.

Many people have the same opinion of him as I do, which is that he can excel in almost anything he undertakes, whether it's artistic, intellectual, or even spiritual endeavors. He used to do marble work, and was highly praised for his attention to beauty and detail. Now, as a welder, his employers and co-workers have been quite astounded at some of the creative and superb workmanship he has performed.

Peter and I truly enjoy having long and deep discussions on many different issues. He calls me, from jail, nearly every day, and we still do try to have these talks, but, of course, it is not the same because of time restraints and other circumstances. I don't think a long period of time of being incarcerated would serve any positive purpose, in his case.

I miss him. We just like being together, and I so look forward to the day when this comes to fruition.

I do hope you will consider the emotional hardship we feel from this separation when deciding his sentence.

Yours sincerely,

*Sue Schwartz*
Sue Schwartz