# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-178-APM |
| : | |
| PETER SCHWARTZ : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
## PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through undersigned counsel, hereby gives notice pursuant to Local Criminal Rule 49, of the exhibits that were provided to the Court and defense counsel on April 19, 2023, via USAfx, in relation to Government's Sentencing Memorandum. Because the exhibits are video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The list of the exhibits is as follows:

- Gov't Ex. 1 – Schwartz Chair Throw
- Gov't Ex. 2 – Schwartz MK-9 Spray at 2:35pm
- Gov't Ex. 3 – Tunnel Spray Side-by-Side
- Gov't Ex. 4 – Schwartz Tunnel Heave Ho

The United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Jocelyn Bond*
JOCELYN BOND
Assistant United States Attorney
D.C. Bar No. 1008904
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 809-0793
Jocelyn.Bond@usdoj.gov