IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                 )
                                          )
          Plaintiff,                      )
                                          )     CR No. 21-178-1
                                          )     Washington, D.C.
          vs.                             )     May 5, 2023
                                          )     3:15 p.m.
PETER SCHWARTZ,                           )
                                          )
          Defendant.                      )
_____)

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          Jocelyn Patricia Bond
                             U.S. ATTORNEY'S OFFICE
                             FOR THE DISTRICT OF COLUMBIA
                             601 D Street, NW
                             Washington, DC 20001
                             (202) 252-2571
                             Email: jocelyn.bond@usdoj.gov

                             Stephen James Rancourt
                             DOJ-USAO
                             Northern District of Texas
                             1205 Texas Avenue
                             Suite 700
                             Lubbock, TX 79412
                             (806) 472-7351
                             Email:
                             stephen.rancourt@usdoj.gov

```
APPEARANCES CONTINUED:

For the Defendant:          Dennis E. Boyle
                            Blerina Jasari
                            1050 Connecticut Ave
                            Suite 500
                            Washington, D.C. 20036
                            (202) 430-1900
                            Email:
                            dboyle@dennisboylelegal.com
                            Email:
                            bjasari@dennisboylelegal.com

Probation Officer:          Kelli Willett

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

```
1                      P R O C E E D I N G S
2              COURTROOM DEPUTY:  All rise.  The Court is now in
3     session; the Honorable Amit P. Mehta now presiding.
4              THE COURT:  Please be seated, everyone.
5              COURTROOM DEPUTY:  Good afternoon, Your Honor.
6     This is Criminal Case No. 21-178-1, United States of America
7     versus Peter Schwartz.
8              Jocelyn Bond and Stephen Rancourt for the
9     government.
10             Dennis Boyle and Blerina Jasari for the defense.
11             Kelli Willett on behalf of the probation office.
12             The defendant is present in the courtroom for
13    these proceedings.
14             THE COURT:  All right, Counsel, good afternoon.
15             Mr. Schwartz, good afternoon to you, sir.
16             All right.  So we are here for sentencing this
17    afternoon.
18             Is everybody ready to proceed?
19             MS. BOND:  Yes, Your Honor.
20             MR. BOYLE:  Yes, Your Honor.
21             THE COURT:  All right.
22             Let me just preview how we'll do this.
23             So I'm just going to go through what I've
24    reviewed, and then we'll talk about the various disputes,
25    particularly with respect to the Guidelines, and then we'll
```

1    turn to the parties' allocutions, okay?

2            So what I've reviewed is the Presentence

3    Investigation Report at 199, the probation office's

4    recommendation at 200, the government's memorandum in aid of

5    sentencing at 202, plus the exhibits that were submitted to

6    chambers, as well as the victim impact statement of former

7    United States Capitol Police Sergeant A.G.

8            I also have reviewed the defendant's memorandum in

9    aid of sentencing at 203, which includes the two letters

10   from his parents.

11           And then finally, I circulated a couple of items

12   that we had received in the Stallings sentencing; one was a

13   video and then the other was a letter that we understand

14   Mr. Schwartz sent to Ms. Stallings.

15           So is there anything else I shall have received

16   and reviewed that I did not mention?

17           MS. BOND:  Not from the government, Your Honor.

18           MR. BOYLE:  Not from the defense, Your Honor.

19           THE COURT:  Okay.

20           All right.  So let's talk about the first -- there

21   are just a couple of minor factual disputes.

22           The first is, the defense takes issue in paragraph

23   28 with the description of the canisters that were used

24   containing pepper spray.

25           The defense contends that it wasn't proven at

1    trial; I think it clearly was.  The jury concluded that

2    those items emitted pepper spray; otherwise, they wouldn't

3    have reached the conclusion that he had used a dangerous

4    weapon.

5              The evidence at trial showed not only that

6    Mr. Schwartz understood that he had picked up these

7    canisters that had been left behind by police officers.  But

8    you could actually see that when the canisters were being

9    used, that there was a spray being emitted.  And at least in

10   one scene, you can see that the spray is orange as it hits

11   one of the officers directly in the face.  This is in the

12   third of the assaults.  And we heard some testimony that

13   that was consistent with the color, if I remember correctly,

14   color of pepper spray.  So I don't think there's any

15   question that it's been established that the canisters

16   contain pepper spray.

17             Secondly, there's an objection to paragraph 35

18   which references a prior domestic abuse matter involving

19   Mr. Schwartz.  Maybe that's not paragraph 35.  Yeah, it is

20   paragraph 35.  I'm sorry.  I'll overrule the objection.

21   It's accurate, it's factually accurate.  He does have a

22   prior conviction for abusing -- of assaulting Ms. Stallings,

23   so I don't think there's anything to correct there, okay?

24             All right.  Let's talk about the Guidelines

25   calculation.  There are a number of objections that have

1   been made.  Let me just go through them, and then, if

2   counsel wants to be heard, I'm happy to hear about it.

3          So there's a dispute first as to the four-level

4   enhancement that's been applied in paragraph 59 for treating

5   the folding chair as a dangerous weapon.  There's an

6   objection to the treatment of the four-level enhancement for

7   a dangerous weapon of the OC spray.  That's in paragraphs

8   67, 75, and 83.

9          There was an objection to the six-level

10  enhancement for throwing the folding chair, that's paragraph

11  61, which results in a six-level enhancement for an official

12  victim.

13         And there is then an objection to paragraphs 69,

14  77, and 85.  The defendant asserts that all the 111 counts

15  should be grouped because they're the same victim; that is,

16  law enforcement officers.

17         And then the six-level increase should not apply;

18  that is, the official victim enhancement shouldn't apply

19  because the OC spray did not create a substantial risk of

20  bodily injury.  So those are the issues.

21         And then ultimately, I guess, there's one more,

22  and that is the government is taking the position that the

23  highest group actually should be the 1512(c)(2) count for

24  obstruction with a six-level enhancement for an official

25  victim being involved in that offense based upon the related

1    conduct of the assaultive behavior under the 111 counts.

2          So would anybody like to be heard before I rule on

3    these matters?

4          MS. BOND:  Certainly, Your Honor.

5          The government disagrees with all of the

6    objections made by defense here.  I think with respect to

7    his concerns about the dangerous-weapon enhancement, the

8    jury, of course, found all four of those weapons were, in

9    fact, dangerous weapons, so it's entirely appropriate to add

10   that here.

11         With respect to the grouping, I think the evidence

12   at trial made it abundantly clear that we are dealing with

13   four different sets of victims, and that's why it is grouped

14   the way it is.  The government completely agrees with the

15   way that the presentence sentence report writer has done

16   that, and I think the evidence at trial bears that out as

17   well.

18         With respect to the government's difference in

19   calculation, I think I lay that out in my sentencing memo as

20   to why we differ and why that calculation is different.  And

21   that, of course, speaks to, again, adding that six-level

22   enhancement for the substantial risk of serious bodily harm.

23         And I think in each instance where you see the

24   folding chair flying and officers are scrambling to get out

25   of the way of both the chair and the mob and the instances

1    where Mr. Schwartz is spraying, you are seeing how

2    serious -- how much potential for injury there is in those

3    situations.  And so that's why we disagree with defense

4    counsels' objections and support our own way of calculating

5    of the Guidelines here.

6               THE COURT:  Okay.  Thank you, Ms. Bond.

7               Mr. Boyle, do you wish to be heard?

8               MR. BOYLE:  Just briefly, Your Honor.

9               We do not want to present any further argument on

10   our objections.  We believe that those are all factual in

11   nature.  And certainly the Court sat through the evidence

12   and is perfectly capable of resolving those on its own.

13              With respect to the six-level enhancement, we

14   don't think that the bodily injury with respect to the

15   obstruction of Congress applies to Mr. Schwartz, so we would

16   agree with Probation on that, on that objection.

17              THE COURT:  All right.

18              I should have asked you, Mr. Boyle, and while

19   you're here you can answer this:  Can you confirm for me

20   that Mr. Schwartz has received and reviewed the Presentence

21   Investigation Report?

22              MR. BOYLE:  He has, Your Honor.

23              THE COURT:  Okay.  Terrific.  Thank you.

24              All right.  So let me go through the objections

25   and address them.

1           So first is the four-level enhancement for the

2   folding chair and the OC spray as a dangerous weapon.

3           Under 2A2.2, the definition of "dangerous weapon"

4   is that given in 1B1.1.  It is a "instrument capable of

5   inflicting death or serious bodily injury."

6           1B1 defines "serious bodily injury" to mean

7   "injury involving extreme physical pain or the protracted

8   impairment of a function of a bodily member, organ, or

9   mental faculty, or requiring medical intervention such as

10  surgery, hospitalization, or physical rehabilitation."

11          2A2.2 comment (n.1) states that, "a dangerous

12  weapon can be an item not ordinarily used as a weapon,

13  including a chair," specifically identifies a chair as an

14  example, "if used with the intent to commit bodily injury."

15          And, remember, the question here is whether

16  there's an instrument capable of inflicting death or serious

17  bodily injury, not, in fact, that it did inflict death or

18  serious bodily injury.

19          So with respect to the chair, it plainly does

20  qualify in these circumstances as a dangerous weapon.  It

21  qualifies because of the distance -- first of all, it's not

22  an insubstantial chair, it is a metal chair, looked like a

23  metal folding chair of some kind.

24          It was thrown from a not-insignificant distance,

25  and the trajectory with which it came down, it had the

1    potential of causing serious bodily harm.  Had that chair

2    hit a police officer in the head, had it hit the police

3    officer in the face, had it hit the police officer in a

4    particular way on the neck or some other part of the body,

5    there's little doubt in my mind that it could have caused

6    extreme physical pain and it could have required medical

7    intervention for any such injury.

8           At a minimum if somebody -- if the police officer

9    had been hit in the head with that chair, it could have

10   resulted in a concussion and other forms of medical

11   intervention.  The fact that it did not was just mere good

12   fortune and not -- does not disqualify it as a dangerous

13   weapon.

14          I also do find that the OC spray qualifies.

15   Obviously the jury did find it.  The same is true of the

16   dangerous weapon for the chair.  But we did hear a lot of

17   testimony at trial about the pain that OC spray causes,

18   especially if it's sprayed directly into one's eyes and as

19   an extended spray.

20          The officers testified that, for example, during

21   training, they were subjected to the OC spray with a couple

22   of quick bursts in their face.  The officers testified that

23   it was some of the most extreme pain that they had

24   experienced at all.  During that exercise, some of them

25   rated it as a, if I remember correctly, a pain of at least a

1    9, if not a 10.

2            And what Mr. Schwartz did here is far worse in

3    terms of his use of the OC spray.  These were not two quick

4    bursts of OC spray; rather, his use of the OC spray, as well

5    as Mr. Brown's use of the OC spray, was for an extended

6    period of time, it was directed at police officers.

7            In the first assault, he emits the spray almost

8    like a garden hose toward a group of officers multiple

9    times.  The second assault, the video shows him reaching

10   directly toward a police officer and hitting him with a

11   spray of OC directly in the face.

12           And then finally, there is Mr. Brown's use of the

13   OC spray that Mr. Schwartz assisted with, and the same type

14   of conduct in which he is spraying multiple officers who are

15   gathered at the door there in the Lower West Terrace tunnel

16   protecting entry into the Capitol Building.

17           Again, the question is not whether there, in fact,

18   was death or serious bodily injury as a result of the

19   conduct, it's rather whether the instrument is capable of

20   inflicting it.

21           And certainly based upon the trial testimony we

22   heard, as well as the manner in which Mr. Schwartz deployed

23   the first two canisters and then the way Mr. Brown deployed

24   the fourth was consistent with intending to commit bodily

25   harm, as well as capable of causing serious bodily injury as

1    it's defined by the Guidelines.

2          There's also then the objection to the six-level

3    enhancement for throwing the folding chair as not creating a

4    risk of bodily injury in paragraph 61.  But that's not

5    actually the basis for the enhancement, or at least I don't

6    think it needs to be.

7          The six-level enhancement for official victim can

8    be under 3A1.2(a) and (b), instead of A1.2(c)(1).

9          The Presentence Report cites to A1.2(c)(1), but

10   the six levels applies based upon 3A1.2(a) and (b), because

11   the victim was a government officer or employee and the

12   offense of conviction was motivated by such status and the

13   offense of conviction is under Chapter 2, Part (a) since the

14   underlying offense guideline is 2A2.2.  So just based upon

15   3A1.2(a) and (b), the six levels apply.

16         I also think the six levels apply under

17   3A1.2(c)(1).  That enhancement applies if the conduct in a

18   manner creating a substantial -- the conduct is such that

19   it's done in a manner creating a substantial risk of serious

20   bodily injury.

21         The defendant or a person for who the conduct

22   defendant is otherwise accountable, knowing or having

23   reasonable cause to believe that the person was a law

24   enforcement officer, assaulted such officer during the

25   course of the offense or immediate flight therefrom.

1           The accompanying commentary states that Subsection

2    (c) applies in circumstances tantamount to aggravated

3    assault against a law enforcement officer committed in the

4    course of or in immediate flight following another offense.

5           The commentary describes -- excuse me, defines

6    substantial risk of serious bodily injury as including any

7    more serious injury that was risked, as well as actual

8    serious bodily injury or more serious injury if it occurs.

9           I think the six-level enhancement would apply even

10   under (c) for each of the 111 accounts, again, because

11   Mr. Schwartz clearly knew; that, first, the circumstances

12   were tantamount to an aggravated assault; two, he did know

13   that his victim was a law enforcement officer; and, three,

14   it did create a substantial risk of bodily injury for the

15   reasons I've already articulated.

16          I'll also note that, particularly with respect to

17   the OC spray, and I think it's fair for me to consider this,

18   for example, in the victim impact statement, the officer

19   noted that the OC spray temporarily blinded him for a period

20   of time, making it difficult for him to recognize his

21   surroundings and know what was happening.

22          Given the circumstances of that day, for any

23   officer to have been blinded even momentarily created an

24   additional substantial risk of injury, given that there were

25   multiple -- not multiple -- there were hundreds and

1    thousands of other people intending to and doing harm to

2    police officers that day.

3         And so the use of the OC spray in a way that

4    incapacitated officers and made them more vulnerable to

5    injury, and serious bodily injury at that, given the amount

6    and the number of people out there who were using makeshift

7    weapons really did create a circumstance that I do think

8    fits the definition under 2A1.2(c)(1).

9         I will note that there is a case, it's titled

10   *United States versus Richburg*, 109 F. App'x 558 in the

11   Fourth Circuit from 2004, in which the Circuit held that

12   pepper spray to the face of a police officer while in a

13   physical altercation warranted the official-victim

14   enhancement for substantial risk of bodily injury.

15        We don't have a direct physical altercation in

16   this case; but, nevertheless, I think the circumstances are

17   such that they do, consistent with *Richburg*, establish that

18   pepper spray and the use of the pepper spray, as it was in

19   this case, did create a substantial risk of bodily injury.

20        I will note that, I think, and I will find, that

21   the 3A1.2(c)(1) six-level enhancement applies likewise to

22   the 1512(c)(2) charge.  This is conduct, related conduct to

23   that 1512(c)(2) charge that the Court can take into account

24   and involves specific and identifiable victims.

25        We actually, through Probation, reached out to the

1    Sentencing Commission to get an opinion on this, and the

2    Sentencing Commission agreed that a six-level enhancement is

3    appropriate for an official victim, where that victim is

4    identifiable.

5            And here, clearly the victim, multiple victims,

6    are identifiable based upon the conduct, in particular, the

7    officer that was stricken with the chair; there may have, in

8    fact, been two.  And then the officer that was sprayed

9    directly in the face, at a minimum, were directly

10   identifiable as victims.  And then, of course, there were

11   other officers who were subject to the more indiscriminate

12   spraying that Mr. Schwartz did initially and then later

13   Mr. Brown did inside the tunnel.

14           Finally, with respect to the argument that the 111

15   counts should not -- or should group because they all have a

16   common victim, that is, law enforcement officers, I also

17   disagree with that.  3D1.2, note 2, says, "generally" --

18   so -- apologies -- 3D1.2, commentary note 2, says "the term

19   'victim' is not intended to include indirect or secondary

20   victims.  Generally, there will be one person who is

21   directly and most seriously affected by the offense and is

22   therefore identifiable as the victim."

23           And in this case, there are multiple such victims.

24   There are the police officers who were the object of the

25   first spraying that occurred, there is the police officer

1    that is the object of the second spraying that occurs with

2    the smaller canister, and then there are the police officers

3    who are the object of the spraying in the tunnel.  And then,

4    of course, there's the police officer, if not perhaps two

5    officers, that were hit by the chair.  So it would be

6    improper to collect all of those individuals together as

7    "victims," as a single victim, simply because they were all

8    law enforcement officers that day.

9         And I think the only case I was able to find that

10   was somewhat comparable is *United States versus Safavian*,

11   461 F.Supp.2d 76 from the District Court in 2006.  The

12   opinion was vacated on other grounds by the Circuit at 528

13   F.3d 957; however, the District Court had held in sentencing

14   Mr. Safavian that separate false statements that were made

15   to different government agencies counted as separate

16   victims, and, therefore, the Federal Government as a whole

17   was not considered a victim in that cases.

18        It's obviously a different set of facts and

19   circumstances, but I think the logic applies equally here.

20   In the same way that the Federal Government at large was not

21   the victim in *Safavian*, it was the individual agencies to

22   whom false statements were made.

23        Here, Mr. Schwartz's conduct directed at

24   individual police officers who were identifiable on the

25   video are separate victims, and so grouping is not

```
 1    appropriate -- excuse me -- right, the grouping of all of
 2    these 111 counts is not appropriate in my view.
 3              So those are the Court's determinations about the
 4    Guidelines disputes.
 5              So anything else before I set forth the final
 6    Guideline calculation?
 7              MS. BOND:  Did Your Honor intend to address the
 8    government's calculation with respect to obstruction being
 9    the highest?
10              THE COURT:  I think I have.
11              MS. BOND:  You're accepting that as the highest
12    for group 1?
13              Thank you, Your Honor.  I apologize.  I didn't
14    understand that.
15              THE COURT:  That will happen in a moment, yes.
16              So let's just go through, first, Mr. Schwartz's
17    criminal history.  It is substantial.
18              38 convictions dating back to 1991.  I'll provide
19    greater description of them momentarily; however, Probation
20    has calculated that of those convictions, there are 23
21    convictions that -- excuse me, there are 23 points that
22    emerge from convictions that count.  There's an additional
23    two levels for committing the instant offense on supervision
24    in another case, for a total of 25 points, which puts
25    Mr. Schwartz in Category VI.
```

1          All right.  Let me then now go through the

2     Guidelines calculation formally.

3          Counts 1, 3, 4, and 7 all were under

4     18 United States Code 111(a) and (b).

5          The applicable Guideline is 2A2.2.

6          Base Offense Level for each of those counts is a

7     14.

8          Given the use of a dangerous weapon, four levels

9     are added.

10         An official victim in each case, for six

11    additional levels.

12         And in each count, there was a conviction under

13    111(b), for an additional two levels, for a total offense

14    level of 26 as to each count.

15         And as I said, because each count has a different

16    victim, Count 1 involved an officer being hit with a chair,

17    that's MPD officer D.P.  Count 3, multiple officers hit

18    between 2:30 p.m. and 2:33 p.m., who were in the south

19    central area of the Lower West Terrace, including officer

20    C.B.

21         Count 4, an officer who was hit with a canister at

22    2:35, as well as other officers, but certainly one at the

23    base of the inaugural stage near the south -- southern

24    staircase of the Lower West Terrace, including MPD Sergeant

25    P.N., although, as I understand it, he was not the one that

1    was directly hit.

2              And then Count 7, we're talking about multiple

3    officers in the tunnel -- in the Lower West Terrace tunnel.

4              So Count 2 under 18 U.S.C. 231 for civil disorder

5    is 2A2.2.  Base Offense Level is a 14, dangerous weapon is a

6    4, official victim is a 6, for a total offense level of 24.

7              Count 8, which is the obstruction count, 18 U.S.C.

8    1512(c)(2), Base Offense Level of a 14, threat of physical

9    injury to a person or property, 8; substantial interference

10   with justice, an additional three levels.  Because of the

11   interference with the proceedings, I should say, and, be

12   more concrete, especially with interference of obstruction

13   of the proceedings and the cost involved in the -- that

14   resulted from the conduct, making it substantial.

15             Official victim, I've already discussed why

16   I believe the official victim enhancement applies even to

17   the obstruction account, so that results in a total offense

18   level of 31.

19             All right.  So in terms of grouping, Counts 1, 2,

20   and 11 group because they involve the same victim; that is,

21   the law enforcement officer who was hit with the chair, and

22   involved two or more acts or transactions connected by a

23   common criminal objective or part of a common scheme or

24   plan.

25             Counts 8, 9, and 10 also group because it involves

1   the same victim, that is, Congress, and involved two or more

2   acts or transactions.

3          And I guess what I should have said, sorry, before

4   I continue -- for Counts 9 through 11, these are the 1752

5   counts, the Guideline is 2A2.4; however, Subsection (c)1 of

6   that Guideline directs us to 2A2.2 if aggravated assault is

7   involved.

8          I've already done the calculation for 2A2.2 as to

9   Counts 1, 3, 4, and 7.  That calculation is actually reduced

10  by two levels because there's not the 111(b) two-level

11  enhancement.  So for Counts 9 through 11, it is 24 is the

12  offense level.

13         So going back to the grouping, 1, 2, and 11 are

14  grouped because they involve the same victim, that is, the

15  law enforcement officer who was hit by the chair.

16         Counts, 8, 9, and 10 group because it involves the

17  same victim, that is, Congress, and two or more transactions

18  connected by a common criminal objective or part of a common

19  scheme or plan.

20         Counts 8, 9, and 10, they group with Count 1, 2,

21  and 11 because the calculations for 8, 9, and 10 embodies

22  conduct, that is, use of a dangerous weapon, that is treated

23  as specific offense characteristics in 8 and 9.

24         Counts 3, 4, and 7 do not group because they

25  involve separate victims.

1          Of the groups, the group with the highest count

2     is -- excuse me, the highest offense is the grouping that

3     involves Count 8, 1, 2, 9 through 11.  The highest count is

4     31.  This is for the 18 U.S.C. 1512(c)(2) Count 2 offense.

5     So the highest offense level of the different groups is 31.

6          For group 2, it is 26.

7          For group 3, or what I'm calling group 3, which is

8     Count 3, that's a 26.

9          The third group is Count 4.  That's a 26.

10          The fourth group is Count 7.  That's a 26.

11          Then add additional units.  For group 1, that is

12     highest count of 31.  That is one unit.

13          Each of the other counts, what I've called groups

14     2 through 4, that is, Counts 3, 4, and 7, respectively,

15     each -- an additional .5 is added as to each of those groups

16     because they are five to eight levels less serious than the

17     highest group, for a total of 1.5 additional units.

18          The combined number of units between the highest

19     count and the additional counts is 2.5 units.  That

20     translates into three units, which get added to the highest

21     offense level for a group, which is 31.  So the total

22     offense level is a 34.

23          The Guidelines Range that is consequent based upon

24     a Criminal History Category of VI is 262, that is, 21 years

25     and ten months, to 327 months, that is, 27 years and four

1    months, and a 35,000 to $350,000 fine.

2              I should note that as to each count, the

3    Guidelines Range is capped consistent with the statutory

4    maximum penalty.  So let there be no confusion that the 327

5    is capped on individual counts with the statutory maximum.

6              So I will just note that the defense has argued

7    that I should essentially ignore the Guidelines in this case

8    because they are not rooted in empirical data or national

9    experience.

10             It's not clear to me whether these Guidelines are

11   or not.  There's no specific supporting evidence to say that

12   these particular Guidelines are or are not supported by

13   empirical evidence as others have been.

14             But nevertheless, assuming that they are not

15   supported by empirical data or experience, I will certainly

16   take that into account and will consider a whole host of

17   other factors, including how this sentence would measure up

18   against comparably situated individuals in rendering the

19   final sentence, okay?

20             I think those are all the preliminaries.

21             Anybody else have anything else?

22             MS. BOND:  No, Your Honor.

23             THE COURT:  All right.  Let's begin with the

24   government's --

25             MR. BOYLE:  Nothing from the defense, Your Honor.

1          THE COURT:  All right.

2          Let's begin then with the government's allocution.

3    And I don't know whether you have individuals here who wish

4    to speak or not.

5          MS. BOND:  I do, Your Honor.

6          Former Sergeant Aquilino Gonell is here in the

7    gallery, and I believe that he intends to give his victim

8    impact statement on the record.

9          THE COURT:  Okay.

10          MR. BOYLE:  Your Honor, we would object in that

11    this sergeant was never identified in discovery as having

12    any contact with Mr. Schwartz.  Nothing in the victim impact

13    statement identifies Mr. Schwartz in any way.

14          THE COURT:  I mean, it's a fair question,

15    I suppose.

16          Ms. Bond, do you have any factual basis?

17          MS. BOND:  Yes, Your Honor.  Thank you.

18          We actually were not aware that Sergeant Gonell

19    was a specific victim of Mr. Schwartz until about a month

20    ago when he contacted us prior to the sentencing of

21    Ms. Stallings.

22          And Sergeant Gonell reminded us of specifically

23    where he was on the Lower West Terrace during that time.

24    And he was actually the one who provided to the government

25    the video that the Court emailed this afternoon, the one

1    used in Ms. Stallings' video.  Sergeant Gonell is right

2    there sort of at the base of the inaugural stage while

3    Mr. Schwartz and Ms. Stallings are indiscriminately spraying

4    in that area.

5                THE COURT:  Right.  Okay.

6                I now remember because we -- this was also in

7    Ms. Stallings' sentencing as well.

8                MS. BOND:  Yes.

9                THE COURT:  Okay.

10               So, Mr. Boyle, any objection now, given the

11   factual foundation?

12               MR. BOYLE:  Your Honor, we think it's unfair for

13   us to be -- for this to happen at the eleventh hour.

14   Yesterday was the first time we became aware of this.

15               We did a quick search through Relativity, we found

16   this witness's 302s, none of them mention Mr. Schwartz.

17               We're aware that he's testified in a number of

18   cases.  In none of those cases has Mr. Schwartz's name ever

19   come up.

20               So we think this is unfair surprise, and,

21   you know, we think this is just general testimony about the

22   riot, not about specifically about Mr. Schwartz.

23               THE COURT:  Okay.

24               Well, I think what the video evidence shows, and

25   this is specifically the video that I sent around this

1    morning which I received during Ms. Stallings' sentencing,

2    it shows Mr. Schwartz and Ms. Stallings shoulder to

3    shoulder, each carrying a canister, the larger canister of

4    pepper spray within feet of a wall, that is, the start of

5    the Lower West Terrace, spraying the police officers who are

6    who were there in front of the Lower West Terrace.

7           There's no doubt that the streams that were being

8    emitted of OC spray from those canisters hit the group of

9    officers that were there.

10          And the sergeant here has indicated that he was

11   among those officers.  And I think the video that was

12   shown -- either the video I sent around or a different video

13   from Ms. Stallings' sentencing shows him being hit with the

14   stream of OC spray, correct?

15          MS. BOND:  That is my understanding, Your Honor,

16   yes.

17          THE COURT:  Okay.

18          So I'll allow the victim impact statement to be

19   placed on the record.  Just note it's something that I will

20   consider along with a whole host of other factors.

21          MR. BOYLE:  Thank you.

22          THE COURT:  Thank you.

23          Sergeant.

24          SERGEANT GONELL:  Good afternoon, Judge.

25          Thank you for allowing me to speak as a victim of

```
1    that day because of some of the actions that the defendant

2    himself took part of.

3              My name is Aquilino Antonio Gonell, former

4    United States Capitol Police Sergeant and a U.S. Army

5    veteran.  I devoted half of my life to public service as a

6    soldier and as a police officer.

7              I'm here today because I want to make sure that

8    Mr. Peter Schwartz -- you know, I apologize for

9    mispronouncing his last name -- is held accountable for his

10   role on the Capitol.

11             On January 6th, 2021, I was one of the many

12   officers who responded to unapproved "sightseeing tour,"

13   where the willfully "lapse of judgment" mob intended to get

14   "caught up" while assaulting the police officers who were

15   protecting the Capitol, the Constitution, our democracy.

16             Regardless of the motivation, Mr. Schwartz should

17   have known better.  He's no stranger to the legal system.

18   For someone who has multiple active warrants in Kentucky and

19   New York and an extensive violent criminal history in

20   several states that includes theft, possession of drugs,

21   breaking and entering, larceny, battery, assault with deadly

22   weapon, assault to government officials.  And I guess the

23   last additional thing that he needed to add to his pedigree

24   was to assault police officer -- fellow police officers and

25   to join a mob of insurrectionists to stop the transfer of
```

1   power through threats to our elected officials.

2          One would think that he would have learned his

3   lesson and reform his past behavior.  Mr. Schwartz and

4   Mr. Trump do not -- do have something in common.  Senator

5   Susan Collins of Maine said it best when she spoke of

6   President Trump after the first impeachment.  She stated

7   that "He learned his lesson."  He learned he was not being

8   held accountable and have continue his assault on our

9   institutions, to include the justice system and the court.

10          Neither Mr. Trump or Mr. Schwartz have been held

11  accountable for their actions.  And if they are not held

12  accountable, they'll continue to do the same thing without

13  repercussions.

14          The nation is watching, the police and civilians

15  as well.  How many chances, opportunity or excuses can a

16  person be given for breaking the law, hoping that they'll

17  learn their lesson.

18          Leniency, he does not deserve any.  Pretending to

19  sound remorseful is no repentance or atoning.  My family and

20  friends, too, can also write letters detailing how my life

21  was changed by an individual like him and the event of that

22  horrible day.  If they did, they would tell you how I chose

23  to do my job, to do the right thing despite the odds and

24  what we were enduring.

25          I can no longer do the job I love and trained for

1   my whole life due to my injuries that I sustained on that

2   day, nor take the promotion that I strive for and I pass and

3   I couldn't perform because I had to medically retire.

4          He was a drop of rain in a flood of the mob that

5   changed my life, not for the better but for the worse, both

6   physically, mentally, and financially as well, and I might

7   never fully recover.

8          He willfully chose to throw a chair on my

9   colleagues and spray many times in the West Plaza inaugural

10  stage.

11         That spray that he did, he wasn't trained for.

12  Remember, he just picked it up, he stole it from the police

13  officers and didn't know how to use it, because if he had,

14  he would have noticed that he was trying to impede the

15  officers, and he would have measure his approach.

16         By the time we lost the police line, as I was

17  engaged with other rioters, Mr. Schwartz and his partner

18  stole a bag of spray after the line fell, and doused us with

19  spray he fired in our direction, drenching us and fogging

20  our view.

21         At one point, I couldn't see who was in front of

22  me.  My helmet visor was covered in pepper spray.

23  I couldn't stop to wipe it down due to the chaos.  For me to

24  see ahead, I had to lift my head backwards or look for the

25  other officers' uniform to differentiate the mob from the

1   officers.

2          At the southwest corner of the inaugural stage,

3   Mr. Schwartz again deployed the canisters of pepper spray

4   towards my colleagues as we were flanked, forcing us to

5   retreat inside the Capitol, where he continued to follow us.

6   He entered the tunnel, he aided and abetted another rioter

7   to fix a sprayer to spray other police officers.

8          He intended to impede and assault officers like me

9   in full uniform.  His actions, along with his former wife,

10  were repelled and were forced out of the building when we

11  pushed forward.

12         He came out of the tunnel holding a large stick

13  baton.  Due to his actions as a member of the mob, my family

14  and I have suffered greatly.

15         He knew what he was doing.  He's a grown adult.

16  He knew I was an officer in full uniform and that we were

17  pushing the mob out of the tunnel.  More than 140 officers

18  were injured, as I was, by what he took part in.

19         Your Honor, I believe that if he were given a

20  second chance or leniency, he would not hesitate to do the

21  same thing again.  He breached and went over multiple layers

22  of security, including officers telling him to go back,

23  stop, you need to leave, along those lines, and yet he

24  decided to continue forward.

25         The whole country and the world witnessed

1    January 6th on live TV and must have been horrific.  For me

2    it was chaos, it was survival.

3            I lived through it, the onslaught, as it was

4    happening, and I barely survived it.  I still have PTSD

5    remembering what happened to me and my colleagues that day,

6    and being here is triggering on its own, listening to some

7    of the excuses given by the defendant and his legal team.

8    But I must endure to see justice through.

9            I'm asking you for the maximum years in prison to

10   deter him and others repeating these violent crimes.

11   Failure to hold Mr. Schwartz accountable will result in the

12   likelihood of another January 6th.  But next time, I won't

13   be there to protect anyone.  Everything my fellow officers

14   and I sacrificed for will be desecrating.  We defended the

15   Capitol, not from a foreign entity but from our fellow

16   Americans like him who attack us.

17           Your Honor, it wasn't by chance, it was not by

18   chance that those elected officials and their staff made it

19   out to safety on January 6th.  They were not harmed, but not

20   because of the lack of intent by the mob that Mr. Schwartz

21   was part of.  It was because officers like me who risked our

22   lives to stop people like him from threating, killing,

23   executing, and overthrowing our government.

24           Please do not desecrate our sacrifice, the

25   sacrifice I made that day or the sacrifice that my fellow

1   police officers who died as a result of the trauma of that

2   day.

3          Lastly, I want you to imagine the event of

4   January 6th happening here in this courtroom, where you and

5   your family, your colleagues and your staff, or your friends

6   were targeted, injured, beaten, threatened, fear, spray --

7   and fear for their life, for their safety as dozens of

8   people ransacked the building as they make their way through

9   doors and windows, yell, scream, verbally abuse you, because

10  they don't want you to sentence someone who was found guilty

11  by their peers.  Wouldn't you want some type of

12  accountability?  I would.

13         I can assure you I was the police officer that

14  day.  I can assure you, not him, and we had the authority to

15  protect the members of Congress and the people behind us,

16  including our colleagues.  I was one of the victims of that

17  day, where he sprayed, where he attacked.  Find him guilty

18  and apply the maximum sentence, please.

19             THE COURT:  Thank you, Sergeant.

20             SERGEANT GONELL:  I'm open to any questions you

21  have.

22             THE COURT:  I just appreciate your statement.

23  Thank you, sir, for being here.

24             All right, Ms. Bond.

25             MS. BOND:  Your Honor, in addition to Sergeant

1    Gonell, we did reach out to all of the officers who

2    testified in this case and let them know of their

3    opportunity to participate.

4           None have opted to do so as of today, but it's not

5    because of disinterest, it's not because they weren't

6    impacted in the same or similar way as Sergeant Gonell, but

7    it's because many of these officers are weary and they are

8    exhausted.

9           Many of them have had to participate in multiple

10   cases at this point, now that we're two years on.  And

11   participating through another victim impact statement or

12   showing up to another sentencing is a lot to ask for people

13   who have already given so much.

14          So with respect to the sentence, we are asking for

15   a sentences of 294 months, three years of supervised

16   release, restitution of $2,000, and a fine of $71,541.  This

17   is both reasonable and a measured request in light of the

18   Sentencing Guidelines.  Mr. Schwartz's violence on

19   January 6th, his appalling criminal history, and his total

20   lack of remorse.

21          With respect to the nature and circumstances,

22   Mr. Schwartz was absolutely among the most violent

23   participants at the Capitol that day.  The Court sat through

24   the trial, you've seen the videos, I'm not going to rehash

25   that.

1          But these officers, they went through hell.  As

2    Sergeant Gonell described, as each officer who took that

3    stand described, it was absolute chaos, it was terrifying.

4    Sergeant Gonell has, of course, spoken to his PTSD.  And

5    whether diagnosed or not, many of these officers are going

6    to live with the memories of that day for a long time to

7    come.

8          I do want to emphasize that Mr. Schwartz committed

9    four independent assaults that day, and Your Honor had

10   talked about that in the way that the Guidelines are

11   grouped.  He used four different weapons against four

12   different sets of victims.

13         Of course, we have the chair throw against -- in

14   the northwest corner right at 2:28.  And one thing that is

15   particularly notable about that chair throw is not only the

16   officers that were directly in the line of that chair

17   coming, but that chair really directly contributed to the

18   police line collapsing in that moment.

19         And I think Mr. Schwartz hit the nail on the head

20   when he bragged in his text messages.  He threw the first

21   chair.  And I'm not saying he threw the first chair in the

22   entire riot.  But if you watch the video of what was going

23   on on that line at 2:28, that chair throw was directly

24   responsible to that northwest corner totally collapsing, and

25   that is a very significant assault.

1          He also has the Super Soaker assault, using the

2     very large MPD Super Soaker.  He has the assault with the

3     MK-9, where he's spraying the officer almost directly in the

4     face.  And then, of course, the assault in the tunnel.

5          In the midst of all that, we have Mr. Schwartz

6     bragging about his conduct; he's bragging about throwing the

7     chair in his text messages; he's bragging about the fact

8     that he stole those officers' munitions.

9          Now, he wasn't convicted of theft, we didn't have

10    any video of him taking these items, but, of course, his

11    bragging about it and the fact that he had every opportunity

12    to do so; that the officers talked about leaving all those

13    munitions behind.  There's every reason to believe that that

14    is exactly what he did; that he stole what the officers

15    weren't able to take with them as they were retreating.

16         He also bragged about the fact that he was

17    starting a war.  He was very, very proud of himself and of

18    his violent conduct.

19         As the Court is aware, the conduct of these

20    defendants from January 6th, it really falls along the

21    continuum.  There are people who wandered on the grounds,

22    and there are people like Mr. Schwartz who were very, very

23    violent.  And Mr. Schwartz is at the top end of that

24    continuum with his multiple assaults.  He was among the most

25    violent actors that day.

1        And that gets to his history and characteristics,

2   because this is not at all out of character for him.

3   Violence against other people has been a consistent thread

4   throughout his entire life.  And as the Presentence Report

5   spelled out in great length, he has 38 prior convictions,

6   many of them with an element of violence.

7        And I pointed out the convictions that the

8   government thought were most relevant, and there are at

9   least -- I counted ten that involved Mr. Schwartz actually

10  physically harming another person.  So I'll put those on the

11  record.

12       He has a 1994 conviction for disorderly conduct,

13  where he threw a lit cigarette at a victim and struck her

14  near her eyes.

15       He has a 1994 conviction for battery for pushing a

16  peace officer without legal justification.

17       Another 1995 conviction for battery, where

18  Mr. Schwartz put a neighbor in a headlock and punched him

19  until other neighbors broke them up.

20       In 1997 conviction for battery for throwing his

21  beer on a security officer.

22       A 2002 conviction for third-degree assault and

23  fourth-degree possession of a weapon.

24       A 2004 conviction for assault with a deadly weapon

25  involving a serious injury and larceny.

1          A 2015 conviction for felon in possession of a

2     handgun and terroristic threatening.

3          A 2019 conviction for terroristic threats, for

4     threatening a police officer who placed him under arrest for

5     domestic assault.

6          A 2019 conviction for third-degree convicted felon

7     in possession of a firearm, and, again, terroristic,

8     threatening -- for threatening to kill his girlfriend.

9          And he has a 2020 conviction involving domestic

10    violence for biting the victim on her forehead and punching

11    her multiple times.

12         Mr. Schwartz's violence on January 6th was just

13    another episode in a long history of violence for him.

14         Now, he's not a career criminal in any legal

15    sense, not in the way that the Sentencing Guidelines define

16    it at all.  But in a colloquial sense, in a common sense

17    viewing, Mr. Schwartz has made a career of being a criminal,

18    of wracking up these convictions.  He has spent his adult

19    life bouncing from conviction to conviction and sentence to

20    sentence.

21         And what makes his criminal history so perplexing

22    is that he had a very -- every benefit of being raised in a

23    stable and loving home.  He has two loving parents who wrote

24    letters on his behalf for this sentencing, who provided for

25    him, continue to support him.  So there is no obvious reason

1   in the world why Mr. Schwartz has made the decisions that he

2   has.

3          In the defense pleading, defense counsel says that

4   Mr. Schwartz will never repeat the actions that bring him

5   before the Court in this case, and that's on page 1.

6          Page 9 he writes, Mr. Schwartz has a low risk of

7   recidivism in the above matter.  And those comments are

8   totally unsupported.  But they ring very hollow in light of

9   Mr. Schwartz's past conduct; there is absolutely no basis to

10  think that he won't repeat or recidivate in this case.

11         He's not one of those people who got caught up

12  here; he knew what he was doing.  He came armed with that

13  tire knocker; he came ready for violence.  And he knew what

14  he was doing because he had done it before.  We saw in that

15  list of convictions involving violence that a number of them

16  were violence against security officers, peace officers,

17  that sort of thing.

18         When it comes to deterrence, in a lot of these

19  January 6th cases, there is a focus on the general

20  deterrence and the not wanting to ever see this kind of

21  thing happen again in the United States.

22         But with Mr. Schwartz, specific deterrence is far

23  more important here, because, quite frankly, the

24  government's position is that Mr. Schwartz cannot be

25  deterred from violence.  Whether that's political violence,

1    domestic violence or some other form of violence, this seems

2    to be a dominant issue throughout Mr. Schwartz's life.

3            If the sentences from his first 38 convictions

4    weren't enough to stay his hand, there's absolutely no

5    reason in the world that a sentence from a 39th conviction

6    is going to make any difference in his choice to be violent

7    in the future.

8            The only thing that is actually going to stay

9    Mr. Schwartz's hand is keeping him out of the community for

10   as long as possible, and that's a significant basis of the

11   government's sentencing recommendation here.  The community

12   will only be safe from Mr. Schwartz for the period of time

13   that he is fully removed from the community.

14           Finally, with respect to comparators, the

15   government included four January 6th cases that we think are

16   a good starting point for viewing Mr. Schwartz's conduct in

17   considering a sentence for him.

18           Defense counsel went through a list of about 40

19   different cases, and our position is a lot of them simply

20   aren't relevant because the offense of conviction isn't

21   necessarily the same.  Some of those people accepted

22   responsibility, so they would have been given lower

23   sentences naturally because of that acceptance.  We don't

24   know the criminal histories of all of those people and that

25   sort of thing.  So the comparators, the 40 listed there

1    aren't particularly useful.

2         The government does think that the very last two

3    on the list, the comparator to *Webster* and comparator to

4    *McCaughey* are pretty relevant, and those were two that we

5    actually included.

6         But those two sentences should be far lower than

7    what Mr. Schwartz receives.  And the reason for that, of

8    course, in the *Webster* case, which Your Honor heard and

9    sentenced, one of the very big distinctions -- well, first,

10   is that Mr. Webster only had the one assault, one 111(b), a

11   single officer.  Mr. Schwartz here has four.  Mr. Webster

12   also had years of public service and no criminal history.

13   And, of course, Mr. Schwartz, in stark contrast, has had no

14   years of public service and has a very lengthy and violent

15   criminal history.

16        We also have the *McCaughey* case, which was

17   sentenced after a bench trial before Judge McFadden.  And

18   one of the similarities there is that Mr. McCaughey was

19   convicted of a 111(b) for using a riot shield.  He was

20   convicted -- he did also have multiple other 111(a)s, but

21   only a single 111(b), and he also had the obstruction of

22   justice conviction.

23        What is distinct about Mr. McCaughey again is

24   Mr. McCaughey had no criminal history.  Mr. McCaughey was

25   very young, he came into sentencing very remorseful, and

1    that's a pretty big distinction.  Again, only a single

2    111(b) and no criminal history, and so the Court should

3    consider how dramatically different Mr. Schwartz's history

4    is compared to Mr. McCaughey's.

5              Finally, the government asks you to reject the

6    defense request for a variance.  There really are no

7    mitigating factors here.  There's no basis for a variance,

8    and a sentence of 54 months would not satisfy the purposes

9    of 3553.

10             The government disagrees with the defense

11   arguments that the Guidelines are not based on empirical

12   evidence.  There really isn't any information as to what

13   they are referring to there.  Certainly the Guidelines are

14   imperfect, but the way in which they've been developed is

15   recognized as reflecting a rough approximation of sentences

16   that might achieve those 3553 objectives.  And if there is

17   some subset of cases where the Guidelines don't reflect

18   those factors, they do here in Mr. Schwartz's case as

19   I've just outlined.

20             For all those reasons, we are requesting a

21   sentence of 294 months.

22             Thank you, Your Honor.

23             THE COURT:  Ms. Bond, two questions.

24             MS. BOND:  Yes.

25             THE COURT:  The first concerns the fine request.

1            One of the things I've struggled with when the

2    government has asked for fines in the amount that defendants

3    have raised online is how to determine whether that amount

4    involves any enrichment, as opposed to putting it toward

5    legal fees.

6            Mr. Boyle is the third lawyer Mr. Schwartz has

7    hired and retained.  You know, I don't have an accounting of

8    his legal fees, I don't know that I have the authority to

9    order such an accounting.

10           But absent some understanding of how those fees

11   have -- I mean, the funds have been raised and how they've

12   been used, how can I say that these are sort of ill-gotten

13   gains or these are -- he's profiting off of his conduct?

14           MS. BOND:  That is a difficulty.  And the

15   government -- the extent of the government's information is

16   what is posted on the website, and, of course, Mr. Schwartz

17   declined to allow any running of his credit or look into his

18   financial situation.

19           I would ask the Court to ask Mr. Boyle for an

20   accounting of what he has received from Mr. Schwartz, and

21   that could certainly be filed ex parte.

22           In a case before Judge McFadden, Judge McFadden

23   did ask a defense attorney to do that voluntarily, and he

24   was willing to do that.

25           Of course, there are two prior defense attorneys,

1    but perhaps Mr. Boyle would be willing to inquire of those

2    defense attorneys whether they received funds and could

3    provide that information to the Court before the Court

4    decides on a fine amount.

5               THE COURT:  Okay.

6               Second question:  You're asking for a sentence

7    that's two and a half times the highest sentence so far.

8               MS. BOND:  Yes, we are.

9               THE COURT:  How can that really be proportional,

10   even taking into account the far lengthier criminal history?

11              There are -- I've carefully studied the

12   differences between the cases, but two and a half times

13   seems pretty dramatic.

14              MS. BOND:  It is a big difference in what

15   I believe is the highest -- in my recollection, *Webster* is

16   the highest, I could be wrong about that.

17              THE COURT:  No.  It is.  120.

18              MS. BOND:  I think that it is completely justified

19   by Mr. Schwartz's violent history.

20              And I don't say it lightly when I argue that

21   Mr. Schwartz cannot be deterred; that the community will not

22   be safe when Mr. Schwartz is out and free to do as he will,

23   and that's why it's justified.

24              THE COURT:  Okay.  Thank you, Ms. Bond.

25              MS. BOND:  Thank you.

1          THE COURT:  Mr. Boyle.

2          MR. BOYLE:  May it please the Court, Counsel.

3          Just as an aside, when I stood in this courthouse

4    before Judge McFadden last month representing Mr. McCaughey

5    at sentencing, at that time, we were told that Mr. McCaughey

6    was among the worst of the worst.  The government had

7    requested a sentence, you know, greatly in excess of any

8    sentence that had been imposed by that point in time.

9          Now we're told that Mr. McCaughey was a young man

10   with no record who had never made a mistake before.  That's

11   all true.  But there has to be an understanding, I would

12   suggest, of the events of January 6th and what everybody was

13   going through.

14         Peter Schwartz stands before this Court convicted

15   of very serious offenses, and we acknowledge that.  And we

16   understand that the offenses of which Mr. Schwartz was

17   convicted require a very substantial sentence, and there's

18   no question about that.

19         We are not asking that he be set free or that

20   he -- you know, that there's not serious -- some sort of

21   serious accountability.

22         Indeed, justice and accountability in this case

23   require a serious punishment.  But it should be justice and

24   accountability, as expressed in 18 U.S.C. 3553(a) that forms

25   the basis of a fair and appropriate sentence.

1         Instead in these cases, we see more and more face

2    of government that replaces justice and accountability with

3    a plea for revenge and retribution.

4         We would submit, Your Honor, that we're moving

5    into a dangerous place in our history as Americans.  We hear

6    politicians talk about the weaponization of the Justice

7    Department, a proposition I have always rejected.

8         I have the utmost respect for the Department of

9    Justice and the work that they've done.  But it becomes more

10   difficult when the government seeks to take a low-level

11   protester, and suggest that he be in prison for more than

12   two decades.

13        Mr. Schwartz is not a Proud Boy, he's not an Oath

14   Keeper.  He neither led nor was a member of any

15   organization.  He was not charged with sedition or seditious

16   conspiracy.  The government is not seeking justice in this

17   case, it's seeking an unreasonably harsh sentence merely

18   because it can.

19        The government's position in this case actually

20   echoes the emotions of former President Trump, who, in a

21   speech last month, promised revenge and retribution when he

22   is again elected.  These appeals are appeals to the basics

23   of human emotion, and the Justice Department should not

24   follow suit in this.

25        There's a quote from an old case that hung in the

1    reception area of the U.S. Attorney's Office more than 30

2    years ago when I worked there, the U.S. Attorney's Office in

3    Maryland.  It was from the case of *Berger versus*

4    *United States*, 295 U.S. 78 (1935).  And the quote is that

5    "The United States Attorney is the representative not of an

6    ordinary party to a controversy, but of a sovereignty whose

7    obligation to govern impartially is as compelling as its

8    obligation to govern at all."

9           I left government service several decades ago.

10   But even now, I see the U.S. Attorney's Office, and more

11   broadly the Department of Justice, as the guardians of

12   justice, even in this era where criticism of the Department

13   runs rampant.

14          But there is no justice in the government's

15   request for a 24-year sentence for Peter Schwartz.  There's

16   no justice in the Sentencing Guidelines that would

17   effectively impose a life sentence, even though Peter

18   Schwartz did not cause anyone's death, did not cause anyone

19   serious bodily harm.  He wasn't even one of the people who

20   entered the Capitol or disrupted the electoral vote count.

21   What he did was wrong clearly, but justice requires that his

22   sentence be proportional to his crimes.

23          There's no justice in the victim witness statement

24   provided to us yesterday and which the Court heard today.  A

25   victim who opines on the prior arrest record with which he

1    has no personal familiarity and to request the maximum

2    sentence is not one who is not truly a victim.

3          It was harrowing that day to be sure, but

4    Peter Schwartz was only one of thousands of protesters.  The

5    government's victim seeks apparently to hold him responsible

6    for the conduct of the crowd.  The statement wreaks of

7    revenge and retribution.

8          I've never seen the government go to such lengths

9    to punish people in any other type of case, and it does give

10   credence to those who may call this a political prosecution.

11         I spent 23 years in the Navy and Naval Reserve and

12   participated in the first Persian Gulf War, where service

13   members I knew died.  Members of my family throughout have

14   fought throughout the War on Terror in Afghanistan and Iraq.

15   And despite the deaths of thousands of service members,

16   I have never heard the sort of vitriol expressed towards the

17   enemies of our country that I hear in witness statements and

18   from others in law enforcement directed towards fellow

19   citizens of the United States.

20         Peter Schwartz was wrong, there's no doubt about

21   that, and he should be punished, there's no doubt about that

22   either.  But in this divided country, revenge and

23   retribution are likely to only lead to more revenge and

24   retribution.

25         There were a few cases where courts in January 6th

1   cases have imposed a Guidelines sentence, perhaps in

2   recognition that the Guidelines are simply too harsh for the

3   conduct that occurred on January 6th.

4          As a table of cases provided in our sentencing

5   memorandum indicates, and even within the sentences imposed,

6   Peter's conduct, Peter Schwartz's conduct, we would submit

7   would tend towards the middle to lower end of the

8   seriousness of conduct.

9          We believe that there are substantial mitigating

10  factors to be considered under Section 3553(a).

11         Peter Schwartz came to D.C. on January 6th to

12  listen to the President and to protest peacefully.  He came

13  because he was asked by the President and others to come.

14  He came because he thought he was performing a civic duty.

15         The President of the United States gave a speech

16  we all heard.  He told people to come to the Capitol.  He

17  alleged that there was massive voter fraud and lied and

18  misled lots of other people.

19         Mr. Schwartz believed the President, just as

20  thousands of others did that day and millions continue to

21  believe.

22         Peter's motives were pure, although his actions

23  were clearly violations of the law.

24         He did not seek to break the law for personal gain

25  or personal benefit.  He acted because he thought he was

1    trying to save the country.  That was wrong.

2           The weapon Pete was convicted of using, the

3    weapons, the chair and the pepper spray, the pepper spray in

4    particular was the same as used by the Capitol Metropolitan

5    that day.  He did not bring bear spray as other protesters

6    did.  He did not strike anyone, except for the glancing blow

7    with the chair.  The significant point to make is that he

8    did not bring spray with him to the Capitol.  It had

9    apparently been discarded by the police, and we would take

10   issue with any allegation that he stole it.  It clearly

11   wasn't right, but there was no pre-meditation, no plan to

12   use the pepper spray.  It was a spur-of-the-moment decision,

13   a poor one, but there was no planning.

14          Peter Schwartz was not part of any organized

15   group.  He came here with his wife, but he didn't know any

16   of his co-defendants.  Again, this shows the lack of intent.

17   Although Peter Schwartz sprayed pepper spray at the police,

18   there's no evidence that he caused any serious damages to

19   the police with what he sprayed.  When it was over, he left

20   and went back to his life; there were no further acts of

21   violence directed at the government.  He was arrested

22   without incident.

23          The principal aggravating factor in this case is

24   Peter Schwartz's prior record, and we acknowledge that he's

25   been in trouble before and that the prior record warrants a

1    higher sentence than one with no record would receive.

2          There are a couple of points we would like to

3    mention, though, about that record when one looks at it

4    carefully.

5          Peter Schwartz has served the time that he was

6    sentenced to.  The sentences he received by and large were

7    minor sentences, suspended sentences, fines.  There were two

8    significant sentences, we would note, but those were the

9    only two, and the worst sentence was the five-year sentence

10   for possession of a firearm.

11         The present case is different from the other cases

12   on the record, and that's why we would submit that there's

13   very little chance of any recidivism in a case like this.

14         The events of January 6th were unique.  They're

15   unlikely to ever occur again.  And even if they were,

16   Mr. Schwartz would not be able to come.

17         He recently had had his voting rights restored in

18   this particular case, and that's why he was so interested in

19   this election.

20         His prior record, we would submit, grossly

21   overstates the seriousness of the Sentencing Guidelines

22   calculation, particularly when one looks case by case at the

23   sentences that were imposed.

24         Taking Peter Schwartz's prior record into account,

25   we believe an increase in sentences is warranted, but an

1   increase of a year or two, we would submit, would satisfy

2   the goals of 18 U.S.C. 3553(a).

3           Among the other sentencing factors in addition to

4   avoiding unwarranted sentencing disparities, and I've

5   already mentioned this, the sentencing disparities, but we

6   are aware that the Court recently sentenced Mr. Brown in

7   this case to a term of incarceration of 54 months.

8   We believe that Mr. Brown's conduct would be on par with

9   what Mr. Schwartz did that day.  That's for the Court to

10  decide, and we certainly respect the judgment of the Court.

11  But if that were a baseline increased by the prior record,

12  we think that would be a fair place to start.

13          But there's another sentencing factor we'd like to

14  talk about, and that's a need to impose a sentence that

15  provides respect for the law.

16          Normally that's viewed as a factor that increases

17  the severity of the sentence, but in this case, we think

18  that it actually reduces the severity of the sentence.  A

19  sentence that's too harsh becomes arbitrary and actually

20  undermines respect for the law, Your Honor.

21          We live in a divided country, a country where

22  large segments of the population have lost confidence in the

23  government.  Donald Trump speaks of revenge and retribution,

24  which would lead to a cycle of revenge and retribution with

25  no concern for justice.  It's a frightening time.

1          I come from rural Pennsylvania myself, in an area

2     not much different from where Peter Schwartz comes from.

3     I went to high school with people just like Peter, and have

4     friends of the same socioeconomic background.

5          Most of the people I grew up with, including many

6     of my family members, are Trump supporters.  They're not bad

7     people, but they feel ignored and betrayed by our current

8     political leadership.  To them, government simply does not

9     function anymore.  They live in fear, fear that their way of

10    life is under attack.  These are people who struggle to earn

11    a living and to provide for their families.  Religion is

12    important to them, and they see the very foundation of

13    everything they've always believed in crumbing before them.

14    I don't think that any of that belief is justified,

15    Your Honor, to be clear, but it's the reality of the

16    situation that many Americans believe.

17         They act out of fear in this system.  In a great

18    system of justice, there's no place for fear or retribution.

19    In this system of ours, even in most circumstances -- in the

20    most difficult of circumstances, our courts, though

21    imperfect, have been able to set aside emotions and impose

22    sentences consistent with justice.  In these January 6th

23    cases in particular, the judges of this court have found,

24    time and time again, that the Sentencing Guidelines are

25    simply too harsh and have varied downward.  The events of

1  January 6th are simply unique and not like any other offense

2  we've ever experienced in history.

3         We ask the Court to follow that practice in

4  imposing a fair sentence in this case.  Donald Trump, the

5  grifters and sycophants who support him, share the

6  government's desire for an unreasonably harsh sentence.  It

7  justifies the former President's witch hunt and political

8  persecution narrative.  It's time for the Court to disrupt

9  the cycle.

10         I don't know what a fair sentence is in this case

11  and I'm not going to offer a recommendation, Your Honor.  We

12  trust the Court to impose a sentence that's fair.

13  Thank you.

14         THE COURT:  Thank you, Mr. Boyle.

15         Does Mr. Schwartz wish to be heard?

16         THE DEFENDANT:  I just want to say that I do

17  sincerely regret the damage that January 6 has caused to so

18  many people and their lives.  Thank you.

19         THE COURT:  All right.  Thank you, Mr. Schwartz.

20         All right, everyone.  I'm going to take a few

21  minutes to think and I will be right back.

22         COURTROOM DEPUTY:  All rise.

23         This Court stands in recess.

24         (Recess from 4:33 p.m. to 4:41 p.m.)

25         COURTROOM DEPUTY:  All rise.  The Court is again

1   in session.  Be seated and come to order.

2            THE COURT:  Please be seated, everyone.

3   Thank you.

4            Okay.  So just to reiterate what I have determined

5   the Guidelines to be, they are 262 to 327 months.

6            In addition, I must consider all the factors that

7   are set forth in 18 United States Code 3553(a) and impose a

8   sentence that is sufficient but not greater than necessary

9   to achieve the objectives of sentencing set forth in the

10  statute.

11           The factors I must consider are the nature and

12  circumstances of the offense and the history and

13  characteristics of the defendant, the need for the sentence

14  imposed to reflect the seriousness of the offense, to

15  promote respect for the law, and to provide just punishment

16  for the offense; to afford adequate deterrence, to protect

17  the public, and to provide the defendant with any needed

18  educational or vocational training or medical care.

19  I should consider the kinds of sentences available and the

20  need to avoid unwarranted disparities.

21           Let me just begin with Mr. Schwartz's history and

22  characteristics.

23           He's now 49 years old.  By his own admission, he

24  had a stable upbringing as a child, is still in touch with

25  his parents, who seem -- who care for him deeply; twice

1    married, no prior children.  He has earned his GED.  He's

2    made an honest living for good stretches of his life as a

3    welder, and earned -- has that skill.

4          Substance abuse seems to have been a problem, both

5    marijuana use, and more notably, alcohol use, as it seems to

6    have been connected to a number of convictions that he has

7    had in the past.

8          The defense has emphasized his religious

9    conviction and that he is a pillar of his family.  I've read

10   the letters, and, Mr.Schwartz, you seem like you are a good

11   son.

12         But, Mr. Schwartz, I dare say that there are not

13   many who have come before this Court with a criminal history

14   like yours.  It is fair to say that much of that history is

15   minor stuff, but much of it is not.

16         At least by my calculation, 11 offenses for

17   assaultive or threatening behavior; two involving assaultive

18   or threatening behavior towards police officers; four

19   involving firearms, one of which was assault with a deadly

20   weapon.

21         These aren't merely youthful indiscretions.

22   Offenses include weapons possession and terroristic threats

23   at the age of 42, terroristic threats at the age of 45,

24   weapons possession and terroristic threats at the age of 46.

25   And most recently, a domestic violence conviction against

1   Ms. Stallings at the age of 47.

2          Along the way, you've had multiple violations of

3   probation.  And, in fact, when you committed the instant

4   offense, you were on abscondence status from probation in

5   Kentucky.  And to top it all off, you, as a convicted felon,

6   multiple times, had a firearm in your residence when you

7   were arrested.

8          Let's talk about the conduct, Mr. Schwartz.  The

9   video evidence speaks for itself.  You know, we begin by you

10  arriving at the Ellipse that morning, making your way to the

11  Capitol, to the northwest corner of the Lower West Terrace.

12  We all know by now what happened at the Lower West Terrace

13  and how it essentially unlocked the mayhem and the violence

14  that occurred that day.  You were not an insubstantial

15  portion and reason for it.

16          2:28 that afternoon, you threw a folding chair

17  aimed at police officers who were attempting to keep the

18  crowd at bay.  The video shows that at the time, the

19  officers were literally engaged in hand-to-hand combat with

20  rioters.  One officer in particular can be seen engaged with

21  somebody with a red and black jacket as the two struggle.

22  The second officer tends to pull the first officer back when

23  a chair hits the second officer, knocking at least one of

24  them back.

25          What is, to me, perhaps saddest about that video

1    is actually not your conduct, believe it or not.  There's a

2    person standing there at the front of the crowd who sees

3    these officers get hit with a chair thrown from some

4    distance and coming down at some trajectory, and he points

5    at them and he laughs, points at them and laughs.  I'm not

6    quite sure what we have come to.

7          Within seconds of the chair striking the officer,

8    the lines break and the crowd rushes forward.  There's

9    little doubt, Mr. Schwartz, that you understood your role

10   and the consequences of throwing that chair.

11         That night, you bragged about your actions, saying

12   that you had thrown the first chair at the cop.  "I started

13   the riot.  Stole their mace from them and used it against

14   them."  These are your words.

15         To a third person on January 7th, you said,

16   "I threw the first chair at the cops after they maced us.

17   Then we all charged them.  I got two duffel bags left behind

18   full of mace and tear gas and I kept some and passed the

19   rest out and we got them!  They ended up taking hostages."

20   Those are your words, how you viewed your conduct that day.

21         If that weren't enough, minutes later with the

22   tear gas or the mace that you -- the OC spray in hand, you

23   entered the Lower West Terrace with others.  You can see

24   officers retreating from that area, and they left behind a

25   bag of supplies.  That included the MK-46 Super Soaker

1    canisters filled with pepper spray.  For reasons perhaps

2    known only to you, you decided to pick those up.  And

3    between 2:30 and 2:33 p.m., you walked around the central

4    portion of the Lower West Terrace, spraying the Super Soaker

5    towards multiple groups of officers.

6            You can see in the stills in the government's

7    memo, you directing large streams of pepper spray toward

8    groups of officers who were fighting off rioters.

9            The Stallings video, which I mentioned earlier,

10   shows you and your wife together shoulder to shoulder

11   approaching the officers who were just below the wall that

12   begins the Lower West Terrace and spraying at them like

13   you're using a garden hose.  No regard at all for them and

14   others.

15           If that weren't enough, at 2:35, having abandoned

16   the MK-46 Super Soaker canister, video captures your arm

17   coming forward with an MK-9 smaller canister of pepper

18   spray, and spraying it directly in the face of a police

19   officer.  That's the third assault.

20           But you weren't done.  About a half hour later,

21   you have made your way up to the tunnel entrance of the

22   inaugural stage, and the conduct is handing a canister to

23   Mr. Maly, who then hands it to Mr. Brown, who has trouble

24   with it, and you help him with the canister.  Mr. Brown then

25   approaches the line of officers and sprays them with it.

1          But that wasn't all.  You're in that crowd, in

2    that tunnel, and you are contributing your body weight to --

3    with dozens of others, to press against the police officers

4    who are trying to guard that entrance.  Your mouth can be

5    seen chanting "Heave Ho" in the video.

6          One of the officers gets crushed in the door in

7    one of the more iconic and disturbing scenes of the events

8    of that day, screaming out in pain.

9          But to you, Mr. Schwartz, none of this was

10   apparently a problem, because what you viewed your actions

11   and the actions of others that day, these are your words,

12   what happened yesterday was the opening of a war:  "I was

13   here, and whether people will acknowledge it or not, we're

14   now at war."

15         Mr. Boyle speaks eloquently of the context in

16   which all this happens:  The political environment, people

17   being disaffected by our politics, alienation, being treated

18   as other -- people think they don't -- aren't being seen and

19   heard.

20         That's not what you were doing there,

21   Mr. Schwartz.  That's why you were at the Capitol.  Maybe

22   you were at first, but that changed pretty quickly.

23         You were on a war footing.  You were a soldier

24   against democracy.  You took it upon yourself to try and

25   injure multiple police officers that day.

1          Sure, you may not have come to D.C. to insight

2    violence, but at some point you decided that was the right

3    thing to do.

4          You decided to participate in and contribute to

5    and cause the kind of mayhem, chaos that has never been seen

6    in the country's history.

7          You suggested in your memo that the pepper spray

8    caused a mild discomfort.  It's not what the officers said.

9          It's true that you didn't have any financial gain

10   or benefit.  It doesn't matter.

11          It's true you did not bring firearms to the

12   Capitol, you didn't plan to be there, you didn't enter the

13   building, also true.  Thankfully the officers weren't --

14   well, it's hard to know exactly what injuries were suffered,

15   given the indiscriminate quality of some of your conduct.

16          I agree there's some mitigation, Mr. Schwartz.

17   You're not entirely to blame in the sense that you didn't

18   create the lie, you didn't propagate the lie, but you bought

19   into it.

20          And let me say this, Mr. Schwartz.  I appreciate

21   you saying what you said today, but I don't believe it.  Not

22   long after you left this courtroom and were convicted, based

23   on irrefutable video evidence, you called this trial a sham,

24   suggested that the police attacked you, these are your

25   words, I'm not making this up.  "When the police were coming

1    at you, you didn't spray it at anybody, you pointed it up, a

2    couple of test fire shots, and didn't hit anybody."

3              Went close to the tunnel.  Never came into contact

4    with any police, not more than six people away, and then you

5    turned around and went home.

6              Claimed that you were under attack for 20 minutes

7    and you picked up the mace to protect your wife.  Emphasized

8    your Christian values and your conservative principles, and

9    you think that's why you're being prosecuted.

10             Let me assure you, sir, you are not being

11   prosecuted and you haven't been convicted for your values.

12   You're not being prosecuted for your conservative principles

13   or your political beliefs or the person you supported.

14   You've been prosecuted and convicted because you repeatedly

15   broke the law.  It's plain and simple.

16             You can go on these podcasts and claim to be a

17   victim.  Propagate the lie that's what's happening here in

18   Washington, D.C. is unfair and unjust.  Convince people out

19   in the country that you are a political prisoner.

20             You are not a political prisoner, Mr. Schwartz.

21   You're not Alexei Navalny.  You're not somebody who's

22   standing up against injustice, who's fighting against an

23   autocratic regime.  No, that's not you.

24             You're somebody who decided to take the day into

25   his own hands, much in the same way that you have used your

61

1    hands against others for much of your life.

2          The sentence obviously needs to reflect the

3    seriousness of the offense, promote respect for the law, and

4    provide just punishment for the offense.

5          Counsel has suggested that you are a low risk of

6    recidivism, that you've learned your lesson.  Perhaps it's

7    true that these events are not likely to happen again.  But

8    I don't doubt that the odds are pretty good that you may go

9    out and commit another crime.  That's what you've done.

10         This isn't about retribution, it's not about

11   revenge.

12         I agree, Mr. Boyle, that the Guidelines here are

13   vengeful and retributive.  And for that reason, I varied

14   from the Guidelines in nearly every single case I have

15   sentenced somebody from January 6th, because they do result

16   in extraordinarily harsh and inequitable results.

17         But what I am supposed to do is sentence

18   Mr. Schwartz in a manner that is proportionate to his

19   conduct and those of others, and consistent with his

20   criminal history.

21         I have looked at multiple cases before that the

22   government has cited:  *Webster*, *Robertson*, *Khater*,

23   *McCaughey*.

24         Mr. Boyle, I'll tell you, I've not read all 42

25   cases and gone to the dockets in all 42 cases, but I've

1    considered those cases and what you have argued about them.

2         And here's where I come out in terms of

3    considering the conduct.

4         I don't believe any other January 6th defendant,

5    except one, ended up with a final offense level higher than

6    Mr. Schwartz.  It was a 34.

7         Mr. "McCaughey," I guess his name is, "McCaughey,"

8    I'm not sure how to pronounce his name, "McCaughey," he was

9    a 34, Mr. Webster was a 37.  Mr. Webster's 37 was largely

10   driven by the fact that he was wearing a bulletproof vest

11   that day.

12        There's no other defendant that has had four

13   convictions for 111(b), four separate victims or groups of

14   victims, each with a dangerous weapon.  Nobody else is in

15   that category.  Nobody has that many convictions and been

16   convicted of 1512(c)(2).

17        You had a right to go to trial.  I applaud you for

18   not testifying, because others that have, it didn't go well.

19        The two best comparators to your situation are

20   Mr. Webster and Mr. McCaughey.  Mr. Webster, I'm intimately

21   familiar with because I was the trial judge.  Single victim,

22   but an extremely violent assault in which the officer was

23   restrained, his ability to breathe was constricted for some

24   period of time.  A flagpole was used.

25        But Mr. Webster also had obstructed justice by

1    deleting some texts, and he was Criminal History Category I.

2    Had been a police officer and public servant for nearly

3    40 years of his life, and it all went away in the blink of

4    an eye.

5         Mr. McCaughey, two victims, also convicted of

6    1512(c)(2), no obstruction, wasn't boastful about his

7    conduct after the fact like you were.  He did testify at

8    trial, like Mr. Webster did, and it did not go well.  But

9    he, too, Criminal History Category I.

10        Bottom of the Guidelines for Mr. Webster was

11   210 months.  Bottom of the Guidelines for Mr. McCaughey was

12   151 months.  The final sentence for both of them was 120

13   months and 90 months, respectively.

14        Mr. Boyle, you're right, this shouldn't be

15   arbitrary, and I have made every effort to make it not

16   arbitrary.

17        What those two sentences have in common, despite

18   some variances or differences, I should say, is that the

19   judges in those cases varied by 40 percent from the bottom

20   of the Guidelines.  The 90-month sentence -- I'm sorry, the

21   120-month sentence for Mr. Webster was a 42, 43 percent

22   variance; the 90-month sentence for Mr. *McCaughey* was a

23   40 percent variance.

24        So, you're right, this does need to be

25   proportional, it does need to be put in context, and that's

1    exactly what I've tried to do, particularly using those two

2    cases as guardrails.

3            I don't think Mr. Schwartz gets the full

4    40 percent.  His Criminal History Category VI, four victims,

5    four 111(b) convictions.  He's in a different category than

6    just about every other defendant that has come before this

7    Court in this district.

8            Mr. Schwartz, this is the last thing I'll say

9    before I impose sentence.  It's up to you whether you want

10   to take responsibility for your actions.  It's up to you

11   whether you want to express genuine remorse.  You haven't

12   done either.  That's up to you.

13           But put in context when we take account of all the

14   actors who were at the Capitol that day and the chaos that

15   was wrought, you were at the front of the line and the

16   sentence will reflect that.

17           It is the judgment of the Court that you,

18   Mr. Schwartz, will be committed to the custody of the

19   Bureau of Prisons for concurrent terms of 170 months on

20   Count 1, 3, 4, and 7 and 8.  60 months on Count 2;

21   120 months on Counts 9, 10, 11; six months on Counts 12 and

22   13.  All of those counts are to be run concurrently.

23           You are further sentenced to serve concurrent

24   terms of supervised release of 36 months as to Counts 1

25   through 4 and 7 through 11.

1          In addition, you are ordered to pay a special

2     assessment totaling $920 to the Court.

3          While on supervision, you shall abide by the

4     following mandatory conditions, as well as all discretionary

5     conditions recommended by the probation office in part D of

6     the sentencing options of the Presentence Report which are

7     imposed to establish basic expectations for your conduct

8     while on supervision.

9          Those include not committing another federal,

10    state, or local crime, not possessing a controlled

11    substance, you must refrain from any unlawful use of a

12    controlled substance, and subject yourself to drug testing

13    as recommended by Probation.

14         You must cooperate in the collection of DNA, and

15    you must make restitution in the amount of $2,000 to the

16    Architect of the Capitol.

17         I am not going to impose a fine because I am not

18    in any position to determine how the money that was raised

19    was used and whether it was used for legal fees or some

20    other purpose, so I'm not going to impose a fine.

21         You must, however, provide the probation office

22    access to any requested financial information and authorize

23    the release of financial information, which may be shared

24    with the U.S. Attorney's office.

25         You also must not use or possess alcohol.

1           You must submit to substance abuse testing to

2     determine if you have used a prohibited substance.  You must

3     not attempt to obstruct or tamper with the testing methods.

4           The financial obligation to the Court, that is,

5     the $920, is immediately payable to the Clerk of the Court

6     of the District Court for the District of Columbia.  If you

7     have not paid that amount within 30 days of any change of

8     address, you shall notify the Clerk of the Court of the

9     change until such time as the financial obligation is paid

10    in full.

11          The probation office is authorized to release the

12    Presentence Investigation Report to all appropriate

13    agencies, which includes the probation office in the

14    approved district of residence, in order to execute the

15    sentence of the Court.

16          Treatment agencies shall return the Presentence

17    Report to the probation office upon the defendant's

18    completion or termination from treatment.

19          The Court will authorize the transfer of both

20    supervision and jurisdiction over this matter, which means,

21    Mr. Schwartz, you'll be supervised in the jurisdiction of

22    your residence when you are released.

23          You have the right to appeal your convictions of

24    guilt, as well as your sentences to the D.C. Circuit.  Any

25    notice of appeal must be filed within 14 days after the

1    entry of judgment.

2              You also have the right under 28 U.S.C. 2255 to

3    challenge the conviction that has been entered -- excuse me,

4    the convictions that have been entered and the sentences

5    imposed.

6              If you are unable to afford the cost of an appeal,

7    you may request permission from the Court to file an appeal

8    without cost to you.

9              You also may request court-appointed counsel if

10   you are unable to afford counsel for purposes of an appeal.

11             So that'll be the sentence of the Court.

12             Mr. Boyle, do you wish to place any additional

13   objections on the record at this point?

14             MR. BOYLE:  No objections, Your Honor.

15             We would request the Court recommend the federal

16   incarceration facility in Fort Dix, New Jersey.

17   Mr. Schwartz has family members in the New Jersey, New York

18   area, so they would be able to visit and we think it would

19   help his rehabilitation.

20             THE COURT:  Happy to make that recommendation;

21   it will be reflected in the judgment.

22             All right.  Anything else?

23             MS. BOND:  No, Your Honor.

24             THE COURT:  Thank you, all, very much.

25             COURTROOM DEPUTY:  All rise.

1          This Court stands in recess.

2          (Proceedings concluded at 5:08 p.m.)

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 9, 2023_____  

                    William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [5] 3/2 3/5
52/22 52/25 67/25
MR. BOYLE: [10] 3/20
4/18 8/8 8/22 22/25
23/10 24/12 25/21 43/2
67/14
MS. BOND: [18] 3/19
4/17 7/4 17/7 17/11
22/22 23/5 23/17 24/8
25/15 31/25 40/24
41/14 42/8 42/14 42/18
42/25 67/23
SERGEANT GONELL:
[2] 25/24 31/20
THE COURT: [32] 3/4
3/14 3/21 4/19 8/6 8/17
8/23 17/10 17/15 22/23
23/1 23/9 23/14 24/5
24/9 24/23 25/17 25/22
31/19 31/22 40/23
40/25 42/5 42/9 42/17
42/24 43/1 52/14 52/19
53/2 67/20 67/24
THE DEFENDANT: [1]
52/16

$

$2,000 [2] 32/16 65/15
$350,000 [1] 22/1
$71,541 [1] 32/16
$920 [2] 65/2 66/5

'

'victim' [1] 15/19

.

.5 [1] 21/15

1

1.5 [1] 21/17
10 [6] 11/1 19/25 20/16
20/20 20/21 64/21
1050 [1] 2/3
109 [1] 14/10
11 [9] 19/20 20/4 20/11
20/13 20/21 21/3 54/16
64/21 64/25
111 [15] 6/14 7/1 13/10
15/14 17/2 18/4 18/13
20/10 39/10 39/19
39/20 39/21 40/2 62/13
64/5
12 [1] 64/21
120 [2] 42/17 63/12
120 months [1] 64/21
120-month [1] 63/21
1205 [1] 1/18
13 [1] 64/22
14 [4] 18/7 19/5 19/8
66/25
140 [1] 29/17
151 [1] 63/12
1512 [7] 6/23 14/22
14/23 19/8 21/4 62/16
63/6
170 [1] 64/19

18 U.S.C [5] 19/4 19/7
21/4 43/24 50/2
18 United States [2]
18/4 53/7
1900 [1] 2/4
1935 [1] 45/4
199 [1] 4/3
1991 [1] 17/18
1994 [2] 35/12 35/15
1995 [1] 35/17
1997 [1] 35/20
1B1 [1] 9/6
1B1.1 [1] 9/4

2

2.5 [1] 21/19
20 [1] 60/6
200 [1] 4/4
20001 [2] 1/15 2/11
2002 [1] 35/22
20036 [1] 2/4
2004 [2] 14/11 35/24
2006 [1] 16/11
2015 [1] 36/1
2019 [2] 36/3 36/6
202 [4] 1/15 2/4 2/12
4/5
2020 [1] 36/9
2021 [1] 26/11
2023 [2] 1/5 69/7
203 [1] 4/9
21 [1] 21/24
21-178-1 [2] 1/4 3/6
210 months [1] 63/11
2255 [1] 67/2
23 [3] 17/20 17/21
46/11
231 [1] 19/4
24 [2] 19/6 20/11
24-year [1] 45/15
25 [1] 17/24
252-2571 [1] 1/15
2571 [1] 1/15
26 [5] 18/14 21/6 21/8
21/9 21/10
262 [2] 21/24 53/5
27 [1] 21/25
28 [1] 4/23
28 U.S.C [1] 67/2
294 [2] 32/15 40/21
295 [1] 45/4
2:28 [3] 33/14 33/23
55/16
2:30 [2] 18/18 57/3
2:33 [2] 18/18 57/3
2:35 [2] 18/22 57/15
2A1.2 [1] 14/8
2A2.2 [7] 9/3 9/11
12/14 18/5 19/5 20/6
20/8
2A2.4 [1] 20/5

3

30 [1] 45/1
30 days [1] 66/7
302s [1] 24/16
31 [5] 19/18 21/4 21/5

3249 [1] 2/12
327 [3] 21/25 22/4 53/5
333 [1] 2/11
34 [3] 21/22 62/6 62/9
35 [3] 5/17 5/19 5/20
35,000 [1] 22/1
354-3249 [1] 2/12
3553 [6] 40/9 40/16
43/24 47/10 50/2 53/7
36 [1] 64/24
37 [2] 62/9 62/9
38 [3] 17/18 35/5 38/3
39th [1] 38/5
3:15 [1] 1/6
3A1.2 [5] 12/8 12/10
12/15 12/17 14/21
3D1.2 [1] 15/17 15/18

4

40 [3] 38/18 38/25
63/19
40 percent [2] 63/23
64/4
40 years [1] 63/3
42 [4] 54/23 61/24
61/25 63/21
43 [1] 63/21
430-1900 [1] 2/4
45 [1] 54/23
46 [3] 54/24 56/25
57/16
461 [1] 16/11
47 [1] 55/1
472-7351 [1] 1/20
49 [1] 53/23
4:33 [1] 52/24
4:41 [1] 52/24

5

500 [1] 2/3
528 [1] 16/12
54 [2] 40/8 50/7
558 [1] 14/10
59 [1] 6/4
5:08 [1] 68/2

6

60 [1] 64/20
601 [1] 1/14
61 [2] 6/11 12/4
67 [1] 6/8
69 [1] 6/13
6th [19] 26/11 30/1
30/12 30/19 31/4 32/19
34/20 36/12 37/19
38/15 43/12 46/25 47/3
47/11 49/14 51/22 52/1
61/15 62/4

7

700 [1] 1/19
7351 [1] 1/20
75 [1] 6/8
76 [1] 16/11
77 [1] 6/14
78 [1] 45/4
79412 [1] 1/19
7th [1] 56/15

8

806 [1] 1/20
83 [1] 6/8
85 [1] 6/14

9

90 [1] 63/13
90-month [2] 63/20
63/22
957 [1] 16/13

A

A.G [1] 4/7
A1.2 [2] 12/8 12/9
abandoned [1] 57/15
abetted [1] 29/6
abide [1] 65/3
ability [1] 62/23
able [5] 16/9 34/15
49/16 51/21 67/18
about [38] 3/24 4/20
5/24 6/2 7/7 10/17 17/3
19/2 23/19 24/21 24/22
24/22 33/10 33/15 34/6
34/6 34/7 34/11 34/12
34/16 38/18 39/23
42/16 43/18 44/6 46/20
46/21 49/3 50/14 55/8
55/25 56/11 57/20
61/10 61/10 62/1 63/6
64/6
above [2] 37/7 69/4
above-titled [1] 69/4
abscondence [1] 55/4
absent [1] 41/10
absolute [1] 33/3
absolutely [3] 32/22
37/9 38/4
abundantly [1] 7/12
abuse [4] 5/18 31/9
54/4 66/1
abusing [1] 5/22
acceptance [1] 38/23
accepted [1] 38/21
accepting [1] 17/11
access [1] 65/22
accompanying [1]
13/1
account [6] 14/23
19/17 22/16 42/10
49/24 64/13
accountability [5]
31/12 43/21 43/22
43/24 44/2
accountable [6] 12/22
26/9 27/8 27/11 27/12
30/11
accounting [3] 41/7
41/9 41/20
accounts [1] 13/10
accurate [2] 5/21 5/21
achieve [2] 40/16 53/9
acknowledge [3] 43/15
48/24 58/13
act [1] 51/17
acted [1] 47/25
actions [10] 26/1 27/11
29/9 29/13 37/4 47/22

8/11 58/10 58/11
64/10
active [1] 26/18
actors [2] 34/25 64/14
acts [3] 19/22 20/2
48/20
actual [1] 13/7
actually [14] 5/8 6/23
12/5 14/25 20/9 23/18
23/24 35/9 38/8 39/5
44/19 50/18 50/19 56/1
add [3] 7/9 21/11 26/23
added [3] 18/9 21/15
21/20
adding [1] 7/21
addition [4] 31/25 50/3
53/6 65/1
additional [11] 13/24
17/22 18/11 18/13
19/10 21/11 21/15
21/17 21/19 26/23
67/12
address [3] 8/25 17/7
66/8
adequate [1] 53/16
admission [3] 53/23
adult [2] 29/15 36/18
affected [1] 15/21
afford [3] 53/16 67/6
67/10
Afghanistan [1] 46/14
after [7] 27/6 28/18
39/17 56/16 59/22 63/7
66/25
afternoon [7] 3/5 3/14
3/15 3/17 23/25 25/24
55/16
again [15] 7/21 11/17
13/10 29/3 29/21 36/7
37/21 39/23 40/1 44/22
48/16 49/15 51/24
52/25 61/7
against [13] 13/3 22/18
33/11 33/13 35/3 37/16
54/25 56/13 58/3 58/24
60/22 60/22 61/1
age [4] 54/23 54/23
54/24 55/1
agencies [4] 16/15
16/21 66/13 66/16
aggravated [3] 13/2
13/12 20/6
aggravating [1] 48/23
ago [3] 23/20 45/2 45/9
agree [3] 8/16 59/16
61/12
agreed [1] 15/2
agrees [1] 7/14
ahead [1] 28/24
aid [2] 4/4 4/9
aided [2] 2/14 29/6
aimed [1] 55/17
alcohol [2] 54/5 65/25
Alexei [1] 60/21
alienation [1] 58/17
all [56] 3/2 3/14 3/16
3/21 4/20 5/24 6/14 7/5
7/8 8/10 8/17 8/24 9/21

Case 1:21-cr-00478-APM   Document 123   Filed 05/12/23   Page 71 of 82

**A**

all... **[43]** 10/24 15/15
16/6 16/7 17/1 18/1
18/3 19/19 22/20 22/23
23/1 31/24 32/1 34/5
34/12 35/2 36/16 38/24
40/20 43/11 45/8 47/16
52/19 52/20 52/22
52/25 53/6 55/5 55/12
56/17 57/13 58/1 58/16
61/24 61/25 63/3 64/13
64/22 65/4 66/12 67/22
67/24 67/25

All right **[2]** 31/24
52/20

allegation **[1]** 48/10

alleged **[1]** 47/17

allocution **[1]** 23/2

allocutions **[1]** 4/1

allow **[2]** 25/18 41/17

allowing **[1]** 25/25

almost **[2]** 11/7 34/3

along **[5]** 25/20 29/9
29/23 34/20 55/2

already **[5]** 13/15 19/15
20/8 32/13 50/5

also **[21]** 4/8 10/14
12/2 12/16 13/16 15/16
19/25 24/6 27/20 34/1
34/16 39/12 39/16
39/20 39/21 59/13
62/25 63/5 65/25 67/2
67/9

altercation **[2]** 14/13
14/15

although **[3]** 18/25
47/22 48/17

always **[2]** 44/7 51/13

am **[3]** 61/17 65/17
65/17

AMERICA **[2]** 1/3 3/6

Americans **[3]** 30/16
44/5 51/16

AMIT **[2]** 1/10 3/3

among **[5]** 25/11 32/22
34/24 43/6 50/3

amount **[6]** 14/5 41/2
41/3 42/4 65/15 66/7

another **[12]** 13/4
17/24 29/6 30/12 32/11
32/12 35/10 35/17
36/13 50/13 61/9 65/9

answer **[1]** 8/19

Antonio **[1]** 26/3

any **[37]** 5/14 8/9 10/7
13/6 13/22 23/12 23/13
23/16 24/10 27/18
31/20 34/10 36/14 38/6
40/12 41/4 41/17 43/7
44/14 46/9 48/10 48/14
48/15 48/18 49/13
51/14 52/1 53/17 59/9
60/4 62/4 65/11 65/18
65/22 66/7 66/24 67/12

anybody **[4]** 7/2 22/21
60/1 60/2

anymore **[1]** 51/9

anyone **[3]** 30/13 45/18

anyone's **[1]** 45/18

anything **[5]** 4/15 5/23
17/5 22/21 67/22

apologies **[1]** 15/18

apologize **[2]** 17/13
26/8

App'x **[1]** 14/10

appalling **[1]** 32/19

apparently **[3]** 46/5
48/9 58/10

appeal **[5]** 66/23 66/25
67/6 67/7 67/10

appeals **[2]** 44/22
44/22

APPEARANCES **[2]**
1/12 1/21

applaud **[1]** 62/17

applicable **[1]** 18/5

applied **[1]** 6/4

applies **[5]** 8/15 12/10
12/17 13/2 14/21 16/19
19/16

apply **[6]** 6/17 6/18
12/15 12/16 13/9 31/18

appointed **[1]** 67/9

appreciate **[1]** 31/22
59/20

approach **[1]** 28/15

approaches **[1]** 57/25

approaching **[1]** 57/11

appropriate **[6]** 7/9
15/3 17/1 17/2 43/25
66/12

approved **[1]** 66/14

approximation **[1]**
40/15

Aquilino **[2]** 23/6 26/3

arbitrary **[3]** 50/19
63/15 63/16

Architect **[1]** 65/16

are **[90]**

area **[6]** 18/19 24/4
45/1 51/1 56/24 67/18

aren't **[4]** 38/20 39/1
54/21 58/18

argue **[1]** 42/20

argued **[2]** 22/6 62/1

argument **[2]** 8/9 15/14

arguments **[1]** 40/11

arm **[1]** 57/16

armed **[1]** 37/12

Army **[1]** 26/4

around **[4]** 24/25 25/12
57/3 60/5

arrest **[2]** 36/4 45/25

arrested **[2]** 48/21 55/7

arriving **[1]** 55/10

articulated **[1]** 13/15

as **[99]**

aside **[2]** 43/3 51/21

ask **[5]** 32/12 41/19
41/19 41/23 52/3

asked **[3]** 8/18 41/2
47/13

asking **[4]** 30/9 32/14
42/6 43/19

asks **[1]** 40/5

assault **[3]** 12/23
13/3 13/12 20/6 26/21
26/22 26/24 27/8 29/8
33/25 34/1 34/2 34/4
35/22 35/24 36/5 39/10
54/19 57/19 62/22

assaulted **[1]** 12/24

assaulting **[2]** 5/22
26/14

assaultive **[3]** 7/1
54/17 54/17

assaults **[5]** 5/12 33/9
34/24

asserts **[1]** 6/14

assessment **[1]** 65/2

assisted **[1]** 11/13

assuming **[1]** 22/14

assure **[3]** 31/13 31/14
60/10

atoning **[1]** 27/19

attack **[3]** 30/16 51/10
60/6

attacked **[2]** 31/17
59/24

attempt **[1]** 66/3

attempting **[1]** 55/17

attorney **[4]** 41/23 45/5

ATTORNEY'S **[5]** 1/13
45/1 45/2 45/10 65/24

attorneys **[1]** 41/25
42/2

authority **[2]** 31/14
41/8

authorize **[2]** 65/22
66/19

authorized **[1]** 66/11

autocratic **[1]** 60/23

available **[1]** 53/19

Ave **[1]** 2/3

Avenue **[2]** 1/18 2/11

avoid **[1]** 53/20

avoiding **[1]** 50/4

aware **[5]** 23/18 24/14
24/17 34/19 50/6

away **[2]** 60/4 63/3

**B**

back **[7]** 17/18 20/13
29/22 48/20 52/21
55/22 55/24

background **[1]** 51/4

backwards **[1]** 28/24

bad **[1]** 51/6

bag **[2]** 28/18 56/25

bags **[1]** 56/17

barely **[1]** 30/4

Barrett **[1]** 2/10

base **[5]** 18/6 18/23
19/5 19/8 24/2

based **[8]** 6/25 11/21
12/10 12/14 15/6 21/23
40/11 59/22

baseline **[1]** 50/11

basic **[1]** 6/7

basics **[1]** 44/22

basis **[6]** 12/5 23/16
37/9 38/10 40/7 43/25

baton **[1]** 29/13

assault **[23]**
13/3 13/12 20/6 26/21

battery **[4]** 26/17 35/5
35/17 35/20

bay **[1]** 55/18

be **[61]** 3/4 6/2 6/15
6/23 7/2 8/7 9/12 12/6
12/8 15/20 16/5 19/11
22/4 24/13 25/18 27/16
30/13 30/14 37/24 38/2
38/6 38/12 39/6 41/21
42/1 42/9 42/16 42/21
42/22 43/11 43/19
43/23 44/11 45/22 46/3
46/21 47/10 49/16 50/8
50/12 51/15 52/15
52/21 53/1 53/2 53/5
55/20 58/4 59/12 60/16
63/14 63/24 63/25
64/18 64/22 65/23
66/21 66/25 67/11
67/18 67/21

bear **[1]** 48/5

bears **[1]** 7/16

beaten **[1]** 31/6

became **[1]** 24/14

because **[44]** 6/15 6/19
9/21 12/10 13/10 15/15
16/7 18/15 19/10 19/20
19/25 20/10 20/14
20/16 20/21 20/24
21/16 22/8 24/6 26/1
26/7 28/3 28/13 30/20
30/21 31/9 32/5 32/5
32/7 35/2 37/14 37/23
38/20 38/23 44/18
47/13 47/14 47/25
58/10 60/14 61/15
62/18 62/21 65/17

becomes **[2]** 44/9
50/19

been **[28]** 5/7 5/15 6/1
6/4 10/9 13/23 15/8
22/13 27/10 30/1 35/3
38/22 40/14 41/11
41/12 43/8 48/9 48/25
51/21 54/4 54/6 59/5
60/11 60/14 62/15 63/2
67/3 67/4

beer **[1]** 35/21

before **[18]** 1/10 7/2
17/5 20/3 37/5 37/14
39/17 41/22 42/3 43/4
43/10 43/14 48/25
51/13 54/13 61/21 64/6
64/9

begin **[4]** 22/23 23/2
53/21 55/9

begins **[1]** 57/12

behalf **[2]** 3/11 36/24

behavior **[4]** 7/1 27/3
54/17 54/18

behind **[5]** 5/7 31/15
34/13 56/17 56/24

being **[18]** 5/8 5/9 6/25
17/8 18/16 23/5 23/13
27/7 30/6 31/23 36/17
36/22 58/17 58/17
58/18 60/9 60/10 60/12

belief **[1]** 51/14

beliefs **[1]** 60/13

believe **[15]** 8/10 12/23
19/16 23/7 29/19 34/13
42/15 47/9 47/21 49/25
50/8 51/16 56/1 59/21
62/4

believed **[2]** 47/19
51/13

below **[1]** 57/11

bench **[1]** 39/17

benefit **[3]** 36/22 47/25
59/10

Berger **[1]** 45/3

best **[2]** 27/5 62/19

betrayed **[1]** 51/7

better **[2]** 26/17 28/5

between **[4]** 18/18
21/18 42/12 57/3

big **[3]** 39/9 40/1 42/14

biting **[1]** 36/10

bjasari **[1]** 2/6

black **[1]** 55/21

blame **[1]** 51/7

Blerina **[2]** 2/2 3/10

blinded **[2]** 13/19
13/23

blink **[1]** 63/3

blow **[1]** 48/6

boastful **[1]** 63/6

bodily **[22]** 6/20 7/22
8/14 9/5 9/6 9/8 9/14
9/17 9/18 10/1 11/18
11/24 11/25 12/4 12/20
13/6 13/8 13/14 14/5
14/14 14/19 45/19

body **[2]** 10/4 58/2

Bond **[7]** 1/13 3/8 8/6
23/16 31/24 40/23
42/24

both **[6]** 7/25 28/5
32/17 54/4 63/12 66/19

bottom **[3]** 63/10 63/11
63/19

bought **[1]** 59/18

bouncing **[1]** 36/19

Boy **[1]** 44/13

Boyle **[15]** 2/2 3/10 8/7
8/18 24/10 41/6 41/19
42/1 43/1 52/14 58/15
61/12 61/24 63/14
67/12

bragged **[3]** 33/20
34/16 56/11

bragging **[4]** 34/6 34/6
34/7 34/11

breached **[1]** 29/21

break **[2]** 47/24 56/8

breaking **[2]** 26/21
27/16

breathe **[1]** 62/23

briefly **[1]** 8/8

bring **[4]** 37/4 48/5
48/8 59/11

broadly **[1]** 45/11

broke **[2]** 35/19 60/15

Brown **[5]** 11/23 15/13
50/6 57/23 57/24

Brown's **[3]** 11/5 11/12

**B**

Brown's... [1] 50/8
building [4] 11/16
29/10 31/8 59/13
bulletproof [1] 62/10
Bureau [1] 64/19
bursts [2] 10/22 11/4

**C**

C.B [1] 18/20
calculated [1] 17/20
calculating [1] 8/4
calculation [10] 5/25
7/19 7/20 17/6 17/8
18/2 20/8 20/9 49/22
54/16
calculations [1] 20/21
call [1] 46/10
called [2] 21/13 59/23
calling [1] 21/7
came [10] 9/25 29/12
37/12 37/13 39/25
47/11 47/12 47/14
48/15 60/3
can [19] 5/10 8/19 8/19
9/12 12/7 14/23 27/15
27/20 27/25 31/13
31/14 41/12 42/9 44/18
55/20 56/23 57/6 58/4
60/16
canister [8] 16/2 18/21
25/3 25/3 57/16 57/17
57/22 57/24
canisters [8] 4/23 5/7
5/8 5/15 11/23 25/8
29/3 57/1
cannot [2] 37/24 42/21
capable [5] 8/12 9/4
9/16 11/19 11/25
Capitol [17] 4/7 11/16
26/4 26/10 26/15 29/5
30/15 32/23 45/20
47/16 48/4 48/8 55/11
58/21 59/12 64/14
65/16
capped [2] 22/3 22/5
captures [1] 57/16
care [2] 53/18 53/25
career [2] 36/14 36/17
carefully [2] 42/11 49/4
carrying [1] 25/3
case [33] 3/6 14/9
14/16 14/19 15/23 16/9
17/24 18/10 22/7 32/2
37/5 37/10 39/8 39/16
40/18 41/22 43/22
44/17 44/19 44/25 45/3
46/9 48/23 49/11 49/13
49/18 49/22 49/22 50/7
50/17 52/4 52/10 61/14
cases [21] 16/17 24/18
24/18 32/10 37/19
38/15 38/19 40/17
42/12 44/1 46/25 47/1
47/4 49/11 51/23 61/21
61/25 61/25 62/1 63/19
64/2
category [7] 17/25
64/4 64/5
Category I [2] 63/1
63/9
Category VI [1] 64/4
caught [2] 26/14 37/11
cause [4] 12/23 45/18
45/18 59/5
caused [4] 10/5 48/18
52/17 59/8
causes [1] 10/17
causing [2] 10/1 11/25
central [1] 18/19 57/3
certainly [8] 7/4 8/11
11/21 18/22 22/15
40/13 41/21 50/10
Certified [1] 2/9
certify [1] 69/2
CH [1] 2/10
chair [38] 6/5 6/10 7/24
7/25 9/2 9/13 9/13 9/19
9/22 9/22 9/23 10/1
10/9 10/16 12/3 15/7
16/5 18/16 19/21 20/15
28/8 33/13 33/15 33/16
33/17 33/21 33/21
33/23 34/7 48/3 48/7
55/16 55/23 56/3 56/7
56/10 56/12 56/16
challenge [1] 67/3
chambers [1] 4/6
chance [4] 29/20 30/17
30/18 49/13
chances [1] 27/15
change [2] 66/7 66/9
changed [3] 27/21 28/5
58/22
chanting [1] 58/5
chaos [5] 28/23 30/2
33/3 59/5 64/14
Chapter [1] 12/13
character [1] 35/2
characteristics [4]
20/23 35/1 53/13 53/22
charge [2] 14/22 14/23
charged [2] 44/15
56/17
child [1] 53/24
children [1] 54/1
choice [1] 38/6
chose [2] 27/22 28/8
Christian [1] 60/8
cigarette [1] 35/13
Circuit [4] 14/11 14/11
16/12 66/24
circulated [1] 4/11
circumstance [1] 14/7
circumstances [10]
9/20 13/2 13/11 13/22
14/16 16/19 32/21
51/19 51/20 53/12
cited [1] 67/12
cites [1] 12/9
citizens [1] 46/19
civic [1] 47/14
civil [1] 19/4
civilians [1] 27/14
claim [1] 60/16
clear [3] 7/12 22/10
51/15
clearly [6] 5/1 13/11
15/5 45/21 47/23 48/10
Clerk [2] 66/5 66/8
close [1] 60/3
co [1] 48/16
co-defendants [1]
48/16
Code [2] 18/4 53/7
collapsing [2] 33/18
33/24
colleagues [5] 28/9
29/4 30/5 31/5 31/16
collect [1] 16/6
collection [1] 65/14
Collins [1] 27/5
colloquial [1] 36/16
color [2] 5/13 5/14
COLUMBIA [3] 1/1
1/14 66/6
combat [1] 55/19
combined [1] 21/18
come [12] 24/19 33/7
47/13 47/16 49/16 51/1
53/1 54/13 56/6 59/1
62/2 64/6
comes [2] 37/18 51/2
coming [4] 33/17 56/4
57/17 59/25
comment [1] 9/11
commentary [3] 13/1
13/5 15/18
comments [1] 37/7
Commission [2] 15/1
15/2
commit [3] 9/14 11/24
61/9
committed [4] 13/3
33/8 55/3 64/18
committing [2] 17/23
65/9
common [8] 15/16
19/23 19/23 20/18
20/18 27/4 36/16 63/17
community [4] 38/9
38/11 38/13 42/21
comparable [1] 16/10
comparably [1] 22/18
comparator [2] 39/3
39/3
comparators [3] 38/14
38/25 62/19
compared [1] 40/4
compelling [1] 45/7
completely [2] 7/14
42/18
completion [1] 66/18
computer [1] 2/14
computer-aided [1]
2/14
concern [1] 50/25
concerns [2] 7/7 40/25
concluded [1] 5/1 68/2
conclusion [1] 5/3
concrete [1] 19/12
concurrent [2] 64/19
concurrently [1] 64/22
concussion [1] 10/10
conditions [2] 65/4
65/5
conduct [34] 7/1 11/14
11/19 12/17 12/18
12/21 14/22 14/22 15/6
16/23 19/14 20/22 34/6
34/18 34/19 35/12 37/9
38/16 41/13 46/6 47/3
47/6 47/6 47/8 50/8
55/8 56/1 56/20 57/22
59/15 61/19 62/3 63/7
65/7
confidence [1] 50/22
confirm [1] 8/19
confusion [1] 22/4
Congress [4] 8/15 20/1
20/17 31/15
connected [1] 19/22
20/18 54/6
Connecticut [1] 2/3
consequences [1]
56/10
consequent [1] 21/23
conservative [1] 60/8
60/12
consider [7] 13/17
22/16 25/20 40/3 53/6
53/11 53/19
considered [3] 16/17
47/10 62/1
considering [2] 38/17
62/3
consistent [7] 5/13
11/24 14/17 22/3 35/3
51/22 61/19
conspiracy [1] 44/16
Constitution [2] 2/11
26/15
constricted [1] 62/23
contact [2] 23/12 60/3
contacted [1] 23/20
contain [1] 5/16
containing [1] 4/24
contends [1] 4/25
context [3] 58/15 63/25
64/13
continue [6] 20/4 27/8
27/12 29/24 36/25
47/20
continued [2] 2/1 29/5
continuum [2] 34/21
34/24
contrast [1] 39/13
contribute [1] 59/4
contributed [1] 33/17
contributing [1] 58/2
controlled [2] 65/10
65/12
controversy [1] 45/6
convicted [13] 34/9
36/6 39/19 39/20 43/14
43/17 48/2 55/5 59/22
60/11 60/14 62/16 63/5
conviction [22] 5/22
12/12 12/13 18/12
convictions [15] 17/18
17/20 17/21 17/22 35/5
35/7 36/18 37/15 38/3
54/6 62/13 62/15 64/5
66/23 67/4
Convince [1] 60/18
cooperate [1] 65/14
cop [1] 56/12
cops [1] 56/16
corner [4] 29/2 33/14
33/24 55/11
correct [5] 5/23 25/14
69/3
correctly [2] 5/13
10/25
cost [3] 19/13 67/6
67/8
could [7] 5/8 10/5 10/6
10/9 41/21 42/2 42/16
couldn't [3] 28/3 28/21
28/23
counsel [8] 3/14 6/2
37/3 38/18 43/2 61/5
67/9 67/10
counsels' [1] 8/4
count [26] 6/23 17/22
18/12 18/14 18/15
18/16 18/17 18/21 19/2
19/4 19/7 19/7 20/20
21/1 21/3 21/3 21/4
21/8 21/9 21/10 21/12
21/19 22/2 45/20 64/20
64/20
Count 1 [3] 18/16
20/20 64/20
Count 2 [2] 19/4 21/4
Count 3 [2] 18/17 21/8
Count 4 [2] 18/21 21/9
Count 7 [2] 19/2 21/10
counted [2] 16/15 35/9
country [7] 29/25
46/17 46/22 48/1 50/21
50/21 60/19
country's [1] 59/6
counts [23] 6/14 7/1
15/15 17/12 18/3 18/6
19/19 19/25 20/4 20/5
20/9 20/11 20/16 20/20
20/24 21/13 21/14
21/19 22/5 64/21 64/21
64/22 64/24
Counts 1 [2] 18/3
64/24
Counts 12 [1] 64/21
Counts 3 [2] 20/24
21/14
couple [5] 4/11 4/21
10/21 49/2 60/2
course [14] 7/8 7/21
12/25 13/4 15/10 16/4
33/4 33/13 34/4 34/10
39/8 39/13 41/16 41/25
court [44] 1/1 2/8 2/10

## C

court... **[41]** 3/2 8/11 14/23 16/11 16/13 23/25 27/9 32/23 34/19 37/5 40/2 41/19 42/3 42/3 43/2 43/14 45/24 50/6 50/9 50/10 51/23 52/3 52/8 52/12 52/23 52/25 54/13 64/7 64/17 65/2 66/4 66/5 66/6 66/8 66/15 66/19 67/7 67/9 67/11 67/15 68/1
**Court's [1]** 17/3
**court-appointed [1]** 67/9
**courthouse [1]** 43/3
**courtroom [3]** 3/12 31/4 59/22
**courts [2]** 46/25 51/20
**covered [1]** 28/22
**CR [1]** 1/4
**create [2]** 6/19 13/14 14/7 14/19 59/18
**created [1]** 13/23
**creating [3]** 12/3 12/18 12/19
**credence [1]** 46/10
**credit [1]** 41/17
**crime [2]** 61/9 65/10
**crimes [2]** 30/10 45/22
**criminal [21]** 3/6 17/17 19/23 20/18 21/24 26/19 32/19 36/14 36/17 36/21 38/24 39/12 39/15 39/24 40/2 42/10 54/13 61/20 63/1 63/9 64/4
**criticism [1]** 45/12
**crowd [5]** 46/6 55/18 56/2 56/8 58/1
**CRR [2]** 69/2 69/8
**crumbling [1]** 51/13
**crushed [1]** 58/6
**current [1]** 51/7
**custody [1]** 64/18
**cycle [2]** 50/24 52/9

## D

**D.C [6]** 1/5 2/4 2/11 47/11 59/1 60/18
**D.C. [1]** 66/24
**D.C. Circuit [1]** 66/24
**D.P [1]** 18/17
**damage [1]** 52/17
**damages [1]** 48/18
**dangerous [16]** 5/3 6/5 6/7 7/7 7/9 9/2 9/3 9/11 9/20 10/12 10/16 18/8 19/5 20/22 44/5 62/14
**dangerous-weapon [1]** 7/7
**dare [1]** 54/12
**data [2]** 22/8 22/15
**Date [1]** 69/7
**dating [1]** 17/18
**day [27]** 13/22 14/2 16/8 26/1 27/22 28/2 30/5 30/25 31/2 31/14

34/25 46/3 47/20 48/5 50/9 55/14 56/20 58/8 58/11 58/25 60/24 62/11 64/14
**days [2]** 66/7 66/25
**dboyle [1]** 2/5
**DC [1]** 1/15
**deadly [3]** 26/21 35/24 54/19
**dealing [1]** 7/12
**death [5]** 9/5 9/16 9/17 11/18 45/18
**deaths [1]** 46/15
**decades [2]** 44/12 45/9
**decide [1]** 50/10
**decided [5]** 29/24 57/2 59/2 59/4 60/24
**decides [1]** 42/4
**decision [1]** 48/12
**decisions [1]** 37/1
**declined [1]** 41/17
**deeply [1]** 53/25
**defendant [13]** 1/7 2/2 3/12 6/14 12/21 12/22 26/1 30/7 53/13 53/17 62/4 62/12 64/6
**defendant's [2]** 4/8 66/17
**defendants [3]** 34/20 41/2 48/16
**defended [1]** 30/14
**defense [17]** 3/10 4/18 4/22 4/25 7/6 8/3 22/6 22/25 37/3 37/3 38/18 40/6 40/10 41/23 41/25 42/2 54/8
**differentiate [1]** 28/25
**define [1]** 36/15
**defined [1]** 12/1
**defines [2]** 9/6 13/5
**definition [2]** 9/3 14/8
**degree [3]** 35/22 35/23 36/6
**deleting [1]** 63/1
**democracy [2]** 26/15 58/24
**Dennis [2]** 2/2 3/10
**Dennis Boyle [1]** 3/10
**dennisboylelegal.com [2]** 2/5 2/6
**Department [5]** 44/7 44/8 44/23 45/11 45/12
**deployed [3]** 11/22 11/23 29/3
**described [2]** 33/2 33/3
**describes [1]** 13/5
**description [2]** 4/23 17/19
**desecrate [1]** 30/24
**desecrating [1]** 30/14
**deserve [1]** 27/18
**desire [1]** 52/6
**despite [3]** 27/23 46/15 63/17
**detailing [1]** 27/20
**deter [1]** 30/10
**determinations [1]**

**determine [3]** 41/3 65/18 66/2
**determined [1]** 53/4
**deterred [2]** 37/25 42/21
**deterrence [4]** 37/18 37/20 37/22 53/16
**developed [2]** 40/14
**devoted [1]** 26/5
**diagnosed [1]** 33/5
**did [35]** 4/16 6/19 9/17 10/11 10/15 10/16 11/2 13/12 13/14 14/7 14/19 15/12 15/13 17/7 24/15 27/22 28/11 32/1 34/14 39/20 41/23 45/18 45/18 45/21 47/20 47/24 48/5 48/6 48/6 48/8 50/9 59/11 63/7 63/8 63/8
**didn't [12]** 17/13 28/13 34/9 48/15 59/9 59/12 59/12 59/17 59/18 60/1 60/2 62/18
**died [2]** 31/1 46/13
**differ [1]** 7/20
**difference [3]** 7/18 38/6 42/14
**differences [2]** 42/12 63/18
**different [14]** 7/13 7/20 16/15 16/18 18/15 21/5 25/12 33/11 33/12 38/19 40/3 49/11 51/2 64/5
**differentiate [1]** 28/25
**difficult [3]** 13/20 44/10 51/20
**difficulty [1]** 41/14
**direct [1]** 14/15
**directed [4]** 11/6 16/23 46/18 48/21
**directing [1]** 57/7
**direction [1]** 28/19
**directly [13]** 5/11 11/18 11/10 11/11 15/9 15/9 15/21 19/1 33/16 33/17 33/23 34/3 57/18
**directs [1]** 20/6
**disaffected [1]** 58/17
**disagree [2]** 8/3 15/17
**disagrees [2]** 7/5 40/10
**discarded [1]** 48/9
**discomfort [1]** 59/8
**discovery [1]** 23/11
**discretionary [1]** 65/4
**discussed [1]** 19/15
**disinterest [1]** 32/5
**disorder [1]** 19/4
**disorderly [1]** 35/12
**disparities [3]** 50/4 50/5 53/20
**dispute [1]** 6/3
**disputes [3]** 3/24 4/21 17/4
**disqualify [1]** 10/12
**disrupt [1]** 52/8

**disrupted [2]** 45/20 56/4
**distance [3]** 9/21 9/24 56/4
**distinct [1]** 39/23
**distinction [1]** 40/1
**distinctions [1]** 39/9
**district [11]** 1/1 1/1 1/10 1/14 1/18 16/11 16/13 64/7 66/6 66/6 66/14
**disturbing [1]** 58/7
**divided [2]** 46/22 50/21
**Dix [1]** 67/16
**DNA [1]** 65/14
**do [30]** 3/22 8/7 8/9 10/14 14/7 14/17 20/24 23/5 23/16 27/4 27/4 27/12 27/23 27/23 27/25 29/20 30/24 32/4 33/8 34/12 40/18 41/23 41/24 42/22 52/16 59/3 61/15 61/17 64/1 67/12
**do you [2]** 8/7 67/12
**do you have [1]** 23/16
**dockets [1]** 61/25
**does [5]** 5/21 9/19 10/12 27/18 39/2 46/9 51/8 52/15 63/24 63/25
**doesn't [1]** 59/10
**doing [5]** 14/1 29/15 37/12 37/14 58/20
**DOJ [1]** 1/17
**DOJ-USAO [1]** 1/17
**domestic [5]** 5/18 36/5 36/9 38/1 54/25
**dominant [1]** 38/2
**don't [19]** 5/14 5/23 8/14 12/5 14/15 23/3 31/10 38/23 40/17 41/7 41/8 42/20 51/14 52/10 58/18 59/21 61/8 62/4 64/3
**Donald [2]** 50/23 52/4
**Donald Trump [2]** 50/23 52/4
**done [8]** 7/15 12/19 20/8 37/14 44/9 57/20 61/9 64/12
**door [1]** 11/15 58/6
**doors [1]** 31/9
**doubt [6]** 10/5 25/7 46/20 46/21 56/9 61/8
**doused [1]** 28/18
**down [3]** 9/25 28/23 56/4
**downward [1]** 54/25
**dozens [2]** 31/7 58/3
**dramatic [1]** 42/13
**dramatically [1]** 40/3
**drenching [1]** 28/19
**driven [1]** 62/10
**drop [1]** 28/4
**drug [1]** 65/12
**drugs [1]** 26/20
**due [3]** 28/1 28/23 29/13
**duffel [1]** 56/17
**during [5]** 10/20 10/24

24 23/23 25/1
**duty [1]** 47/14

## E

**each [14]** 7/23 13/10 18/6 18/10 18/12 18/14 18/15 21/13 21/15 21/15 22/2 25/3 33/2 62/14
**earlier [1]** 57/9
**earn [1]** 51/10
**earned [2]** 54/1 54/3
**echoes [1]** 44/20
**educational [1]** 53/18
**effectively [1]** 45/17
**effort [1]** 63/15
**eight [1]** 21/16
**either [3]** 25/12 46/22 64/12
**elected [3]** 27/1 30/18 44/22
**election [1]** 49/19
**electoral [1]** 45/20
**element [1]** 35/6
**eleventh [1]** 24/13
**Ellipse [1]** 55/10
**eloquently [1]** 58/15
**else [6]** 4/15 17/5 22/21 22/21 62/14 67/22
**Email [4]** 1/16 1/20 2/5 2/6
**emailed [1]** 23/25
**embodies [1]** 20/21
**emerge [1]** 17/22
**emits [1]** 11/7
**emitted [3]** 5/2 5/9 25/8
**emotion [1]** 44/23
**emotions [2]** 44/20 51/21
**emphasize [1]** 33/8
**emphasized [2]** 54/8 60/7
**empirical [4]** 22/8 22/13 22/15 40/11
**employee [1]** 12/11
**end [2]** 34/23 47/7
**ended [2]** 56/19 62/5
**endure [1]** 30/8
**enduring [1]** 27/24
**enemies [1]** 46/17
**enforcement [9]** 6/16 12/24 13/3 13/13 15/16 16/8 19/21 20/15 46/18
**engaged [3]** 28/17 55/19 55/20
**enhancement [20]** 6/4 6/6 6/10 6/11 6/18 6/24 7/7 7/22 8/13 9/1 12/3 12/5 12/7 12/17 13/9 14/14 14/21 15/2 19/16 20/11
**enough [3]** 38/4 56/21 57/15
**enrichment [1]** 41/4
**enter [1]** 59/12
**entered [3]** 29/6 45/20 56/23 67/3 67/4

**E**

entering [1] 26/21
entire [2] 33/22 35/4
entirely [2] 7/9 59/17
entity [1] 30/15
entrance [2] 57/21 58/4
entry [2] 11/16 67/1
environment [1] 58/16
episode [1] 36/13
equally [1] 16/19
era [1] 45/12
especially [2] 10/18 19/12
essentially [2] 22/7 55/13
establish [2] 14/17 65/7
established [1] 5/15
even [11] 13/9 13/23 19/16 42/10 45/10 45/12 45/17 45/19 47/5 49/15 51/19
event [2] 27/21 31/3
events [5] 43/12 49/14 51/25 58/7 61/7
ever [4] 24/18 37/20 49/15 52/2
every [6] 34/11 34/13 36/22 61/14 63/15 64/6
everybody [2] 3/18 43/12
everyone [3] 3/4 52/20 53/2
everything [2] 30/13 51/13
evidence [11] 5/5 7/11 7/16 8/11 22/11 22/13 24/24 40/12 48/18 55/9 59/23
ex [1] 41/21
ex parte [1] 41/21
exactly [3] 34/14 59/14 64/1
example [3] 9/14 10/20 13/18
except [2] 48/6 62/5
excess [1] 43/7
excuse [5] 13/5 17/1 17/21 21/2 67/3
excuses [2] 27/15 30/7
execute [1] 66/14
executing [1] 30/23
exercise [1] 10/24
exhausted [1] 32/8
exhibits [1] 4/5
expectations [1] 65/7
experience [2] 22/9 22/15
experienced [1] 10/24 52/2
express [1] 64/11
expressed [2] 43/24 46/16
extended [2] 10/19 11/5
extensive [1] 26/19
extent [1] 41/15

extraordinarily [1] 61/16
extreme [3] 9/7 10/6 10/23
extremely [1] 62/22
eye [1] 63/4
eyes [2] 10/18 35/14

**F**

F.3d [1] 16/13
F.Supp.2d [1] 16/11
face [9] 5/11 10/3 10/22 11/11 14/12 15/9 34/4 44/1 57/18
facility [1] 67/16
fact [11] 7/9 9/17 10/11 11/17 15/8 34/7 34/11 34/16 55/3 62/10 63/7
factor [3] 48/23 50/13 50/16
factors [8] 22/17 25/20 40/7 40/18 47/10 50/3 53/6 53/11
facts [1] 16/18
factual [4] 4/21 8/10 23/16 24/11
factually [1] 5/21
faculty [1] 9/9
Failure [1] 30/11
fair [8] 13/17 23/14 43/25 50/12 52/4 52/10 52/12 54/14
falls [1] 34/20
false [2] 16/14 16/22
familiar [1] 62/21
familiarity [1] 46/1
families [1] 51/11
family [7] 27/19 29/13 31/5 46/13 51/6 54/9 67/17
far [5] 11/2 37/22 39/6 42/7 42/10
fear [6] 31/6 31/7 51/9 51/9 51/17 51/18
federal [4] 16/16 16/20 65/9 67/15
feel [1] 51/7
fees [4] 41/5 41/8 41/10 65/19
feet [1] 25/4
fell [1] 28/18
fellow [5] 26/24 30/13 30/15 30/25 46/18
felon [3] 36/1 36/6 55/5
few [2] 46/25 52/20
fighting [2] 57/8 60/22
file [1] 67/7
filed [2] 41/21 66/25
filled [1] 57/1
final [4] 17/5 52/19 62/5 63/12
finally [5] 4/11 11/12 15/14 38/14 40/5
financial [6] 41/18 59/9 65/22 65/23 66/4 66/9
financially [1] 28/6
find [5] 10/14 10/15 14/20 16/9 31/17

mentioned [1] --
40/25 42/4 65/17 65/20
fines [2] 41/2 49/7
fire [1] 60/2
firearm [3] 36/7 49/10 55/6
firearms [1] 54/19 59/11
fired [1] 28/19
first [22] 4/20 4/22 6/3 9/1 9/21 11/7 11/23 13/11 15/25 17/16 24/14 27/6 33/20 33/21 38/3 39/9 40/25 46/12 55/22 56/12 56/16 58/22
fits [1] 14/8
five [2] 21/16 49/9
five-year [1] 49/9
fix [1] 29/7
flagpole [1] 62/24
flanked [1] 29/4
flight [2] 12/25 13/4
flood [1] 28/4
flying [1] 7/24
focus [1] 37/19
fogging [1] 28/19
folding [7] 6/5 6/10 7/24 9/2 9/23 12/3 55/16
follow [3] 29/5 44/24 52/3
following [1] 13/4 65/4
footing [1] 58/23
forced [1] 29/10
forcing [1] 29/4
foregoing [1] 69/3
forehead [1] 36/10
foreign [1] 30/15
form [1] 38/1
formally [1] 18/2
former [6] 4/6 23/6 26/3 29/9 44/20 52/7
forms [2] 10/10 43/24
Fort [1] 67/16
Fort Dix [1] 67/16
forth [1] 17/5 53/7 53/9
fortune [1] 10/12
forward [2] 29/11 29/24 56/8 57/17
fought [1] 46/14
found [4] 7/8 24/15 31/10 51/23
foundation [2] 24/11 51/12
four [17] 6/3 6/6 7/8 7/13 9/1 18/8 21/25 33/9 33/11 33/11 38/15 39/11 54/18 62/12 62/13 64/4 64/5
four-level [3] 6/3 6/6 9/1
fourth [4] 11/24 14/11 21/10 35/23
fourth-degree [1] 35/23
frankly [1] 37/23
fraud [1] 47/17

friends [2] 37/20 31/5 51/4
frightening [1] 50/25
front [4] 25/6 28/21 56/2 64/15
full [5] 29/9 29/16 56/18 64/3 66/10
fully [2] 28/7 38/13
function [2] 9/8 51/9
funds [2] 41/11 42/2
further [3] 8/9 48/20 64/23
future [1] 38/7

**G**

gain [2] 47/24 59/9
gains [1] 41/13
gallery [1] 23/7
garden [2] 11/8 57/13
gas [2] 56/18 56/22
gathered [1] 11/15
gave [1] 47/15
GED [1] 54/1
general [2] 24/21 37/19
generally [2] 15/17 15/20
genuine [1] 64/11
get [5] 7/24 15/1 21/20 26/13 56/3
gets [3] 35/1 58/6 64/3
girlfriend [1] 36/8
give [2] 23/7 46/9
given [12] 9/4 13/22 13/24 14/5 18/8 24/10 27/16 29/19 30/7 32/13 38/22 59/15
glancing [1] 48/6
go [12] 3/23 6/1 8/24 17/16 18/1 29/22 46/8 60/16 61/8 62/17 62/18 63/8
goals [1] 50/2
going [2] 3/23 20/13 32/24 33/5 33/22 38/6 38/8 43/13 52/11 52/20 65/17 65/20
gone [1] 61/25
Gonell [9] 23/6 23/18 23/22 24/1 26/3 32/1 32/6 33/2 33/4
good [9] 3/5 3/14 3/15 10/11 25/24 38/16 54/2 54/10 61/8
got [3] 37/11 56/17 56/19
gotten [1] 41/12
govern [2] 45/7 45/8
government [30] 1/13 3/9 4/17 6/22 7/5 7/14 12/11 16/15 16/16 16/20 23/24 26/22 30/23 35/8 38/15 39/2 40/5 40/10 41/2 41/15 43/6 44/2 44/10 44/16 45/9 46/8 48/21 50/23 51/8 61/22
government's [13] 4/4

friends [2] 37/20 31/5 51/4 -- 74
218 17/8 22/24 23/2 37/24 38/11 41/15 44/19 45/14 46/5 52/6 57/6
great [2] 35/5 51/17
greater [2] 17/19 53/8
greatly [2] 29/14 43/7
grew [1] 51/5
grifters [1] 52/5
grossly [1] 49/20
grounds [2] 16/12 34/21
group [20] 6/23 11/8 15/15 17/12 19/20 19/25 20/16 20/20 20/24 21/1 21/6 21/7 21/7 21/9 21/10 21/11 21/17 21/21 25/8 48/15 26/21 grouped [4] 6/15 7/13 20/14 33/11
grouping [6] 7/11 16/25 17/1 19/19 20/13 21/2
groups [7] 21/1 21/5 21/13 21/15 57/5 57/8 62/13
grown [1] 29/15
guard [1] 58/4
guardians [1] 45/11
guardrails [1] 64/2
guess [6] 6/21 20/3 26/22 62/7
guideline [5] 12/14 17/6 18/5 20/5 20/6
Guidelines [28] 3/25 5/24 8/5 12/1 17/4 18/2 21/23 22/3 22/7 22/10 22/12 32/18 33/10 36/15 40/11 40/13 40/17 45/16 47/1 47/2 49/21 51/24 53/5 61/12 61/14 63/10 63/11 63/20
Guidelines Range [1] 22/3
Guidelines sentence [1] 47/1
guilt [1] 66/24
guilty [2] 31/10 31/17
Gulf [1] 46/12

**H**

had [40] 4/12 5/3 5/6 5/7 9/25 10/1 10/2 10/3 10/9 10/23 16/13 28/3 28/13 28/24 31/14 32/9 33/9 34/11 36/22 37/14 39/10 39/12 39/13 39/21 39/24 43/6 43/8 43/10 48/8 49/17 49/17 53/24 54/7 55/2 55/6 56/12 62/12 62/17 62/25 63/2
half [4] 26/5 42/7 42/12 57/20
hand [5] 38/4 38/9 55/19 55/19 56/22
handgun [1] 36/2

**handing [1]** 57/22
**hands [3]** 57/23 60/25 61/1
**happen [4]** 17/15 24/13 37/21 61/7
**happened [3]** 30/5 55/12 58/12
**happening [4]** 13/21 30/4 31/4 60/17
**happens [1]** 58/16
**happy [2]** 6/2 67/20
**hard [1]** 59/14
**harm [5]** 7/22 10/1 11/25 14/1 45/19
**harmed [1]** 30/19
**harming [1]** 35/10
**harrowing [1]** 46/3
**harsh [6]** 44/17 47/2 50/19 51/25 52/6 61/16
**has [46]** 7/15 8/20 8/22 17/20 18/15 22/6 24/18 25/10 26/18 33/4 34/1 34/2 35/3 35/5 35/12 35/15 36/9 36/17 36/18 36/23 37/1 37/2 37/6 39/11 39/13 39/14 41/2 41/6 41/20 43/11 46/1 49/5 52/17 54/1 54/3 54/6 54/8 57/23 59/5 61/5 61/22 62/12 62/15 64/6 67/3 67/17
**have [74]**
**haven't [2]** 60/11 64/11
**having [3]** 12/22 23/11 57/15
**he [132]**
**he's [14]** 24/17 26/17 29/15 34/3 34/6 34/7 36/14 37/11 41/13 44/13 48/24 53/23 54/1 64/5
**head [4]** 10/2 10/9 28/24 33/19
**headlock [1]** 35/18
**hear [4]** 6/2 10/16 44/5 46/17
**heard [11]** 5/12 6/2 7/2 8/7 11/22 39/8 45/24 46/16 47/16 52/15 58/19
**Heave [1]** 58/5
**Heave Ho [1]** 58/5
**held [6]** 14/11 16/13 26/9 27/8 27/10 27/11
**hell [1]** 33/1
**helmet [1]** 28/22
**help [2]** 57/24 67/19
**her [4]** 35/13 35/14 36/10 36/11
**here [27]** 3/16 7/6 7/10 8/5 8/19 9/15 11/2 15/5 16/19 16/23 23/3 23/6 25/10 26/7 30/6 31/4 31/23 37/12 37/23 38/11 39/11 40/7 40/18 48/15 58/13 60/17 61/12

**here's [1]** 42/1
**hesitate [1]** 29/20
**high [1]** 51/3
**higher [2]** 49/1 62/5
**highest [14]** 6/23 17/9 17/11 21/1 21/2 21/3 21/5 21/12 21/17 21/18 21/20 42/7 42/15 42/16 42/20 42/7 42/15 42/16 **him [27]** 11/9 11/10 13/19 13/20 25/13 27/21 29/22 30/10 30/16 30/22 31/14 31/17 34/10 35/2 35/18 36/4 36/13 36/25 36/25 37/4 38/9 38/17 46/5 48/8 52/5 53/25 57/24
**himself [2]** 26/2 34/17
**hired [1]** 41/7
**his [67]** 4/10 7/7 11/3 11/4 13/13 13/20 23/7 26/9 26/9 26/23 27/2 27/3 27/7 27/8 28/15 28/17 29/9 29/9 29/13 30/7 32/19 32/19 33/4 33/20 34/6 34/7 34/10 34/18 34/24 35/1 35/4 35/20 36/8 36/18 36/21 36/24 38/3 38/4 38/6 41/8 41/13 41/17 41/17 45/21 45/22 47/22 48/15 48/16 48/20 49/17 49/20 53/23 53/25 54/1 54/2 54/8 54/9 60/25 61/18 61/19 62/7 62/8 62/23 63/3 63/6 64/4 67/19
**histories [1]** 38/24
**history [25]** 17/17 21/24 26/19 32/19 35/1 36/13 36/21 39/12 39/15 39/24 40/2 40/3 42/10 42/19 44/5 52/2 53/12 53/21 54/13 54/14 59/6 61/20 63/1 63/9 64/4
**hit [16]** 10/2 10/2 10/3 10/9 16/5 18/16 18/17 18/21 19/1 19/21 20/15 25/8 25/13 33/19 56/3 60/2
**hits [2]** 5/10 55/23
**hitting [1]** 11/10
**Ho [1]** 58/5
**hold [2]** 30/11 46/5
**holding [1]** 29/12
**hollow [1]** 37/8
**home [1]** 36/23 60/5
**honest [1]** 54/2
**Honor [29]** 3/5 3/19 3/20 4/17 4/18 7/4 8/8 8/22 17/7 17/13 22/22 22/25 23/5 23/10 23/17 24/12 25/15 29/19 30/17 31/25 33/9 39/8 40/22 44/4 50/20 51/15 52/11 67/14 67/23
**HONORABLE [2]** 1/10 3/3

**horrible [1]** 27/22
**horrific [1]** 30/1
**hose [2]** 11/8 57/13
**hospitalization [1]** 9/10
**host [2]** 22/16 25/20
**hostages [1]** 56/19
**hour [2]** 24/13 57/20
**how [18]** 3/22 8/1 8/2 22/17 27/15 27/20 27/22 28/13 40/3 41/3 41/10 41/11 41/12 42/9 55/13 56/20 62/8 65/18
**however [4]** 16/13 17/19 20/5 65/21
**human [1]** 44/23
**hundreds [1]** 13/25
**hung [1]** 44/25
**hunt [1]** 52/7

**I**

**I also [4]** 4/8 10/14 12/16 15/16
**I am [3]** 61/17 65/17 65/17
**I apologize [2]** 17/13 26/8
**I applaud [1]** 62/17
**I believe [4]** 19/16 23/7 29/19 42/15
**I can [2]** 27/25 31/14
**I couldn't [2]** 28/3 28/23
**I did [1]** 4/16
**I don't [9]** 5/14 5/23 12/5 42/20 51/14 59/21 61/8 62/4 64/3
**I don't have [1]** 41/7
**I guess [2]** 26/22 62/7
**I have [9]** 17/10 41/8 44/7 44/8 46/16 53/4 61/14 61/21 63/15
**I just [2]** 31/22 52/16
**I mean [2]** 23/14 41/11
**I should [7]** 8/18 19/11 20/3 22/2 22/7 53/19 63/18
**I suppose [1]** 23/15
**I think [17]** 5/1 7/6 7/11 7/19 7/23 13/9 13/17 14/16 14/20 16/9 16/19 17/10 22/20 24/24 25/11 33/19 42/18
**I threw [1]** 56/16
**I understand [1]** 18/25
**I want [1]** 26/7
**I was [7]** 16/9 26/11 29/16 29/18 31/13 31/16 58/12
**I went [1]** 51/3
**I will [7]** 14/9 14/20 14/20 22/6 22/15 25/19 52/21
**I'll [7]** 5/20 13/16 17/18 25/18 35/10 61/24 64/8
**I'm [17]** 3/23 5/20 6/2 21/7 26/7 30/9 31/20

**impact [6]** 4/6 13/18 23/8 23/12 25/18 32/11
**impacted [1]** 32/6
**impairment [1]** 9/8
**impartially [1]** 45/7
**impeachment [1]** 27/6
**impede [2]** 28/14 29/8
**imperfect [2]** 40/14 51/21
**important [2]** 37/23 51/12
**impose [8]** 45/17 50/14 51/21 52/12 53/7 64/9 65/17 65/20
**imposed [7]** 43/8 47/1 47/5 49/23 53/14 65/7 67/5
**imposing [1]** 52/4
**improper [1]** 16/6
**inaugural [5]** 18/23 24/2 28/9 29/2 57/22
**incapacitated [1]** 14/4
**incarceration [2]** 50/7 67/16
**incident [1]** 48/22
**include [4]** 15/19 27/9 54/22 65/9
**included [3]** 38/15 39/5 56/25
**includes [3]** 4/9 26/20 66/13
**including [8]** 9/13 13/6 18/19 18/24 22/17 29/22 31/16 51/5
**increase [3]** 6/17 49/25 50/1
**increased [1]** 50/11
**increases [1]** 50/16
**Indeed [1]** 43/22

**independent [1]** 33/9
**indicated [1]** 25/10
**indicates [1]** 47/5
**indirect [1]** 15/19
**indiscretions [1]** 54/21
**indiscriminate [2]** 15/11 59/15
**indiscriminately [1]** 24/3
**individual [4]** 16/21 16/24 22/5 27/21
**individuals [3]** 16/6 22/18 23/3
**inequitable [1]** 61/16
**inflict [1]** 9/17
**inflicting [3]** 9/5 9/16 11/20
**information [5]** 40/12 41/15 42/3 65/22 65/23
**initially [1]** 15/12
**injure [1]** 58/25
**injured [2]** 29/18 31/6
**injuries [2]** 28/1 59/14
**injury [26]** 6/20 8/2 8/14 9/5 9/6 9/7 9/14 9/17 9/18 10/7 11/18 11/25 12/4 12/20 13/6 13/7 13/8 13/8 13/14 13/24 14/5 14/5 14/14 14/19 19/9 35/25
**injustice [1]** 60/22
**inquire [1]** 42/1
**inside [2]** 15/13 29/5
**insight [1]** 59/1
**insignificant [1]** 9/24
**instance [1]** 7/23
**instances [1]** 7/25
**instant [2]** 17/23 55/3
**instead [2]** 12/8 44/1
**institutions [1]** 27/9
**instrument [3]** 9/4 9/16 11/19
**insubstantial [2]** 9/22 55/14
**insurrectionists [1]** 26/25
**intend [1]** 17/7
**intended [3]** 15/19 26/13 29/8
**intending [1]** 11/24 14/1
**intends [1]** 23/7
**intent [3]** 9/14 30/20 48/16
**interested [1]** 49/18
**interference [3]** 19/9 19/11 19/12
**intervention [3]** 9/9 10/7 10/11
**intimately [1]** 62/20
**Investigation [3]** 4/3 8/21 66/12
**involve [3]** 19/20 20/14 20/25
**involved [7]** 6/25 18/16 19/13 19/22 20/1 20/7 35/9
**involves [5]** 14/24

**I**

involves... [4] 19/25 20/16 21/3 41/4
involving [7] 5/18 9/7 35/25 36/9 37/15 54/17 54/19
Iraq [1] 46/14
irrefutable [1] 59/23
is [180]
is there [1] 4/15
isn't [3] 38/20 40/12 61/10
issue [3] 4/22 38/2 48/10
issues [1] 6/20
it [113]
it will [1] 67/21
it would be [1] 16/5
it's [33] 5/15 5/21 5/21 7/9 9/21 10/18 11/19 12/1 12/19 13/17 14/9 16/18 22/10 23/14 24/12 25/19 32/4 32/5 32/7 42/23 44/17 50/25 51/15 52/8 59/8 59/9 59/11 59/14 60/15 61/6 61/10 64/9 64/10
item [1] 9/12
items [3] 4/11 5/2 34/10
its [3] 8/12 30/6 45/7
itself [1] 55/9

**J**

jacket [1] 55/21
James [1] 1/17
January [21] 26/11 30/1 30/12 30/19 31/4 32/19 34/20 36/12 37/19 38/15 43/12 46/25 47/3 47/11 49/14 51/22 52/1 52/17 56/15 61/15 62/4
January 6 [1] 52/17
January 6th [15] 30/1 30/12 30/19 31/4 32/19 34/20 36/12 37/19 38/15 46/25 49/14 51/22 52/1 61/15 62/4
Jasari [2] 2/2 3/10
Jersey [2] 67/16 67/17
job [2] 27/23 27/25
Jocelyn [2] 1/13 3/8
Jocelyn Bond [1] 3/8
jocelyn.bond [1] 1/16
join [1] 26/25
judge [7] 1/10 25/24 39/17 41/22 41/22 43/4 62/21
Judge McFadden [3] 39/17 41/22 43/4
judges [2] 51/23 63/19
judgment [5] 26/13 50/10 64/17 67/1 67/21
jurisdiction [2] 66/20 66/21
jury [3] 5/1 7/8 10/15
just [25] 3/22 3/23 4/21
17/16 22/6 24/21 25/19 28/12 31/22 36/12 40/19 43/3 47/19 51/3 52/16 53/4 53/15 53/21 57/11 61/4 64/6
justice [21] 19/10 27/9 30/8 39/22 43/22 43/23 44/2 44/6 44/9 44/16 44/23 45/11 45/12 45/14 45/16 45/21 45/23 50/25 51/18 51/22 62/25
justification [1] 35/16
justified [3] 42/18 42/23 51/14
justifies [1] 52/7

**K**

keep [1] 55/17
Keeper [1] 44/14
keeping [1] 38/9
Kelli [2] 2/7 3/11
Kelli Willett [2] 2/7 3/11
Kentucky [2] 26/18 55/5
kept [1] 56/18
Khater [1] 61/22
kill [1] 36/8
killing [1] 30/22
kind [3] 9/23 37/20 59/5
kinds [1] 53/19
knew [6] 13/11 29/15 29/16 37/12 37/13 46/13
knocker [1] 37/13
knocking [1] 55/23
know [17] 13/12 13/21 23/3 24/21 26/8 28/13 32/2 38/24 41/7 41/8 43/7 43/20 48/15 52/10 55/9 55/12 59/14
knowing [1] 12/22
known [2] 26/17 57/2

**L**

lack [3] 30/20 32/20 48/16
lapse [1] 26/13
larceny [2] 26/21 35/25
large [6] 16/20 29/12 34/2 49/6 50/22 57/7
largely [1] 62/9
larger [1] 3/3
last [6] 26/9 26/23 39/2 43/4 44/21 64/8
Lastly [1] 31/3
later [3] 15/12 56/21 57/20
laughs [2] 56/5 56/5
law [17] 6/16 12/23 13/3 13/13 15/16 16/8 19/21 20/15 27/16 46/18 47/23 47/24 50/15 50/20 53/15 60/15 61/3
lay [1] 7/19
layers [1] 29/21
lead [2] 46/23 50/24
leadership [1] 51/8
learn [1] 27/17
learned [4] 27/2 27/7 27/7 61/6
least [6] 5/9 10/25 12/5 35/9 54/16 55/23
leave [1] 29/23
leaving [1] 34/12
led [1] 44/14
left [6] 5/7 45/9 48/19 56/17 56/24 59/22
legal [7] 26/17 30/7 35/16 36/14 41/5 41/8 65/19
length [1] 35/5
lengthier [1] 42/10
lengths [1] 46/8
lengthy [1] 39/14
leniency [2] 27/18 29/20
less [1] 21/16
lesson [4] 27/3 27/7 27/17 61/6
let [9] 3/22 6/1 8/24 18/1 22/4 32/2 53/21 59/20 60/10
let's [6] 4/20 5/24 17/16 22/23 23/2 55/8
letter [1] 4/13
letters [4] 4/9 27/20 36/24 54/10
level [27] 6/3 6/6 6/9 6/11 6/17 6/24 7/21 8/13 9/1 12/2 12/7 13/9 14/21 15/2 18/6 18/14 19/5 19/6 19/8 19/18 20/10 20/12 21/5 21/21 21/24 44/10 62/5
levels [10] 12/10 12/15 12/16 17/23 18/8 18/11 18/13 19/10 20/10 21/16
lie [3] 59/18 59/18 60/17
lied [1] 47/17
life [14] 26/5 27/20 28/1 28/5 31/7 35/4 36/19 38/2 45/17 48/20 51/10 54/2 61/1 63/3
lift [1] 28/24
light [2] 32/17 37/8
lightly [1] 42/20
like [19] 7/2 9/22 11/8 27/21 29/8 30/16 30/21 30/22 34/22 49/2 49/13 50/13 51/3 52/1 54/10 54/14 57/12 63/7 63/8
likelihood [1] 30/12
likely [2] 46/23 61/7
likewise [1] 14/21
line [7] 28/16 28/18 33/16 33/18 33/23 57/25 64/15
lines [1] 29/23 56/8

listed [1] 38/25
listen [1] 47/12
listening [1] 30/6
lit [1] 35/13
literally [1] 55/19
little [3] 10/5 49/13 56/9
live [4] 30/1 33/6 50/21 51/9
lived [1] 30/3
lives [2] 30/22 52/18
living [2] 51/11 54/2
local [1] 65/10
logic [1] 16/19
long [4] 33/6 36/13 38/10 59/22
longer [1] 27/25
look [2] 28/24 41/17
looked [2] 9/22 61/21
looks [2] 49/3 49/22
lost [2] 28/16 50/22
lot [4] 10/16 32/12 37/18 38/19
lots [1] 47/18
love [1] 27/25
loving [2] 36/23 36/23
low [3] 37/6 44/10 61/5
low-level [1] 44/10
lower [15] 11/15 18/19 18/24 19/3 23/23 25/5 25/6 38/22 39/6 47/7 55/11 55/12 56/23 57/4 57/12
Lower West Terrace [7] 18/19 18/24 25/5 25/6 55/11 55/12 56/23
Lubbock [1] 1/19

**M**

mace [4] 56/13 56/18 56/22 60/7
maced [2] 56/16 56/16
made [14] 6/1 7/6 7/12 14/4 16/14 16/22 30/18 30/25 36/17 37/1 43/10 54/2 57/21 63/15
Maine [1] 27/5
make [7] 26/7 31/8 38/6 48/7 63/15 65/15 67/20
makes [1] 36/21
makeshift [1] 14/6
making [3] 13/20 19/14 55/10 59/25
Maly [1] 57/23
man [1] 43/9
mandatory [1] 65/4
manner [4] 11/22 12/18 12/19 61/18
many [12] 26/11 27/15 28/9 32/7 32/9 33/5 35/6 51/5 51/16 52/18 54/13 62/15
marijuana [1] 54/5
married [1] 54/1
Maryland [1] 45/3

39/3
live [4] 30/1 33/6 50/21 51/9

massive [1] 47/17
matter [5] 5/18 37/7 59/10 66/20 69/4
matters [1] 7/3
maximum [5] 22/4 22/5 30/9 31/18 46/1
may [10] 1/5 15/7 43/2 46/10 59/11 61/8 65/23 67/7 67/9 69/7
Maybe [2] 5/19 58/21
mayhem [2] 55/13 59/5
McCaughey [17] 39/4 39/16 39/18 39/23 39/24 39/24 43/4 43/5 43/9 61/23 62/7 62/7 62/8 62/20 63/5 63/11 63/22
McCaughey's [1] 40/4
McFadden [6] 39/17 41/22 41/22 43/4 me [33] 3/22 6/1 8/19 8/24 13/5 13/17 17/1 17/21 18/1 21/2 22/10 25/25 28/22 28/23 29/8 30/1 30/5 30/21 53/21 55/25 59/20 60/10 67/3 67/3 mean [3] 9/6 23/14 41/11
means [1] 66/20
measure [2] 22/17 28/15
measured [1] 32/17
mechanical [1] 2/13
medical [4] 9/9 10/6 10/10 53/18
medically [1] 28/3
meditation [1] 48/11
MEHTA [2] 1/10 3/3
member [3] 9/8 29/13 44/14
members [6] 31/15 46/13 46/13 46/15 51/6 67/17
memo [1] 7/19 57/7 59/7
memorandum [3] 4/4 4/8 47/5
memories [1] 33/6
mental [1] 9/9
mentally [1] 28/6
mention [3] 4/16 24/16 49/3
mentioned [2] 50/5 57/9
mere [1] 10/11
merely [2] 44/17 54/21
Merit [1] 2/9
messages [2] 33/20 34/7
metal [2] 9/22 9/23
methods [1] 66/3
Metropolitan [1] 48/4
middle [1] 47/7
midst [1] 34/5
might [2] 28/6 40/16
mild [1] 59/8
millions [1] 47/20
mind [1] 10/5

**M**

**minimum [2]** 10/8 15/9
**minor [3]** 4/21 49/7 54/15
**minutes [3]** 52/21 56/21 60/6
**misled [1]** 47/18
**mispronouncing [1]** 26/9
**mistake [1]** 43/10
**mitigating [2]** 40/7 47/9
**mitigation [1]** 59/16
**MK [4]** 34/3 56/25 57/16 57/17
**MK-46 [2]** 56/25 57/16
**MK-9 [2]** 34/3 57/17
**mob [8]** 7/25 26/13 26/25 28/4 28/25 29/13 29/17 30/20
**moment [3]** 17/15 33/18 48/12
**momentarily [2]** 13/23 17/19
**money [1]** 65/18
**month [6]** 23/19 43/4 44/21 63/20 63/21 63/22
**months [17]** 21/25 21/25 22/1 32/15 40/8 40/21 50/7 53/5 63/11 63/12 63/13 63/13 64/19 64/20 64/21 64/21 64/24
**more [21]** 6/21 13/7 13/8 14/4 15/11 19/12 19/22 20/17 29/17 37/23 44/1 44/1 44/9 44/11 45/1 45/10 46/23 54/5 58/7 60/4
**morning [2]** 25/1 55/10
**most [9]** 10/23 15/21 32/22 34/24 35/8 51/5 51/19 51/20 54/25
**motivated [1]** 12/12
**motivation [1]** 26/16
**motives [1]** 47/22
**mouth [1]** 58/4
**moving [1]** 44/4
**MPD [3]** 18/17 18/24 34/2
**Mr [1]** 62/7
**Mr. [133]**
**Mr. Boyle [13]** 8/7 8/18 24/10 41/6 41/19 42/1 43/1 52/14 58/15 61/12 61/24 63/14 67/12
**Mr. Brown [5]** 11/23 15/13 50/6 57/23 57/24
**Mr. Brown's [3]** 11/5 11/12 50/8
**Mr. Maly [1]** 57/23
**Mr. McCaughey [11]** 39/18 39/23 39/24 39/24 43/4 43/5 43/9 62/20 63/5 63/11 63/22
**Mr. McCaughey's [1]** 40/4

**Mr. Peter Schwartz [1]** 26/8
**Mr. Safavian [1]** 16/14
**Mr. Schwartz [72]**
**Mr. Schwartz's [13]** 16/23 17/16 24/18 32/18 36/12 37/9 38/2 38/9 38/16 40/3 40/18 42/19 53/21
**Mr. Trump [2]** 27/4 27/10
**Mr. Webster [9]** 39/10 39/11 62/9 62/20 62/20 62/25 63/8 63/10 63/21
**Mr. Webster's [1]** 62/9
**Mr.Schwartz [1]** 54/10
**Ms. [15]** 4/14 5/22 6/8 23/16 23/21 24/1 24/3 24/7 25/1 25/2 25/13 31/24 40/23 42/24 55/1
**Ms. Bond [5]** 8/6 23/16 31/24 40/23 42/24
**Ms. Stallings [6]** 4/14 5/22 23/21 24/3 25/2 55/1
**Ms. Stallings' [4]** 24/1 24/7 25/1 25/13
**much [8]** 8/2 32/13 51/2 54/14 54/15 60/25 61/1 67/24
**multiple [19]** 11/8 11/14 13/25 13/25 15/5 15/23 18/17 19/2 26/18 29/21 32/9 34/24 36/11 39/20 55/2 55/6 57/5 58/25 61/21
**munitions [2]** 34/8 34/13
**must [12]** 30/1 30/8 53/6 53/11 65/11 65/14 65/15 65/21 65/25 66/1 66/2 66/25
**my [24]** 7/19 10/5 17/2 25/15 26/3 26/5 27/19 27/20 27/23 28/1 28/1 28/5 28/8 28/22 28/24 29/4 29/13 30/5 30/13 30/25 42/15 46/13 51/6 54/16
**myself [1]** 51/1

**N**

**n.1 [1]** 9/11
**nail [1]** 33/19
**name [5]** 24/18 26/3 26/9 62/7 62/8
**narrative [1]** 52/8
**nation [1]** 27/14
**national [1]** 21/21
**naturally [1]** 38/23
**nature [3]** 8/11 32/21 53/11
**Naval [1]** 46/11
**Navalny [1]** 60/21
**Navy [1]** 46/11
**near [2]** 18/23 35/14
**nearly [2]** 61/14 63/2
**necessarily [1]** 38/21

**neck [1]** 10/4
**need [6]** 29/23 50/14 53/13 53/20 63/24 63/25
**needed [2]** 26/23 53/17
**needs [2]** 12/6 61/2
**neighbor [1]** 35/18
**neighbors [1]** 35/19
**neither [2]** 27/10 44/14
**never [8]** 23/11 28/7 37/4 43/10 46/8 46/16 59/5 60/3
**nevertheless [2]** 14/16 22/14
**New [4]** 26/19 67/16 67/17 67/17
**New Jersey [2]** 67/16 67/17
**New York [2]** 26/19 67/17
**next [1]** 30/12
**night [1]** 56/11
**no [42]** 1/4 3/6 22/4 22/11 22/22 25/7 26/17 27/19 27/25 36/25 37/9 38/4 39/12 39/13 39/24 40/2 40/6 40/7 42/17 43/10 43/18 45/14 45/16 45/23 46/1 46/20 46/21 48/11 48/11 48/13 48/18 48/20 49/1 50/25 51/18 54/1 57/13 60/23 62/12 63/6 67/14 67/23
**Nobody [2]** 62/14 62/15
**none [4]** 24/16 24/18 32/4 58/9
**Normally [1]** 50/16
**Northern [1]** 1/18
**northwest [3]** 33/14 33/24 55/11
**not [125]**
**not-insignificant [1]** 9/24
**notable [1]** 33/15
**notably [1]** 54/5
**note [9]** 13/16 14/9 14/20 15/17 15/18 22/2 22/6 25/19 49/8
**noted [1]** 13/19
**Nothing [2]** 22/25 23/12
**notice [1]** 66/25
**noticed [1]** 28/14
**notify [1]** 66/8
**now [13]** 3/2 3/3 18/1 24/6 24/10 32/10 34/9 36/14 43/9 45/10 53/23 55/12 58/14
**number [6]** 5/25 14/6 21/18 24/17 37/15 54/6
**NW [2]** 1/14 2/11

**O**

**Oath [1]** 44/13
**object [4]** 15/24 16/1

**objection [8]** 5/17 5/20 6/6 6/9 6/13 8/16 12/2 24/10
**objections [7]** 5/25 7/6 8/4 8/10 8/24 67/13 67/14
**objective [2]** 19/23 20/18
**objectives [2]** 40/16 53/9
**obligation [4]** 45/7 45/8 66/4 66/9
**obstruct [1]** 66/3
**obstructed [1]** 62/25
**obstruction [8]** 6/24 8/15 17/8 19/7 19/12 19/17 39/21 63/6
**obvious [1]** 36/25
**obviously [3]** 10/15 16/18 61/2
**OC [18]** 6/7 6/19 9/2 10/14 10/17 10/21 11/3 11/4 11/4 11/5 11/11 11/13 13/17 13/19 14/3 25/8 25/14 56/22
**occur [1]** 49/15
**occurred [3]** 15/25 47/3 55/14
**occurs [2]** 13/8 16/1
**odds [2]** 27/23 61/8
**off [3]** 41/13 55/5 57/8
**offense [30]** 6/25 12/12 12/13 12/14 12/25 13/4 15/21 17/23 18/6 18/13 19/5 19/6 19/8 19/17 20/12 20/23 21/2 21/4 21/5 21/21 21/22 38/20 52/1 53/12 53/14 53/16 55/4 61/3 61/4 62/5
**offenses [4]** 43/15 43/16 54/16 54/22
**offer [1]** 52/11
**office [11]** 1/13 3/11 45/1 45/2 45/10 65/5 65/21 65/24 66/11 66/13 66/17
**office's [1]** 4/3
**officer [42]** 2/7 10/2 10/3 10/3 10/8 11/10 12/11 12/24 12/24 13/3 13/13 13/18 13/23 14/12 15/7 15/8 15/25 16/4 18/16 18/17 18/19 18/21 19/21 20/15 26/6 26/24 29/16 31/13 33/2 34/3 35/16 35/21 36/4 39/11 55/20 55/22 55/22 55/23 56/7 57/19 62/22 63/2
**officers [60]** 5/7 5/11 6/16 7/24 10/20 10/22 11/6 11/8 11/14 14/2 14/4 15/11 15/16 15/24 16/2 16/5 16/8 16/24 18/17 18/22 19/3 25/5 25/9 25/11 26/12 26/14 26/24 28/13 28/15 29/1

**officers' [2]** 28/25 34/8
**official [11]** 2/10 6/11 6/18 6/24 12/7 14/13 15/3 18/10 19/6 19/15 19/16
**official-victim [1]** 14/13
**officials [3]** 26/22 27/1 30/18
**okay [14]** 4/1 4/19 5/23 8/6 8/23 22/19 23/9 24/5 24/9 24/23 25/17 42/5 42/24 53/4
**old [2]** 44/25 53/23
**one [34]** 4/12 5/10 5/11 6/21 15/20 18/22 18/25 21/12 23/24 23/25 26/11 27/2 28/21 31/16 33/14 37/11 39/9 39/10 39/10 39/18 41/1 45/19 46/2 46/4 48/13 49/1 49/3 49/22 54/19 55/20 55/23 58/6 58/7 62/5
**one's [1]** 10/18
**online [1]** 41/3
**only [12]** 5/5 16/9 33/15 38/8 38/12 39/10 39/21 40/1 46/4 46/23 49/9 57/2
**onslaught [1]** 30/3
**open [1]** 31/20
**opening [1]** 58/12
**opines [1]** 45/25
**opinion [2]** 15/1 16/12
**opportunity [3]** 27/15 32/3 34/11
**opposed [1]** 41/4
**opted [1]** 32/4
**options [1]** 65/6
**orange [1]** 5/10
**order [3]** 41/9 53/1 66/14
**ordered [1]** 65/1
**ordinarily [1]** 9/12
**ordinary [1]** 45/6
**organ [1]** 9/8
**organization [1]** 44/15
**organized [1]** 48/14
**other [28]** 4/13 10/4 10/10 14/1 15/11 16/12 18/22 21/13 22/17 25/20 28/17 28/25 29/7 35/3 35/19 38/1 39/20 46/9 47/18 48/5 54/11 50/3 52/1 58/18 62/4 62/12 64/6 65/20
**others [12]** 22/13 30/10 46/18 47/13 47/20 56/23 57/14 58/3 58/11 61/1 61/19 62/18

**O**

**otherwise [2]** 5/2 12/22
**our [19]** 8/4 8/10 26/15 27/1 27/8 28/19 28/20 30/15 30/21 30/23 30/24 31/16 38/19 44/5 46/17 47/4 51/7 51/20 58/17
**ours [1]** 51/19
**out [21]** 7/16 7/19 7/24 14/6 14/25 29/10 29/12 29/17 30/19 32/1 35/2 35/5 35/7 38/9 42/22 51/17 56/19 58/8 60/18 61/9 62/2
**outlined [1]** 40/19
**over [3]** 29/21 48/19 66/20
**overrule [1]** 5/20
**overstates [1]** 49/21
**overthrowing [1]** 30/23
**own [5]** 8/4 8/12 30/6 53/23 60/25

**P**

**p.m [7]** 1/6 18/18 18/18 52/24 52/24 57/3 68/2
**P.N [1]** 18/25
**page [2]** 37/5 37/6
**Page 9 [1]** 37/6
**paid [2]** 66/7 66/9
**pain [6]** 9/7 10/6 10/17 10/23 10/25 58/8
**par [1]** 50/8
**paragraph [7]** 4/22 5/17 5/19 5/20 6/4 6/10 12/4
**paragraphs [2]** 6/7 6/13
**parents [3]** 4/10 36/23 53/25
**part [9]** 10/4 12/13 19/23 20/18 26/2 29/18 30/21 48/14 65/5
**parte [1]** 41/21
**participants [1]** 32/23
**participate [3]** 32/3 32/9 59/4
**participated [1]** 46/12
**participating [1]** 32/11
**particular [7]** 10/4 15/6 22/12 48/4 49/18 51/23 55/20
**particularly [6]** 3/25 13/16 33/15 39/1 49/22 64/1
**parties' [1]** 4/1
**partner [1]** 28/17
**party [1]** 45/6
**pass [1]** 28/2
**passed [1]** 56/18
**past [3]** 27/3 37/9 54/7
**Patricia [1]** 1/13
**pay [1]** 65/1
**payable [1]** 66/5
**peace [2]** 35/16 37/16

**peaceful [1]** 47/22
**pedigree [1]** 26/23
**peers [1]** 31/11
**penalty [1]** 22/4
**Pennsylvania [1]** 51/1
**people [26]** 14/1 14/6 30/22 31/8 31/15 32/12 34/21 34/22 35/3 37/11 38/21 38/24 45/19 46/9 47/16 47/18 51/3 51/5 51/7 51/10 52/18 58/13 58/16 58/18 60/4 60/18
**pepper [18]** 4/24 5/2 5/14 5/16 14/12 14/18 14/18 25/4 28/22 29/3 48/3 48/3 48/12 48/17 57/1 57/7 57/17 59/7
**percent [4]** 63/19 63/21 63/23 64/4
**perfectly [1]** 8/12
**perform [1]** 28/3
**performing [1]** 47/14
**perhaps [6]** 16/4 42/1 47/1 55/25 57/1 61/6
**period [4]** 11/6 13/19 38/12 62/24
**permission [1]** 67/7
**perplexing [1]** 36/21
**persecution [1]** 52/8
**Persian [1]** 46/12
**person [9]** 12/21 12/23 15/20 19/19 27/16 35/10 56/2 56/15 60/13
**personal [3]** 46/1 47/24 47/25
**Pete [1]** 48/2
**PETER [17]** 1/6 3/7 26/8 43/14 45/15 45/17 46/4 46/20 47/6 47/11 48/14 48/17 48/24 49/5 49/24 51/2 51/3
**Peter Schwartz [10]** 3/7 43/14 45/15 46/4 46/20 47/11 48/14 48/17 49/5 51/2
**Peter's [2]** 47/6 47/22
**physical [6]** 9/7 9/10 10/6 14/13 14/15 19/8
**physically [2]** 28/6 35/10
**pick [1]** 57/2
**picked [3]** 5/6 28/12 60/7
**pillar [1]** 54/9
**place [4]** 44/5 50/12 51/18 67/12
**placed [2]** 25/19 36/4
**plain [1]** 60/15
**plainly [1]** 9/19
**Plaintiff [1]** 1/4
**plan [4]** 19/24 20/19 48/11 59/12
**planning [1]** 48/13
**Plaza [1]** 28/9
**plea [1]** 44/3
**pleading [1]** 37/3
**please [5]** 3/4 30/24 31/18 43/2 53/2

**podcasts [1]** 60/16
**point [7]** 28/21 32/10 38/16 43/8 48/7 59/2 67/13
**pointed [2]** 35/7 60/1
**points [5]** 17/21 17/24 49/2 56/4 56/5
**police [41]** 4/7 5/7 10/2 10/2 10/3 10/8 11/6 11/10 14/2 14/12 15/24 15/25 16/2 16/4 16/24 25/5 26/4 26/6 26/14 26/24 26/24 27/14 28/12 28/16 29/7 31/1 31/13 33/18 36/4 48/9 48/17 48/19 54/18 55/17 57/18 58/3 58/25 59/24 59/25 60/4 63/2
**political [8]** 37/25 46/10 51/8 52/7 58/16 60/13 60/19 60/20
**politicians [1]** 44/6
**politics [1]** 58/17
**poor [1]** 48/13
**population [1]** 50/22
**portion [2]** 55/15 57/4
**position [5]** 6/22 37/24 38/19 44/19 65/18
**possess [1]** 65/25
**possessing [1]** 65/10
**possession [2]** 26/20 35/23 36/1 36/7 49/10 54/22 54/24
**possible [1]** 38/10
**posted [1]** 41/16
**potential [2]** 8/2 10/1
**power [1]** 27/1
**practice [1]** 52/3
**pre [1]** 48/11
**pre-meditation [1]** 48/11
**preliminaries [1]** 22/20
**present [3]** 3/12 8/9 49/11
**presentence [4]** 4/2 7/15 8/20 12/9 35/4 65/6 66/12 66/16
**President [6]** 27/6 44/20 47/12 47/13 47/15 47/19
**President Trump [1]** 27/6
**President's [1]** 52/7
**presiding [1]** 3/3
**press [1]** 58/3
**Pretending [1]** 27/18
**pretty [5]** 39/4 40/1 42/13 58/22 61/8
**Prettyman [1]** 2/10
**preview [1]** 3/22
**principal [1]** 48/23
**principles [2]** 60/8 61/5
**prior [12]** 5/18 5/22 23/20 35/5 41/25 45/25 48/24 48/25 49/20 49/24 50/11 54/1

**prisoner [2]** 60/19 60/20
**Prisons [1]** 64/19
**probation [14]** 2/7 3/11 4/3 8/16 14/25 17/19 55/3 55/4 65/5 65/13 65/21 66/11 66/13 66/17
**problem [2]** 54/4 58/10
**proceed [1]** 3/18
**proceedings [7]** 1/9 2/13 3/13 19/11 19/13 68/2 69/4
**produced [1]** 2/14
**profiting [1]** 41/13
**prohibited [1]** 66/2
**promised [1]** 44/21
**promote [2]** 53/15 61/3
**promotion [1]** 28/2
**pronounce [1]** 62/8
**propagate [2]** 59/18 60/17
**property [1]** 19/9
**proportional [3]** 42/9 45/22 63/25
**proportionate [1]** 61/18
**proposition [1]** 44/7
**prosecuted [4]** 60/9 60/11 60/12 60/14
**prosecution [1]** 46/10
**protect [4]** 30/13 31/15 53/16 60/7
**protecting [2]** 11/16 26/15
**protest [1]** 47/12
**protester [1]** 44/11
**protesters [2]** 46/4 48/5
**protracted [1]** 9/7
**proud [2]** 34/17 44/13
**proven [1]** 4/25
**provide [7]** 17/18 42/3 51/11 53/15 53/17 61/4 65/21
**provided [4]** 23/24 36/24 45/24 47/4
**provides [1]** 50/15
**PTSD [2]** 30/4 33/4
**public [5]** 26/5 39/12 39/14 53/17 63/2
**pull [1]** 55/22
**punched [1]** 35/18
**punching [1]** 36/10
**punish [1]** 46/9
**punished [1]** 46/21
**punishment [3]** 43/23 53/15 61/4
**pure [1]** 47/22
**purpose [1]** 65/20
**purposes [2]** 40/8 67/10
**pushed [1]** 29/11
**pushing [1]** 29/17 35/15
**put [4]** 35/10 35/18 63/25 64/13

**puts [1]** 17/24
**putting [1]** 41/4

**Q**

**qualifies [2]** 9/21 10/14
**qualify [1]** 9/20
**quality [1]** 59/15
**question [6]** 5/15 9/15 11/17 23/14 42/6 43/18
**questions [2]** 31/20 40/23
**quick [3]** 10/22 11/3 24/15
**quickly [1]** 58/22
**quite [2]** 37/23 56/6
**quote [2]** 44/25 45/4

**R**

**rain [1]** 28/4
**raised [4]** 36/22 41/3 41/11 65/18
**rampant [1]** 45/13
**Rancourt [2]** 1/17 3/8
**Range [2]** 21/23 22/3
**ransacked [1]** 31/8
**rated [1]** 10/25
**rather [2]** 11/4 11/19
**reach [1]** 32/1
**reached [2]** 5/3 14/25
**reaching [1]** 11/9
**read [2]** 54/9 61/24
**ready [2]** 3/18 37/13
**reality [1]** 51/5
**really [6]** 14/7 33/17 34/20 40/6 40/12 42/9
**Realtime [1]** 2/9
**reason [6]** 34/13 36/25 38/5 39/7 55/15 61/13
**reasonable [2]** 12/23 32/17
**reasons [3]** 13/15 40/20 57/1
**receive [1]** 49/1
**received [7]** 4/12 4/15 8/20 25/1 41/20 42/2 49/6
**receives [1]** 39/7
**recently [3]** 49/17 50/6 54/25
**reception [1]** 45/1
**recess [3]** 52/23 52/24 68/1
**recidivate [1]** 37/10
**recidivism [3]** 37/7 49/13 61/6
**recognition [1]** 40/15
**recognize [1]** 13/20
**recognized [1]** 40/15
**recollection [1]** 42/15
**recommend [1]** 67/15
**recommendation [4]** 4/4 38/11 52/11 67/20
**recommended [2]** 65/5 65/13
**record [15]** 23/8 25/19 35/11 43/10 45/25 48/24 48/25 49/1 49/3 49/12 49/20 49/24

**R**

record... [3]  50/11
67/13 69/3
recorded [1]  2/13
recover [1]  28/7
red [1]  55/21
reduced [1]  20/9
reduces [1]  50/18
references [1]  5/18
referring [1]  40/13
reflect [4]  40/17 53/14
61/2 64/16
reflected [1]  67/21
reflecting [1]  40/15
reform [1]  27/3
refrain [1]  65/11
regard [1]  57/13
Regardless [1]  26/16
regime [1]  60/23
Registered [1]  2/9
regret [1]  52/17
rehabilitation [2]  9/10
67/19
rehash [1]  32/24
reiterate [1]  53/4
reject [1]  40/5
rejected [1]  44/7
related [2]  6/25 14/22
Relativity [1]  24/15
release [4]  32/16 64/24
65/23 66/11
released [1]  66/22
relevant [3]  35/8 38/20
39/4
Religion [1]  51/11
religious [1]  54/8
remember [5]  5/13
9/15 10/25 24/6 28/12
remembering [1]  30/5
reminded [1]  23/22
remorse [2]  32/20
64/11
remorseful [2]  27/19
39/25
removed [1]  38/13
rendering [1]  22/18
repeat [2]  37/4 37/10
repeatedly [1]  60/14
repeating [1]  30/10
repelled [1]  29/10
repentance [1]  27/19
repercussions [1]
27/13
replaces [1]  44/2
report [8]  4/3 7/15 8/21
12/9 35/4 65/6 66/12
66/17
Reporter [4]  2/8 2/9
2/9 2/10
representative [1]  45/5
representing [1]  43/4
request [8]  32/17 40/6
40/25 45/15 46/1 67/7
67/9 67/15
requested [2]  43/7
65/22
requesting [1]  40/20
require [2]  43/17 43/23

required [1]  44/6
requires [1]  45/21
requiring [1]  9/9
Reserve [1]  46/11
residence [3]  55/6
66/14 66/22
resolving [1]  8/12
respect [19]  3/25 7/6
7/11 7/18 8/13 8/14
9/19 13/16 15/14 17/8
32/14 32/21 38/14 44/8
50/10 50/15 50/20
53/15 61/3
respectively [2]  21/14
63/13
responded [1]  26/12
responsibility [2]
38/22 64/10
responsible [2]  33/24
46/5
rest [1]  56/19
restitution [2]  32/16
65/15
restored [1]  49/17
restrained [1]  62/23
result [4]  11/18 30/11
31/1 61/15
resulted [2]  10/10
19/14
results [3]  6/11 19/17
61/16
retained [1]  41/7
retire [1]  28/3
retreat [1]  29/5
retreating [2]  34/15
56/24
retribution [9]  44/3
44/21 46/7 46/23 46/24
50/23 50/24 51/18
61/10
retributive [1]  61/13
return [1]  66/16
revenge [8]  44/3 44/21
46/7 46/22 46/23 50/23
50/24 61/11
reviewed [5]  3/24 4/2
4/8 4/16 8/20
Richburg [2]  14/10
14/17
right [28]  3/14 3/16
3/21 4/20 5/24 8/17
8/24 17/1 18/1 19/19
22/23 23/1 24/1 24/5
27/23 31/24 33/14
48/11 52/19 52/20
52/21 59/2 62/17 63/14
63/24 66/23 67/2 67/22
rights [1]  49/17
ring [1]  37/8
riot [4]  24/22 33/22
39/19 56/13
rioter [1]  29/6
rioters [3]  28/17 55/20
57/8
rise [4]  3/2 52/22 52/25
67/25
risk [11]  6/19 7/22 12/4
12/19 13/6 13/14 13/24

risked [2]  13/7 30/21
RMR [2]  69/2 69/8
Robertson [1]  61/22
role [2]  26/10 56/9
rooted [1]  22/8
rough [1]  40/15
rule [1]  7/2
run [1]  64/22
running [1]  41/17
runs [1]  45/13
rural [1]  51/1
rushes [1]  56/8

**S**

sacrifice [3]  30/24
30/25 30/25
sacrificed [1]  30/14
saddest [1]  55/25
Safavian [3]  16/10
16/14 16/21
safe [2]  38/12 42/22
safety [2]  30/19 31/7
said [6]  18/15 20/3
27/5 56/15 59/8 59/21
same [15]  6/15 10/15
11/13 16/20 19/20 20/1
20/14 20/17 27/12
29/21 32/6 38/21 48/4
51/4 60/25
sat [2]  8/11 32/23
satisfy [2]  40/8 50/1
save [1]  48/1
saw [1]  37/14
say [10]  19/11 22/11
41/12 42/20 52/16
54/12 54/14 59/20
63/18 64/8
saying [2]  33/21 56/11
59/21
says [3]  15/17 15/18
37/3
scene [1]  5/10
scenes [1]  58/7
scheme [2]  19/23
20/19
school [1]  51/3
SCHWARTZ [85]
Schwartz's [16]  16/23
17/16 24/18 32/18
36/12 37/9 38/2 38/9
38/16 40/3 40/18 42/19
47/6 48/24 49/24 53/21
scrambling [1]  7/24
scream [1]  31/9
screaming [1]  58/8
search [1]  24/15
seated [3]  3/4 53/1
53/2
second [6]  11/9 16/1
29/20 42/6 55/22 55/23
secondary [1]  15/19
Secondly [1]  5/17
seconds [1]  56/7
Section [1]  47/10
security [3]  29/22
35/21 37/16
sedition [1]  44/15

see [12]  5/8 5/10 7/23
28/21 28/24 30/8 37/20
44/1 45/10 51/12 56/23
57/6
seeing [1]  8/1
seek [1]  47/24
seeking [2]  44/16
44/17
seeks [2]  44/10 46/5
seem [2]  53/25 54/10
seems [4]  38/1 42/13
54/4 54/5
seen [6]  32/24 46/8
55/20 58/5 58/18 59/5
sees [1]  56/2
segments [1]  50/22
Senator [1]  27/4
sense [4]  36/15 36/16
36/16 59/17
sent [3]  4/14 24/25
25/12
sentence [47]  7/15
22/17 22/19 31/10
31/18 32/14 36/19
36/20 38/5 38/17 40/8
40/21 42/6 42/7 43/7
43/8 43/17 43/25 44/17
45/15 45/17 45/22 46/2
47/1 49/1 49/9 49/9
50/14 50/17 50/18
50/19 52/4 52/6 52/10
52/12 53/8 53/13 61/2
61/17 63/12 63/20
63/21 63/22 64/9 64/16
66/15 67/11
sentenced [6]  33/9
39/17 49/6 50/6 61/15
64/23
sentences [17]  32/15
38/3 38/23 39/6 40/15
47/5 49/6 49/7 49/7
49/8 49/23 49/25 51/22
53/19 63/17 66/24 67/4
sentencing [30]  1/9
3/16 4/5 4/9 4/12 7/19
15/1 15/2 16/13 23/20
24/7 25/1 25/13 32/12
32/18 36/15 36/24
38/11 39/25 43/5 45/16
47/4 49/21 50/3 50/4
50/5 50/13 51/24 53/9
65/6
separate [5]  16/14
16/15 16/25 20/25
62/13
sergeant [15]  4/7
18/24 23/6 23/11 23/18
23/22 24/1 25/10 25/23
26/4 31/19 31/25 32/6
33/2 33/4
serious [23]  7/22 8/2
9/5 9/6 9/16 9/18 10/1
11/18 11/25 12/19 13/6
13/7 13/8 13/8 14/5
21/16 35/25 43/15
43/20 43/21 43/23
45/19 48/18

seriously [1]  15/21
seriousness [4]  47/8
49/21 53/14 61/3
servant [1]  63/2
serve [1]  64/23
served [1]  49/5
service [6]  26/5 39/12
39/14 45/9 46/12 46/15
session [2]  3/3 53/1
set [6]  16/18 17/5
43/19 51/21 53/7 53/9
sets [2]  7/13 33/12
several [2]  26/20 45/9
severity [2]  50/17
50/18
shall [4]  4/15 65/3 66/8
66/16
sham [1]  59/23
share [1]  52/5
shared [1]  65/23
she [2]  27/5 27/6
shield [1]  39/19
shots [1]  60/2
should [18]  6/15 6/17
6/23 8/18 15/15 15/15
19/11 20/3 22/2 22/7
26/16 39/6 40/2 43/23
44/23 46/21 53/19
63/18
shoulder [4]  25/2 25/3
57/10 57/10
shouldn't [2]  6/18
63/14
showed [1]  5/5
showing [1]  32/12
shown [1]  25/12
shows [7]  11/9 24/24
25/2 25/13 48/16 55/18
57/10
sightseeing [1]  26/12
significant [4]  33/25
38/10 48/7 49/8
similar [1]  32/6
similarities [1]  39/18
simple [1]  60/15
simply [6]  16/7 38/19
47/2 51/8 51/25 52/1
since [1]  12/13
sincerely [1]  52/17
single [6]  16/7 39/11
39/21 40/1 61/14 62/21
sir [3]  3/15 31/23 60/10
situated [2]  22/18
situation [3]  41/18
51/16 62/19
situations [1]  8/3
six [17]  6/9 6/11 6/17
6/24 7/21 8/13 12/2
12/7 12/10 12/15 12/16
13/9 14/21 15/2 18/10
60/4 64/21
six-level [11]  6/9 6/11
6/17 6/24 7/21 8/13
12/2 12/7 13/9 14/21
15/2
skill [1]  54/3
smaller [2]  16/2 57/17
so [54]  3/16 3/23 4/2

**S**

**so... [51]** 4/15 4/20 5/14 5/23 6/3 6/20 7/2 7/9 8/3 8/15 8/24 9/1 9/19 12/14 14/3 15/18 16/5 16/25 17/3 17/5 17/16 19/4 19/17 19/19 20/11 20/13 21/5 21/21 22/4 22/6 24/10 24/20 25/18 32/4 32/13 32/14 34/12 35/10 36/21 36/25 38/22 38/25 40/2 42/7 49/18 52/17 53/4 63/24 65/20 67/11 67/18

**so it's [1]** 7/9

**Soaker [5]** 34/1 34/2 56/25 57/4 57/16

**socioeconomic [1]** 51/4

**soldier [2]** 26/6 58/23

**some [23]** 5/12 9/23 10/4 10/23 10/24 26/1 30/6 31/11 38/1 38/21 40/17 41/10 43/20 56/3 56/4 56/18 59/2 59/15 59/16 62/23 63/1 63/18 65/19

**somebody [5]** 10/8 55/21 60/21 60/24 61/15

**someone [2]** 26/18 31/10

**something [2]** 25/19 27/4

**somewhat [1]** 16/10

**son [1]** 54/11

**sorry [3]** 5/20 20/3 63/20

**sort [6]** 24/2 37/17 38/25 41/12 43/20 46/16

**sound [1]** 27/19

**south [2]** 18/18 18/23

**southern [1]** 18/23

**southwest [1]** 29/2

**sovereignty [1]** 45/6

**speak [2]** 23/4 25/25

**speaks [4]** 7/21 50/23 55/9 58/15

**special [1]** 65/1

**specific [5]** 14/24 20/23 22/11 23/19 37/22

**specifically [4]** 9/13 23/22 24/22 24/25

**speech [2]** 44/21 47/15

**spelled [1]** 35/5

**spent [2]** 36/18 46/11

**spoke [1]** 27/5

**spoken [1]** 33/4

**spray [49]** 4/5 4/9 5/2 5/9 5/10 5/14 5/16 6/7 6/19 9/2 10/14 10/17 10/19 10/21 11/3 11/4 11/4 11/5 11/7 11/11 11/13 13/17 13/19 14/3 14/12 14/18 14/18 25/4 25/8

**sprayed [5]** 10/18 15/8 31/17 48/17 48/19

**sprayer [1]** 29/7

**spraying [12]** 8/1 11/14 15/12 15/25 16/1 16/3 24/3 25/5 34/3 57/4 57/12 57/18

**sprays [1]** 57/25

**spur [1]** 48/12

**stable [2]** 36/23 53/24

**staff [2]** 30/18 31/5

**stage [5]** 18/23 24/2 28/10 29/2 57/22

**staircase [1]** 18/24

**Stallings [8]** 4/12 4/14 5/22 23/21 24/3 25/2 55/1 57/9

**Stallings' [4]** 24/1 24/7 25/1 25/13

**stand [1]** 33/3

**standing [2]** 56/2 60/22

**stands [3]** 43/14 52/23 68/1

**stark [1]** 39/13

**start [2]** 25/4 50/12

**started [1]** 56/12

**starting [2]** 34/17 38/16

**state [1]** 65/10

**stated [1]** 27/6

**statement [9]** 4/6 13/18 23/8 23/13 25/18 31/22 32/11 45/23 46/6

**statements [3]** 16/14 16/22 46/17

**states [18]** 1/1 1/3 1/10 3/6 4/7 9/11 13/1 14/10 16/10 18/4 26/4 26/20 37/21 45/4 45/5 46/19 47/15 53/7

**status [2]** 12/12 55/4

**statute [1]** 53/10

**statutory [2]** 22/3 22/5

**stay [2]** 38/4 38/8

**stenography [1]** 2/13

**Stephen [1]** 1/17 3/8

**stephen.rancourt [1]** 1/21

**stick [1]** 29/12

**still [2]** 30/4 53/24

**stills [1]** 57/6

**stole [6]** 28/12 28/18 34/8 34/14 48/10 56/13

**stood [1]** 43/3

**stop [4]** 26/25 28/23 29/23 30/22

**stranger [1]** 26/17

**stream [1]** 25/14

**streams [2]** 25/7 57/7

**Street [1]** 1/14

**stretches [1]** 54/2

**strike [1]** 48/6

**striking [1]** 56/7

**strive [1]** 28/2

**struck [1]** 35/13

**struggle [2]** 51/10 55/21

**struggled [1]** 41/1

**studied [1]** 42/11

**stuff [1]** 54/15

**subject [2]** 15/11 65/12

**subjected [1]** 10/21

**submit [6]** 44/4 47/6 49/12 49/20 50/1 66/1

**submitted [1]** 4/5

**Subsection [2]** 13/1 20/5

**subset [1]** 40/17

**substance [5]** 54/4 65/11 65/12 66/1 66/2

**substantial [14]** 6/19 7/22 12/18 12/19 13/6 13/14 13/24 14/14 14/19 17/17 19/9 19/14 43/17 47/9

**such [10]** 9/9 10/7 12/12 12/18 12/24 14/17 15/23 41/9 46/8 66/9

**suffered [2]** 29/14 59/14

**sufficient [1]** 53/8

**suggest [2]** 43/12 44/11

**suggested [3]** 59/7 59/24 61/5

**suit [1]** 44/24

**Suite [2]** 1/19 2/3

**Super [5]** 34/1 34/2 56/25 57/4 57/16

**supervised [3]** 32/15 64/24 66/21

**supervision [1]** 17/23 65/3 65/8 66/20

**supplies [1]** 56/25

**support [3]** 8/4 36/25 52/5

**supported [3]** 22/12 22/15 60/13

**supporters [1]** 51/6

**supporting [1]** 22/11

**suppose [2]** 23/15

**supposed [1]** 61/17

**sure [5]** 26/7 46/3 56/6 59/1 62/8

**surgery [1]** 9/10

**surprise [1]** 24/20

**surroundings [1]** 13/21

**survival [1]** 30/2

**survived [1]** 30/4

**Susan [1]** 27/5

**suspended [1]** 49/7

**sustained [1]** 28/1

**sycophants [1]** 52/5

**system [5]** 26/17 27/9 51/17 51/18 51/19

**strike [1]** 48/6

**table [1]** 47/4

**take [10]** 14/23 22/16 28/2 34/15 44/10 48/9 52/20 60/24 64/10 64/13

**takes [1]** 4/22

**taking [5]** 6/22 34/10 42/10 49/24 56/19

**talk [6]** 3/24 4/20 5/24 44/6 50/14 55/8

**talked [2]** 33/10 34/12

**talking [1]** 19/2

**tamper [1]** 66/3

**tantamount [2]** 13/2 13/12

**targeted [1]** 31/6

**team [1]** 30/7

**tear [2]** 56/18 56/22

**tell [2]** 27/22 61/24

**telling [1]** 29/22

**temporarily [1]** 13/19

**ten [2]** 21/25 35/9

**tend [1]** 47/7

**tends [1]** 55/22

**term [2]** 15/18 50/7

**termination [1]** 66/18

**terms [5]** 11/3 19/19 62/2 64/19 64/24

**Terrace [12]** 11/15 18/19 18/24 19/3 23/23 25/5 25/6 55/11 55/12 56/23 57/4 57/12

**Terrific [1]** 8/23

**terrifying [1]** 33/3

**Terror [1]** 46/14

**terroristic [6]** 36/2 36/3 36/7 54/22 54/23 54/24

**test [1]** 60/2

**testified [4]** 10/20 10/22 24/17 32/2

**testify [1]** 63/7

**testifying [1]** 62/18

**testimony [4]** 5/12 10/17 11/21 24/21

**testing [3]** 65/12 66/1 66/3

**Texas [2]** 1/18 1/18

**text [2]** 33/20 34/7

**texts [1]** 63/1

**than [10]** 21/16 29/17 39/6 44/11 45/1 49/1 53/8 60/4 62/5 64/5

**Thank [18]** 8/6 8/23 17/13 23/17 25/21 25/22 25/25 31/19 31/23 40/22 42/24 42/25 52/13 52/14 52/18 52/19 53/3 67/24

**Thank you [14]** 8/6 8/23 17/13 25/22 25/25 31/23 40/22 42/24 42/25 52/13 52/14 52/18 52/19 53/3

**Thankfully [1]** 59/13

**that [365]**

**that'll [1]** 67/11

**that's [34]** 5/19 6/4 6/7

**table [1]** 47/4

**t**

**table [1]** 47/4

10 7/13 8/3 12/4 18/17 21/8 21/9 21/10 37/5 37/25 38/10 40/1 42/7 42/23 43/10 49/12 49/18 50/9 50/14 50/16 50/19 52/12 57/19 58/20 58/21 60/9 60/17 60/23 61/9 63/25 64/12

**theft [2]** 26/20 34/9

**their [13]** 10/22 27/11 27/17 30/18 31/7 31/7 31/8 31/11 32/2 51/9 51/11 52/18 56/13

**them [28]** 6/1 8/25 10/24 14/4 17/19 24/16 32/2 32/9 34/15 35/6 35/19 37/15 38/19 51/8 51/12 51/13 55/24 56/5 56/5 56/13 56/14 56/17 56/19 57/12 57/13 57/25 62/1 63/12

**then [25]** 3/24 3/25 4/11 4/13 6/1 6/13 6/17 6/21 11/12 11/23 12/2 15/8 15/10 15/12 16/2 16/3 18/1 19/2 21/11 23/2 34/4 56/17 57/23 57/24 60/4

**there [59]** 4/15 4/20 5/9 5/23 5/25 6/9 6/13 8/2 11/12 11/15 11/17 13/24 13/25 14/6 14/9 15/7 15/10 15/20 15/23 15/24 15/25 16/2 17/20 17/21 18/12 22/4 24/2 25/6 25/9 30/13 34/21 34/22 35/8 36/25 37/9 37/19 38/25 39/18 40/6 40/12 40/13 40/16 41/25 42/11 43/11 45/2 45/14 46/25 47/9 47/17 48/11 48/13 48/20 49/2 49/7 54/12 56/2 58/20 59/12

**there's [32]** 5/14 5/17 5/23 6/3 6/5 6/21 9/16 10/5 12/2 16/4 17/22 20/10 22/11 25/7 34/13 38/4 40/7 43/17 43/20 44/25 45/15 45/23 46/20 46/21 48/18 49/12 50/13 51/18 56/1 56/8 59/16 62/12

**therefore [2]** 15/22 16/16

**therefrom [1]** 12/25

**these [30]** 3/13 5/6 7/3 9/20 11/3 17/2 20/4 22/10 22/12 30/10 32/7 33/1 33/5 34/10 34/19 36/18 37/18 41/12 41/13 44/1 44/22 51/10 51/22 54/21 56/3 56/14 58/11 59/24 60/16 61/7

**they [40]** 5/2 10/21 10/23 14/17 15/15 16/7 19/20 20/14 20/20 20/24 21/16 22/8 22/14

**T**

they... **[27]** 27/11 27/22 27/22 30/19 31/8 31/10 32/5 32/7 33/1 34/15 37/8 38/22 40/13 40/18 42/2 49/15 51/7 51/9 51/12 51/17 53/5 56/16 56/19 56/24 58/18 61/15 67/18

they'll **[2]** 27/12 27/16

they're **[3]** 6/15 49/14 51/6

they've **[4]** 40/14 41/11 44/9 51/13

thing **[11]** 26/23 27/12 27/23 29/21 33/14 37/17 37/21 38/8 38/25 59/3 64/8

things **[1]** 41/1

think **[39]** 5/1 5/14 5/23 7/6 7/11 7/16 7/19 7/23 8/14 12/6 12/16 13/9 13/17 14/7 14/16 14/20 16/9 16/19 17/10 22/20 24/12 24/20 24/21 24/24 25/11 27/2 33/19 37/10 38/15 39/2 42/18 50/12 50/17 51/14 52/21 58/18 60/9 64/3 67/18

third **[7]** 5/12 21/9 35/22 36/6 41/6 56/15 57/19

third-degree **[2]** 35/22 36/6

this **[73]**

those **[42]** 5/2 6/20 7/8 8/2 8/10 8/12 16/6 17/3 17/20 18/6 21/15 22/20 24/18 25/8 25/11 29/23 30/18 34/8 34/12 35/10 37/7 37/11 38/21 38/24 39/4 39/6 40/16 40/18 40/20 41/10 42/1 46/10 49/8 56/20 57/2 61/19 62/1 63/17 63/19 64/1 64/22 65/9

though **[3]** 45/17 49/3 51/20

thought **[3]** 35/8 47/14 47/25

thousands **[4]** 14/1 46/4 46/15 47/20

thread **[1]** 35/3

threat **[1]** 19/8

threatened **[1]** 31/6

threatening **[6]** 36/2 36/4 36/8 36/8 54/17 54/18

threating **[1]** 30/22

threats **[5]** 27/1 36/3 54/22 54/23 54/24

three **[4]** 13/13 19/10 21/20 32/15

threw **[5]** 33/20 33/21 35/13 55/16 56/16

through **[23]** 3/23 6/1 8/11 8/24 14/25 17/16

21/14 24/15 27/1 30/3 30/8 31/8 32/11 32/23 33/1 38/18 43/13 64/25 64/25

throughout **[4]** 35/4 38/2 46/13 46/14

throw **[4]** 28/8 33/13 33/15 33/23

throwing **[5]** 6/10 12/3 34/6 35/20 56/10

thrown **[9]** 9/24 56/3 56/12

time **[18]** 11/6 13/20 23/23 24/14 28/16 30/12 33/6 38/12 43/5 43/8 49/5 50/25 51/24 51/24 52/8 55/18 62/24 66/9

times **[6]** 11/9 28/9 36/11 42/7 42/12 55/6

tire **[1]** 37/13

titled **[2]** 14/9 69/4

today **[4]** 26/7 32/4 45/24 59/21

together **[2]** 16/6 57/10

told **[3]** 43/5 43/9 47/16

too **[5]** 27/20 47/2 50/19 51/25 63/9

took **[4]** 26/2 29/18 33/2 58/24

top **[2]** 34/23 55/5

total **[7]** 17/24 18/13 19/6 19/17 21/17 21/21 32/19

totaling **[1]** 65/2

totally **[2]** 33/24 37/8

touch **[1]** 53/24

tour **[1]** 26/12

toward **[4]** 11/8 11/10 41/4 57/7

towards **[6]** 29/4 46/16 46/18 47/7 54/18 57/5

trained **[2]** 27/25 28/11

training **[1]** 10/21 53/18

trajectory **[2]** 9/25 56/4

transactions **[3]** 19/22 20/2 20/17

transcript **[1]** 1/9 2/13 69/3

transcription **[1]** 2/14

transfer **[2]** 26/25 66/19

translates **[1]** 21/20

trauma **[1]** 31/1

treated **[2]** 20/22 58/17

treating **[1]** 6/4

treatment **[3]** 6/6 66/16 66/18

trial **[12]** 5/1 5/5 7/12 7/16 10/17 11/21 32/24 39/17 59/23 62/17 62/21 63/8

tried **[1]** 64/1

triggering **[1]** 30/6

trouble **[2]** 48/25 57/23

true **[6]** 10/15 43/11

truly **[1]** 46/2

Trump **[7]** 27/4 27/6 27/10 44/20 50/23 51/6 52/4

trust **[1]** 52/12

try **[1]** 58/24

trying **[3]** 28/14 48/1 58/4

tunnel **[12]** 11/15 15/13 16/3 19/3 19/3 29/6 29/12 29/17 34/4 57/21 58/2 60/3

turn **[1]** 4/1

turned **[1]** 60/5

TV **[1]** 30/1

twice **[1]** 53/25

two **[33]** 4/9 11/3 11/23 13/12 15/8 16/4 17/23 18/13 19/22 20/1 20/10 20/10 20/17 32/10 36/23 39/2 39/4 39/6 40/23 41/25 42/7 42/12 44/12 49/7 49/9 50/1 54/17 55/21 56/17 62/19 63/5 63/17 64/1

two-level **[1]** 20/10

TX **[1]** 1/19

type **[3]** 11/13 31/11 46/9

**U**

U.S **[4]** 1/13 26/4 45/4 65/24

U.S. **[3]** 45/1 45/2 45/10

U.S. Attorney's Office **[3]** 45/1 45/2 45/10

U.S.C **[6]** 19/4 19/7 21/4 43/24 50/2 67/2

ultimately **[1]** 6/21

unable **[2]** 67/6 67/10

unapproved **[1]** 26/12

under **[15]** 7/1 9/3 12/8 12/13 12/16 13/10 14/8 18/3 18/12 19/4 36/4 47/10 51/10 60/6 67/2

underlying **[1]** 12/14

undermines **[1]** 50/20

understand **[4]** 4/13 17/14 18/25 43/16

understanding **[3]** 25/15 41/10 43/11

understood **[2]** 5/6 56/9

unfair **[3]** 24/12 24/20 60/18

uniform **[3]** 28/25 29/9 29/16

unique **[2]** 49/14 52/1

unit **[1]** 21/12

UNITED **[15]** 1/1 1/3 1/10 3/6 4/7 14/10 16/10 18/4 26/4 37/21 45/4 45/5 46/19 47/15 53/7

United States **[7]** 4/7 16/10 26/4 45/4 45/5

truly **[1]** 46/2

United States of **[1]** 3/6

units **[5]** 21/11 21/17 21/18 21/19 21/20

unjust **[1]** 60/18

unlawful **[1]** 65/11

unlikely **[1]** 49/15

unlocked **[1]** 55/13

unreasonably **[2]** 44/17 52/6

unsupported **[1]** 37/8

until **[3]** 23/19 35/19 66/9

unwarranted **[2]** 50/4 53/20

up **[21]** 5/6 22/17 24/19 26/14 28/12 32/12 35/19 36/18 37/11 51/5 56/19 57/2 57/21 59/25 60/1 60/7 60/22 62/5 64/9 64/10 64/12

upbringing **[1]** 53/24

upon **[8]** 6/25 11/21 12/10 12/14 15/6 21/23 58/24 66/17

us **[12]** 20/6 23/20 23/22 24/13 28/18 28/19 29/4 29/5 30/16 31/15 45/24 56/16

USAO **[1]** 1/17

usdoj.gov **[2]** 1/16 1/21

use **[14]** 11/3 11/4 11/5 11/12 14/3 14/18 18/8 20/22 28/13 48/12 54/5 54/5 65/11 65/25

used **[15]** 4/23 5/3 5/9 9/12 9/14 24/1 33/11 41/12 48/4 56/13 60/25 62/24 65/19 65/19 66/2

useful **[1]** 39/1

using **[6]** 14/6 34/1 39/19 48/2 57/13 64/1

utmost **[1]** 44/8

**V**

vacated **[1]** 16/12

values **[2]** 60/8 60/11

variance **[4]** 40/6 40/7 63/22 63/23

variances **[1]** 63/18

varied **[3]** 51/25 61/13 63/19

various **[1]** 3/24

vengeful **[1]** 61/13

verbally **[1]** 31/9

versus **[4]** 3/7 14/10 16/10 45/3

very **[18]** 33/25 34/2 34/17 34/17 34/22 34/22 36/22 37/8 39/2 39/9 39/14 39/25 39/25 43/15 43/17 49/13 51/12 67/24

vest **[1]** 62/10

veteran **[1]** 26/5

VI **[3]** 17/25 21/24 64/4

victim **[41]** 4/6 6/12 6/15 6/18 6/25 12/7 12/11 13/13 13/18 14/13 15/3 15/3 15/5 15/16 15/22 16/7 16/17 16/21 18/10 18/16 19/6 19/15 19/16 19/20 20/1 20/14 20/17 23/7 23/12 23/19 25/18 25/25 32/11 35/13 36/10 45/23 45/25 46/2 46/5 60/17 62/21

victims **[16]** 7/13 14/24 15/5 15/10 15/20 15/23 16/7 16/16 16/25 20/25 31/16 33/12 62/13 62/14 63/5 64/4

video **[19]** 4/13 11/9 16/25 23/25 24/1 24/24 24/25 25/11 25/12 25/12 33/22 34/10 55/9 55/18 55/25 57/9 57/16 58/5 59/23

videos **[1]** 32/24

view **[2]** 17/2 28/20

viewed **[2]** 50/16 56/20 58/10

viewing **[2]** 36/17 38/16

violations **[2]** 47/23 55/2

violence **[17]** 32/14 35/3 35/6 36/10 36/12 36/13 37/13 37/15 37/16 37/25 37/25 38/1 38/1 48/21 54/25 55/13 59/2

violent **[10]** 26/19 30/10 32/22 34/18 34/23 34/25 38/6 39/14 42/19 62/22

visit **[1]** 67/18

visor **[1]** 28/22

vitriol **[1]** 46/16

vocational **[1]** 53/18

voluntarily **[1]** 41/23

vote **[1]** 45/20

voter **[1]** 47/17

voting **[1]** 49/17

vs **[1]** 1/5

vulnerable **[1]** 14/4

**W**

walked **[1]** 57/3

wall **[2]** 25/4 57/11

wandered **[1]** 34/21

want **[9]** 8/9 26/7 31/3 31/10 31/11 33/8 52/16 64/9 64/11

wanting **[1]** 37/20

wants **[1]** 6/2

war **[6]** 34/17 46/12 46/14 58/12 58/14 58/23

warranted **[2]** 14/13 49/25

warrants **[2]** 26/18 48/25

**W**

was [130]
Washington [5]  1/5
1/15 2/4 2/11 60/18
wasn't [8]  4/25 28/11
30/17 34/9 45/19 48/11
58/1 63/6
watch [1]  33/22
watching [1]  27/14
way [19]  7/14 7/15
7/25 8/4 10/4 11/23
14/3 16/20 23/13 31/8
32/6 33/10 36/15 40/14
51/9 55/2 55/10 57/21
60/25
we [77]
we believe [4]  8/10
47/9 49/25 50/8
we'd [1]  50/13
we'll [3]  3/22 3/24 3/25
we're [6]  19/2 24/17
32/10 43/9 44/4 58/13
we've [1]  52/2
weapon [20]  5/4 6/5
6/7 7/7 9/2 9/3 9/12
9/12 9/20 10/13 10/16
18/8 19/5 20/22 26/22
35/23 35/24 48/2 54/20
62/14
weaponization [1]
44/6
weapons [7]  7/8 7/9
14/7 33/11 48/3 54/22
54/24
wearing [1]  62/10
weary [1]  32/7
website [1]  41/16
Webster [13]  39/3 39/8
39/10 39/11 42/15
61/22 62/9 62/20 62/20
62/25 63/8 63/10 63/21
Webster's [1]  62/9
weight [1]  58/2
welder [1]  54/3
well [17]  4/6 7/17 11/4
11/22 11/25 13/7 18/22
24/7 24/24 27/15 28/6
39/9 59/14 62/18 63/8
65/4 66/24
went [8]  29/21 33/1
38/18 48/20 51/3 60/3
60/5 63/3
were [72]
weren't [7]  32/5 34/15
38/4 56/21 57/15 57/20
59/13
West [13]  11/15 18/19
18/24 19/3 23/23 25/5
25/6 28/9 55/11 55/12
56/23 57/4 57/12
what [44]  3/23 4/2 11/2
13/21 20/3 21/7 21/13
24/24 27/24 29/15
29/18 30/5 33/22 34/14
34/14 36/21 37/12
37/13 39/7 39/23 40/12
41/16 41/20 42/14
43/12 45/21 48/19 50/9

56/6 58/10 58/12 58/20
59/8 59/14 59/21 61/9
61/17 62/1 63/17 64/1
what's [1]  60/17
when [22]  5/8 23/20
27/5 29/10 33/20 37/18
41/1 42/20 42/22 43/3
44/10 44/21 45/2 48/19
49/3 49/22 55/3 55/6
55/22 59/25 64/13
66/22
where [19]  7/23 8/1
15/3 23/23 26/13 29/5
31/4 31/17 31/17 34/3
35/13 35/17 40/17
45/12 46/12 46/25
50/21 51/2 62/2
whether [13]  9/15
11/17 11/19 22/10 23/3
33/5 37/25 41/3 42/2
58/13 64/9 64/11 65/19
which [28]  4/9 5/18
6/11 9/25 11/14 11/22
14/11 17/24 19/7 21/7
21/20 21/21 25/1 39/8
39/16 40/14 43/16
45/24 45/25 50/24
54/19 57/9 58/16 62/22
65/6 65/23 66/13 66/20
while [6]  8/18 14/12
24/2 26/14 65/3 65/8
who [53]  11/14 12/21
14/6 15/11 15/20 15/24
16/3 16/24 18/18 18/21
19/21 20/15 23/3 23/24
25/5 25/6 26/12 26/14
26/18 28/21 30/16
30/21 31/1 31/10 32/1
32/13 33/2 34/21 34/22
36/4 36/23 36/24 37/11
43/10 44/20 45/19
45/25 46/2 46/10 51/10
52/5 53/25 53/25 54/13
55/17 56/2 57/8 57/11
57/23 57/23 58/4 60/24
64/14
who's [2]  60/21 60/22
whole [5]  16/16 22/16
25/20 28/1 29/25
whom [1]  16/22
whose [1]  45/6
why [11]  7/13 7/20
7/20 8/3 19/15 37/1
42/23 49/12 49/18
58/21 60/9
wife [4]  29/9 48/15
57/10 60/7
will [21]  14/9 14/20
14/20 15/20 17/15 22/6
22/15 22/16 25/19
30/11 30/14 37/14 38/12
42/21 42/22 52/21
58/13 64/16 64/18
66/19 67/21
Willett [2]  2/7 3/11
willfully [2]  26/13 28/8
William [3]  2/8 69/2

willing [1]  41/24 42/1
windows [1]  31/9
wipe [1]  28/23
wish [4]  8/7 23/3 52/15
67/12
witch [1]  52/7
within [5]  25/4 47/5
56/7 66/7 66/25
witness [2]  45/23
46/17
witness's [1]  24/16
witnessed [1]  29/25
won't [2]  30/12 37/10
words [4]  56/14 56/20
58/11 59/25
work [1]  44/9
worked [1]  45/2
world [3]  29/25 37/1
38/5
worse [2]  11/2 28/5
worst [3]  43/6 43/6
49/9
would [37]  7/2 8/15
13/9 16/5 22/17 23/10
27/2 27/2 27/22 28/14
28/15 29/20 31/12
38/22 40/8 41/19 42/1
43/11 44/4 45/16 47/6
47/7 48/9 49/1 49/2
49/8 49/12 49/16 49/20
50/1 50/1 50/8 50/12
50/24 67/15 67/18
67/18
wouldn't [2]  5/2 31/11
wracking [1]  36/18
wreaks [1]  46/6
write [1]  27/20
writer [1]  7/15
writes [1]  37/6
wrong [4]  42/16 45/21
46/20 48/1
wrote [1]  36/23
wrought [1]  64/15

**Y**

Yeah [1]  5/19
year [3]  45/15 49/9
50/1
years [11]  21/24 21/25
30/9 32/10 32/15 39/12
39/14 45/2 46/11 53/23
63/3
yell [1]  31/9
yes [8]  3/19 3/20 17/15
23/17 24/8 25/16 40/24
42/8
yesterday [3]  24/14
45/24 58/12
yet [1]  29/23
York [2]  26/19 67/17
you [153]
you know [1]  24/21
you'll [1]  66/21
you're [13]  8/19 17/11
42/6 57/13 58/1 59/17

60/24 63/14 63/24
you've [5]  32/24 55/2
60/14 61/6 61/9
young [2]  39/25 43/9
your [67]  3/5 3/19 3/20
4/17 4/18 7/4 8/8 8/22
17/7 17/13 22/22 22/25
23/5 23/10 23/17 24/12
25/15 29/19 30/17 31/5
31/5 31/5 31/5 31/22
31/25 33/9 39/8 40/22
44/4 50/20 51/15 52/11
55/6 55/10 56/1 56/9
56/11 56/14 56/20
56/20 57/10 57/16
57/21 58/2 58/4 58/10
58/11 59/7 59/15 59/24
60/7 60/8 60/8 60/11
60/12 60/13 60/25 61/1
61/6 62/19 64/10 65/7
66/22 66/23 66/24
67/14 67/23
Your Honor [29]  3/5
3/19 3/20 4/17 4/18 7/4
8/8 8/22 17/7 17/13
22/22 22/25 23/5 23/10
23/17 24/12 25/15
29/19 30/17 31/25 33/9
39/8 40/22 44/4 50/20
51/15 52/11 67/14
67/23
yours [1]  54/14
yourself [2]  58/24
65/12
youthful [1]  54/21

**Z**

Zaremba [3]  2/8 69/2
69/8