# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. 21-CR-178 (APM)
)
PETER J. SCHWARTZ )

## NOTICE OF APPEAL

Name and address of appellant:  Peter J. Schwartz
Correctional Treatment Facility
1901 E. St. SE
Washington, D.C. 20003

Name and address of appellant's attorney:  Dennis E. Boyle, Esq.
Boyle & Jasari
1050 Connecticut Ave, NW
Suite 500
Washington, D.C. 20036

Offense: 18 U.S.C. 111(a)(1) and (b); 18 U.S.C. 231(a)(3); 18 U.S.C. 1512(c)(2) and (2); 18 U.S.C. 1752(a)(1) and (b)(1)(A); and 40 U.S.C. 5104(e)(2)(D) and (F).

Concise statement of judgment or order, giving date, and any sentence:

Defendant was found guilty on count(s) 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, and 13 of the Second Superseding Indictment. Mr Schwartz was sentenced to 170 months of incarceration and 36 months of supervised release on May 5, 2023.

Name and institution where now confined, if not on bail: Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/18/2023
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ✔ | |
| Has counsel ordered transcripts? | ✔ | |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | | ✔ |