APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21–cr–00178–APM</u>–1

Case title: USA v. SCHWARTZ et al

Magistrate judge case number:  1:21–mj–00186–ZMF

Date Filed: 03/03/2021

Assigned to: Judge Amit P. Mehta

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **PETER SCHWARTZ** <br> *also known as* <br> PETER J. SCHWARTZ | represented by | **Dennis E. Boyle** <br> 1050 Connecticut Ave <br> Suite 500 <br> 20036 <br> Washington, DC 20036 <br> 202–430–1900 <br> Email: dboyle@dennisboylelegal.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

**John M. Pierce**
JOHN PIERCE LAW P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213–400–0725
Email: jpierce@johnpiercelaw.com
*TERMINATED: 12/10/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael E. Lawlor**
BRENNAN MCKENNA & LAWLOR
6305 Ivy Lane
Suite 700
Greenbelt, MD 20770
(301) 474–0044
Fax: (301) 474–5730
Email: mlawlor@verizon.net
*TERMINATED: 07/28/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

1

**Blerina Jasari**
BOYLE & JASARI LLP
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
917–886–0252
Email: bjasari@dennisboylelegal.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nicholas George Madiou**
BRENNAN, MCKENNA & LAWLOR,
CHARTERED
6305 Ivy Lane
Suite 700
Greenbelt, MD 20770
(301) 474–0044
Fax: (301) 474–5730
Email: nickmadiou@gmail.com
*TERMINATED: 07/28/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (1) | |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (1s) | |
| 18 U.S.C. 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon (1ss) | Sentenced to one hundred seventy (170) months of incarceration, followed by thirty–six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $100. |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder (2) | |
| 18 U.S.C. 231(a)(3); CIVIL DISORDER; Civil Disorder | |

(2s)

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(2ss)

Sentenced to sixty (60) months of incarceration, followed by thirty−six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(3)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(3s−4s)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(3ss)

Sentenced to one hundred seventy (170) months of incarceration, followed by thirty−six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 231(a)(3); CIVIL DISORDER;
Civil Disorder
(4)

18 U.S.C. 111(a)(1) and (b);
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon
(4ss)

Sentenced to one hundred seventy (170) months of incarceration, followed by thirty−six (36) months of supervised release. All terms of incarceration and supervised release shall run concurrently. Special assessment imposed on this count in the amount of $100.

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon and Aiding
and Abetting
(5)

18 U.S.C. 111(a)(1) and (b) and 2;
ASSAULTING/RESISTING/IMPEDING
OFFICERS/EMPLOYEES; Assaulting,
Resisting, or Impeding Certain Officers
Using a Dangerous Weapon and Aiding

and Abetting
(5s)

18 U.S.C. 231(a)(3) and 2; CIVIL
DISORDER; Civil Disorder and Aiding
and Abetting
(6)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(6s)

18 U.S.C. 1512(c)(2) and 2; TAMPERING
WITH A WITNESS, VICTIM OR
INFORMANT; Obstruction of an Official
Proceeding and Aiding and Abetting
(7)

18 U.S.C. 1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(7s)

18 U.S.C. 111(a)(1) and (b) and 2;                    Sentenced to one hundred seventy (170)
ASSAULTING/RESISTING/IMPEDING                         months of incarceration, followed by
OFFICERS/EMPLOYEES; Assaulting,                       thirty−six (36) months of supervised release.
Resisting, or Impeding Certain Officers               All terms of incarceration and supervised
Using a Dangerous Weapon and Aiding                   release shall run concurrently. Special
and Abetting                                          assessment imposed on this count in the
(7ss)                                                 amount of $100.

18 U.S.C. 1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(8)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(8s)

18 U.S.C. 1512(c)(2) and 2; TAMPERING                 Sentenced to one hundred seventy (170)
WITH A WITNESS, VICTIM OR                             months of incarceration, followed by
INFORMANT; Obstruction of an Official                 thirty−six (36) months of supervised release.
Proceeding and Aiding and Abetting                    All terms of incarceration and supervised
(8ss)                                                 release shall run concurrently. Special
                                                      assessment imposed on this count in the

amount of $100.

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds
(9)

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(9s)

18 U.S.C. 1752(a)(1) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Entering and Remaining in a
Restricted Building or Grounds with a
Deadly or Dangerous Weapon
(9ss)

Sentenced to one hundred twenty (120)
months of incarceration, followed by
thirty−six (36) months of supervised release.
All terms of incarceration and supervised
release shall run concurrently. Special
assessment imposed on this count in the
amount of $100.

18 U.S.C. 1752(a)(3); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Impeding Ingress and Egress in a
Restricted Building or Grounds
(10)

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Grounds or Building
(10s)

18 U.S.C. 1752(a)(2) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Disorderly and Disruptive
Conduct in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(10ss)

Sentenced to one hundred twenty (120)
months of incarceration, followed by
thirty−six (36) months of supervised release.
All terms of incarceration and supervised
release shall run concurrently. Special
assessment imposed on this count in the
amount of $100.

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds, with a Deadly or Dangerous
Weapon
(11)

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of

Physical Violence in a Capitol Grounds or
Buildings
(11s)

18 U.S.C. 1752(a)(4) and (b)(1)(A);
TEMPORARY RESIDENCE OF THE
PRESIDENT; Engaging in Physical
Violence in a Restricted Building or
Grounds with a Deadly or Dangerous
Weapon
(11ss)

Sentenced to one hundred twenty (120)
months of incarceration, followed by
thirty−six (36) months of supervised release.
All terms of incarceration and supervised
release shall run concurrently. Special
assessment imposed on this count in the
amount of $100.

40 U.S.C. 5104(e)(2)(D); FEDERAL
STATUTES, OTHER; Disorderly Conduct
in the Capitol Grounds or Buildings
(12)

40 U.S.C. 5104(e)(2)(D); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Disorderly
Conduct in a Capitol Grounds or Buildings
(12ss)

Sentenced to six (6) months of incarceration.
All terms of incarceration and supervised
release shall run concurrently. Special
assessment imposed on this count in the
amount of $10.

40 U.S.C. 5104(e)(2)(E); FEDERAL
STATUTES, OTHER; Impeding Passage
Through the Capitol Grounds or Buildings
(13)

40 U.S.C. 5104(e)(2)(F); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Act of
Physical Violence in a Capitol Grounds or
Buildings
(13ss)

Sentenced to six (6) months of incarceration.
All terms of incarceration and supervised
release shall run concurrently. Special
assessment imposed on this count in the
amount of $10.

40 U.S.C. 5104(e)(2)(F); FEDERAL
STATUTES, OTHER; Act of Physical
Violence in the Capitol Grounds or
Buildings
(14)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

6

COMPLAINT in Violation of
18:111(a)(1), 18:1752(a)(1), 18:1752(a)(2),
18:231(a)(3) and 40:5104(e)(2)(D)

---

**Plaintiff**

**USA**                                  represented by   **Elizabeth C. Kelley**
U.S. ATTORNEY'S OFFICE
555 4th Street, N.W.
Washington, DC 20350
202–252–7238
Email: elizabeth.kelley@usdoj.gov
*TERMINATED: 08/11/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jocelyn Patricia Bond**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20001
(202) 252–2571
Email: jocelyn.bond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Cindy Jane Cho**
DOJ–USAO
Southern District of Indiana
10 West Market Street
Suite 2100
Indianapolis, IN 46204
317–229–2425
Email: cindy.cho@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Mitra Jafary–Hariri**
DOJ–USAO
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313–226–9632
Email: mitra.jafary–hariri@usdoj.gov
*TERMINATED: 04/25/2022*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Stephen James Rancourt**

DOJ–USAO
Northern District of Texas
1205 Texas Avenue
Suite 700
Lubbock, TX 79412
806–472–7351
Email: stephen.rancourt@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2021 | 1 | SEALED COMPLAINT as to PETER SCHWARTZ (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21–mj–00186–ZMF] (Entered: 01/30/2021) |
| 01/29/2021 | 3 | MOTION to Seal Case by USA as to PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00186–ZMF] (Entered: 01/30/2021) |
| 01/29/2021 | 4 | ORDER granting 3 Motion to Seal Case as to PETER SCHWARTZ (1). Signed by Magistrate Judge Zia M. Faruqui on 1/29/2021. (zstd) [1:21–mj–00186–ZMF] (Entered: 01/30/2021) |
| 02/02/2021 | 5 | Amended Complaint by USA as to PETER SCHWARTZ re 1 Complaint (Sealed) (Attachments: # 1 Amended Statement of Facts)(zstd) [1:21–mj–00186–ZMF] (Entered: 02/02/2021) |
| 02/02/2021 | 7 | AMENDED MOTION to Seal Case by USA as to PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(zstd) Modified on 2/5/2021 (zstd). [1:21–mj–00186–ZMF] (Entered: 02/02/2021) |
| 02/02/2021 | 8 | ORDER granting 7 AMENDED Motion to Seal Case as to PETER SCHWARTZ (1). Signed by Magistrate Judge Zia M. Faruqui on 2/2/2021. (zstd) Modified on 2/5/2021 (zstd). [1:21–mj–00186–ZMF] (Entered: 02/02/2021) |
| 02/04/2021 | | Case unsealed as to PETER SCHWARTZ (bb) [1:21–mj–00186–ZMF] (Entered: 02/08/2021) |
| 02/04/2021 | 9 | Arrest Warrant Returned Executed on 2/4/2021. as to PETER SCHWARTZ. (zltp) Modified on 3/4/2021 (zltp). [1:21–mj–00186–ZMF] (Entered: 03/04/2021) |
| 02/04/2021 | | Arrest of PETER SCHWARTZ in Pennsylvania. (bb) (Entered: 08/10/2021) |
| 02/10/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE Elizabeth C. Kelley appearing for USA. (Kelley, Elizabeth) Modified on 3/4/2021 (zltp). [1:21–mj–00186–ZMF] (Entered: 02/10/2021) |
| 02/10/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE Jocelyn Patricia Bond appearing for USA. (Bond, Jocelyn) Modified on 3/4/2021 (zltp). [1:21–mj–00186–ZMF] (Entered: 02/10/2021) |
| 03/03/2021 | 13 | INDICTMENT as to PETER SCHWARTZ (1) count(s) 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14. (zltp) (Entered: 03/04/2021) |
| 03/04/2021 | 30 | Rule 5(c)(3) Documents Received as to PETER SCHWARTZ from US District Court Western District of Pennsylvania (Pittsburgh) Case Number 2:21–mj–250–PLD (bb) (Entered: 08/10/2021) |

| 03/08/2021 | 15 | NOTICE OF ATTORNEY APPEARANCE Jocelyn Patricia Bond appearing for USA. (Bond, Jocelyn) (Entered: 03/08/2021) |
|---|---|---|
| 03/08/2021 | 16 | NOTICE OF ATTORNEY APPEARANCE: Michael E. Lawlor appearing for PETER SCHWARTZ (Lawlor, Michael) (Entered: 03/08/2021) |
| 03/08/2021 | 17 | NOTICE *of Filing – Discovery Letter* by PETER SCHWARTZ (Attachments: # 1 Supplement Discovery Letter)(Lawlor, Michael) (Entered: 03/08/2021) |
| 03/08/2021 | 18 | NOTICE OF ATTORNEY APPEARANCE: Nicholas George Madiou appearing for PETER SCHWARTZ (Madiou, Nicholas) (Entered: 03/08/2021) |
| 03/31/2021 | 19 | Unopposed MOTION for Protective Order by USA as to PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Bond, Jocelyn) (Entered: 03/31/2021) |
| 03/31/2021 | 20 | Unopposed MOTION for Disclosure *Order To Disclose Protected Items* by USA as to PETER SCHWARTZ. (Bond, Jocelyn) Modified relief on 4/2/2021 (znmw). (Entered: 03/31/2021) |
| 04/01/2021 | 21 | ORDER granting the United States' 19 Unopposed Motion for Protective Order as to PETER SCHWARTZ (1). With respect to any document or portion of a document for which treatment under seal is sought pursuant to paragraph 4(d) of the Protective Order, the party seeking such treatment shall file a motion requesting sealing and providing a justification for sealing pursuant to the so–called Hubbard factors. See E.E.O.C. v. Nat'l Child.'s Ctr., Inc., 98 F.3d 1406, 1409 (D.C. Cir. 1996). See the attached Order for further details. Signed by Judge Amit P. Mehta on 4/1/2021. (lcapm2) (Entered: 04/01/2021) |
| 04/01/2021 | 22 | ORDER granting 20 Motion for an Order to Disclose Protected Items as to PETER SCHWARTZ (1). See the attached Order for further details. Signed by Judge Amit P. Mehta on 4/1/2021. (lcapm2) (Entered: 04/01/2021) |
| 04/01/2021 | | MINUTE ORDER as to PETER SCHWARTZ (1). The Court was advised on March 31, 2021 that PETER SCHWARTZ, who is currently detained, has been transported to the local jurisdiction. Upon review of the docket in this jurisdiction, the docket in the jurisdiction of arrest, and after consultation with counsel where necessary, the Court has confirmed that PETER SCHWARTZ: has had a full Rule 5 initial appearance in the jurisdiction of arrest; has retained counsel; has consented to detention pending trial; and has been charged by Indictment. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing and arraignment, if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge G. Michael Harvey on 4/1/2021. (zpt) (Entered: 04/01/2021) |
| 04/06/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ: Arraignment set for 4/7/2021 at 3:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 04/06/2021) |
| 04/07/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to PETER SCHWARTZ held on 4/7/2021 via videoconference. Plea of Not Guilty entered as to Counts 1–14. In the interests of justice (XT), and for the reasons stated on the record, the time from 4/8/2021 through and including 6/7/2021 shall be |

| | | |
|---|---|---|
| | | excluded in computing the date for speedy trial in this case. Status Conference set for 6/7/2021 at 10:00 AM via videoconference before Judge Amit P. Mehta. Bond Status of Defendant: remains committed. Court Reporter: William Zaremba. Defense Attorney: Nicholas Madiou. US Attorneys: Elizabeth Kelley and Jocelyn Bond. Pretrial Officer: Andre Sidbury. (zjd) (Entered: 04/12/2021) |
| 04/12/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ: Status Conference reset to 6/7/2021 at 2:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy shall circulate connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 04/12/2021) |
| 06/07/2021 | 24 | MOTION for Bond *and Conditions of Release* by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 06/07/2021) |
| 06/07/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta:Status Conference as to PETER SCHWARTZ held via videoconference on 6/7/2021. Government's Opposition due by 6/15/2021. Bond Hearing set for 6/16/2021 2:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.Bond Status of Defendant: remains committed; Court Reporter: William Zaremba; Defense Attorney: Michael Lawlor; US Attorneys: Elizabeth Kelley and Jocelyn Bond. (zjd) (Entered: 06/07/2021) |
| 06/15/2021 | 25 | Consent MOTION to Continue *Bond Hearing* by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 06/15/2021) |
| 06/15/2021 | 26 | Memorandum in Opposition by USA as to PETER SCHWARTZ re 24 MOTION for Bond *and Conditions of Release* (Bond, Jocelyn) (Entered: 06/15/2021) |
| 06/15/2021 | | MINUTE ORDER granting 25 Consent Motion to Continue Bond Hearing as to PETER SCHWARTZ (1). The bond hearing scheduled for June 16, 2021, is hereby vacated and reset to June 24, 2021, at 9:00 a.m. Signed by Judge Amit P. Mehta on 6/15/2021. (lcapm2) (Entered: 06/15/2021) |
| 06/23/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ: Bond Hearing reset to 6/24/2021 at 2:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 06/23/2021) |
| 06/24/2021 | | MINUTE ORDER as to PETER SCHWARTZ. The government shall comply with LCrR 49(e)(1) and submit promptly notice of filing regarding video evidence marked as government's Exhibits A through D, which notice shall describe (a) the length of the video exhibits and (b) the date and time stamps, if any, on the video exhibits. See LCrR 49(e)(1) ("Any document, exhibit, or attachment... that... is not in a format that readily permits electronic filing... must be identified in a Notice of Filing filed with the Court."); see Standing Order No. 21–28 (BAH), In re: Media Access to Video Exhibits in Pretrial Hearings During the COVID–19 Pandemic, D. Signed by Judge Amit P. Mehta on 6/24/2021. (lcapm2) (Entered: 06/24/2021) |
| 06/24/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta:Bond Hearing as to PETER SCHWARTZ held via videoconference on 6/24/2021. 24 Motion to set Bond |

| | | |
|---|---|---|
| | | and Conditions of Release was DENIED, for the reasons stated on the record. In the interests of justice, and for the reasons stated on the record, the time from 6/24/2021 through and including 6/29/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 6/29/2021 at 4:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains committed; Court Reporter: William Zaremba; Defense Attorney: Michael Lawlor; US Attorney: Jocelyn Bond; Pretrial Officer: Da'Shanta' Valentine–Lewis. (zjd) (Entered: 06/24/2021) |
| 06/25/2021 | 27 | NOTICE OF FILING TRIAL EXHIBITS INTRODUCED INTO EVIDENCE *Detention Hearing Exhibits; No Opposition to Future Public Release* by USA as to PETER SCHWARTZ (Bond, Jocelyn) (Entered: 06/25/2021) |
| 06/29/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta:Status Conference as to PETER SCHWARTZ held via videoconference on 6/29/2021. In the interests of justice, and for the reasons stated on the record, the time from 6/30/2021 through and including 8/26/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 8/26/2021 at 9:00 AM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: Michael Lawlor; US Attorney: Jocelyn Bond. (zjd) (Entered: 08/24/2021) |
| 07/26/2021 | 28 | NOTICE OF ATTORNEY APPEARANCE: John M. Pierce appearing for PETER SCHWARTZ (Pierce, John) (Entered: 07/26/2021) |
| 07/28/2021 | 29 | MOTION to Withdraw as Attorney by Michael E Lawlor and Nicholas G. Madiou. by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Lawlor, Michael) (Entered: 07/28/2021) |
| 07/28/2021 | | MINUTE ORDER as to PETER SCHWARTZ (1) granting 29 Motion to Withdraw as Attorney. Attorneys Michael E. Lawlor and Nicholas George Madiou are hereby withdrawn from the case. Signed by Judge Amit P. Mehta on 7/28/2021. (lcapm2) (Entered: 07/28/2021) |
| 08/24/2021 | 31 | ENTERED IN ERROR.....NOTICE *of Discovery* by USA as to PETER SCHWARTZ (Bond, Jocelyn) Modified on 8/30/2021 (zltp). (Entered: 08/24/2021) |
| 08/24/2021 | 32 | PRETRIAL MEMORANDUM *Re: Status of Discovery* by USA as to PETER SCHWARTZ (Bond, Jocelyn) (Entered: 08/24/2021) |
| 08/26/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ: Status Conference set for 8/26/2021 at 12:30 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 08/26/2021) |
| 08/26/2021 | 33 | ENTERED IN ERROR.....NOTICE *of Discovery* by USA as to PETER SCHWARTZ (Bond, Jocelyn) Modified on 8/30/2021 (zltp). (Entered: 08/26/2021) |

| 08/26/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ held via videoconference on 8/26/2021. In the interests of justice, and for the reasons stated on the record, the time from 8/27/2021 through and including 9/2/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 9/2/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.Bond Status of Defendant: remains in–custody; Court Reporter: Sara Wick; Defense Attorney: Ryan Marshall for John Pierce; US Attorney: Jocelyn Bond. (zjd) (Entered: 08/26/2021) |
| 08/26/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to PETER SCHWARTZ re 31 Notice (Other), 33 Notice (Other) were entered in error and counsel was instructed to refile said pleadings. Discovery letters must be attached to a notice of filing per the local rules of this court. (zltp) (Entered: 08/30/2021) |
| 08/30/2021 | 34 | NOTICE *Re: Attorney John Pierce* by USA as to PETER SCHWARTZ (Bond, Jocelyn) (Entered: 08/30/2021) |
| 09/02/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ held via videoconference on 9/2/2021. In the interests of justice, and against the defendant's objection, the Court finds that the time from 9/3/2021 through and including 9/9/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 9/9/2021 at 9:30 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: Ryan Marshall for John Pierce; US Attorneys: Jocelyn Bond and Elizabeth Kelley. (zjd) (Entered: 09/02/2021) |
| 09/08/2021 | 35 | ENTERED IN ERROR.....NOTICE *Regarding Defense Counsel John Pierce, Esq.* by PETER SCHWARTZ re 34 Notice (Other) (Pierce, John) Modified on 9/9/2021 (zltp). (Entered: 09/08/2021) |
| 09/08/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to PETER SCHWARTZ re 35 Notice (Other) was entered in error, due to the incorrect format pursuant to the Local Rules, and counsel was instructed to refile said pleading. The main document should be a notice of filing to include the caption of the case and the attachment should be the letter.(zltp) (Entered: 09/09/2021) |
| 09/09/2021 | 36 | NOTICE *of Discovery* by USA as to PETER SCHWARTZ re Notice of Corrected Docket Entry, 31 Notice (Other) (Attachments: # 1 Exhibit Letter)(Bond, Jocelyn) (Entered: 09/09/2021) |
| 09/09/2021 | 37 | NOTICE *of Discovery* by USA as to PETER SCHWARTZ re 33 Notice (Other), Notice of Corrected Docket Entry, (Attachments: # 1 Exhibit Letter)(Bond, Jocelyn) (Entered: 09/09/2021) |
| 09/09/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ held via videoconference on 9/9/2021. In the interests of justice, and for the reasons stated on the record, the time from 9/10/2021 through and including 11/5/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 11/5/2021 at 10:30 AM via videoconference before |

| | | |
|---|---|---|
| | | Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: John Pierce; US Attorneys: Elizabeth Kelley and Jocelyn Bond. (zjd) (Entered: 09/10/2021) |
| 09/14/2021 | 38 | NOTICE *of Filing Discovery Letter* by USA as to PETER SCHWARTZ (Attachments: # 1 Discovery Letter)(Kelley, Elizabeth) (Entered: 09/14/2021) |
| 09/15/2021 | 39 | NOTICE *of Discovery Status as of 9/14/21* by USA as to PETER SCHWARTZ (Bond, Jocelyn) (Entered: 09/15/2021) |
| 09/29/2021 | 40 | NOTICE *of Filing Discovery Letter* by USA as to PETER SCHWARTZ (Attachments: # 1 Discovery Letter)(Kelley, Elizabeth) (Entered: 09/29/2021) |
| 10/24/2021 | 41 | NOTICE *of Discovery Status Update* by USA as to PETER SCHWARTZ (Bond, Jocelyn) (Entered: 10/24/2021) |
| 10/27/2021 | 42 | SUPERSEDING INDICTMENT as to PETER SCHWARTZ (1) count(s) 1s, 2s, 3s–4s, 5s, 6s, 7s, 8s, 9s, 10s, 11s, JEFFREY SCOTT BROWN (2) count(s) 2, 5, 7, 8, 9, 10, 11. (zltp) (Entered: 10/28/2021) |
| 10/29/2021 | 44 | NOTICE OF ATTORNEY APPEARANCE Mitra Jafary–Hariri appearing for USA. (Jafary–Hariri, Mitra) (Entered: 10/29/2021) |
| 11/03/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ (1) and JEFFREY SCOTT BROWN (2): Arraignment set for 11/5/2021 at 10:30 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 11/03/2021) |
| 11/03/2021 | 45 | TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS in case as to PETER SCHWARTZ before Judge Amit P. Mehta held on September 2, 2021; Page Numbers: 1–25. Date of Issuance: November 3, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a publ ic terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. <br><br> Redaction Request due 11/24/2021. Redacted Transcript Deadline set for 12/4/2021. Release of Transcript Restriction set for 2/1/2022.(wz) (Entered: 11/03/2021) |

| 11/05/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to PETER SCHWARTZ (1) and JEFFREY SCOTT BROWN (2) held via videoconference on 11/5/2021. Plea of Not Guilty entered by PETER SCHWARTZ (1) as to Counts 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s, 9s, 10s, and 11s. Plea of Not Guilty entered by JEFFREY SCOTT BROWN (2) as to Counts 2, 5, 7, 8, 9, 10, and 11. Pursuant to 18 U.S.C. § 3161(h)(6), and for the reasons stated on the record, the Court finds that the time from 11/6/2021 through and including 12/6/2021 shall be excluded in computing the date for speedy trial as to PETER SCHWARTZ (1), against the defendant's objection. In the interests of justice, and for the reasons stated on the record, the time from 11/6/2021 through and including 12/10/2021 shall be excluded in computing the date for speedy trial as to JEFFREY SCOTT BROWN (2). Status Conference set for 12/10/2021 at 2:00 PM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Jury Trial set for 2/1/2022 at 9:30 AM in Ceremonial Courtroom before Judge Amit P. Mehta. Bond Status of Defendants: both defendants remain in–custody; Court Reporter: William Zaremba; Defense Attorneys: John Pierce (1) and Samuel Moore (2); US Attorneys: Elizabeth Kelley and Jocelyn Bond. (zjd) (Entered: 11/05/2021) |
| 11/08/2021 | 46 | PRETRIAL ORDER as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2). Trial is set to commence in this matter on February 1, 2022, at 9:30 a.m., in the Ceremonial Courtroom. The following deadlines shall govern this matter: (1) The parties shall file any motion pursuant to Federal Rule of Criminal Procedure 12(3)(A)–(D) on or before November 30, 2021; oppositions shall be filed on or before December 14, 2021; and replies shall be filed on or before December 21, 2021. (2) The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before January 4, 2022. (3) Motions in limine, if any, shall be filed on or before January 11, 2022; oppositions, if any, shall be filed on or before January 18, 2022; and replies, if any, shall be filed on or before January 25, 2022. (4) The United States is directed to make grand jury and Jencks Act disclosures as to each of its witnesses on or before January 25, 2022. Any Brady material not already disclosed also shall be disclosed by this date. (5) On or before January 18, 2022, counsel shall file a Joint Pretrial Statement. (6) Counsel shall appear via Zoom on December 20, 2021, at 2:00 p.m., for a hearing on Rule 12 pretrial motions. (7) Counsel shall appear on January 27, 2022, at 2:00 p.m., via Zoom for a final Pretrial Conference. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 11/8/2021. (lcapm2) (Entered: 11/08/2021) |
| 11/12/2021 | 47 | NOTICE *as to Status of Discovery as of November 5, 2021* by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN (Bond, Jocelyn) (Entered: 11/12/2021) |
| 11/23/2021 | | MINUTE ORDER granting in part and denying in part 48 Sealed Motion for Leave to File Under Seal as to PETER SCHWARTZ (1). The Motion for Leave to File Under Seal (ECF No. 48) and the Motion to Withdraw as Counsel of Record (ECF No. 48–1) contain or reflect no privileged or confidential information and therefore shall be placed on the public record. The Affidavit of John M. Pierce (ECF No. 48–2) and the exhibits thereto (ECF Nos. 48–3 through 48–6) shall remain under seal. Signed by Judge Amit P. Mehta on 11/23/2021. (lcapm2) (Entered: 11/23/2021) |
| 11/23/2021 | 49 | MOTION to Withdraw as Attorney by John M. Pierce as to PETER SCHWARTZ (1). (zjd) (Entered: 11/23/2021) |

| 11/24/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ (1): Hearing on <u>49</u> Motion to Withdraw as Attorney set for 12/3/2021 at 10:00 AM via videoconference before Judge Amit P. Mehta. Judge Mehta's courtroom deputy has circulated connection information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 11/24/2021) |
|---|---|---|
| 11/30/2021 | <u>50</u> | TRANSCRIPT OF STATUS CONFERENCE in case as to PETER SCHWARTZ before Judge Amit P. Mehta held on 08/26/2021. Page Numbers: 1–11. Date of Issuance: 11/30/2021. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter re ferenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/21/2021. Redacted Transcript Deadline set for 12/31/2021. Release of Transcript Restriction set for 2/28/2022.(Wick, Sara) (Entered: 11/30/2021) |
| 11/30/2021 | <u>51</u> | MOTION to Dismiss Count by PETER SCHWARTZ. (Pierce, John) (Entered: 11/30/2021) |
| 11/30/2021 | <u>52</u> | MOTION to Suppress by PETER SCHWARTZ. (Pierce, John) (Entered: 11/30/2021) |
| 11/30/2021 | <u>53</u> | MOTION for Disclosure by PETER SCHWARTZ. (Pierce, John) (Entered: 11/30/2021) |
| 12/03/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ (1) held via videoconference on 12/3/2021. Government's Oral Motion to Suspend Rule 12 Motions Schedule was heard and granted. The Court suspends the response and reply deadlines for Rule 12 motions and vacates the hearing set for December 20, 2021. Bond Status of Defendant: remains in–custody; Court Reporter: William Zaremba; Defense Attorney: John Pierce; US Attorneys: Elizabeth Kelley and Jocelyn Bond. (zjd) (Entered: 12/03/2021) |
| 12/06/2021 | <u>54</u> | NOTICE OF ATTORNEY APPEARANCE: Dennis E. Boyle appearing for PETER SCHWARTZ (Boyle, Dennis) (Main Document 54 replaced on 12/6/2021) (zltp). (Entered: 12/06/2021) |
| 12/06/2021 | <u>55</u> | NOTICE OF ATTORNEY APPEARANCE: Blerina Jasari appearing for PETER SCHWARTZ (Jasari, Blerina) (Main Document 55 replaced on 12/6/2021) (zltp). (Entered: 12/06/2021) |
| 12/09/2021 | <u>56</u> | MOTION to Vacate *Trial and Pre–Trial Deadlines* by PETER SCHWARTZ. (Attachments: # <u>1</u> Text of Proposed Order)(Boyle, Dennis) (Entered: 12/09/2021) |

| 12/10/2021 | | MINUTE ORDER granting 49 Motion to Withdraw as Attorney. John M. Pierce is relieved of his duties to represent Defendant PETER SCHWARTZ (1). Signed by Judge Amit P. Mehta on 12/10/2021. (lcapm2) (Entered: 12/10/2021) |
|---|---|---|
| 12/10/2021 | | NOTICE OF HEARING as to PETER SCHWARTZ (1) and JEFFREY SCOTT BROWN (2): Status Conference rescheduled to 12/10/2021 at 4:00 PM (same date, new time) via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: 12/10/2021) |
| 12/10/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ (1) and JEFFREY SCOTT BROWN (2) held via videoconference on 12/10/2021. In the interests of justice (XT), and for the reasons stated on the record, the time from 12/11/2021 through and including 1/18/2021 shall be excluded in computing the date for speedy trial in this case. Additionally, for the reasons stated on the record, the Court vacates the jury trial and pre–trial deadlines. Status Conference set for 1/18/2022 at 10:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate videoconference information to counsel. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendants: both remain in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1) and Samuel Moore (2); US Attorneys: Elizabeth Kelley, Jocelyn Bond, and Mitra Jafary–Hariri. (zjd) (Entered: 12/10/2021) |
| 01/13/2022 | 61 | NOTICE *of Defendant's Acceptance* by PETER SCHWARTZ re 21 Order on Motion for Protective Order,, (Boyle, Dennis) (Entered: 01/13/2022) |
| 01/18/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ (1) and JEFFREY SCOTT BROWN (2) held via videoconference on 1/18/2022. In the interests of justice, and for the reasons stated on the record, the time from 1/19/2022 through and including 2/18/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 2/18/2022 at 10:00 AM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remain in–custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), and Farheena Siddiqui (2); US Attorneys: Elizabeth Kelley, Jocelyn Bond, and Mitra Jafary–Hariri. (zjd) (Entered: 01/18/2022) |
| 02/09/2022 | 63 | SECOND SUPERSEDING INDICTMENT as to PETER SCHWARTZ (1) count(s) 1ss, 2ss, 3ss–4ss, 7ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, JEFFREY SCOTT BROWN (2) count(s) 2s, 7s, 9s, 10s, 11s, 12s, 13s, MARKUS MALY (3) count(s) 2, 5, 7, 9, 10, 11, 12, 13, SHELLY STALLINGS (4) count(s) 2, 6, 9, 10, 11, 12, 13. (zltp) (Entered: 02/09/2022) |
| 02/09/2022 | 65 | MOTION to Seal Case by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY, SHELLY STALLINGS. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 02/09/2022) |
| 02/09/2022 | 66 | ORDER granting 65 Motion to Seal Case as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), SHELLY STALLINGS (4). Signed by Magistrate Judge Robin M. Meriweather on 2/9/2022. (zltp) (Entered: 02/09/2022) |
| 02/10/2022 | 67 | |

| | | |
|---|---|---|
| | | STATUS REPORT *Regarding Discovery* by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN (Jafary–Hariri, Mitra) (Entered: 02/10/2022) |
| 02/18/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment/Status Conference as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and SHELLY STALLINGS (4) held via videoconference on 2/18/2022. Plea of Not Guilty entered by PETER SCHWARTZ (1) as to Counts 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, and 13 of the 63 Second Superseding Indictment. Plea of Not Guilty entered by JEFFREY SCOTT BROWN (2) as to Counts 2, 7, 9, 10, 11, 12, and 13 of the 63 Second Superseding Indictment. In the interests of justice, and for the reasons stated on the record, the time from 2/19/2022 through and including 4/18/2022 shall be excluded in computing the date for speedy trial in this case. Status Conferences set for 3/7/2022 at 1:00 PM and 4/18/2022 at 3:00 PM before Judge Amit P. Mehta. Jury Trial set for 11/1/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: Schwartz (1) remains in–custody, Brown (2) remains in–custody, Stallings (4) remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), and Bryce Caldwell (4); US Attorneys: Mitra Jafary–Hariri, Elizabeth Kelley, and Jocelyn Bond. (zjd) (Entered: 02/24/2022) |
| 02/21/2022 | 72 | PRETRIAL ORDER as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), SHELLY STALLINGS (4). Trial is set to commence in this matter on November 1, 2022, at 9:30 a.m., in Courtroom 10. The following deadlines shall govern this matter: (1) The parties shall file their Rule 12 motions, if any, on or before August 23, 2022; oppositions, if any, shall be filed on or before September 6, 2022; and replies, if any, shall be filed on or before September 13, 2022; (2) the United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before October 4, 2022; (3) motions in limine, if any, shall be filed on or before October 5, 2022; oppositions, if any, shall be filed on or before October 12, 2022; and replies, if any, shall be filed on or before October 19, 2022; (4) the United States is directed to make grand jury and Jencks Act disclosures as to each of its witnesses on or before October 25, 2022, and any Brady material not already disclosed also shall be disclosed by this date; (5) on or before October 14, 2022, counsel shall file a Joint Pretrial Statement; (6) counsel shall appear on September 16, 2022, at 1:00 p.m., for a hearing on Rule 12 pretrial motions, if necessary; and (7) counsel shall appear on October 21, 2022, at 3:00 p.m., for a final Pretrial Conference. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 2/21/2022. (lcapm2) (Entered: 02/21/2022) |
| 02/24/2022 | | MINUTE ORDER as to JEFFREY SCOTT BROWN. The United States shall respond to Defendant Brown's 75 Motion to Reconsider Bond Status and Release Pending Trial by March 3, 2022. Signed by Judge Amit P. Mehta on 2/24/2022. (lcapm2) (Entered: 02/24/2022) |
| 03/01/2022 | 76 | MOTION for Reconsideration *of Bond and Release* by PETER SCHWARTZ. (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Boyle, Dennis) (Entered: 03/01/2022) |
| 03/07/2022 | | NOTICE OF HEARING as to PETER SCHWARTZ (1): The Status Conference originally scheduled for March 7, 2022 is hereby vacated and is reset to March 8, 2022 at 12:45 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. (zjd) (Entered: |

| | | |
|---|---|---|
| | | 03/07/2022) |
| 03/08/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ (1) held via videoconference on 3/8/2022. Government's Response to 76 Motion to Reconsider Bond Status due by 3/15/2022. Bond Status of Defendant: remains in−custody; Court Reporter: William Zaremba; Defense Attorney: Blerina Jasari; US Attorneys: Jocelyn Bond and Elizabeth Kelley. (zjd) (Entered: 03/08/2022) |
| 03/11/2022 | 87 | AMENDED PRETRIAL ORDER as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), and SHELLY STALLINGS (4). The 72 Pretrial Order is amended as follows: (1) The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by September 13, 2022; any reciprocal expert disclosure by Defendants shall be made by September 27, 2022. (2) The United States shall identify the evidence it will seek to introduce under Federal Rule of Evidence 404(b) on or before September 20, 2022. (3) Motions in limine, if any, shall be filed on or before September 27, 2022; oppositions, if any, shall be filed on or before October 11, 2022; and replies, if any, shall be filed on or before October 18, 2022. (4) Defendants shall satisfy their reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by September 13, 2022. The court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by September 20, 2022; any opposition to such motion shall be filed by September 27, 2022. (7) On or before September 27, 2022, counsel shall file a draft Joint Juror Questionnaire. Qualified prospective jurors will appear on October 18, 2022, to answer the finalized version of this questionnaire. More details about the procedure for this date will follow closer in time. (8) The Joint Pretrial Statement remains due on October 14, 2021, but it no longer needs to include any voir dire questions. See attached Order for additional details. Signed by Judge Amit P. Mehta on 3/11/2022. (lcapm2) (Entered: 03/11/2022) |
| 03/15/2022 | 88 | Memorandum in Opposition by USA as to PETER SCHWARTZ re 76 MOTION for Reconsideration *of Bond and Release* (Bond, Jocelyn) (Entered: 03/15/2022) |
| 03/16/2022 | 89 | AMENDED PRETRIAL ORDER as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), and SHELLY STALLINGS (4). The 87 Amended Pretrial Order is further amended as follows: Instead of submitting a jury questionnaire, counsel shall include a proposed list of voir dire questions to pose to prospective jurors in their Joint Pretrial Statement. See attached Order for details. Signed by Judge Amit P. Mehta on 3/16/2022. (lcapm2) (Entered: 03/16/2022) |
| 04/01/2022 | 94 | ORDER denying Defendant Schwartz's 76 Motion to Reconsider Bond Status and Release Pending Trial as to PETER SCHWARTZ (1). See attached Order for details. Signed by Judge Amit P. Mehta on 4/1/2022. (lcapm2) (Entered: 04/01/2022) |
| 04/18/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), and SHELLY STALLINGS (4) held via videoconference on 4/18/2022. In the interests of justice, and for the reasons stated on the record, the time from 4/19/2022 through and including 6/24/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 6/24/2022 at 03:00 PM via videoconference before Judge Amit P. Mehta. Members of the public or media may access the hearing via teleconference by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendants: Schwartz |

| | | |
|---|---|---|
| | | (1) remains in–custody, Brown (2) remains in–custody, Maly (3) remains on personal recognizance, Stallings (4) remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1), Samuel Moore (2), Benjamin Schiffelbein (3), and Scott Wendelsdorf (4); US Attorneys: Jocelyn Bond and Mitra Jafary–Hariri. (zjd) (Entered: 04/20/2022) |
| 04/25/2022 | 102 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Cho, Cindy Jane added. (Cho, Cindy) (Entered: 04/25/2022) |
| 06/22/2022 | | NOTICE OF HEARING as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), and SHELLY STALLINGS (4): The Status Conference set for June 24, 2022 will proceed at 11:30 AM via videoconference before Judge Amit P. Mehta (same date, new time). Members of the public or media may access the hearing via teleconference by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. The hearing originally scheduled for 3:00 PM is hereby vacated. (zjd) (Entered: 06/22/2022) |
| 06/24/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), and SHELLY STALLINGS (4) held via videoconference on 6/27/2022. In the interests of justice, and for the reasons stated on the record, the time from 6/25/2022 through and including 11/1/2022 shall be excluded in computing the date for speedy trial as to Schwartz (1), Maly (3), Stallings (4). In the interests of justice, and for the reasons stated on the record, the time from 6/25/2022 through and including 7/20/2022 shall be excluded in computing the date for speedy trial as to Brown (2). Status Conference as to JEFFREY SCOTT BROWN (2) set for 7/20/2022 at 10:00 AM before Judge Amit P. Mehta. Bond Status of Defendant: Schwartz (1) remains in–custody, Brown (2) remains in–custody, Maly (3) remains on personal recognizance, Stallings (4) remains on personal recognizance;; Court Reporter: William Zaremba; Defense Attorney: Dennis Boyle (1), Blerina Jasari (1), Farheena Siddiqui (2), Benjamin Schiffelbein (3), Scott Wendelsdorf (4); US Attorneys: Jocelyn Bond and Cindy Cho. (zjd) (Entered: 06/27/2022) |
| 08/11/2022 | 110 | NOTICE OF WITHDRAWAL OF APPEARANCE *of Elizabeth C. Kelley* by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY, SHELLY STALLINGS (Kelley, Elizabeth) (Entered: 08/11/2022) |
| 08/12/2022 | 113 | TRANSCRIPT OF BOND HEARING VIA ZOOM PROCEEDINGS in case as to PETER SCHWARTZ before Judge Amit P. Mehta held on June 24, 2021; Page Numbers: 1–43. Date of Issuance: August 12, 2022. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public termina l or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, |

| | | |
|---|---|---|
| | | which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/2/2022. Redacted Transcript Deadline set for 9/12/2022. Release of Transcript Restriction set for 11/10/2022.(wz) (Entered: 08/12/2022) |
| 08/17/2022 | 114 | MOTION to Continue *Motions Hearing* by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 08/17/2022) |
| 08/18/2022 | | MINUTE ORDER granting 114 Defendant Peter Schwartz's Unopposed Motion for Continuance of Motions Hearing. The following deadlines shall govern this matter: Rule 12 pretrial motions shall now be due on August 30, 2022; (2) oppositions to Rule 12 motions shall be due on September 13, 2022; and (3) replies shall be due on September 20, 2022. The court will set an oral argument date, if needed, when its schedule permits. Signed by Judge Amit P. Mehta on 8/18/2022. (lcapm2) (Entered: 08/18/2022) |
| 08/18/2022 | 115 | NOTICE OF ATTORNEY APPEARANCE Stephen James Rancourt appearing for USA. (Rancourt, Stephen) (Entered: 08/18/2022) |
| 08/18/2022 | | Set/Reset Deadlines as to PETER SCHWARTZ (1): Motions due by 8/30/2022. Responses due by 9/13/2022 Replies due by 9/20/2022. (zjch, ) (Entered: 08/18/2022) |
| 08/18/2022 | | Set/Reset Deadlines as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3), SHELLY STALLINGS (4): Motions due by 8/30/2022. Responses due by 9/13/2022 Replies due by 9/20/2022. (zjch, ) (Entered: 08/18/2022) |
| 08/30/2022 | 118 | MOTION to Change Venue by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 08/30/2022) |
| 08/30/2022 | 119 | MOTION to Dismiss Count by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 08/30/2022) |
| 08/30/2022 | 120 | MOTION to Sever Defendant by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 08/30/2022) |
| 08/30/2022 | 121 | MOTION to Suppress by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 08/30/2022) |
| 09/08/2022 | 125 | SUPPLEMENT by PETER SCHWARTZ re 118 MOTION to Change Venue (Boyle, Dennis) (Entered: 09/08/2022) |
| 09/13/2022 | 128 | RESPONSE by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN re 118 MOTION to Change Venue , 123 MOTION to Change Venue , *To Allow Expanded Examination of Prospective Jurors Before and During Voir Dire, and to Continue Trial* (Rancourt, Stephen) (Entered: 09/13/2022) |
| 09/13/2022 | 129 | RESPONSE by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN re 122 MOTION to Sever Defendant , 120 MOTION to Sever Defendant (Rancourt, Stephen) (Entered: 09/13/2022) |
| 09/13/2022 | 130 | RESPONSE by USA as to PETER SCHWARTZ re 119 MOTION to Dismiss Count *Eight of the Second Superseding Indictment* (Rancourt, Stephen) (Entered: 09/13/2022) |
| 09/13/2022 | 131 | Memorandum in Opposition by USA as to PETER SCHWARTZ re 121 Motion to Suppress *Opposition to Motion to Suppress Cell Phone Evidence* (Bond, Jocelyn) |

| | | Modified text to remove unassociated defendants on 9/26/2022 (zltp). (Entered: 09/13/2022) |
|---|---|---|
| 09/20/2022 | 132 | REPLY in Support by PETER SCHWARTZ re 118 MOTION to Change Venue (Boyle, Dennis) (Entered: 09/20/2022) |
| 09/20/2022 | 133 | REPLY in Support by PETER SCHWARTZ re 119 MOTION to Dismiss Count (Boyle, Dennis) (Entered: 09/20/2022) |
| 09/20/2022 | 134 | REPLY in Support by PETER SCHWARTZ re 120 MOTION to Sever Defendant (Boyle, Dennis) (Entered: 09/20/2022) |
| 09/20/2022 | 135 | REPLY in Support by PETER SCHWARTZ re 121 MOTION to Suppress (Boyle, Dennis) (Entered: 09/20/2022) |
| 09/27/2022 | 139 | ORDER granting 138 Unopposed Motion to Modify a Condition of Release as to JEFFREY SCOTT BROWN. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 9/27/2022. (lcapm2) (Entered: 09/27/2022) |
| 09/27/2022 | 140 | MOTION in Limine to Preclude Claim of Self–Defense *for Defendants Peter Schwartz, Jeffrey Brown, and Markus Maly* by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY. (Bond, Jocelyn) Modified event type and text to remove unassociated defendant on 9/28/2022 (zltp). (Entered: 09/27/2022) |
| 09/27/2022 | 141 | MOTION in Limine *to Exclude Evidence* by PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) Modified text to remove unassociated defendants on 9/28/2022 (zltp). (Entered: 09/27/2022) |
| 10/11/2022 | 142 | ORDER denying 118 Motion for Change of Venue as to PETER SCHWARTZ; denying 119 Motion to Dismiss as to SCHWARTZ; denying 120 Motion to Sever Defendant as to SCHWARTZ; denying 122 Motion to Sever Defendant as to JEFFREY SCOTT BROWN; denying 123 Motion for Change of Venue as to BROWN; and denying 126 Motion to Continue as to BROWN. See attached Order for additional details. Signed by Judge Amit P. Mehta on 10/11/2022. (lcapm2) (Entered: 10/11/2022) |
| 10/11/2022 | 143 | RESPONSE by PETER SCHWARTZ as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY, SHELLY STALLINGS re 140 MOTION in Limine (Attachments: # 1 Text of Proposed Order)(Boyle, Dennis) (Entered: 10/11/2022) |
| 10/11/2022 | 144 | RESPONSE by USA as to PETER SCHWARTZ re 141 MOTION in Limine *to Exclude Evidence by Peter Schwartz* (Bond, Jocelyn) Modified text to remove unassociated defendants on 10/12/2022 (zltp). (Entered: 10/11/2022) |
| 10/14/2022 | 146 | ORDER granting 145 Motion to Modify Conditions of Release as to JEFFREY SCOTT BROWN. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 10/14/2022. (lcapm2) (Entered: 10/14/2022) |
| 10/14/2022 | 147 | Joint Pretrial Statement by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY (Attachments: # 1 Exhibit 1 – Statement of Case, # 2 Exhibit 2 – Voir Dire Questions, # 3 Exhibit 3 – Jury Instructions, # 4 Exhibit 4 – Govt Witness List, # 5 Exhibit 5 – Govt Exhibit List, # 6 Exhibit 6 – Stipulations, # 7 Exhibit 7 – Verdict Form Schwartz, # 8 Exhibit 8 – Verdict Form Brown, # 9 Exhibit 9 – Verdict Form Maly)(Cho, Cindy) Modified text on 10/24/2022 (zltp). (Entered: 10/14/2022) |

| 10/21/2022 | | NOTICE OF HEARING as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3): The Pretrial Conference set for October 21, 2022 shall now proceed at 2:00 PM in Courtroom 23 before Judge Amit P. Mehta. (zjd) (Entered: 10/21/2022) |
|---|---|---|
| 10/21/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Pretrial Conference as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), MARKUS MALY (3) held on 10/21/2022. In the interests of justice, and for the reasons stated on the record, the time from 11/1/2022 through and including 11/22/2022 shall be excluded in computing the date from speedy trial in this case. Jury Selection set for 11/22/2022 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Jury Trial set for 11/29/2022 at 09:30 AM in Courtroom 10before Judge Amit P. Mehta. Bond Status of Defendants: Schwartz (1) remains in–custody, Brown (2) remains on personal recognizance, Maly (3) appearance waived/remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. (zjd) (Entered: 11/13/2022) |
| 10/28/2022 | 149 | SUPPLEMENT by PETER SCHWARTZ re 121 MOTION to Suppress (Boyle, Dennis) Modified text to remove unassociated defendants on 11/1/2022 (zltp). (Entered: 10/28/2022) |
| 11/03/2022 | | MINUTE ORDER granting Defendant MARKUS MALY's 151 Motion to Amend Conditions of Release. Defendant Maly's conditions of release are hereby modified to permit him to leave his home for purposes of work and traveling to and from work. Signed by Judge Amit P. Mehta on 11/3/2022. (lcapm2) (Entered: 11/03/2022) |
| 11/03/2022 | 152 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant Schwartz's Supplement to Motion to Suppress [ECF 149]* by USA as to PETER SCHWARTZ. (Attachments: # 1 Text of Proposed Order)(Bond, Jocelyn) (Entered: 11/03/2022) |
| 11/04/2022 | | MINUTE ORDER granting 152 Unopposed Motion to Enlarge Time of Filing. The Government's response shall now be due on or before November 11, 2022. Signed by Judge Amit P. Mehta on 11/4/2022. (lcapm2) (Entered: 11/04/2022) |
| 11/11/2022 | 155 | Opposition by USA as to PETER SCHWARTZ re: 149 Schwartz's Supplement to Motion to Suppress (Bond, Jocelyn) Modified text to include link on 12/2/2022 (zltp). (Entered: 11/11/2022) |
| 11/14/2022 | 157 | MOTION in Limine by PETER SCHWARTZ as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY, SHELLY STALLINGS. (Attachments: # 1 Exhibit MIL Exhibit A)(Boyle, Dennis) (Entered: 11/14/2022) |
| 11/16/2022 | 158 | ORDER denying Defendant PETER SCHWARTZ's 121 Motion to Suppress. Please see attached Order for additional details. Signed by Judge Amit P. Mehta on 11/16/2022. (lcapm2) (Entered: 11/16/2022) |
| 11/16/2022 | | MINUTE ORDER denying Government's 140 Motion in Limine to Preclude Claim of Self–Defense as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, and MARKUS MALY. Signed by Judge Amit P. Mehta on 11/16/2022. (lcapm2) (Entered: 11/16/2022) |
| 11/21/2022 | 159 | |

| | | |
|---|---|---|
| | | RESPONSE by USA as to PETER SCHWARTZ, JEFFREY SCOTT BROWN, MARKUS MALY, SHELLY STALLINGS re 157 MOTION in Limine *to Exclude Testimony* (Rancourt, Stephen) (Entered: 11/21/2022) |
| 11/21/2022 | | NOTICE OF HEARING as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3): Jury Selection shall proceed on 11/22/2022 at 9:30 AM in Ceremonial Courtroom 20 before Judge Amit P. Mehta. (zjd) (Entered: 11/21/2022) |
| 11/22/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Selection as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 11/22/2022. Jury Selection shall resume on 11/29/2022 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: Schwartz (1) remains in–custody, Brown (2) remains on personal recognizance, Maly (3) remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. (zjd) (Entered: 11/23/2022) |
| 11/29/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 11/29/2022. Panel of twelve (12) jurors and two (2) alternate jurors selected and sworn. Bond Status of Defendants: Schwartz (1) remains in–custody, Brown (2) and Maly (3) remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Heidi Geizer (P.M.); Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. Government Witnesses: Captain Jessica Baboulis and Sgt. Jason Mastony. (zjd) (Entered: 11/30/2022) |
| 11/29/2022 | | MINUTE ORDER: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Amit P. Mehta on 11/29/2022. (zjd) (Entered: 11/30/2022) |
| 11/30/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 11/30/2022. Same twelve (12) jurors and two (2) alternate jurors. Jury Trial shall resume on 12/1/2022 at 09:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: Schwartz (1) remains in–custody, Brown (2) and Maly (3) remain on personal recognizance; Court Reporters: William Zaremba (A.M.) and Heidi Geizer (P.M.); Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. Government Witnesses: Sgt. Jason Mastony, Officer Christopher Boyle, and Officer David Pitt. (zjd) (Entered: 11/30/2022) |
| 12/01/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 12/1/2022. The juror in seat 9 (Juror #2696) was excused and replaced with an alternate juror. Twelve (12) jurors and one (1) alternate juror remain. Jury Trial shall resume on 12/2/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendant: Schwartz (1) remains in–custody, Brown (2) and Maly (3) remain on personal recognizance; Court Reporter: William Zaremba (A.M.) |

| | | |
|---|---|---|
| | | and Heidi Geizer (P.M.); Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. Government Witnesses: Officer David Pitt, Officer Phuson Nguyen, Sgt. William Bogner, Special Agent Jessica Salo. (zjd) (Entered: 12/01/2022) |
| 12/02/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 12/2/2022. Same twelve (12) jurors and one (1) alternate juror. The Government rests its case. Jury Trial shall resume on 12/5/2022 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: Schwartz (1) remains in−custody, Brown (2) and Maly (3) remain on personal recognizance; Court Reporter: Heidi Geizer (A.M.) and William Zaremba (P.M.); Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. Government Witnesses: Special Agent Jessica Salo, Special Agent Shawn Cox, and Special Agent Emily Eckert. (zjd) (Entered: 12/05/2022) |
| 12/05/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 12/5/2022. Same twelve (12) jurors and one (1) alternate juror. Defendants' Rule 29 Motions heard and denied, for the reasons stated on the record. All defendants rest their cases. Closing Arguments shall resume on 12/6/2022 at 9:00 AM in Courtroom 10 before Judge Amit P. Mehta. Bond Status of Defendants: Schwartz (1) remains in−custody, Brown (2) and Maly (3) remain on personal recognizance; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Samuel Moore (2), Farheena Siddiqui (2), and Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. Defense Witness: Markus Maly. (zjd) (Entered: 12/05/2022) |
| 12/06/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Jury Trial as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3) held on 12/6/2022. Same twelve (12) jurors and one (1) alternate juror. Closing arguments concluded. Alternate juror excused. As to Defendant Schwartz (1), jury verdict of GUILTY as to Counts 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, and 13 of the 63 Second Superseding Indictment. As to Defendant Brown (2), jury verdict of GUILTY as to Counts 2, 7, 9, 10, 11, 12, and 13 of the 63 Second Superseding Indictment. As to Defendant Maly (3), jury verdict of GUILTY as to Counts 2, 5, 7, 9, 10, 11, 12, and 13 of the 63 Second Superseding Indictment. The parties shall contact Judge Mehta's courtroom deputy regarding sentencing dates. Bond Status of Defendant: Schwartz (1) remains in−custody, Brown (2) and Maly (3) committed, commitments issued; Court Reporter: William Zaremba (A.M.) and Melanie Wilkins (P.M.); Defense Attorneys: Dennis Boyle (1), Blerina Jasari (1), Farheena Siddiqui (2), Benjamin Schiffelbein (3); US Attorneys: Jocelyn Bond, Cindy Cho, and Stephen Rancourt. (zjd) (Entered: 12/06/2022) |
| 12/06/2022 | 164 | Jury Notes (2) as to PETER SCHWARTZ (1), JEFFREY SCOTT BROWN (2), and MARKUS MALY (3). (zjd) (Entered: 12/06/2022) |
| 12/06/2022 | 165 | JURY VERDICT as to PETER SCHWARTZ (1). (zjd) (Entered: 12/06/2022) |
| 12/07/2022 | 169 | Jury Instruction Email Correspondence. (lcapm2) (Entered: 12/07/2022) |
| 12/07/2022 | 170 | Draft Jury Instructions. December 1, 2022. (lcapm2) (Entered: 12/07/2022) |

| 12/07/2022 | 171 | Draft Jury Instructions. December 2, 2022. (lcapm2) (Entered: 12/07/2022) |
|---|---|---|
| 12/07/2022 | 172 | Jury Instructions. (lcapm2) (zjd, ). (Entered: 12/07/2022) |
| 12/27/2022 | | MINUTE ORDER as to PETER SCHWARTZ (1). The court hereby refers Defendant Schwartz to the U.S. Probation Office for preparation of a presentence investigation report. The Final Presentence Investigation Report shall be due on or before April 10, 2023. The Parties' Sentencing Memoranda shall be due on or before April 17, 2023. Replies, if any, shall be due on or before April 24, 2023. Reply briefs shall be limited to five pages. Sentencing for Peter Schwartz is set for May 5, 2023 at 3:00 PM in Courtroom 10 before Judge Amit P. Mehta. Signed by Judge Amit P. Mehta on 12/27/2022. (zjd) (Entered: 12/27/2022) |
| 04/17/2023 | 202 | SENTENCING MEMORANDUM by USA as to PETER SCHWARTZ (Bond, Jocelyn) (Entered: 04/17/2023) |
| 04/17/2023 | 203 | SENTENCING MEMORANDUM by PETER SCHWARTZ (Attachments: # 1 Exhibit)(Boyle, Dennis) (Entered: 04/17/2023) |
| 04/19/2023 | 209 | NOTICE *of Filing Sentencing Exhibits* by USA as to PETER SCHWARTZ re 202 Sentencing Memorandum (Bond, Jocelyn) (Entered: 04/19/2023) |
| 05/05/2023 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Sentencing held on 5/5/2023 as to PETER SCHWARTZ (1). Defendant sentenced to one hundred seventy (170) months of incarceration and thirty−six (36) months of supervised release as to Counts 1, 3, 4, 7, and 8 of the 63 Second Superseding Indictment. Defendant sentenced to sixty (60) months of incarceration and thirty−six (36) months of supervised release as to Count 2 of the 63 Second Superseding Indictment. Defendant sentenced to one hundred twenty (120) months of incarceration and thirty−six (36) months of supervised release as to Counts 9, 10, and 11 of the 63 Second Superseding Indictment. Defendant sentenced to six (6) months of incarceration as to Counts 12 and 13 of the 63 Second Superseding Indictment. All terms of incarceration and supervised release shall run concurrently. Bond Status of Defendant: remains in−custody; Court Reporter: William Zaremba; Defense Attorneys: Dennis Boyle and Blerina Jasari; US Attorneys: Jocelyn Bond and Stephen Rancourt; Probation Officer: Kelli Willett; Speaker: Sgt. Aquilino Gonell. (zjd) (Entered: 05/05/2023) |
| 05/10/2023 | 219 | JUDGMENT as to PETER SCHWARTZ. Statement of Reasons Not Included. Signed by Judge Amit P. Mehta on 5/10/2023. (zltp) (Entered: 05/18/2023) |
| 05/10/2023 | 220 | STATEMENT OF REASONS as to PETER SCHWARTZ. re 219 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Amit P. Mehta on 5/10/2023. (zltp) (Entered: 05/18/2023) |
| 05/12/2023 | 213 | TRANSCRIPT OF SENTENCING PROCEEDINGS in case as to PETER SCHWARTZ before Judge Amit P. Mehta held on May 5, 2023; Page Numbers: 1−82. Date of Issuance: May 12, 2023. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354−3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, PDF or ASCII) may be purchased from the court reporter. |

| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/2/2023. Redacted Transcript Deadline set for 6/12/2023. Release of Transcript Restriction set for 8/10/2023.(wz) (Entered: 05/12/2023) |
|---|---|---|
| 05/18/2023 | <u>218</u> | NOTICE OF APPEAL – Final Judgment by PETER SCHWARTZ Filing fee $ 505, receipt number ADCDC–10076938. Fee Status: Fee Paid. Parties have been notified. (Boyle, Dennis) (Entered: 05/18/2023) |

CO-290
Notice of Appeal Criminal                                                                Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA    )
                            )
            vs.             )     Criminal No.  21-CR-178 (APM)
                            )
PETER J. SCHWARTZ           )

## NOTICE OF APPEAL

Name and address of appellant:

> Peter J. Schwartz
> Correctional Treatment Facility
> 1901 E. St. SE
> Washington, D.C. 20003

Name and address of appellant's attorney:

> Dennis E. Boyle, Esq.
> Boyle & Jasari
> 1050 Connecticut Ave, NW
> Suite 500
> Washington, D.C. 20036

Offense:    18 U.S.C. 111(a)(1) and (b); 18 U.S.C. 231(a)(3); 18 U.S.C. 1512(c)(2) and (2);
            18 U.S.C. 1752(a)(1) and (b)(1)(A); and 40 U.S.C. 5104(e)(2)(D) and (F).

Concise statement of judgment or order, giving date, and any sentence:

> Defendant was found guilty on count(s) 1, 2, 3, 4, 7, 8, 9, 10, 11, 12, and 13 of the
> Second Superseding Indictment.  Mr Schwartz was sentenced to 170 months of
> incarceration and 36 months of supervised release on May 5, 2023.

Name and institution where now confined, if not on bail:  Correctional Treatment Facility

        I, the above named appellant, hereby appeal to the United States Court of Appeals for the
District of Columbia Circuit from the above-stated judgment.

5/18/2023
_____                    _____
DATE                                       APPELLANT

                                           _____
                                           ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [  ]
CJA, NO FEE             [  ]
PAID USDC FEE           [  ]
PAID USCA FEE           [  ]

Does counsel wish to appear on appeal?                      YES [✔]    NO [ ]
Has counsel ordered transcripts?                            YES [✔]    NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]    NO [✔]

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| PETER SCHWARTZ | ) | Case Number:  21-cr-178-APM-1 |
| | ) | USM Number:  28815-509 |
| | ) | |
| | ) | Dennis Boyle and Blerina Jasari |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☑ was found guilty on count(s)   1, 2, 3, 4, 7, 8, 9, 10, 11, 12, 13 of the Second Superseding Indictment
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C.  §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | 1/6/2021 | 1ss |

    The defendant is sentenced as provided in pages 2 through ____8____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/5/2023
Date of Imposition of Judgment

2023.05.10
17:48:31
-04'00'
Signature of Judge

Amit P. Mehta, U.S. District Judge
Name and Title of Judge

Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

| | Judgment—Page | 2 | of | 8 |

DEFENDANT:  PETER SCHWARTZ
CASE NUMBER:  21-cr-178-APM-1

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 231(a)(3) | Civil Disorder | 1/6/2021 | 2ss |
| 18 U.S.C. §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | 1/6/2021 | 3ss |
| 18 U.S.C. §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon | 1/6/2021 | 4ss |
| 18 U.S.C. §§ 111(a)(1) and (b) and 2 | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting | 1/6/2021 | 7ss |
| 18 U.S.C. §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 8ss |
| 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A) | Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 9ss |
| 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 10ss |
| 18 U.S.C. 1752(a)(4) and (b)(1)(A) | Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon | 1/6/2021 | 11ss |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Grounds or Buildings | 1/6/2021 | 12ss |
| 40 USC § 5104(e)(2)(F) | Act of Physical Violence in a Capitol Grounds or Buildings | 1/6/2021 | 13ss |

AO 245B (Rev. 09/19)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   8

DEFENDANT:   PETER SCHWARTZ
CASE NUMBER:   21-cr-178-APM-1

# IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
One hundred seventy (170) months as to Counts 1, 3, 4, 7, and 8 of the Second Superseding Indictment.
Sixty (60) months as to Count 2 of the Second Superseding Indictment.
One hundred twenty (120) months as to Counts 9, 10, and 11 of the Second Superseding Indictment.
Six (6) months as to Counts 12 and 13 of the Second Superseding Indictment.
All terms of incarceration shall run concurrently.

☑   The court makes the following recommendations to the Bureau of Prisons:
     placement at FCI Fort Dix.

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                Sheet 3 — Supervised Release

Judgment—Page   __4__   of   __8__

DEFENDANT:   PETER SCHWARTZ
CASE NUMBER:   21-cr-178-APM-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

thirty-six (36) months as to Counts 1, 2, 3, 4, 7, 8, 9, 10, and 11 of the Second Superseding Indictment. All terms of supervised release shall run concurrently.

# MANDATORY CONDITIONS

1.     You must not commit another federal, state or local crime.
2.     You must not unlawfully possess a controlled substance.
3.     You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
           ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.     ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.     ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.     ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.     ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __5__ of __8__

DEFENDANT:  PETER SCHWARTZ
CASE NUMBER:  21-cr-178-APM-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page    6    of    8

DEFENDANT:  PETER SCHWARTZ
CASE NUMBER:  21-cr-178-APM-1

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

No Alcohol - You must not use or possess alcohol.

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

The Court approves transfer of jurisdiction and supervision to the defendant's district of residence upon his release from custody.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    7    of    8

DEFENDANT: PETER SCHWARTZ
CASE NUMBER: 21-cr-178-APM-1

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 920.00 | $ 2,000.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol | $2,000.00 | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building, Room H2-205 | | | |
| Washington, DC 20515 | | | |

| | | | | |
|---|---|---|---|---|
| TOTALS | $ | 2,000.00 | $ | 2,000.00 |

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page   8   of   8

DEFENDANT:  PETER SCHWARTZ
CASE NUMBER:  21-cr-178-APM-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☑  Lump sum payment of $ __920.00__  due immediately, balance due

    ☐  not later than _____ , or
    ☑  in accordance with  ☐  C,  ☐  D,  ☐  E, or  ☐  F below; or

**B**  ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
_____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☑  Special instructions regarding the payment of criminal monetary penalties:
Restitution payment rate will be determined by the U.S. Probation Office once the defendant is released from
custody.
The $920 special assessment fees are immediately payable to the Clerk of Court for the U.S. District Court, 333
Constitution Avenue NW, Washington DC 20001. Within 30 days of any change of address, you shall notify the
Clerk of Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*                Total Amount

Joint and Several
Amount

Corresponding Payee,
if appropriate

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.