UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-178 (APM) |
| : | |
| PETER SCHWARTZ, et al. : | |
| : | |
| Defendants. : | |

### ORDER

Based upon the representations in the United States' Motion for Extension, the Court grant's the government's motion.

Therefore, it is this _____ day of _____, 2023,

**ORDERED** that the United States' Unopposed Motion for Extension for the Government to Respond to the Court's Order to Show Cause, is hereby GRANTED; it is further

**ORDERED** that the government file its response to the Court's Order to Show Cause no later than July 7, 2023.

_____
THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE