UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | Case No.: 21-cr-00178 |
| | : | |
| **SCHWARTZ ET AL,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Cindy Cho, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    /s/ *Cindy Cho*
        Assistant United States Attorney- Detailee
        U.S. Attorney's Office for the District of Columbia
        NY Bar
        601 D Street, N.W.
        Washington, D.C. 20530
        Office: 317-246-0107
        Email: ccho@usa.doj.gov

## **CERTIFICATE OF SERVICE**

On this 6th day of July, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:  */s/ Cindy Cho*

Assistant United States Attorney - Detailee