| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: 10/01/2023 | | | Federal Bureau of Prisons | | | | | | Facility: DC |
| Time: 8:57:54 AM | | | TRUFACS | | | | | | |
| | | | **View Inmate Transactions** | | | | | | |
| | | | Sensitive But Unclassified | | | | | | |

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/2023 07:06:11 PM | 28815509 | SCHWARTZ, PETER | CAA | TFXTL | BP 199 Request | ($300.00) | 6628 | | | |
| 09/19/2023 07:05:02 PM | 28815509 | SCHWARTZ, PETER | CAA | 2881550 | BP 199 Request - Released | $150.00 | 6038 | | | |
| 09/13/2023 07:58:07 AM | 28815509 | SCHWARTZ, PETER | CAA | TF15178 | Sales - Fingerprint | ($175.59) | 1 | | | $1,903.43 |
| 09/05/2023 08:17:35 AM | 28815509 | SCHWARTZ, PETER | CAA | TF04186 | FRP Quarterly Pymt | ($25.00) | YFRP0923 | | | $2,079.02 |
| 09/04/2023 09:10:42 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Lockbox - CD | $39.22 | 70191403 | | | $2,104.02 |
| 08/31/2023 06:07:12 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $150.00 | 33323243 | | | $2,064.80 |
| 08/30/2023 09:34:42 AM | 28815509 | SCHWARTZ, PETER | CAA | TF15103 | Sales - Fingerprint | ($151.35) | 11 | | | $1,914.80 |
| 08/23/2023 08:08:42 AM | 28815509 | SCHWARTZ, PETER | CAA | TFXTL | BP 199 Request | ($150.00) | 6038 | | | |
| 08/17/2023 02:06:40 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $100.00 | 33423229 | | | $2,066.15 |
| 08/05/2023 04:07:32 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $100.00 | 33323217 | | | $1,966.15 |
| 08/02/2023 08:29:39 AM | 28815509 | SCHWARTZ, PETER | CAA | TF15351 | Sales - No FP (Non-FP Session) | ($7.75) | 9 | | | $1,866.15 |
| 08/01/2023 11:04:41 AM | 28815509 | SCHWARTZ, PETER | CAA | AMSERVI | Inmate Co-pay | ($2.00) | YICP0823 | | | $1,873.90 |
| 07/19/2023 08:23:10 AM | 28815509 | SCHWARTZ, PETER | CAA | TF15351 | Sales - No FP (Non-FP Session) | ($36.50) | 16 | | | $1,875.90 |
| 07/17/2023 05:08:40 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Lockbox - CD | $99.00 | 70187903 | | | $1,912.40 |
| 07/11/2023 07:12:11 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $50.00 | 33323192 | | | $1,813.40 |
| 07/06/2023 10:20:16 AM | 28815509 | SCHWARTZ, PETER | CAA | AMSERVI | Inmate Co-pay | ($2.00) | YICP0723 | | | $1,763.40 |

| | | Federal Bureau of Prisons | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date: 10/01/2023 | | TRUFACS | | | | | | | Facility: DC |
| Time: 8:57:54 AM | | **View Inmate Transactions** | | | | | | | |
| | | Sensitive But Unclassified | | | | | | | |

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/05/2023 01:27:10 PM | 28815509 | SCHWARTZ, PETER | CAA | TF04186 | Gift | ($100.00) | 4794 | | 2820 | $1,765.40 |
| 07/05/2023 01:27:10 PM | 28815509 | SCHWARTZ, PETER | CAA | TF04186 | BP 199 Request - Released | $100.00 | 4794 | | | |
| 07/03/2023 10:06:31 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $100.00 | 33423184 | | | $1,865.40 |
| 06/28/2023 03:07:02 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $100.00 | 33323179 | | | $1,765.40 |
| 06/27/2023 09:18:25 AM | 28815509 | SCHWARTZ, PETER | CAA | TF15103 | Sales - Fingerprint | ($28.20) | 111 | | | $1,665.40 |
| 06/27/2023 09:14:32 AM | 28815509 | SCHWARTZ, PETER | CAA | TF15103 | Sales - Fingerprint | ($24.40) | 107 | | | $1,693.60 |
| 06/23/2023 12:08:51 PM | 28815509 | SCHWARTZ, PETER | CAA | TFXTL | BP 199 Request | ($100.00) | 4794 | | | $1,718.00 |
| 06/22/2023 09:06:27 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $99.00 | 33423173 | | | $1,718.00 |
| 06/20/2023 01:11:13 PM | 28815509 | SCHWARTZ, PETER | CAA | TFXTL | TRUL Withdrawal | ($30.00) | TL0620 | | | $1,619.00 |
| 06/19/2023 05:10:28 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Lockbox - CD | $99.00 | 70186103 | | | $1,649.00 |
| 06/18/2023 07:08:05 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $25.00 | 33323169 | | | $1,550.00 |
| 06/16/2023 10:07:00 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $25.00 | 33323167 | | | $1,525.00 |
| 06/16/2023 07:07:22 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $100.00 | 33423167 | | | $1,500.00 |
| 06/16/2023 07:07:20 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $300.00 | 33423167 | | | $1,400.00 |
| 06/16/2023 07:07:18 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $300.00 | 33423167 | | | $1,100.00 |
| 06/16/2023 07:07:14 AM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $300.00 | 33423167 | | | $800.00 |
| 06/09/2023 10:06:38 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $100.00 | 33423160 | | | $500.00 |
| 06/09/2023 10:06:34 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Money Gram | $300.00 | 33423160 | | | $400.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: 10/01/2023 | | | Federal Bureau of Prisons | | | | | Facility: DC |
| Time: 8:57:54 AM | | | TRUFACS | | | | | |
| | | | **View Inmate Transactions** | | | | | |
| | | | Sensitive But Unclassified | | | | | |

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | Transaction Type | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/09/2023 06:07:15 PM | 28815509 | SCHWARTZ, PETER | CAA | amservic | Western Union | $100.00 | 33323160 | | | $100.00 |
| 06/09/2023 03:17:57 AM | 28815509 | SCHWARTZ, PETER | CAA | Sentry | Transfer - In from TRUFACS | $0.00 | TX060923 | | | $0.00 |
| 06/09/2023 03:17:57 AM | 28815509 | SCHWARTZ, PETER | LEW | Sentry | Transfer - Out to TRUFACS | $0.00 | TX060923 | | | $0.00 |
| 06/06/2023 03:15:26 AM | 28815509 | SCHWARTZ, PETER | LEW | Sentry | Transfer - In from TRUFACS | $0.00 | TX060623 | | | $0.00 |
| 06/06/2023 03:15:26 AM | 28815509 | SCHWARTZ, PETER | CAA | Sentry | Transfer - Out to TRUFACS | $0.00 | TX060623 | | | $0.00 |

**Total Number Transactions: 39**