UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )  ) | |
| Plaintiff, ) ) | |
| v. ) ) | Criminal Case No. 21 CR 178 (APM) |
| PETER SCHWARTZ, ) ) | |
| Defendant. ) | |

## CONSENT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS

The United States of America, by and through counsel, the United States Attorney for the District of Columbia, respectfully submits this motion to stay the proceedings in this case pending settlement negotiations. Pursuant to Local Rule 7(m), undersigned counsel for Plaintiff conferred with counsel for the defendant regarding the relief requested in this motion, and defendant consented to this motion to stay.

### BACKGROUND

On December 6, 2022, a jury found Defendant guilty of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b); Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting, in violation of 18 U.S.C. § 111(a)(1) and (b) and (2); Entering and Remaining in any Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A); Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A); Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in

violation of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A); Disorderly Conduct in a Capitol Grounds or Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and Act of Physical Violence in a Capitol Grounds or Building, in violation of 40 U.S.C. § 5104(e)(2)(F). *See* Docket Doc. No. 219. The Court sentenced Defendant to 170 months imprisonment and ordered him to pay a special assessment of $920.00 and $2,000.00 in restitution, with the special assessment due immediately. *Id.* at 7-8.

Defendant had $1,753.43 in his inmate trust account, and on October 12, 2023, the government filed a motion seeking an order authorizing the Bureau of Prisons to seize and send all or a reasonable portion of the Defendant's Inmate Trust Account to the Court toward satisfaction of his outstanding financial obligation. *See* Docket Doc. No. 233. The parties are now in settlement negotiations.

**ARGUMENT**

A district court has broad discretion to stay proceedings as incidental to its power to control its own docket – particularly where, as here, a stay would promote judicial economy and efficiency. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Asylumworks v. Mayorkas*, No. 20-CV-3815 (BAH), 2021 WL 2227335, at *4 (D.D.C. June 1, 2021) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.") (quoting *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *Chavous v. Dist. of Columbia Fin. Responsibility and Mgmt. Assistance Auth.,* 201 F.R.D. 1, 2 (D.D.C. 2001) (the ultimate goal is ensuring the "just, speedy, and inexpensive determination of every action and proceeding).

There is good cause for granting the United States' motion to stay the proceedings in this case pending settlement negotiations. Counsel are in active negotiations regarding a settlement in this case, and a resolution is likely. A stay of proceedings would be in the interest of judicial economy, as well as in the parties' interests in efficiency.

## CONCLUSION

For the reasons stated above, the United States respectfully requests a stay in this case effective as of the date of this motion's filing and continuing for 30 days.

Dated: November 7, 2023
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ *Melissa E. Goforth Koenig*_____
MELISSA GOFORTH KOENIG
Assistant United States Attorney
601 D Street, NW (Civil Division)
Washington, D.C. 20530
(202) 252-2552
melissa.goforth.koenig@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 7th day of November, 2023, that copies of the foregoing document has been sent by the Court's Electronic Case Filing system (ECF).

/s/
MELISSA E. GOFORTH KOENIG
Assistant United States Attorney