**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 21 CR 178 (APM) |
| ) | |
| PETER SCHWARTZ, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**JOINT STATUS REPORT ON SETTLEMENT NEGOTIATIONS**

The United States of America, by and through counsel, the United States Attorney for the District of Columbia, respectfully submits this motion for a one-day extension of time to file a joint status report. Pursuant to Local Rule 7(m), undersigned counsel for Plaintiff attempted to confer with counsel for the defendants this evening regarding the relief requested in this motion, but they have not yet consented to this extension.

On December 6, 2023, Counsel for the parties agreed on a draft of the joint status report and Counsel for the United States submitted it for internal review. Counsel's supervising attorney had minor edits, none of which were substantive. Undersigned counsel incorporated the changes and submitted them to Counsel for the Defendant this evening, but they have not had an opportunity to review the final draft of the document and confirm that they agree to the edited draft of the status report.

For the reasons stated above, Counsel for the United States respectfully requests this Court grant a one-day extension of time to file a joint status report.

\*   \*   \*

- 2 -

Dated: December 7, 2023
Washington, D.C.

          Respectfully submitted,

          MATTHEW M. GRAVES, D.C. Bar #481052
          United States Attorney

          BRIAN P. HUDAK
          Chief, Civil Division

By:      /s/ *Melissa E. Goforth Koenig*
          MELISSA GOFORTH KOENIG
          Assistant United States Attorney
          601 D Street, NW (Civil Division)
          Washington, D.C.  20530
          (202) 252-2552
          melissa.goforth.koenig@usdoj.gov

          *Attorney for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 7th day of December, 2023, that copies of the foregoing document has been sent by the Court's Electronic Case Filing system (ECF), to the extent any recipient has access.

/s/
MELISSA E. GOFORTH KOENIG
Assistant United States Attorney