# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 21 CR 178 (APM) |
| | ) |
| PETER SCHWARTZ, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT ON SETTLEMENT NEGOTIATIONS

The parties, through undersigned Counsel, respectfully submit this joint status report on their settlement progress. Counsel for the parties worked in good faith to mediate this matter, but were unable to reach an agreement. The parties respectfully request that this Court lift the stay in this case and rule on the motion seeking a one-time restitution payment filed on October 12, 2023. *See* Doc. No. 233.

On December 6, 2022, a jury found Defendant guilty of Civil Disorder, in violation of 18 U.S.C. § 231(a)(3); Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c)(2) and 2; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b); Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon and Aiding and Abetting, in violation of 18 U.S.C. § 111(a)(1) and (b) and (2); Entering and Remaining in any Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(1) and (b)(1)(A); Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(4) and (b)(1)(A); Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of 18 U.S.C. §§ 1752(a)(2) and (b)(1)(A); Disorderly Conduct in a Capitol Grounds or Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and Act of Physical Violence in a Capitol

Grounds or Building, in violation of 40 U.S.C. § 5104(e)(2)(F).  *See* Docket Doc. No. 219.  The Court sentenced Defendant to 170 months imprisonment and ordered him to pay a special assessment of $920.00 and $2,000.00 in restitution, with the special assessment due immediately.  *Id.* at 7-8.

On October 12, 2023, after learning that Defendant had a $1,753.43 balance in his inmate trust account, Counsel for the United States filed a motion seeking a one-time restitution payment.  *See* Doc. No. 233.  As of December 5, 2023, Defendant has a balance of $3,955.87 in his inmate trust account.  *See* Exhibit 1, BOP Account Statement dated December 5, 2023.  He has made one payment of $25 towards his special assessment and restitution in this case and has an outstanding balance of $2,895.[1]  *See* Exhibit 2, Payment History.

For the reasons stated above, the parties respectfully request this Court lift the stay in this case and rule on the instant motion.

\*     \*     \*

---

[1] Due to an administrative error, the United States' motion stated that Defendant had made four payments totaling $481.64 towards his financial obligation in this case.  That was incorrect.

- 3 -

| | |
|---|---|
| Dated: December 8, 2023<br>Washington, D.C. | Respectfully submitted, |
| */s/ Dennis E. Boyle*<br>Dennis E. Boyle<br>Boyle & Jasari<br>1050 Connecticut Ave. NW,<br>Suite 500<br>Washington, D.C. 20036<br>dboyle@boylejasari.com<br>Telephone: (202) 798-7600<br><br>*Counsel for Defendant* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:       /s/ *Melissa E. Goforth Koenig*<br>MELISSA GOFORTH KOENIG<br>Assistant United States Attorney<br>601 D Street, NW (Civil Division)<br>Washington, D.C.  20530<br>(202) 252-2552<br>melissa.goforth.koenig@usdoj.gov<br><br>*Attorney for the United States of America* |